# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Clark, Kalvin

)
)
)
)

**Plaintiff**

)
)

vs.

)
)

Wexford Health Sources,
Jade culKin, SABRina, John DOE,
O.Talade, John DOE #2, J. DNPS,
NeuKirK, Scot F.Kes, Molinaro,
LT SORenson, DicKs, Goldsmith,
John OR Jane One, wARDen
Kennedy, wARDen Melvin,
Etc. All

)
)
)
)
)
)
)
)
)
)
)

**Defendant(s)**

)

Case No. _____
(*The case number will be assigned by the clerk*)

SCANNED at PCC and E-Mailed
10/9/18 (date) by AD (initials)
22 (# of pages)

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

#4

# STATEMENT OF CLAIM

1) ON 9-29-17 PLAINTIFF WAS HAVING A LIFE OR death medical emergency, PLAINTIFF INFORMED 2 OFFICERS whom NAMES i don't NOT KNOW that i WAS HAVING A hard time breathing And chest PAIN's And they did nothing to provide me with medical treatment, NURSE JADE CULKIN came to NORTH house to pass out medication; once she Reached my gallory i explained my medical emergency to her Attention And She Laughed And just told me, Next time you TALK CRAZY to me you will KNOW better; then she walked OFF; i did NOT Recieve medical Attention! medical Attention WAS denied PLAINTiFF All because NURSE Jade culkin Accussed me OF hAving an Altercation (verbal) with her 3 weeks earlier which even if hAppen Should NOT have prevented her From performing her Job which she swore AN OATH to perform! THis violated PLAINTiFFS 8th Amendment Right to be Free From cruel ; UNUSUAL punishment ; Deliberate iNdiFFerence to PLAINtiFFs serious medical Need!

(5)

2) ON September 3rd 2017 Plaintiff WAS IN cell 701 AND had AN Altercation with c/o's J. Davis, NewKirk Sergent Fikes & 1 c/o JOHN DOE, Plaintiff Asked FOR A CRISIS team which was denied by c/o J. Davis, Plaintiff & c/o J. Davis began to have a verbal disagreement As to why i WAS being denied medical treatment AND A CRISIS team AND c/o J. Davis left & came back with c/o NewKirk the JOHN DOE AND Sgt. Fikes who then instructed me to cuff up.

3) Plaintiff ASK the Sergent what WAS happening then ASK Sgt. Fikes if i WAS going to medical or going to see A CRISIS team but WAS only told to cuff up.

4) ONce cuffed up & Removed FROM my cell without WARNING PlAINTIFF started to get kicked & punch iN A SAVAGE MANN'ER! c/o J. DAv c/o NewKirk, c/o JOHN DOE & Sgt. Fikes were All Jumping on plaintiff Although they All were

(6)

were AWARE of Plaintiff's serious medical condition which is A Heart problem that cause Plaintiff to be operated on and get AN Heart Defibrillator imphanted inside my chest. c/o J. Davis, c/o John Doe, Sgt. Fikes & NewKirk was deliberate indifference to Plaintiff's serious medical need, They were Also Responsible for plaintiff's cruel & unusual Punishment in violation of his 8th Amendment.

5) On October 9th 2017 i wrote Another griev-ance complaining about being threethen with Retilatory Physical hard if i continue to write grievance's. I was threethen by these same officers & when i did tell mental Health About the incident, The mental Health person ms. molinero told me to tell her what happen while a c/o was present and when i told her i needed her to call me out to have A one on one talk with her she stated,

(7)

y'all should ~~think~~ think About these things
beFore y'All go Running y'all mouth then y'All
cry when y'All get what y'All ~~deserve~~, said
she would ~~see~~ me when ~~she~~ Feel Like it
then walked off. Defendant M's. molinero
was deliberate indifference to my serious
medical need ; mental ; physical injuries,
Because of the physical Abuse i sustained
on 9-3-17 the lead that is Apart of
the implanted device broke inside my chest
which had to be Replaced by getting the
old broken device Removed ; Another implanted
back inside my chest. THis was cruel ; unusu-
al punishment that put my LiFe in Jeopardy.

6) on 11-26-17 At 1:30 p.m i had been complaining
About me having chest pain's And c/o Dick's And
L.T Sorenson totally disregarded my serious medical
Attention ; cause me cruel ; unusual punishment
And Nurse sharre 7 to 3 shift came to pass out

(8)

medications And i explained to her my situation
but to my surprise NURSE Sharpe stated; THAT
is Not my problem; Left from in front of my
cell; continued on down the gallery. NURSE Sharpe
Violated my 8th Amendment of cruel; unusual
punishment Also she was deliberate indifference
to my serious medical Need!

