UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

_____, )
    Plaintiff,   )
vs.   ) No. _____
_____, )
    Defendant(s)   )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _____, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

_____
_____
_____
_____
_____
_____

3. In further support of my motion, I declare that (check appropriate answer):

    [X]   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

    \_\_\_\_\_   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

- [x] I have attached an original application to proceed in forma pauperis detailing my financial status.

- [ ] I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

- [ ] I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____K. Clerk_____
Movant's Signature

_____
Street Address

_____
City/State/Zip Code

Date: 10/02/18

10/94

2