TO: Rock Island Division 211 19th Street Rock, Island, IL

[Motion to Request Counsel]

Motion to Request Counsel by Plaintiff Kalvin Clark Responses due by 10/23/2018. I wrote multiple lawfirms and was denied Pro bono Representation over 5 time and some didn't Reply. I Enclose all Responses letters from Lawfirm that Replied on this matter, Which where denied. I'm asking to be Appointed Legal Representation by the courts

Clark v. Wexford et al
1:18-CV-01367-SLD

Kalvin Clark
#M33471
Pontiac correctional center
P.O. Box 99
Pontiac, IL 61764

SCANNED at PCC and E-Mailed
10/16/18 (date) by AD (initials)
7 pg (# of pages)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Clark. Kalvin, )
　　Plaintiff, )
　　　　　　　 )
vs. 　　　　　 ) No. 1:18-cv-01367-SLD
Wexford et al , )
　　　　　　　 )
　　Defendant(s) )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Clark. Kalvin _____, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

I wrote multiple law firm for the Above matter As been Pro bono and was denied Enclosed Proof of Documents of law firms / uptown peoples law center, Peoples law office, west town law office, Jones Day L.C. ⟨illegible⟩, ⟨illegible⟩ (CTA) Kirkland & Ellerson ⟨illegible⟩ these Are the law firms I wrote, Letter's include.
Land of Illinois Legal Assistance Foundation

3. In further support of my motion, I declare that (check appropriate answer):

✗ I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

___ I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.



# LAND OF LINCOLN
## LEGAL ASSISTANCE FOUNDATION, INCORPORATED

**EXECUTIVE DIRECTOR**
**ADMINISTRATIVE OFFICE**
8787 State Street – Suite 201
East Saint Louis, Illinois 62203

**SERVICE OFFICES**
Alton
Carbondale
Champaign
East St. Louis
Springfield

**DOROTHY O. COOK COMMUNITY LAW CENTER**
8787 STATE STREET – SUITE 101
EAST SAINT LOUIS, ILLINOIS 62203

Telephone: (618) 398-0958
Fax: (618) 398-4813

*scampbell@lollaf.org*

**SERVING ILLINOIS COUNTIES OF:**
Clinton
Monroe
Randolph
Saint Clair
Washington

March 19, 2018

Kalvin Clark-#M33471
P.O. Box 99
Pontiac, IL 61764

Dear Mr. Clark:

I am in receipt of your letter. Land of Lincoln Legal Assistance Foundation, Inc. provides civil legal assistance to the poor in a variety of areas.

However, Land of Lincoln Legal Assistance Foundation, Inc. is federally funded, and under current federal law, we cannot assist prisoners in any civil litigation or in any criminal or post-conviction matters.

I am sorry that we are unable to be of any assistance to you.

Sincerely,

Stacy Campbell /kk
Stacy Campbell,
Managing Attorney

SC/kk

# West Town Law Office

2502 West Division Street • Chicago, Illinois 60622
(773) 278-6706 • Fax (773) 278-0635

**Melinda Power**
Attorney at Law

August 27, 2018

Kalvin Clark
#M33471
P.O. Box 99
Ponitac Il 61764

Dear Mr. Clark:

    I have read through your case and I am very sorry to inform you that I cannot take on your case. I am very sympathetic to your situation. However, it is not a case I am able to take on at this time. I wish you the best of luck and encourage you to keep looking for another attorney.

Sincerely,

*Melinda Power*

Melinda Power



Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
Shubra Ohri
John L. Stainthorp
Jan Susler
G. Flint Taylor Jr.
Brad J. Thomson

Of Counsel
Jeffrey H. Haas
Sarah Gelsomino

July 2, 2018

Dear Kalvin Clark,

Please forgive us for the delay in responding to your letter. Unfortunately, we are a small law office with limited resources. While we believe that you may have legitimate issues to litigate in court we sincerely regret that the People's Law Office is not in a position to assist you with that legal struggle.

Sincerely,

People's Law Office

1180 N Milwaukee Ave. 3rd Floor   Chicago IL 60642   Phone 773 235 0070   Fax 773 235 6699   plo@peopleslawoffice.com



4415 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

April 9, 2018

## PRIVILEGED LEGAL COMMUNICATION

Kalvin Clark
M33471
Pontiac Correctional Complex
P. O. Box 99
Pontiac, Illinois 61764

Re: Request for Assistance

Dear Mr. Clark

We received your letter asking for help with your civil rights case, criminal case or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. A guide for Illinois prisoners is enclosed. We are returning any documents you sent us. *We have not kept copies.* We wish you the best of luck.

UPLC receives hundreds of letters a month, most of which describe horrific conditions or other violations of people's rights in Illinois prisons. While UPLC wishes we had the resources to take on every meritorious case, we do not. We are a small organization, with only two attorneys. We are therefore severely limited in our ability to obtain relief for individual matters.

However, we do not believe that the corts are the only answer. Letting the public and our elected representatives know what's going on behind the prison walls can start the process of change, and local media has recently become much more interested in covering these stories. The information you give us is

To: Jones Day
77 W. Wacker Chicago, Illinois
60601-1692

I am asking for Representation for my legal claim/medical matter for civic lawsuit. I wrote multiple law firm to get Acceptice in, But some didn't Reply. Can you please he Represent me for a serious health matter or Consider? As Pro bono for legal purpose

Sender Information: Clark Kalvin #M33471
P.O. Box 99
Pontiac, Illinois
61764