SCANNED at PCC and E-Mailed
12-31-18 (date) by AD (initials)
6 (# of pages)

United States District Court
For the Central District of Illinois

Kavin Clark,
    Plaintiff,

v.

Wexford et al
    Defendants.

Case # 18-CV-1367

Judge: Harold A. Baker

## Motion For Appointment Of Counsel

Plaintiff is renewing his request for appointment of counsel to litigate his issues against all defendants in this captioned cause. To show cause why the plaintiff should be granted appoint of counsel the plaintiff states as follows:

1) The plaintiff has been recieving help from an inmate Thomas Britton #B-62376 here at Pontiac C-Center who from the start has drafted & wrote with his personal knowledge of

(2)

1983 civil suits he has filed in the past.

2) Plaintiff has "NO" legal or litigation experience in any state or Federal court civil or criminal!

3) Plaintiff is in a maximum institution that houses segregation, P.C., segregation kick outs (Those who are waiting to be transfered) which what i fall under so there is no program here for seg kick outs. Plaintiff also states he has not taken any classes while in the I.DOC. Plaintiff did'nt finish the 9th grade!

4) Plaintiff has not had a job while in the I DOC and doesnt believe he will be getting one anytime soon.

5) Plaintiff is documented on the outside while free as S.M.I seriously mentally ill. And while incarcerated Plaintiff has been labeled as an S.M.I inmate up until recently.

(3)

6) Because of new Rules implemented by I. Doc ; the case management of Pontiac c. center, Plaintiff was concidered cured because he has according to them stayed out of trouble and Ticket free for months.

7) Plaintiff has been to Hardgrove and other mental instatution's while free before incarceration.

8) Plaintiff feel's that inmate Britton B-62376 who provides him with help will either not be around when plaintiff's need's him to respond or will simply be transfered or refuse to keep assisting plaintiff for free.

9) Plaintiff begs the honorable judge to reconcider his previous ruling as to not appoint plaintiff an attorney or at the vary least search for an attorney that is willing to help plaintiff argue

his claims & merits!

10) Plaintiff Also stresses that he NOR inmate Britton B62376 Can or know how to successfully Argue issues when dealing with heart proceedure And the Affects of Not treating it correctly.

Plaintiff Ask the court to Reconder it's Ruling denying Plaintiff Attempts to Acquire An Attorney And Any other Relief the Court so deem Plaintiff is just in Recieving.

Plaintiff: Clark.halvin

* K.Clark 12-24-18
P.O Box 99
Pontiac IL 61764
ID# M33471

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

| |
|---|
| **Immunological disorders** (*For example: Lupus*) |
| |
| **Mental health** (*For example: counseling or therapy, diagnosed substance abuse, behaviors suggesting substance abuse, Attachment Disorders, Post-Traumatic Stress Disorder*) |
| According to a caseworker's note dated 10/10/2008, Kalvin "took an overdose of pills in July 2008. He was medically treated and transferred to [a Hospital] for psychiatric care. He was discharged on 08/08/2008." <br><br> A caseworker's note dated 10/10/2008, stated that Kalvin was diagnosed with "r/o Bi-Polar and Intermittent Explosive Disorder." He was taking "abilify 5 milligrams PM, and tenex .5 milligrams AM, 1 milligram in the afternoon, and 1 milligram in the evening." |
| **Orthopedic conditions** (*For example: broken bones, club foot, Muscular Dystrophy*) |
| |
| **Otolaryngology conditions** (*For example: conditions impacting the ears, nose, and throat, cleft palate, hearing examinations*) |
| |
| **Respiratory disorders** (*For example: allergies, asthma, chronic pneumonia*) |
| According to a caseworker's note dated 05/03/1995, "Kalvin was hospitalized for pneumonia in December, 1994. He recovered quickly and is currently doing well." |
| **Seizure disorders** (*For example: Epilepsy, history of seizures*) |
| |
| **Sexually transmitted diseases** (*For example: Genital Herpes, Gonorrhea, Syphilis*) |
| |
| **Skin disorders** (*For example: eczema, parasites*) |
| |
| **Uro-genital tract disorders** (*For example: kidney or bladder conditions, malformation of reproductive organs*) |
| |
| **Vision information and disorders** (*For example: vision screenings, blindness, limited vision, vision correction*) |
| |

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

## MEDICAL INFORMATION

*Medical information pertaining to the child that was found in the file is noted in the appropriate category below. If the file(s) contain information that a birth relative was diagnosed with a physical or psychological/psychiatric condition that is considered to have a genetic implication, it is noted in the appropriate category. If a category is left blank, then no information was found in the file(s).*

☒ *If this box is checked, copies of documents that were found in the files are attached.*

☐ *If this box is checked, this report is being prepared for the adoptive/guardianship parents of the minor. A copy of one or more documents found in the files is attached. If documents pertaining to the health of the child were found in the file, only those documents dated prior to placement in the adoptive/guardianship home are attached.*

| |
|---|
| **Blood disorders** *(For example: Hemophilia, Leukemia, Sickle Cell Anemia, routine blood tests)* |
| |
| **Cardiac defects and disease** *(For example: congenital defect, high blood pressure, Congestive Heart Failure, murmur, stroke)* |
| According to a caseworker's note dated 10/10/2008, Kalvin had a history of "hypertrophic obstructive cardiomyopathy and morbid obesity." He had a Pace Maker since the age of 10 years old. |
| **Dental** *(For example: routine examinations, orthodontics, cavities)* |
| |
| **Developmental delays, neurological, chromosomal and developmental disorders** *(For example: Down's Syndrome, Autism, speech and language delays)* |
| |
| **Digestive tract disorders** *(For example: Crohn's Disease, hernia)* |
| |
| **Endocrine disorders** *(For example: Juvenile Diabetes, Thyroid cancer)* |
| |
| **Immunizations** *(For example: dates or frequency of injections)* |
| Kalvin's immunizations are up to date. For more information, please see documents following this report. |