E-FILED
Wednesday, 23 January, 2019 10:07:07 AM
Clerk, U.S. District Court, ILCD

SCANNED AT STATEVILLE CC and E-mailed
1-23-19 by CR
date   initials   No.   pages

To: In The United States District Court For
The Central District of Illinois Rock Island
Division

Kalvin Clark #M33471
   Plaintiff                               No. 18-1367
   -vs-
Wexford Health Source, Inc., et al
   Defendant

I am send a Change of Address letter. My new
Address is P.O. Box 112 - Stateville C.C.
~~Stateville, Ile 60~~
Joliet, IL 60434
I am no longer at Pontiac Correctional Center.

Clark, Kalvin #M33471    E924