From: Clark, Kalvin # M33471
P.O. Box 112
Joliet, IL 60434
Case # 1:18-cv-01367-SLD

FILED
JAN 28 REC'D
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I am notifying that I went to Another facility which I have a new Address. I am at Stateville Correctional facility
P.O. Box 112
Joliet, IL 60434

Can you Return Confirmation that you got my new Address ASAP

Thank you.

K. Clark #m33471
P.O. Box 112
Joliet, IL 60434

RECEIVED
JAN 28 2019
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Legal mail

U.S. District Court
Rock Island Division Room 203
211, 19th Street
Rock Island, Illinois
61201-802811

Legal mail