United States District Court For THE Central
District of Illinois

m-3-3491

SCANNED AT STATEVILLE CC and mailed
2-1-19 by CK 18 pages
date   initials  No.

MALVIN. CLARK ~~#M33300~~

Plaintiff

V.

Wexford et Al
   Defendants.

CASE# 17-CV-1367

Judge: Harold A. baker

## MOTION FOR STATUS OF CASE

Plaintiff is Asking for Status on My(Motion
for Reconsider Appoiltment Counsel) to Litigate
My Issus/matter Against Defendants in this
captioned cause. The Plaintiff why I should be
granted counsel. I Enclosed Exbit #1 to
Show proof once Again. I Do not have the
expertise to go about the Response that the
Defendants in this case that lawyer that
Representing the defendants Ask.

Status On Motion ~~to Reco~~ Reconsider for
   Appointment of Counsel

Exbit#1 Shows motion
Exbit#2 Shows mental & Physical illness
Exbit#3 medical background thats Recent

Plaintiff asking for the court to let me know status to this motion

Plaintiff: Clark. Kalvin

Signed  # K. Clark  1-26-19
P.O. Box 112
Joliet, Illinois
60434

ID# M33471

Exbit #1

SCANNED at PCC and E-Mailed
12-31-18 (date) by AD (initials)(1)
6 (# of pages)

United States District Court
For the Central District of Illinois

Kevin Clark,           )
    Plaintiff,          )     Case # 18-CV-1367
                       )
V.                     )
                       )     Judge: Harold A. Baker
Wexford et al          )
    Defendants.         )
                       )

MOTION FOR APPOINTMENT
OF COUNSEL

Plaintiff is Renewing his Request
For Appointment of counsel to Litigate
his issues Against all defendants in
this captioned cause. To show cause
why the plaintiff should be granted
Appoint of counsel the plaintiff
States As Follows:

1) The Plaintiff has been Recieving help
From An inmate Thomas Britton
#B-62376 here at Pontiac C. Center
who from the start has drafted & wrote
with his personal knowledge of

1983 civil suits he has filed in the past.

2) Plaintiff has "No" legal or litigation experience in any state or Federal court civil or criminal!

3) Plaintiff is in a maximum institution that houses segregation, P.C, segregation kick outs (those who are waiting to be transfered) which what ? fall under so there is no program here for seg kick outs! Plaintiff also states he has not taken any classes while in the I DOC. Plaintiff didn't finish the 9th grade!

4) Plaintiff has not had a job while in the I DOC and doesn't believe he will be getting one anytime soon.

5) Plaintiff is documented on the outside while free as S.M.I seriously mentally ill. And while incarcerated Plaintiff has been labeled as an S.M.I inmate up until recently.

6) Because of New Rules implemented by I. Doc ; the case management of Pontiac C. Center, Plaintiff was concidered cured because he has according to them stayed out of trouble and ticket free for months.

7) Plaintiff has been to Hardgrove and other Mental institution's while free before incarceration.

8) Plaintiff feel's that inmate Britton B-62376 who provides him with help will either not be around when Plaintiff's need's him to respond or will simply be transfered or Refuse to keep assisting Plaintiff for free.

9) Plaintiff begs the honorable Judge to reconcider his previous ruling as to not appoint Plaintiff an attorney or at the vary least search for an attorney that is willing to help Plaintiff argue

his claims & merits!

10) Plaintiff Also stresses that he NOR inmate BRITTON B-62376 CAN or KNOW how to successfully ARgue issues when dealing with heart proceedure AND the Affect's of Not treating it correctly.

Plaintiff Ask the court to Reconder it's Ruling denying Plaintiff Attempts to Acquire AN Attorney AND ANy other Relief the court so deem Plaintiff is just in Recieving.

Plaintiff: <u>Clark.K.Kalvin</u>

* <u>K. C Clark</u>  12-24-18
   P.O Box 99
   PONTIAC IL 61764
   ID# M33471

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

Why did the child come into the care of DCFS?

According to the file material, on 05/26/1994, DCFS was contacted and Kalvin was removed from the home due to a substantial risk that the child would not be safe remaining in the home. Kalvin was brought into the care of DCFS.

