IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF Illinois

KALVIN, CLARK #M33471
    PLAINTIFF
    .VS.                                    NO: 18-CV-01367
Jade, Culkin, John Doe 1, Doctor
Ojelade, John Doe 2, J. Davis
Newkirk, Fikes, Molinero,
Sorenson, Dicks, Goldsmith,
John Doe 3, Sharpe
    Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON FEBRURY 8, 2019 I SENT A LETTER OF A STATUS UPDATE PER 34, FED.R.CIV.P. ABOUT THE TIMELINE TO PRODUCE ANSWERS TO MY INTERROGATORIES AND PRODUCTION OF DOCUMENT TO:

    ALEXADRA N. RICE
    CASSIDAY SCHADE LLP
    11 N. 6th Street
    Suite 800
    Springfield, IL 62701

AND I HEREBY CERTIFY THAT ON THE
SAME DATE I SENT A COPY OF THE
FOREGOING DOCUMENT TO BE E-FILED
TO THE CLERK OF CENTRAL DISTRICT OF
ILLINOIS


KALVIN, CLARK # M33471
STATEVILLE CORRECTION CENTER
P.O. BOX 112
Jollet, Illinois 60434