IN THE UNITED STATES DISTRICT
COURT FOR CENTRAL DISTRICT OF
ILLINOIS

SCANNED AT STATEVILLE CC and E-mailed
2-20-19 by CK 7 pages
date  initials  No.

Malvin, Clark #M33471
PLAINTIFF

VS  CASE NO: 18-CV-01367

Jade, Culkin, John Doe 1
Doctor OJelade, John Doe 2
J. Davis, Newkirk, Filkes
Molinero, Sorenson, Dicks
Goldsmith, John Doe 3, Sharpe
    Defendants

## CERTIFICATE OF SERVICE

I here certify that on February 19, 2019 I sent a letter of request for Interrogatories and Production of Documents from defendant and Attorney In Time line of 30 days from date received. PER 34. FED. R. CIV., About the Above Statement and I hereby certify that on the date I sent a copy of the foregoing Document to be E-Filed to Clerk of the Central District of Illinois

STATEVILLE
KALVIN. CLARK
#M33471
Joliet, Illinois
60434

Signed by: K. Clark 2-19-19

#1

IN THE UNITED STATES DISTRICT

FOR CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALVIN CLARK | |
| PLAINTIFF | |
| vs. | CASE NO. 18-CV-01367 |
| Jade, Culkin, John Doe 1, Doctor | |
| Ojelade, John Doe 2, Jo Davis | |
| newkirk, Fikes, molinero, | |
| Sorenson, Dicks, Goldsmith | |
| John Doe 3, Sharp | |
| Defendants | |

REQUEST INTERROGATORIES AND PRODUCTION OF

DOCUMENTS

TO: DEFENDANTS RILIWAN OJELADE; CASSIDAY

SCHADE·LLP

ALEXANDRIA N. RICE

The interrogatories And Production of Documents herein below set forth Are Propounded Pursuant to federal Rule 33 And directed to the Above-named defendant or Authorized agents and are to be answered and signed

by Some under oath and defendant is to supply such Requested Information as in hands of the defendants, his Attorneys, Insurers, agents or employee with In 30 days.

INTERROGATORY Number 1: What is your Position And Job Discribion?

Answer

INTERROGATORY Number 2: What do you do and what is your training when it come to medical matter?

Answer

INTERROGATORY Number 3: Do you have Any training or any Experience when It comes to cardiac Issue or Any cardiac/heart operation if so can you show those Documents?

Answer

INTERROGATORY Number 4: Do you have any cardiologist training or degrees or any educational certificates showing you have experience or training. And If yes please explain and show documents

Answer:

INTERROGATORY number 5: What Is the procedure when A Inmate Complain of Chest Pain After have heart Surgrey for A Implant cardiac Device?

Answer:

INTERROGATORY Number 6: If The inmate have a fever of Temperatur of 103 After heart Surgrey with a open wound/Incision what Are your duties As A PA? At that moment

Answer

#4

INTERROGATORY Number 7: If A Inmate have heart Surgrey And The wound get Infected And the inmate become Internally ill. What Are your duties? And If the infection becomes over what training you have what the next Step to get it cured And treated?

Answer:


INTERROGATORY Number 8: At The Time of this complaint you said you Do have knowledge of my complaint. At the time of the occurence of my Infection who knew About this besides yourself And what WAS your Treatment From Februry 3 to Februry 19th 2018. When I complained unbareble Pain, Suffering?

Answer:

#8

INTERROGATORY Number 9: After my heart procedure The hospital that Discharge me back to Pontiac c.c And your care And gave you Instruction warning If Any Syto Syptom Accure to send back to emergency Room or Any injection Right? Why was I not sent back to the emergency Room when those Syptoms came? Why I was Refuse to be sent back for Almost 2 week? to hospital

Answer:


R. Clark 7-19-19