7) Defendant NURSE JAde culkin came passing
out medication on 11-30-17 And i explain
to her that my chest was in PAin 3 i was
having A Real problem with breathing And Nurse
culkin stated; I don't care 3 i am not
giving you Anything so stop Asking! I
told her i would write it up AgAin 3 she
stated," I will write in your medical
File that i have seen you 3 helped you
And there is Nothing you can do About it.
Defendant Again was being deliberate indiff
erent to my serious medical Need And denied
me medical Attention.

8) Defendant's Nurse Sabrina and c/o Goldsmith are being sued in their official capacity as well as their individual capacities, on 3-10-18 at 2:15 P.M Nurse Sabrina brought my medication for my heart & the infection that was caused for lack of treatment by named nurses in my complaint as well as the named correctional officers and Dr. Ojelade.

9) Nurse Sabrina told Plaintiff that she was busy & she didn't care, Defendant Sabrina stated also that if i aint dead then it can't be that serious, Nurse Sabrina violated Plaintiff Right's by refusing Plaintiff treatment for a serious pre-existing medical problem and caused Plaintiff unnecessary cruel & unusual treatment.

10) Plaintiff explained the pain & discomfort that his heart was feeling and the shorten of breath but was denied any medical assistance by Defendant Goldsmith and this was a violation of my constitutional Right to free from cruel & unusual punishment and both Nurse Sabrina & c/o Goldsmith were

deliberate indifferent to Plaintiff's serious medical need.

11) ON 3-14-18 Plaintiff wrote a grievance on the torture & indifferent he was getting still after detailing in grievances from 2017 through 2018 pass the month of June which was over 4 months and there had been NO Real or worthy investigation did and or would be done. Plaintiff not only have a heart condition that forces Plaintiff to wear a heart defiberillator inside of Plaintiff's chest but Plaintiff was also mistreated, left with an infection and not cared for by all defendant's named in the complaint but also defendant Doctor Ojelade who by letting an infection build up on the

(11)

post-operation treatment caused Plaintiff cruel & unusual punishment & was deliberate indifferent to Plaintiff serious medical need and Doctor Ojelade refused to do his job. Defendant Ojelade is being sued in his individual & official capacities.

12) On July 26. 2018 Plaintiff had to have a life threatening heart surgery all do to Doctor Ojelade not doing his job twice by letting my wound that was open get infected & almost killed Plaintiff.

13) All CO's, Nurses, Sergeants & Doctors named in Plaintiff complaint has been willfully apart of a systematic violation of Plaintiffs right's causing him unnecessary and intentional cruel & unusual punishment, deliberate indifference and willfully not doing the job they all took a oath to do

(12)

protect inmates Physical well being. Plaintiff has suffered at the hands of Illinois Department of Corrections staff, officers as well as nurses & Doctor's. This is in direct violation of I.D.O.C.'s goals & the staff that run the institution's and the Health department that is suppose to help inmate's with their individual Health concern's but instead they all are violating every oath that they took. This can not & will not be ~~tolerated~~ telorated & must be Rectorfied to prevent Further & Future violations of inmates Rights.

(13)

14) Exhibit #19 shows that in 8-23-2018 the C A O determined that my grievance is a NON emergency And Plaintiff Appealed that decision.

15) Exhibit #20 shows per UNIVERSITY OF Illinois explains the Education OF the Heart And the symptoms oF PLAINtIFFs condition.

16) Exhibit #22 shows, THe Doctor oF Plaintiff And the implant dates.

17) Exhibit #23 show's the Removal oF the Device And Post operation CARe.

18) Exhibit #24 show's that PlaintiFF WAS brought to the emergency department by PONtIAc correctionAl center oFFiceR's, show's PlaintiFF hAd A 102" Fever And show's

1:18-cv-01367-SLD   # 1   Page 12 of 23

the operation site had become swollen & had drainage from both ends of the incision. Doctor Otelade & no other nurse or Doctor had tried to prevent this serious medical injury by following the instructions that Plaintiff specialist had sent back to Pontiac Correctional Center Health department.

19) Exhibit #25 shows the systoms Plaintiff was dealing with, the swelling of his chest, the redness by the wound, the chest pain Plaintiff was dealing with and the fever.