What was the relationship between the birth parents at the time the child came into care?

☐ Married to each other
☐ Divorced from each other
☒ Not married to each other
☐ Living together
☒ Not living together
☐ Unknown
☐ Not Noted
☐ Other

Did the file contain information pertaining to the identity of the birth father?

☒ Yes, the file contained the name of the birth father.
☐ Yes, the file contained the name and other identifying information of the birth father.
☐ No, the file did not contain any information regarding the identity of the birth father.
☐ Other

How were the birth mother's parental rights terminated?

☒ By court order
☐ By voluntary surrender
☐ Unknown
☐ Not Noted
☐ Other

How were the birth father's parental rights terminated?

☒ By court order
☐ By voluntary surrender
☐ Unknown
☐ Not Noted
☐ Other
☐ Prior to 1984, under Illinois law it was not necessary to terminate the parental rights of the birth father.

© Copyright 2009, Midwest Adoption Center

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

## *BIRTH AND NEWBORN INFORMATION*

☐ *If this box is checked, then no information regarding the child's birth could be found in the record.*

☐ *If this box is checked, a copy of one or more documents pertaining to the child's birth found in the file is attached.*

| *NEWBORN'S BIRTH DATA* | | | | | |
|---|---|---|---|---|---|
| **DATE OF BIRTH** | 04/23/1994 | **TIME OF BIRTH** | Not noted | **PLACE OF BIRTH** | Chicago, Illinois |

| *PRENATAL CARE AND PREGNANCY INFORMATION* |
|---|
| **Did the file contain information pertaining to whether the birth mother received prenatal care?** |
| ☐ Yes, the file indicated that the birth mother received prenatal care. <br> ☐ Yes, the file indicated that the birth mother received prenatal care; however, no information was noted about the type of prenatal care. <br> ☐ Yes, the file indicated that the birth mother received no prenatal care. <br> ☒ No, the file did not contain any information regarding prenatal care. <br> ☐ Other |

| | |
|---|---|
| **MEDICAL COMPLICATIONS OR PROBLEMS FOR THE BIRTH MOTHER DURING HER PREGNANCY** | |
| **MEDICATION TAKEN BY THE BIRTH MOTHER DURING HER PREGNANCY** | |
| **INSTANCES OF ALCOHOL, NICOTINE, AND/OR ILLEGAL DRUG USE BY THE BIRTH MOTHER DURING HER PREGNANCY** | |

| *LABOR, DELIVERY AND NURSERY INFORMATION* | | | | | |
|---|---|---|---|---|---|
| **LENGTH OF LABOR** | | **PRESENTATION** | | **TYPE OF DELIVERY** | |
| **ANESTHESIA AND/OR MEDICATION GIVEN TO THE BIRTH MOTHER DURING HER LABOR AND/OR DELIVERY** | | | Not noted | | |
| **PKU TEST** | | **COOMBS** | | **VDRL** | |
| **BIRTH WEIGHT** | | | **BIRTH LENGTH** | | |
| **HEAD CIRCUM.** | | | **CHEST CIRCUM.** | | |

© Copyright 2009, Midwest Adoption Center

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

| HAIR COLOR | | EYE COLOR | |
|---|---|---|---|
| INFANT'S BLOOD TYPE | | INFANT'S RH FACTOR | |
| BIRTH MOTHER'S BLOOD TYPE | | BIRTH MOTHER'S RH FACTOR | |
| APGAR RESULTS | Score at one minute was | Score at five minutes was | |

| | |
|---|---|
| COMPLICATIONS DURING LABOR AND/OR DELIVERY | |
| RESPIRATION AND RESUSCITATION OF THE INFANT AT BIRTH | |
| GENERAL CONDITION OF THE INFANT AT BIRTH | |
| MEDICATION OR TREATMENT GIVEN TO THE INFANT | |
| PROGRESS OF THE INFANT IN THE HOSPITAL NURSERY | |
| TESTS ADMINISTERED TO THE INFANT IN THE HOSPITAL NURSERY | |

| *DISCHARGE INFORMATION* | | | |
|---|---|---|---|
| MEDICATION AND/OR PROCEDURES ADMINISTERED TO THE CHILD AT DISCHARGE | | | |
| GENERAL CONDITION OF THE CHILD AT DISCHARGE | | | |
| DISCHARGE WEIGHT | | DISCHARGE DATE | |
| COMMENT REGARDING DISCHARGE | | | |

© Copyright 2009, Midwest Adoption Center

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

## PLACEMENT INFORMATION

| DATE PLACEMENT BEGAN | DATE PLACEMENT ENDED | TYPE OF PLACEMENT |
|---|---|---|
| 05/26/1994 | 06/17/1999 | Relative foster care/Adoptive home |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The birth father attended one visit in 1995 on Kalvin's birthday.