20) Exhibit #26 shows the medication Plaintiff was placed on · back in 2/20/2018.

(15)

21) Exhibit #26 shows the build up from the infection and lack of treatment.

22) Exhibit #27 show's swellen in plaintiff's chest, and the infection caused an infection abscess.

23) The Picture of the plaintiff's chest left side, It's show's a big incision long scare across plaintiff's chest that came because of the plaintiff's chest got infected because Dr. Ojelade + nurse and medical staff would not follow the post-op instructions and caused plaintiff undue & unnecessary pain and suffering.

(16)

## Parties

A. Plaintiff:

    Full Name __Kalvin clark__

       I D # __M 33471__

     Address# __P.O Box 99__

           __Pontiac, IL   61764__

B # Defendant's

    #1

    Full Name __WEXFord__

    Job title __Health source for I-Doc__

     Address _____

Defendant #2

       __Jade culkin__

 Job title __Nurse at Pontiac__

(17)

DeFendant #3

Full Name: NURSE SABRINA

Job title NURSE AT PONTIAC

WORK Address _____

DeFendant #4

Full Name: JOHN DOE

Job title CORRECTIONAL OFFicer

WORK Address _____

DeFendant #5

Full Name: Doctor Ovelade

Job title Doctor At PONTIAC

Employee oF Wexford
Health Sources.

(18)

Defendant #6

Full Name ___JOHN DOE___

Job title ___CORRECTIONAL OFFICER___

___AT PONTIAC___

Address _____

_____

Defendant #7

Full Name ___J. DAVIS___

Job title ___CORRECTIONAL OFFICER___

___AT PONTIAC___

Address _____

_____

(19)

DeFendant #8

Full Name ___ New KiRK ___

Job title __ CORRECTIONAL OFFICER

__ At PONTIAC __

AddRess _____

_____

DeFendant #9

Full Name __ SeRgeANT Fikes __

Job title __ Sgt. AT PONTIAC __

Address _____

_____

(20)

Defendant #10

Full name ___C/O MOLINERO___

Job title ___CORRECTIONAL OFFICER___
___AT PONTIAC___

Address _____

_____

_____

Defendant #11

Full Name ___Lieutenant SORENSON___

Job title ___Lieutenant AT PONTIAC___

Address _____

_____

(21)

DeFenDAnt #12

Full NAMe _C/O DicKs_

Job title _CORRectioNAl OFFicer_

AddRess _____

_____

DeFenDAnt #13

Full NAMe _Goldsmith_

Job title _CoRRectioNAl OFFicer_

Address _____

_____

(22)

Defendant #14

Full Name __JOHN OR JANE Doe__

Job title __Medical Director__
__At Pontiac__

Address _____
_____
_____

Defendant's #15 __WARDEN's OF PONTIAC__
__CORRECTIONAL CENTER__

Full Names __WARDEN KENNEdy ;__
__WARDEN MELVIN__

Job title __WARDENS AT PONTIAC__

Address _____

(23)

CONTINUED    PARTIES

DEFENDANT'S, WEXFORD ; Doctor OJelade ARe being sued in their OFFiCial AND individual capacities FoR: $100,000 Apiece.

DEFENDANT'S NURSe JAde culKiN, NURSe SABRINA, ARe being sued in their OFFicial ; individual CApacities AND ARe being sued FoR $50,000 dollars Apiece.

DEFENDANT'S WARdeNs KeNNedy ; WARDEN MElVIN ARe being sued iN their individual AND OFFicial capacities FoR 100,000 Apiece.

(24)

DeFendant JOHN OR JANE Doe Medi-
cal Director is being sued in His OR
Her individual & Official
capacities FOR 50,000

DeFendants CORRECTIONAl OFFicers
Dicks and Goldsmith
oR being sued in their
OFFicial & individual
capacities FOR 50,000
Apiece.

DeFendant Lietenant SORENSON
is being sued in His
OFFicial & individual capacitie
FoR $50,000

(25)

DEFENDANT   MOLINERO is being
sued iN this oFFicial ;
individual capacity FOR $50,000

DEFENDANTs   J. DAVIS, c/o JOHN Doe
c/o NewKiRK AND SGT. Files
ARe being sued iN their
oFFicial ; individual capa-
cities FOR 50, 000
Apiece.

PLAiNTiFF DemANds A
JURY TRiAl.

Signed this  K. Colux  10/02/18  day oF  10/02/18

Signature  _____

(26)