## INSTANCES OF ABUSE OR NEGLECT

© Copyright 2009, Midwest Adoption Center

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

## BIRTH PARENT INFORMATION

*Information pertaining to the child's birth family that is specified by the Adoption Act to be provided is noted below.*

| | Mother | Father | | | |
|---|---|---|---|---|---|
| Relative's age at time of child's birth | 23 | | | | |
| Race or ethnic background | | | | | |
| Religion | Baptist | | | | |
| Height | | | | | |
| Weight or build | | | | | |
| Eye color | | | | | |
| Hair color | | | | | |
| Complexion | | | | | |
| Education | Completed the 10th Grade | | | | |
| Occupation | Waitress; Retail; Secretary | | | | |
| Hobbies, interests, or talents | | | | | |
| General health | | | | | |

© Copyright 2009, Midwest Adoption Center

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

**BIRTH SIBLING INFORMATION**

| | Maternal Half Sister | Maternal Half Sister | *See notes on the next page<br><br>Maternal Sibling | | | |
|---|---|---|---|---|---|---|
| Relative's age at time of child's birth | 5 | Born approximately 5 years later | | | | |
| Race or ethnic background | African-American | | | | | |
| Height | | | | | | |
| Weight | | | | | | |
| Eye color | Brown | | | | | |
| Hair color | Brown | | | | | |
| Complexion | "Carmel" | | | | | |
| General health | | | | | | |

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

### *BIRTH SIBLING INFORMATION*

| | | | | | | |
|---|---|---|---|---|---|---|
| Relative's age at time of child's birth | | | | | | |
| Race or ethnic background | | | | | | |
| Height | | | | | | |
| Weight | | | | | | |
| Eye color | | | | | | |
| Hair color | | | | | | |
| Complexion | | | | | | |
| General health | | | | | | |

*There was a mention that the birth mother was due to have a child. It was unclear if this information was accurate. There was no identifying information about this possible birth sibling.

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

## *BIRTH GRANDPARENT INFORMATION*

| | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather |
|---|---|---|---|---|
| Relative's age at time of child's birth | 54 | 53 | | |
| Race or ethnic background | "White" | "Black" | | |
| Country of origin | Germany | | | |
| Reason for immigrating to the US | | | | |
| Religion | | | | |
| Height | | | | |
| Weight | | | | |
| Eye color | | | | |
| Hair color | | | | |
| Complexion | | | | |
| Education | Completed High School | Completed High School | | |
| Occupation | | Bus Driver | | |
| Hobbies, interests, or talents | "Church" | "Church" | | |
| General health | "Deceased" | | | |

☐ If this box is checked, the file contained information pertaining to the American Indian or First Nations heritage of the adopted person.

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

**Immunological disorders** *(For example: Lupus)*

**Mental health** *(For example: counseling or therapy, diagnosed substance abuse, behaviors suggesting substance abuse, Attachment Disorders, Post-Traumatic Stress Disorder)*

According to a caseworker's note dated 10/10/2008, Kalvin "took an overdose of pills in July 2008. He was medically treated and transferred to [a Hospital] for psychiatric care. He was discharged on 08/08/2008."

A caseworker's note dated 10/10/2008, stated that Kalvin was diagnosed with "r/o Bi-Polar and Intermittent Explosive Disorder." He was taking "abilify 5 milligrams PM, and tenex .5 milligrams AM, 1 milligram in the afternoon, and 1 milligram in the evening."



Exhibit X

**Orthopedic conditions** *(For example: broken bones, club foot, Muscular Dystrophy)*

**Otolaryngology conditions** *(For example: conditions impacting the ears, nose, and throat, cleft palate, hearing examinations )*

**Respiratory disorders** *(For example: allergies, asthma, chronic pneumonia)*

According to a caseworker's note dated 05/03/1995, "Kalvin was hospitalized for pneumonia in December, 1994. He recovered quickly and is currently doing well."

**Seizure disorders** *(For example: Epilepsy, history of seizures)*

**Sexually transmitted diseases** *(For example: Genital Herpes, Gonorrhea, Syphilis)*

**Skin disorders** *(For example: eczema, parasites)*

**Uro-genital tract disorders** *(For example: kidney or bladder conditions, malformation of reproductive organs)*

**Vision information and disorders** *(For example: vision screenings, blindness, limited vision, vision correction)*

© Copyright 2009, Midwest Adoption Center

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

## MEDICAL INFORMATION

*Medical information pertaining to the child that was found in the file is noted in the appropriate category below. If the file(s) contain information that a birth relative was diagnosed with a physical or psychological/psychiatric condition that is considered to have a genetic implication, it is noted in the appropriate category. If a category is left blank, then no information was found in the file(s).*

☒ *If this box is checked, copies of documents that were found in the files are attached.*

☐ *If this box is checked, this report is being prepared for the adoptive/guardianship parents of the minor. A copy of one or more documents found in the files is attached. If documents pertaining to the health of the child were found in the file, only those documents dated prior to placement in the adoptive/guardianship home are attached.*

---

**Blood disorders** *(For example: Hemophilia, Leukemia, Sickle Cell Anemia, routine blood tests)*

---

**Cardiac defects and disease** *(For example: congenital defect, high blood pressure, Congestive Heart Failure, murmur, stroke)*

According to a caseworker's note dated 10/10/2008, Kalvin had a history of "hypertrophic obstructive cardiomyopathy and morbid obesity." He had a Pace Maker since the age of 10 years old.

*Exbbl*
*X*

---

**Dental** *(For example: routine examinations, orthodontics, cavities)*

---

**Developmental delays, neurological, chromosomal and developmental disorders** *(For example: Down's Syndrome, Autism, speech and language delays)*

---

**Digestive tract disorders** *(For example: Crohn's Disease, hernia)*

---

**Endocrine disorders** *(For example: Juvenile Diabetes, Thyroid cancer)*

---

**Immunizations** *(For example: dates or frequency of injections)*

Kalvin's immunizations are up to date. For more information, please see documents following this report.

---

Closed file information
prepared for Kalvin Clark #M33471
on May 1, 2018

**Other medical information noted in the record** *(For example: unspecified cancer diagnosis, accidents with resulting injuries)*

SAINT JAMES-JOHN W ALBRECHT MC
2500 W REYNOLDS ST
PONTIAC IL 61764-9774
ED Record

Clark, Kalvin
MRN: 05473772, DOB: 4/23/1994, Sex: M
Acct #: 41369445
Adm: 2/19/2018, D/C: 2/20/2018

$Exbif\ 3$

## ED Provider Notes (continued)

### ED Provider Notes by Rushforth, Neal Daniel, MD at 2/20/2018 2:07 AM (continued)

**Past Medical History Positives**
Diagnosis                                                                                         Date
• Cardiomyopathy (HCC)
• Irregular heart beat

**Past Surgical History:**
Procedure                                                         Laterality              Date
• AICD, DUAL CHAMBER

**Social History**

Social History
• Marital status:                            Single
    Spouse name:                         N/A
• Number of children:                  N/A
• Years of education:                  N/A

Occupational History
• Not on file.

Social History Main Topics
• Smoking status:                        Never Smoker
• Smokeless tobacco:                 Never Used
• Alcohol use                              No
• Drug use:                                  No
• Sexual activity:                         Not on file

Other Topics                                                              Concern
• Not on file

Social History Narrative
• No narrative on file

BP 152/80 | Pulse 87 | Temp 99.5 °F (37.5 °C) (Oral) | Resp 19 | Ht 6' (1.829 m) | Wt 243 lb (110.2 kg) | SpO2 99% | BMI 32.96 kg/m²

Review of Systems

Physical Exam

Procedures

MDM

Coding