_United States_ IN THE _District Court_

_Central District of Illinois_

_Kalvin Clark_

**Plaintiff/Petitioner**

SCANNED AT STATEVILLE CC and E-mailed
04/23/2020 by MC 204 pages
date                    initials        No.

Vs.

_Ja De Culken R. Iwai Ojeda_
**Defendant/Respondent** _Et Al_

No. _18-CV-01367_

## PROOF/CERTIFICATE OF SERVICE

TO: _Cassidy Schadell_
_Alexandra Rice_
_111 N. 6th Str 2nd Floor_
_Springfield IL 62701_

TO: _US District Court_
_Central District_

**PLEASE TAKE NOTICE that at:** _6:00_ AM/PM _April 09_, 20_20_ 1.
placed the documents listed below in the institutional mail at _Stateville_
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

_Plaintiff's Motion for Summary_
_Judgment in response to Defendant Ojeda_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

DATED: _04-09-20_

/s/ _Kil Clark_
Name: _Clark, Kalvin_
IDOC No. _M33471_
_Stateville_ Correctional Ctr.
POB _112_
_Joliet_

IL 60434

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

KALVIN CLARK,
                    Plaintiff,

v.

JADE CULKIN, RILIWAN
DJELADE, JOSHUA DAVIS,
JOEL NEWKIRK, JAMES FIKE,
SHARP,
                    Defendants,

Case Number 18-CV-01367

Judge: SARA DARROW

## SUMMARY JUDGMENT

## PLAINTIFF'S RESPONSE TO DEFENDANT
## BILIWAN DJELADE

Now comes the Plaintiff, KALVIN CLARK,
Pro Se and with the assistance of a para-
legal, and, pursuant to Federal Rule of
Civil Procedure 56, hereby submits his
Motion for Summary Judgment, stating as follows:

# INTRODUCTION

ON Sept. 03, 2017 MR. CLARK was assaulted by Defendants JOSHUA DAVIS AND JOEL NEWKIRK while INMATE within the Illinois Department of Corrections at Pontiac Correctional Center (Pontiac). MR. CLARK was kicked and punched by DAVIS AND NEWKIRK that the sever ASSAULT caused MR. CLARK agonizing pain, suffering, AND sever health issues to his heart. MR CLARK has a heart condition called (Cardiomyopathy), Irregular heartbeat AND hypertension. Its a genetic issue for which MR. Clark has to wear a pacemaker/defibrillator a combination of the two.

2.

After the assault Mr. Clark was denied reasonable and adequate timely medical care from Defendants in order to conceal the excersive force acted upon Mr. Clark.

Around the end of Oct Mr. Clark was seen by a Cardiologist and the Cardiologist determined Mr. Clark's pacemaker/defibril-gtor was fractured on Sept. 03. 2017 around 10:00 and that Mr. Clark would need a New pacemaker/defibrilator.

Mr. Clark's surgery to replace the broken pace-maker for a new one was scheduled on Jan. 30th. 2018.

Mr. Clark surgery was a success and on
was returned back to Pontiac CC on
January 31st 2018

On Oct. 09. 2018, Plaintiff, Kavin
Clark filed this case pursuant to 42 U.S.C
§ 1983. With respect to Defendant Ojelade,
Mr. Clark claims Defendant permitted him
to get an Infection on two separate occasions
following surgery.

In the Court's November 18. 2018 Merit Review
Order. the Court found Mr. Clark stated a claim
of deliberate Indifference to a serious medical
need In violation of the Eighth Amendment
against Physician's Assistant (PA) Rizwan Ojelade.

4.

Defendant Ojelade failed and refused to carry out medical orders prescribed by Mr. Clark's cardiologist. See Mr. Clark's deposition Ex:A, pg 66-9.

After adequate time for discovery, the undisputed facts show that Defendant Ojelade consciously disregarded Mr. Clark's objectively serious medical needs, causing unnecessary and wanton infliction of pain to Mr. Clark January 30-2018 ICD surgery (implantable-cardioverter-defibrillator) lead replacement surgery. Defendant failed to carry out medical orders prescribed by Mr. Clark's cardiologist and Mr. Clark's pleas and complaints to be sent out to a hospital due too pain caused by infection.

During Mr. Clark's deposition, Mr. Clark clarified that he had two surgeries - one in January 2018 and a second in July 2018. See Exhibit 1. Deposition of KALEN CLARK, generally. Mr. Clark alleges Defendant Djelade permitted his surgery site to get infected following his January 30 2018 surgery.

Defendants are correct, infection is a result of surgery and is not an Eighth Amendment violation. However, unreasonable and untimely inadequate medical care is and can be a cause of post-surgical infection, and arises to a Eighth Amendment violation.

A rational jury could conclude that
Defendant Djelade failed to exercise
his professional judgment in treating
Mr. Clark and Defendant acted with
Deliberate Indifference.

Accordingly, he Defendant is not entitled to
Summary Judgment.

## UNDISPUTED MATERIAL FACTS

1. Plaintiff is an inmate with Illinois
   Department of Corrections. Ex A, Deposition
   of Kalvin Clark. pg.21.

2. Defendant Rizwan Djelade is and
   at all times relevant to this lawsuit
   was, engage in the business of providing
   healthcare services to inmates at Pontiac

Department of Corrections. See Exhibit of P.A. Ojelade.

3. Mr. Clark does not have the option of seeking treatment from sources other than Wexford Employees such as P.A. Ridwan Ojelade, and is entirely dependant on Ojelade for medical care.

4. Mr. Clark was diagnosed with cardiomyopathy, irregular heartbeat, and hypertension in 2006. Ex A. Deposition of Kavin Clark. pg 36.

5. Mr. Clark has had an implantable cardioverter-defibrillator (ICD) in his chest since 2006. Ex A, Deposition of Kavin Clark, pg. 37.

6. Mr. Clark has been under the care of Cardiologist Dr. Lazar at UIC since 2016. Ex A, Deposition of Kalvin Clark, pg 48 - 41.

7. On January 30. 2018 the leads for Mr. Clark's ICD were Replaced at UIC due to Mr. Clark being beat and assaulted by Correctional Officers at Pontiac CC on Sept. 13 · 2017 Ex A, Deposition of Kalvin Clark, pg 63 and pages 43 & 44 Affidavit of Ojeda Ex B.

8. The above Assault was the cause of Mr. Clark's leads being Replaced due to the ICD being fractured. Ex A, Deposition of Kalvin Clark, pg 61 & 62 and Ex B.

9.

9. On January 31. 2018, Mr. Clark returned to Pontiac following successful surgery. Ex A, Dep of Mr. Clark, pg 64; Ex B, Affidavit of Rihwan Djedade,

10. Common signs of infection include: high body temperature (fever), pain at the infection site, redness or swelling near an open wound, and discharg from an open wound. Exhibit B, Affidaut of Rihwan Djelade. ¶6. Pg. 2

11. On 02.01.18 Medical Records of Mr. Clark should /states (1) chest discomfort, pain 7/10, and (2) Chest minimal Drainage. (EX 3 .)

12. Mr. Clark first noticed swelling at the surgical site on Feb 6. 2018. EXA, Depos of Mr. Clark, pg 71. 9-10

13. On Feb-06-2018, Mr. Clark requested a bandage change because his bandages were not being changed everyday as ordered. Ex A, Depos of Mr Clark pg 71-18-20

14. On Feb 08 2018 Mr. Clark began to complain about swelling to the surgical site but had always complained about pain. EX A, Depos of Mr. Clark pg and Exhibit# 9, Depo pg ~~78~~ 74-6-24

15. On Feb 08. 2018 Mr. Clark Requested Tylenol for pain during Nurse dick call. Exhibit B, Affidavit of R.i.wan Djelode.

16. Feb 08, 2018 Medical Records contradict Mr. Clarks complaints and the RN notes. See Exhibit 9.

17. Feb 08; 2018 Medical Record shows Mr. Clark complaints are: Mr. Clark needs tylenol for pain to left arm/pectoral incision, states area is sensitive at times and pain gets worse. See Exhibit 9.

18. Feb 08, 2018 Medical Record show the notes from the RN are no bruising swelling noted 6 of pain discomfort. See Exhibit 9.

12

19. During Feb 08, 2018 appointment Mr Clark was provided Tylenol 325 mg by the treating Nurse, Although, this same Nurse wrote that No PSS pain discomfort. No bruising swelling noted. See Exhibit 9.

20. Mr. Clark had a post-surgical follow-up appointment with UIC on February 12. 2018 but was Never sent out to UIC. Exhibit 8/ and Mr. Clark's Affidavit Ex 19.

21. On Feb 14, 2018 Mr. Clark stopped a Nurse during Evening med pass to look at his surgical incision See Ex 11.

22. The records reflect reflect the surgical site was open approximately 1 inch length-wise. 1/2 inch wide, and was 2mm in depth. Exhibit B, Affidavit of Riliwan Ojelade. and medical records Ex 11.

23. The records reflect Mr. Clark was provided antibiotic ointment, gauze. tape and band-aids. Exhibit B, Affidavit of Riliwan.

24. Mr. Clark disputes fact 31 stating that there had been swelling since Feb 8 2018 and yellowness and mixture pus with excessive pain. Mr. Clarks Affidavit 19

25. According to the medical records, on Feb 16. 2018, Mr. Clark was seen by Nurse Practitioner Cheryl Hansen for follow-up appointment following his UIC appointment on Feb 12. 2018, Ex B; Affidavit of Riliwan Ojelade.

26. Althought, Mr. Clark was scheduled for UIC Appointment on Feb. 12, 2018, he, Mr Clark's appointment was denied and Mr. Clark never received a reason. See Mr. Clark Affidavit Ex 19.

27. The records reflect Mr. Clark's chest was open on showing minimal drainage on Feb-1-2018. See Ex 1 and Ex-H.

28. NP HANSEN noted she cleaned the area with betadine and dressed the wound with bacitracin and band-aide. Ex-B, Affidavit of Rilwan Djelade.

29 When Mr. Clark began to complain about swelling, drainage, and infection the Medical staff began to treat his wound with anti-infection medication, but it was too late. Mr. Clark's Affidavit #3. Ex-B Affidavit of Rilwan Djelade.

30. ON Feb, 16, 2018, Mr. Clark returned to Urgent Care to have his dressing changed. Ex·B. Affidavit of R.I.WAN.

31. Mr. Clark completely disputes
Defendants facts in No. 41, Although,
the records reflect the wound looked
clean and there were signs of
moderate drainage but no redness.
See Ex. B. Affidavit of Ridwan Ojelade.

32. Mr. Clark noticed that the Nurse
never reported his open wound
and his complaints of pain and
swelling. Mr. Clarks Affidavit Ex 3

33. The Nurse noted his wound dressing
was Intact with moderate drainage
but no redness. The only thing the
Nurse told the truth about is (his)
Mr. Clark's dressing was Intact.
See Affidavit of Mr. Clark.

34. Defendant Ojelode saw Mr. Clark on Feb 17, 2018, to address Mr. Clark's complaints of pain and swelling. Ex B, Affidavit of Ojelode.

35. On Feb 17, 2018, the medical records reflect Mr. Clark left side chest wall swollen, pain, tenderness, left chest enlargement w/ clean open wound. See Ex B. Affidavit of Riliwan Ojelode.

36. When Mr. Clark was seen by the Nurse on Feb 16, 2018 and by P.A. Ojelode on Feb 17, 2018 Mr. Clark notice how both medical professionals failed or refused to note or report the size of his open wound. See Affidavit of Mr. Clark. Ex 3.

37. Defendant prescribed Mr. Clark with 2 tablets of Tylenol #3 and 1 tablet of Ultram 50 mg right away for pain and Defendant ordered Mr. Clark receive 2 tablets of Tylenol #3 twice a day for two weeks, Cipro 500 mg twice a day, and Bactrim DS twice a day. Ex A. Dep of Kalvin Clark pg. 79; Ex B. Affidavit of R. Ludin Ojelade.

38. Bactrim is an oral antibiotic, consisting of a combination of sulfamethoxazole and trimethoprim. It is used to treat and prevent infections by preventing the growth of bacteria. Ex B, Affidavit of R. Ludin Ojelade

39. Cipro is another oral antibiotic used to prevent infection by preventing the growth and spread of bacteria. Ex B, Exhibit B Affidavit of Gjelode.

40. Mr. Clark disputes Defendants fact No 45. Mr. Clark stated to Defendant that he had been complaining about chest pain, and excessive swelling since Feb 8, 2018, and that Mr. Clarks last surgery never got that swollen or stayed swollen that long before and Defendant stated that, that's part of Mr. Clarks surgery to have swelling that long. See Affidavit of Mr. Clark. Ex 19 and ExA pge. 65 66 and 67.

41. Mr. Clark disputes Defendants material fact No 47. Mr. Clark states that everytime he went to healthcare from Feb 8 2018 to Feb 19 2018 the INCISION was getting worse by the day with swelling, drainage, yellowness, and chest INCISION opening. See Affidavit of Mr. Clark Ex- 3.

42. Mr. Clark states that he pleaded with P.A. R.l.wan Ojelade and the Nursing staff to close his chest wound and that as long as his wound stayed open it would only get worse. See Affidavit of Mr. Clark Ex- 3

43. Defendant noted Mr. Clark should continue with daily wound dressing changes and returned to the clinic for re-evaluation on Feb 20, 2018. Ex. Dep of Mr. Clark, pg. 19; Ex B, Affidavit of Ojelade.

44. The record reflect that by Feb 19 2018, Mr. Clark could not make the Feb 20 2018 re-evaluation due to the infection of his surgical wound was so sever that Mr. Clark had to be removed from Pontiac to have surgery on Feb 19 2018, Mr. Clark had to have his new cardioverte-defibrillator (ICD) removed from his chest because of the sever infected area. See Affidavit of Mr. Clark 3. and Exhibits. G, H, I,

45. Defendant states in his Motion for Summary Judgment No 53, Despite the lack of signs of Infection, Defendant ordered a round of prophylactic antibiotics and continued daily wound dressing changes in order to guard against Infection. Ex B, Affidavit of Ojelade.

46. The nurse noted there was draining present and the wound bed was beefy red with a small area yellow in the middle, while the surrounding skin had no redness or draining with some swelling, but overall no change in condition from Feb 11 2018. Ex B. Affidavit of Ojelade.

47. Defendant Djelade stated in his Affidavit and Summary judgment Motion No 47. that he noticed Plaintiff's wound was clean and open with no discharge or blood and no tenderness at the site when he Djelade saw Plaintiff on Feb-17-2018 and then states in his Affidavit and Motion for Summary Judgement that on No 55. that The nurse noted there was _draining present_ and the wound bed was _Beefy RED_ with a small Area of Yellow in the Middle, but over all no change in his condition from Feb 17,2018. Ex B. Affidavit of Djelade.

48. Defendant Djelade's Affidavit contradicts itself in (No 47) and (No 55) there is a significant change from Defendant Djelade's Record and the Nurses record the next day. Ex B, Affidavit of Djelade.

49

49. The Nurse diagnoses are similar with one thing the Doctor at UIC noted in Mr. Clarks medical records that He latter developed _Redness_ and then _full blown pectoral pocket Infection_. See Mr. Clarks medical records. Ex H.

50. Plaintiffs dressing was changed again on Feb 19, 2018, at that time of his dressing change, there was no signs of Infection and Plaintiff was afebrile. Ex B, Affidavit of R.L. wan Djelade.

51. Mr. Clark was seen at 10:00 AM on Feb 19. 2018 and the Nurse noted no signs of infection, no drainage Ex B. Affidavit of Ojelade and medical records. Ex 16.

52. Mr. Clark states that when he was seen on Feb 19 2018 at 10:00 am his chest was swollen, draining, red and beefy and his wound was open more than before but the Nurse refuse to report this on said date. See Mr. Clarks Affidavit. Ex 3.

53. Mr. Clark alerted the medical staff that on second shift because first shift Nurse refused to treat him with proper and additional appropriate and adequate medical care. See Affidavit of Mr Clark 19.

54. Medical records of treating nurse reflects that on FEB 19, 2018, 6:05 P.M. MR. Clark's Left chest wall is severly swollen, redness and radiates massive HEAT, surgical suture line open in small area's on suture line, slight Puss discharge. See Medical records Exhibit

55. The treating Nurse called DR Funk AND DR. Funk gave orders to have MR CLARK taken to St. James Emergency Room. See Medical record and Ex. B, Affidavit of R.li wan Ojelade.

55.B) On the evening of Feb 19, 2018, Mr. Clark was see by the nurse after reporting his chest was swollen and he was concerned his surgery line would split open. Ex B, Affidavit of Ojelade- and Mr. Clark's Affidavit EX 3

55.C) The treating nurse noted Mr. Clark's temperature was 98.8 degrees, and noted Mr. Clark's chest was swollen and radiating heat. Ex B. Affidavit of Ojelade, medical records Ex 17 & 18 and Ex   Mr. Clark's Affidavit 19.

56. While at St. James Hospital, Mr. Clark underwent a CT scan of his chest, which show internal fluid around his ICD, and Mr. Clark was diagnosed with a pectoral pocket infection. Ex Lt, H,' I.

57. Mr. Clark asked P.A. O'Clade and several nurses to see the Medical Director to be examined and sent out to UIC to have his wound close but was continued to be denied. See Affidavit #3.

58. Medical record show Mr. Clark developed redness and full blown pectoral pocket infection. See Medical Records Exhibit .B.

59. <u>Exhibit I, pg.2</u>, Medical Records Reflect that Mr. Clark 25-year-old male presenting with cellulitis swelling and drainage from surgical site of his recently placed AICD.

60. On Feb 19, 18, 16:00 am the treating nurse noted no (s/s) signs of Infection. See Exhbt 16.

61. On Feb 19, 18 at 6:05, 8 hours later Mr. Clark had developed redness and full blown pectoral pocket infection and was taken to St. James Emergency Room. See Medical Records Exhibit 21.

62. On Feb 18 18 Medical Records
Reflect that Mr. Clark wound bed was
beefy Red w/ small area yellow/middle of
wound bed. See Medical Records Exhibit 15.

62. At the bottom of same medical Records
It states No Redness Noted, but above
the Nurse Noted that his wound was beefy
Red. See Medical Records Exhibit 16.

63. The Next morning on Feb 19, 2018,
The Nurse stated No signs of Infection
Never mentioned the wound bed was beefy Red,
Nor yellow middle wound. See Exhibit 16.

64. The Medical Record from Feb 08, 2018 to Feb 19, 2018, contradict each other regarding Mr. Clark's symptoms. See Medical Records Exhibits 9 to 18.

65. From Feb 08, 2018, When Mr. Clark wound first open until Feb 19, 2018 as the wound grew larger, released more drainage, became more and more swollen, yellow in the center of wounds, and wound bed became beefy red while contracting an abscess and full blown pocket infection leading too more surgery, the removal of his ICD and more surgery; Mr. Clark has experience excruciating pain and suffering. See Medical Records 9-18 and Mr. Clarks affidavit Ex #3

66. On Feb 20, 2018, at Loyola Mr. Clark ICD was Removed due too pectral/pocket infection. Ex.B. Affidavit of R.Iwan Djelad(e), Medical Records Ex- 4. Mr. Clark's dep Ex-A

67. The Medical Staff Refused to listen to Mr. Clark's pleadings to be examined by the Medical Director or sent out too UIC on Feb 12 2018. See Mr. Clark's Affidavit Ex # 3. and medical Records. 9-18.

68. On Jan-19-2019 Mr. Clark was given Instructions Regarding his _Pacemaker, (Discharge Care)- What You Need to Know_ and some Instructions are: Sick Care Immediately if :

33

A. Your stitches come apart.

B. Contact your healthcare provider if:

b. Your wound is red, swollen, or draining pus.

c. You have questions or concerns about your condition or care. SEE Exhibit-F

69. On Feb 08, 2019 Mr. Clark glue on his chest wound split open on both ends and Mr. Clark notified Pontiac medical staff of that issue. See medical records of open wound, Mr. Clarks deposition and affidavit.

70. ON FEB 08, 2018, Mr. Clark told the Review/Examining Nurse that his surgical site was swollen. See Mr. Clark's affidavit. Ex 19.

71. ON FEB 01, 2018, the medical records reflect Mr. Clark had minimal drainage from his surgical wound see Exhibit 3.

72. ON FEB 14, 18, the medical records reflect Mr. Clark's surgical incision had open 1 in L X ½ in W X 2mm D - open wound on (L) upper chest. See Ex 11.

73. On Feb 15, 18, the Medical Records Reflect Mr. Clark Surgical Incision was 1/2 cm open. See EX 12.

74. On Feb 16, 2018 the Medical Records Reflect at 9:03 am that wound look clean No draining. See EX, 13.

75. On Feb 16, 2018 the Medical Records Reflect at 9:45 p.m that Mr. Clark was having increase pain and swelling; Dis intact, moderate drainage, No redness Noted. See EX 13.

76. On Feb 17, 2018, The Medical Records Reflect that Mr. Clark stated he had chest pain at the area surgery wound and swelling of 2 - 3 days. See Ex 14.

77. Those same medical records show at the bottom of the page: Chest asymmetry w/ chest enlargement w/ clean open wound, discharge or bloody + tenderness. See Ex 14.

78. The Next Next day on Feb 18, 2018, the medical records state that Mr. Clark wound was cleansed but the wound bed beefy Red w/ small area yellow/ middle of wound bed. Area is swollen no change in condition from yesterday 2/17/18 See Ex 15.

79. On Feb 19,18, Mr. Clarks medical Records Reflect that at 10:00 am Mr. Clark was treated with bacitracin an displayed No signs symptoms of Infection, drainage Noted. See Medical Records Ex 16.

80. On Feb 19,18, at 6.05, 8 hours and 5 minutes later Mr. Clark wound surgery site was so sever he had to alert a nurse and hope that she finally help because the nurse at 10.00 am this morning ignored Mr. Clarks symptoms of Infection, pain, and suffering. The nurse at 6.05 p.m. Noted that Mr. Clark Left chest was severly swollen, redness and radiates massive heat. See Medical Record Ex 14.

81. That SAME NURSE INFORMED DR. FINK of MR. CLARK sever cunditions and had MR. CLARK rushed to the EMERGENCY ROOM AND MR. CLARK was diagnosed with full blown Pocket INFECTION. See Medical Records EX 18, EX 4.

82. DefendAnt's Riliwan Ojelade wants this Honorable Court to disRegard MR. Clark's complaints of pain, suffering AND fear of INFECTION AND believe that from 62-19-18, at 10:00 AM to 6:05 P.M on 62-19- 18, within 8 hours AND 5 minutes MR. CLARK contacted Full blown pocket INFECTION. Although MR. CLARKs medical Record should signs AND symptoms of INFection from 02 08, 18.

# ARGUMENT

## A. Summary Judgment Standard

Pursuant to Rule 56(c) of the Federal Rules
of Civil Procedure, summary judgment is
proper if there is no genuine issue as to
any material fact and the moving party is
entitled to judgment as a matter of law. In
evaluating a motion for summary judgment, the
Court must look beyond the pleadings and
assess the proof to determine whether or not
there is a genuine (issue) need for a trial.
If Defendants meet their burden showing
there is an absence of evidence to support
Plaintiff's claim, Plaintiff must demonstrate
by Affidavit, depositions, answers to interro-

gatories. and admission on file. that there
is a genuine issue of material fact for
trial. _Celotex Corp. v. Catrett,_ 477 U.S. 317. 324-
25 (1986). In determining and evaluating
a motion for summary judgment, the Court
views the evidence in the light most
favorable to the opposing party and draws
justifiable inference in his favor. A mere
scintilla of evidence in support of Plantiff
position is not sufficient to create a genuine
issue of material facts. _Anderson v. Liberty_
_Lobby,_ 477 U.S. 242, 252 (1986)

1. Mr. Clark can show that there is a genuine
issue of material fact and is entitled to
Summary Judgment as a matter of Law.

2. Defendant's cannot meet their burden
of proof in showing there is an absence
of evidence to support Kalvin Clark's claim,
Mr. Clark can demonstrate by Affidavits,
depositions, and medical records on file,
that there is a genuine issue of material
fact for trial. Mr. Clark received instructions
concerning his Pace maker and the instructions
of when to contact medical. On page 4
it states: SEEK CARE IMMEDIATELY
If: Your stitches come apart.

A. On Feb 08 2018 Mr. Clark informed the
health care nurse at Pontiac CC that his
wound split open on both ends but the
nurse refused to note/record said incident.
See Affidavit #3 and Mr. Clark's depo pg

B.   On Feb 14, 18,  Mr. Clark stopped the
nurse to inform her that his wound was
opening even wider and the Nurse measured
his  wound opening as  1 IN L x ½ IN W x
2 mm D.  Mr Clark ash the nurse to have
the Doctor Examine his wound and close
it, but the Nurse Refused Mr. Clarks pleas.
See Mr. Clarks Affidavit   and Ex 11.


C.  On Feb 15, 18,  Mr. Clark was seen by
the Medical Nurse who measured his wound
has open ½ cm open AREA. Medical Staff
Still Refuse to close wound. See Mr. Clarks
Affidavit #3, and Medical Record Ex 12.

43.

D. On Feb 17, 18, Mr. Clark was finally seen by Defendant R.I. wan Ojelade to address Mr. Clarks complaints of pain, swelling, and drainage and to have his wound closed, to see the medical director, are to be sent out to U.I.C. but to no avail. See Affidavit of Ojelade, EX B, SEE MR. CLARKS Affidavit #3, and EX 14.

E. Defendant R.I. wan Ojelade never reported nor recorded Mr. Clarks chest (Left) wound or bed was beefy red w/ small area yellow of middle of the wound bed. because Feb 18, 18, medical records state the above and that no change in condition from yesterday 2/17/18. See Medical Records EX 14 and 15, and EX B, Affidavit of Ojelade.

45

E. Defendant Ojelade should have referred Mr. Clark to the Medical Director when he examined Mr. Clarks wound or sent Mr. Clark out to the Emergency Room as the Nurse did on Feb 19, 18, at 6:05 p.m. but Defendant Ojelade failure to provide Mr. Clark adequate medical care and cause Mr. Clark more excruciating pain and suffering.

4. Medical Records for Feb 18, and 19, 18, show Mr. Clark wound was open. See Ex 15, 11, and 18.

Secondly: The Pacemaker instructions state: Contact your healthcare provider if: your wound is red, swollen or draining pus. SEE EX. F

H. On said dates Mr. Clark reported
that his wound was swollen from 02 0818,
and that pus was coming from his open
wound from Feb 08, 18 and Feb 19 18 and
that his open wound was opening even larger,
Mr. Clark's began getting Red on 02 8, 18.
to Feb 19 18. See Mr. Clark's Affidavit
Ex #3 and medical records.

I. Mr. Clark was right all along; Mr. Clark
had had 2 surgeries before the Jan 31, 2017,
surgery and explained this issue to
Defendant Ojelade. Mr. Clark explained to
Defendant Ojelade that the first two surgeries
or post surgeries went well and that he knew
that something was seriously wrong with his
wound. See Ex A Mr. Clark's deposition pg. 65 66, 67.

I. Mr. Clark and Defendant b Jelade tell two different stories, of which Defendant is blatantly contradicted by the record, so that no reasonable jury could believe Defendant Scott V. Harris, 556 U.S. at 380-81, Defendant Records contradicts it self. On Feb 08. 2018 Mr. Clark was seen by Medical Staff for pain medication for pain to his left arm and pectoral Incision and area was sensitive at times. See Ex 9.

At the bottom of the medical record the nurse wrote that No signs/symptoms of pain and discomfort See Ex 9.

J. That's the entire reason Mr. Clark was seen and if she didn't believe him, why give him Tylenol.

K. On Feb 14, 18, the RN noted that Mr. Clark surgical incision site on left chest from 1/30/18 surgery. Incision open approx 1 in L x 1/2 in W x 2mm D. No tenderness, no swelling or redness area around site. See Ex 11.

L. On said date RN noted that Mr. Clark had a open wound and she then wrote no tenderness, no swelling, Although Mr. Clark had had a open wound for 6 days which Mr. Clark states was getting larger by the day. Mr. Clark wound swole up and-

Split his glue and suture's causing
pain and suffering. See Ex 11 and Mr. Clark
Affidavit Ex.#3

11. On 02 15 18 the Medical Records reflect
that Mr. Clark surgical incision was measured
as being open 1/2 cm open area to 1 chest but
no signs of drainage nor infection. See Ex 12

N. On Feb. 16. 18 at 9:03 a.m. that wound look
clean. No swelling was noted, no pain was noted,
no open wound noted, wound was not measured.
See Ex 13.

D. On the same day Feb. 16, 18 at 9:45 p.m Mr.
Clark was seen Medical Records reflect increased
pain and swelling. Disinfect, moderate drainage,
no redness noted. See Ex 13.

49.

P.   Almost on about 10 hours and 42 minutes
Mr. Clark was diagnosed with contradicting
symptoms but Mr. Clark is continuing to
complain over and over about pain, swelling,
discharge of puss and wanting to be seen
by a Doctor and sent out for adequate and
reasonable medical care. See Ex 13 and
Affidavit of Mr. Clark Ex # 3.

Q.  The next day, on Feb 17, 18 Defendant
Ojelade seen Mr Clark to deal with Mr Clark's
complaints regarding post-surgery injuries,
such as open wound, swelling, redness and
pain, plus, Mr. Clark wanted to be seen/
examined by a Doctor or sent out to U.I.S.
See Ex 14  Ex B Ojelade's Affidavit, ; Mr. Clark's
Affidavit Ex

Q. On that same day Defendant Djelade stated that Mr. Clark had chest pain of the area surgery wound and swelling of 2-3 days, chest asymmetry @ chest enlargement w/ clean open __wd__ no discharge or bloody + tenderness. See Ex 14 and Affidavit of Djelade Ex B.

R. On Feb 18.18 the next day, the medical records reflect that Mr. Clark's L chest wound bed was beefy Red W/ small area yellow/ middle of wound bed. Area swollen but no change in condition from yesterday 2/17/18. Ex 15 and Affidavit of Djelade Ex B.

S. This is a blatantly contradiction from the medical records Defendant Djelade wrote on 02 17.18 from 02 18,18, See Ex 14 and 15.

5. If Mr. Clark's wound was IN the same condition on Feb, 17, 18, that it was on Feb 18, 18, beefy red, yellow middle wound bed, swollen and as Mr. Clark stated IN pain. That could easily found are appear that Mr. Clark had a infection, if not that, something was severely wrong with Mr. Clark. See Ex 15 and 15.

And again on Feb 19, 18, 10:00 a.m the medical records blatantly contradict the medical records on Feb 14, 15, 16 17, and 18 2018 stating that wound look clean and Mr. Clark response was no distress, during this time Mr. Clark fear of infection has multiplied! Mr. Clark knows there's real danger. There's also a pattern of Defendant and the medical

Staff not keeping a complete and accurate account of Mr. Clark true signs and symptoms. See Records/Exhibits 9, 10, 11, 12, 13, 14, 15, 16, 17, & 18.. Affidavit of 2/clade Ex B, Mr. Clark Affidavit #3

I. On Feb 19, 18, at 6:05 p.m Mr. Clark ask a nurse for help to view his wound because the Nurse who check him this morning refuse to help. The p.m. nurse stated that Mr. Clark Left chest wall is severly swollen, redness and radiates massive heat, which totally contradict the early morning medical records. See Ex 16, 17 and 18.

II. Not only do opposing parties tell two different stories, one of which blantantly contradicted by the record, so that no

Reasonanable jury could believe Defendant, but Defendant own Records show contradicts and inaccurate accounts. Defendant version of events is so utterly discredited by the Record that no Reasonable jury could believe him.

DEFENDANT OJELADE WAS
V. DELIBERATE INDIFFERENCE UNDER the
EIGhTh AMENDMENT

1. Mr. Clark lacked a substantial Risk due too an objectively serious medical condition and Defendant was deliberately indifferent to that Risk causing Mr. Clark unreasonable and unnecessary pain and suffering After examining the medical records of Mr. Clark's complaints and symptoms Defendant Refused to send Mr. Clark to see a Doctor

3. Defendant Ojelade's Affidavit pg 2 number 6, states: Signs of infection Include: high body temperature (fever), pain at infection site, Redness or Swelling near an open wound and discharge from open wound. All these signs and symptoms Mr. Clark had except one, which was high temperature (fever).

Defendant was aware that Mr. Clark had symptoms of an infection but denied him adequate and reasonable medical care. Mr. Clark could have died from this serious, and sever infection and Defendant possessed a sufficiently culpable state of mind. Farmer V. Brennan, 511 U.S. 833, 837 (1994)

or to UIC for help before his symptoms, pain and suffering grew worse.

2. Defendant was well aware of Mr. Clark's complaints of pain, swelling, drainage, open-wound and redness: on said dates the medical records reflect that on Feb 08.18 [A.] Mr. Clark stated he had pain on surgical site; [b] on Feb 14.18 records show open wound 1 IN L x 1/2 IN W x 2mm D; [C.] Feb 15.18 the records show Mr. Clark's wound had open 1/2 cm; Feb 16.18; Increased pain, swelling, Dis intact and moderate drainage; [E.] Defendant seen Mr. Clark on Feb 17.18, Stated swelling, chest enlargment, open wound; [F.] bed beefy red/small area of yellow middle of wound bed area swollen No change in condition from yesterday 2/17/18.

¶ The competent EVIDENCE IN the Record demonstrates Defendant failed to take measures to gaurd against INfection, full blown pocket INfection and AN abscess and EXCRUCIATING pain and suffering. Mr. Clark has presented evidence demonstrating Defendant was well aware of his symptoms of INfection and fail to approach Mr. Clarks INjury with adequate, timely and reasonable medical care. Accordingly, Mr. Clark is entitled to Summary Judgment.

4. Defendant knew of and disregarded an "excessive risk to Mr. Clark's health and safety. _Collins v Seeman_, 462 F. 3d 757, 762 (7th Cir. 2006) quoting _Duane v Lane_, 959 F. 2d 673, 677 (7th Cir 1992).

5. There is a genuine dispute of these material facts and Mr Kalvin Clark is entitled to judgment as a matter of law.

## Conclusion

A reasonable jury could find Defendant failed to exercise his professional judgment in treating Mr. Clark following his surgeries.

WHEREFORE, for the Above reasons, KALVIN CLARK respectfully requests this Honorable Court grant his Motion for Summary Judgment and grant such further Relief as deemed appropriate.

Respectfully Submitted

_____

Pro Se Plaintiff

KALVIN CLARK

Reg #
P.o. Box 112
Joliet, IL 60434

EXECUTION DATE :
04 · 08 · 20

# Exhibit -A

## Page 1

```
1          IN THE UNITED STATES DISTRICT COURT
2         FOR THE CENTRAL DISTRICT OF ILLINOIS
3               ROCK ISLAND DIVISION
4
5     KALVIN CLARK, #M-33471,   )
                               )
6        Plaintiff,        )
                           )
7        vs.        ) Case No. 18-1367 SLD
                   )
8     WEXFORD HEALTH SOURCES,   )
      INC., et al.,      )
9                   )
         Defendants.    )
10
11
12
13
14
15
16
           VIDEOCONFERENCE DEPOSITION OF KALVIN CLARK
17
        TAKEN ON BEHALF OF THE DEFENDANTS
18
              AUGUST 23, 2019
19
20
21
22
23
24
```

## Page 2

```
1               I N D E X
2
3     QUESTIONS BY:              PAGE
4     MS. RICE            5
5     MS. BOYLE           111
6
7
8
9             E X H I B I T S
10
11    EXHIBIT      DESCRIPTION      PAGE
12
13    (No exhibits marked.)
14
15
16
17
18
19
20
21
22
23
24
```

## Page 3

```
1          IN THE UNITED STATES DISTRICT COURT
2         FOR THE CENTRAL DISTRICT OF ILLINOIS
3               ROCK ISLAND DIVISION
4
      KALVIN CLARK, #M-33471,   )
5                          )
         Plaintiff,      )
6                       )
         vs.        ) Case No. 18-1367 SLD
7                   )
      WEXFORD HEALTH SOURCES,   )
8     INC., et al.,      )
                        )
9        Defendants.     )
10
11       VIDEOCONFERENCE DEPOSITION OF KALVIN CLARK,
12    produced, sworn, and examined on the 23rd day of
13    August, 2019, between the hours of 9:45 A.M. and 1:09
14    P.M. of that day, at the Office of the Attorney
15    General, 3000 Montvale Drive, Springfield, Illinois
16    62704, and by videoconference with Stateville
17    Correctional Center, before Robin A. Enstrom, a
18    Registered Professional Reporter and Certified
19    Shorthand Reporter within and for the State of
20    Illinois.
21
22
23
24
```

## Page 4

```
1             A P P E A R A N C E S
2
      FOR THE PLAINTIFF:
3        Mr. Kalvin Clark, pro se
4
      FOR IDOC DEFENDANTS:
5        Office of the Attorney General
         Ms. Kathryn Boyle
6        500 South Second Street
         Springfield, Illinois 62701
7        217.785.4555
         kboyle@atg.state.il.us
8
      FOR WEXFORD HEALTH SOURCES, INC., DEFENDANTS:
9        Cassiday Schade, LLP
         Ms. Alexandra N. Rice
10       111 North Sixth Street, Suite 200
         Springfield, Illinois 62701
11       217.572.1714
         arice@cassiday.com
12
13
14
15
      COURT REPORTER:
16       Robin A. Enstrom, RPR, CSR
         Illinois CSR #084-002046
17       Alaris Litigation Services
         15 S. Old State Capitol Plaza
18       Springfield, Illinois 62701
         217.522.2211
19       800.280.3376
20
21
22
23
24
```

1 (Pages 1 to 4)

## Page 5

1    IT IS HEREBY STIPULATED AND AGREED by and
2  between the Plaintiff and Counsel for the Defendants
3  that this deposition may be taken in shorthand by
4  Robin A. Enstrom, RPR, CSR, and thereafter
5  transcribed into typewriting, with the signature of
6  the witness being expressly reserved.
7
8                  * * * * * * *
9
10            (Deposition began at 9:46 A.M.)
11                KALVIN CLARK,
12  of lawful age, having been produced, sworn, and
13  examined on the part of the Defendants, testified as
14  follows:
15                EXAMINATION
16  BY MS. RICE:
17    Q.   Good morning, Mr. Clark.  As we
18  discussed earlier, my name is Alexandra Rice.  I
19  represent PA Ojelade and Sheila Molinero in the case
20  that you filed, Kalvin Clark vs. Davis, et al,
21  18-1367, in the Central District.
22    A.   Yes.
23    Q.   Ms. Boyle here next to me is
24  representing Ms. Culkin, Mr. Davis, Mr. Dicks,

## Page 6

1  Mr. Fike, Ms. Goldsmith, Mr. Newkirk, and
2  Mr. Sorensen?
3          MS. BOYLE:  Yes, Mr. Sorensen.
4          MS. RICE:  Okay.
5    Q.   (By Ms. Rice)  Are there other
6  defendants that you're aware of?
7    A.   No.
8    Q.   No.  Okay.  That's everybody.
9          All right.  Would you please state and
10  spell your name for the record.
11    A.   Yes.  First name Kalvin with a K.
12  K-a-l-v-i-n.  Last name Clark, C-l-a-r-k.
13    Q.   All right.  Mr. Clark, thank you for
14  speaking clearly.  That's really helpful.
15          Can you please tell us your inmate
16  number.
17    A.   Yes.  M-33471.
18    Q.   Okay.  Have you ever given a deposition
19  before?
20    A.   No, I haven't.
21    Q.   Okay.  I'm going to quickly go through
22  some of the rules here that's going to make it run
23  more smoothly for you, me, and most importantly the
24  court reporter.  Okay?

## Page 7

1          A deposition is going to be my
2  opportunity to ask you a series of questions about
3  your case.  Everything that you say is being taken
4  down by the court reporter.
5    A.   Okay.
6    Q.   Do you understand that you were just
7  placed under oath?
8    A.   Yes.
9    Q.   That means that your testimony today is
10  going to have the same effect as if you said it in
11  front of a judge or a jury.  Do you understand?
12    A.   Yes.
13    Q.   Okay.  The court reporter is taking down
14  all of my questions and all of your answers.  It's
15  going to make her job a lot easier if we speak
16  clearly and if we don't talk over one another.
17  You're doing a pretty good job of that right now but
18  just keep that in mind.
19          Please let me finish my question before
20  you start answering, and I'm going to do my best to
21  let you finish answering before I go to my next
22  question.  Do you understand?
23    A.   Yes.
24    Q.   Please provide a verbal answer.  Say

## Page 8

1  yes, no, or give me an explanation.  If you nod or
2  say uh-huh, huh-uh, that does not translate very
3  well.
4          If you don't understand any question
5  that I've asked, please let me know, and I will try
6  to clarify or rephrase it so you do understand.
7          If you start to answer my question,
8  though, I'm going to assume that you've understood
9  me.  Is that fair?
10    A.   Yes.
11    Q.   Okay.  If you need to take a break, let
12  us know.  I just request that, if I have a question
13  pending, that you answer my question before we go on
14  a break.  Okay?
15    A.   Yes.
16    Q.   Okay.  It's important that you answer my
17  questions to the best of your ability.  Do you
18  understand this?
19    A.   Yes.
20    Q.   Are you aware of any reason you may not
21  be able to answer my questions today?
22    A.   No.
23    Q.   All right.  So you knew about the
24  deposition for today; right?

ALARIS LITIGATION SERVICES
www.alaris.us    Phone: 1.800.280.3376    Fax: 314.644.1334

## Page 9

1      A.   Yes.
2           Q.   Okay.  You received a copy of our dep
3    notice?
4      A.   Yes.
5           Q.   Okay.  Did you do anything to prepare
6    for the deposition today?
7      A.   No.
8           Q.   No?
9           Did you speak to anyone?
10     A.   No.
11          Q.   You didn't tell any of your cellmates or
12    family members about the deposition?
13     A.   No.  It's not their business.
14          Q.   Okay.  And did you talk to any guards
15    about it?
16     A.   No.
17          Q.   No.  Okay.
18          Did you review any documents in
19    preparation for your deposition today?
20     A.   Yes.
21          Q.   What did you review?
22     A.   Just the -- the cause of effect and the
23    effects after the incident.
24          Q.   What do you mean --

## Page 10

1      A.   Basically the medical -- the medical
2    effects of what happened.
3           Q.   What do you mean --
4      A.   Basically my -- I'm sorry.
5           Q.   No, no.  Go ahead.  Go ahead.
6      A.   From when I went to the hospital, what
7    was my signs of infection that I caught.
8           COURT REPORTER:  I'm sorry.  Can you
9    repeat that.  I didn't understand you.
10     A.   Basically my medical records from the
11    hospital of my infection, of my complaint that I was
12    complaining about -- my infection after having my
13    surgery.
14          Q.   (By Ms. Rice) Okay.  Just so I'm clear,
15    you reviewed your medical records?
16     A.   Yes.
17          Q.   Okay.  Are those the medical records
18    that were provided by myself and co-counsel?
19     A.   Yes.
20          Q.   Okay.  Are there any other records that
21    you reviewed today?
22     A.   No.
23          Q.   Do you keep any other records in this
24    case?

## Page 11

1      A.   Yes.
2           Q.   What other --
3      A.   All the records that I was sent from
4    you.
5           Q.   Okay.  Anything in addition to what's
6    been provided to you by myself and co-counsel?
7      A.   No.
8           Q.   No.
9           Do you keep any notes on this case?
10     A.   Yes.
11          Q.   What kind of notes?
12     A.   Basically testimonies or witnesses'
13    information.
14          Q.   What do you mean by "testimonies"?
15     A.   Of my cardiologist and my surgeon that's
16    going to testify on my behalf about the incident
17    afterwards of what they had to cure and the
18    surgeries I had to have for the infection that was
19    caused by Pontiac Correctional Center.
20          Q.   So did they provide you a written
21    statement?
22     A.   No.  Because they don't -- once I put
23    their information in there, they was just expecting
24    for a phone call, I guess, for you all to interview

## Page 12

1    them on behalf of my testimony.
2           Q.   Okay.  I just want to make sure I'm
3    understanding.  So, when you say "testimonies," are
4    you just meaning that you have their contact
5    information?
6      A.   Yes.
7           Q.   Okay.  But you don't have, like, a
8    prepared statement on -- from them?
9      A.   Oh, no.  No.
10          Q.   Okay.  Do you keep any other documents
11    in this case?
12     A.   No.
13          Q.   Okay.  You said that you received the
14    medical records from myself and co-counsel; correct?
15     A.   Yes.
16          Q.   And you've had a chance to review those
17    documents?
18     A.   Yes.
19          Q.   Okay.  Is there anything missing from
20    those documents?
21     A.   No.
22          Q.   All right.  You --
23     A.   I'm sorry.
24          Q.   Oh, no.  Go ahead.  Go ahead.

3 (Pages 9 to 12)

Page 13

1      A.   Would a photo of the -- after the --
2   the photo of the -- I'm sorry.  The photo of the
3   wound -- would that be a document?
4      Q.   I suppose.
5      A.   Okay.  Well, I've been overlooking it,
6   like, the document of the photo of the wound, and
7   that's it, which was sent in -- which was part of
8   what you had with the documents.  So it was in the
9   documents.
10     Q.   Okay.  I see you've got some documents
11  in front of you today.  What are those documents?
12     A.   The medical records from -- that you
13  sent me from the days I was not getting my treatment
14  for the infection.
15     Q.   Okay.  Anything else?
16     A.   The hospital from St. James of the CT
17  scan.
18     Q.   Okay.  Any other documents?
19     A.   Yes.  After having the surgery, if
20  any -- basically, if any symptoms was to occur, what
21  to do, instructions.
22     Q.   Okay.  So you've got your -- copies of
23  your medical records.  Anything in addition to your
24  medical records in front of you today?

Page 14

1      A.   No.
2      Q.   Okay.  So, for the purposes today, I'm
3   asking you to answer my questions based on your
4   memory.
5      A.   Yes.
6      Q.   So, for that reason, I ask for you to
7   not look at those documents.
8      A.   Okay.
9      Q.   Yeah.  If there comes a point where you
10  can't remember from your own memory and you need to
11  look at your documents, that's fine.  Just let us
12  know, and let us know what you're looking at so we
13  can all be looking at the same document.  Okay?
14     A.   Yes.
15     Q.   Have you received a copy of your
16  grievance records in this case?
17     A.   Yes.
18     Q.   Okay.  Did you go through those and look
19  at those in preparation for today?
20     A.   Somewhat.  So some -- so barely.  I'm
21  sorry.  Barely.  I barely looked at them.
22     Q.   Okay.  What do you mean by that?
23  "Barely looked at them?"
24     A.   I just -- like, once you sent them, I

Page 15

1   just viewed them; and once I viewed them, I never
2   looked at them again.
3      Q.   Okay.  Were there any grievances, to
4   your recollection, that you submitted that you
5   didn't see in those records?
6      A.   No.
7      Q.   All right.  What about your complaint?
8   Did you review that in preparation for today?
9      A.   No.
10     Q.   Did you write the complaint yourself?
11     A.   Yes.
12     Q.   No one helped you?
13     A.   No.  Only got help with -- with legal
14  counsel, trying to write a motion to do legal
15  counsel.
16     Q.   Could you clarify that for me, please?
17     A.   Okay.  I didn't have help with my
18  lawsuit, but I had asked for help from an inmate to
19  ask how -- because I didn't know how to write a
20  motion to appoint counsel.
21     Q.   I see.
22     A.   I got help on that.
23     Q.   So you wrote the complaint yourself, but
24  you had assistance from a fellow inmate to draft

Page 16

1   your motion for appointment of counsel?
2      A.   Yes.
3      Q.   Okay.  Have you had any help from anyone
4   else on any of your other pleadings in this case?
5      A.   No.
6      Q.   No.
7           So everything else you've answered by
8   yourself?
9      A.   Yes.
10     Q.   Including your discovery responses?
11     A.   Yes.
12     Q.   Okay.  Are you able to read, Mr. Clark?
13     A.   Yes.
14     Q.   Do you read anything in your spare time?
15     A.   Yes.
16     Q.   Okay.  Like, what do you read?
17     A.   More like self-help books, leadership
18  books, educational books.
19     Q.   Are those pretty large books?
20     A.   You can say fairly, yes.
21     Q.   How many pages on average are they?
22     A.   200.
23     Q.   Okay.
24     A.   Between 200 and 400.

4 (Pages 13 to 16)

## Page 17

1    Q.   Do you read pretty regularly?
2    A.   Yes. On my spare time, yes.
3    Q.   How often would you say you read?
4    A.   I read every day, but I probably only
5    read probably an hour out the day.
6    Q.   Okay. In addition to what you've
7    described, do you ever read anything else?
8    A.   No.
9    Q.   And you are able to write; is that
10   correct?
11   A.   Yes.
12   Q.   Okay. Do you regularly correspond with
13   anyone outside of Stateville?
14   A.   Yes.
15   Q.   Okay. Who do you talk to, or who do you
16   write to?
17   A.   My brother. Basically family members.
18   Q.   Where is your family located?
19   A.   Arizona, Kankakee, Forest Park, and
20   Chicago.
21   Q.   Okay. Of the family members that reside
22   in Illinois, are most of them up in the Chicago
23   area?
24   A.   Yes.

## Page 18

1    Q.   Do you have any family in the Central
2    District of Illinois south of Joliet?
3    A.   Just -- I don't know if Kankakee
4    considered, but just Kankakee.
5    Q.   Okay. I don't think Kan -- I think
6    Kankakee is considered northern Illinois.
7    A.   Okay. Well --
8    Q.   Yeah. Okay.
9         MS. BOYLE: It is south of Joliet but --
10        MS. RICE: Oh, is it really?
11        MS. BOYLE: It is. Kankakee is south of
12   Joliet.
13        MS. RICE: Oh. Well, sorry.
14        MS. BOYLE: It's okay.
15   Q.   (By Ms. Rice) All right. So where are
16   you from? Are you from Chicago?
17   A.   Yes. South side of Chicago.
18   Q.   Is that where you were born?
19   A.   Yes.
20   Q.   Did you live there your whole life prior
21   to your incarceration?
22   A.   Yes.
23   Q.   Okay. So you never lived anywhere else?
24   A.   No.

## Page 19

1    Q.   Okay. And what's your birthday?
2    A.   4/23/94.
3    Q.   So that makes you how old?
4    A.   25.
5    Q.   25.
6         Do you go by any nicknames or aliases?
7    A.   Yeah, nickname.
8    Q.   What are those?
9    A.   40.
10   Q.   40?
11   A.   Yes. Like, the number 40.
12   Q.   Oh, yeah? Why do you go -- why do they
13   call you 40?
14   A.   It's just been since a child -- since a
15   child. We do music; so it's just the artist name.
16   Q.   Any other nicknames or aliases?
17   A.   No.
18   Q.   Just 40.
19   A.   Yes.
20   Q.   Do people call you 40 there at
21   Stateville?
22   A.   Yes.
23   Q.   Yeah?
24        Okay. Are you right-handed or

## Page 20

1    left-handed?
2    A.   I'm right-handed.
3    Q.   Okay. And how tall are you?
4    A.   Six foot.
5    Q.   And how much do you weigh?
6    A.   281.
7    Q.   Okay. When's the last time you had that
8    checked?
9    A.   Last week.
10   Q.   Last week.
11        Okay. So that's pretty accurate.
12        It looks like on your IDOC paperwork
13   you -- it has your weight listed at 259?
14   A.   Yes.
15   Q.   So it sounds like you've kind of gained
16   a little bit of weight?
17   A.   Yes.
18   Q.   Yeah.
19        Is that on purpose, or is that just
20   accidental?
21   A.   I'm just eating good.
22   Q.   Okay. Okay. That's fine.
23        MS. BOYLE: Nothing wrong with that.
24   Q.   (By Ms. Rice) That's kind of a rude

## Page 21

1  question on my behalf; so —
2      A.  It's all right.
3      Q.   Okay.  And you are currently an inmate
4  within the Department of Corrections; correct?
5      A.  Yes.
6      Q.   Okay.  And you are there at Stateville
7  Correctional Center?
8      A.  Yes.
9      Q.   However, the case that we're here on
10  today concerns events that occurred at Pontiac;
11  right?
12      A.  Yes.
13      Q.   Okay.  Are the claims in this case
14  involve your time in any other correctional place?
15      A.  No, they do not.
16      Q.   Okay.  So when did you first enter
17  Pontiac?
18      A.  I believe August 21st of 2016.
19      Q.   And when did you leave?
20      A.  January 7th of 2019.
21      Q.   Okay.  Now, if I'm remembering
22  correctly, though, your claims begin around
23  September of 2017; is that right?
24      A.  Yes.

## Page 22

1      Q.   Okay.  And if you had to give an
2  approximate date, when would you say your claim
3  ends?
4      A.  Once I left Pontiac, 2018.
5      Q.   Okay.  But when did you file your
6  complaint in this case?
7      A.  Oh, no.  I'm sorry.  I left 2019.  I'm a
8  year back.  I left 2019.
9          So I had to file my complaint, I
10  believe, August or September of 2018.
11      Q.   Okay.  All right.  How long have you
12  been in the Illinois Department of Corrections?
13      A.  Since 2012 of December 7th.
14      Q.   Okay.  And the current sentence that
15  you're serving, what was the conviction?
16      A.  Aggravated car jacking with a firearm.
17      Q.   Did you plead guilty, or were you found
18  guilty by a judge or jury?
19      A.  I was found guilty by a jury.
20      Q.   Okay.  What was the date of your
21  conviction?
22      A.  Be November 26th, if I'm not mistaken.
23      Q.   Of 2011?
24      A.  No.  My conviction was 2012.

## Page 23

1      Q.   Oh, okay.  Okay.
2          What county was that out of?
3      A.  Cook.
4      Q.   Cook.
5          Prior to this conviction, had you served
6  any other time in the Department of Corrections?
7      A.  No, I haven't.
8      Q.   Okay.  Did you have any other felony
9  convictions?
10      A.  No, I haven't.
11      Q.   Okay.  And since this conviction, have
12  you been convicted of any other felonies?
13      A.  No.  No, I haven't.
14      Q.   Do you have any charges pending that you
15  know of?
16      A.  No, I do — no, I do not.
17      Q.   Do not.
18          Okay.  Since you've been in the
19  Department of Corrections, have you ever been
20  convicted of any crimes or misdemeanors — or I'm
21  sorry.  Strike all that.
22          Have you ever been convicted of any
23  crimes, including misdemeanors including dishonesty?
24      A.  In the Department of Corrections?

## Page 24

1      Q.   No, no, no.  Just in general.
2      A.  Yes.  As a juvenile I've been convicted
3  of a crime.
4      Q.   Okay.  What was the nature of that
5  crime?
6      A.  It was an armed robbery and a --
7          COURT REPORTER:  I'm sorry.  Can you say
8  that again?  Armed robbery and what?
9          MR. CLARK:  A domestic.
10          COURT REPORTER:  Thank you.
11      Q.   (By Ms. Rice)  Anything else?
12      A.  No.
13      Q.   So any crimes involving dishonesty like
14  perjury or forgery?
15      A.  Oh, no.
16      Q.   Okay.  While you've been in the
17  Department of Corrections, have you received any
18  disciplinary tickets?
19      A.  Yes.
20      Q.   Okay.  How many would you say?
21      A.  Probably close to, like, 15.
22      Q.   Okay.  What are those tickets for?
23      A.  Mostly, like, a disobey or unauthorized
24  movement, attempt assault.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 25

1  Q.  Okay.  Have you ever been disciplined or
2  given a ticket for giving false information to an
3  employee?
4  A.  Yes.
5  Q.  How many tickets have you gotten for
6  that?
7  A.  Probably, like, one or two.
8  Q.  Can you tell me about those?
9  A.  Basically they said I was giving false
10  information, as they say, due to a fight with an
11  inmate.  That's the only time I've been given false
12  informations.
13  Q.  Do you recall when that was?
14  A.  I was in Pinckneyville.  I believe 2015
15  or '16.  I don't really recall.
16  Q.  Okay.  Tell me about your educational
17  background.  What's the highest level of education
18  you received?
19  A.  Freshman year.
20  Q.  Of high school?
21  A.  Yes.  On the outside, but I had got my
22  high school diploma correspondence.  It had to do
23  with DOC through Stratford Career Institute.
24  Q.  Okay.  When did you get that?

## Page 26

1  A.  2017.
2  COURT REPORTER:  What was the name of
3  the institute?
4  MR. CLARK:  Stratford Career Institute.
5  COURT REPORTER:  Thank you.
6  Q.  (By Ms. Rice)  So is that like a GED?
7  A.  Yeah.  It's a high school diploma.
8  Q.  Okay.  Have you taken any other classes
9  since then?
10  A.  Yes.  I was in pre-GED.
11  Q.  When was that?
12  A.  From May until July.  July 9th.  I had
13  just went to seg.
14  Q.  Of this year?
15  A.  2019, yes.
16  Q.  You said you went to seg in July?
17  A.  Yes.
18  Q.  How long were you in seg?
19  A.  I have six months.
20  Q.  Oh, okay.  So you're in seg right now?
21  A.  Yes.
22  Q.  What are you in seg for?
23  A.  Alleged dirty drop.  Interfering with
24  investigation and drug paraphernalia.

## Page 27

1  Q.  So what happened?
2  A.  They said I had a dirty drop.
3  Q.  What does that mean?  I don't know what
4  that means.
5  A.  Oh, okay.  I had a urine sample that
6  wasn't clean of drugs.
7  Q.  Oh, I see.  Okay.
8  Did you have a disciplinary hearing?
9  A.  Yes.
10  Q.  Okay.  And you were sentenced to six
11  months in seg?
12  A.  Yes.
13  Q.  Did you have any other discipline
14  received?
15  A.  Yes.  Six months of good conduct, six
16  months of C grade, six months of no-contact visit.
17  Q.  Okay.  Okay.  Other than that pre-GED
18  class that you took this summer, have you taken any
19  other classes while incarcerated?
20  A.  Yes.  For mental health.  For behavior
21  classes as depression, bipolar certificates, if that
22  count.
23  Q.  Okay.  When did you take those?
24  A.  While in Pontiac from 2017 to 2018.

## Page 28

1  Q.  Any other classes?
2  A.  No, I haven't.
3  Q.  Okay.  This pre-GED class that you took
4  this summer — did you graduate from it or —
5  A.  No.
6  Q.  No.
7  Okay.  So, when you get out of seg, will
8  you be able to resume where you left off or do you
9  have to start back from scratch?
10  A.  I'll be able to resume where I left off.
11  Q.  Okay.  So no other classes while
12  incarcerated?
13  A.  No, I haven't.
14  Q.  And then not any on the outside either?
15  A.  No.  Not since freshman year.
16  Q.  Right.
17  Okay.  Have you had any kind of
18  vocational training?
19  A.  What do you mean by that?
20  Q.  Like, job skills.
21  A.  Oh, yes.  I -- when I first came to IDOC
22  Pontiac, I was working in the kitchen --
23  COURT REPORTER:  I'm sorry.  Kitchen
24  what?

## Page 29

1    MR. CLARK: I was a kitchen worker on
2  Pontiac farm in 2013.
3    COURT REPORTER: Thank you.
4    Q.  (By Ms. Rice)  Anything else?
5    A.  No, I haven't.
6    Q.  Okay.  Do you have any medical training?
7    A.  No.
8    Q.  Okay.  Have you filed any other cases
9  while you've been incarcerated?
10    A.  Yes.  For my criminal case.
11    Q.  You filed a criminal case?
12    A.  No.  I -- you say have I filed any
13  cases, which I mean -- I thought you meant by
14  appeals for my criminal case.
15    Q.  Oh, I see.
16    A.  Things like that.  Postconvictions.
17    Q.  I see.  So you've been working on your
18  criminal case?
19    A.  Yes.
20    Q.  Have you filed as a plaintiff any other
21  cases?
22    A.  No.
23    Q.  So this is the only case that you've
24  ever filed?

## Page 30

1    A.  Yes.
2    Q.  On your criminal case that you're
3  working on, are you working on it by yourself or do
4  you have an attorney?
5    A.  By myself.
6    Q.  Okay.  Do you ever help out any other
7  inmates with their litigation?
8    A.  No, I -- no, I do not.
9    Q.  Okay.  Since your claim is mostly based
10  during your time -- or solely based during your time
11  at Pontiac, I'm going to focus the rest of my
12  questions when an eye on Pontiac.  Okay?
13    A.  Yes.
14    Q.  So tell me about the grievance process
15  at Pontiac.  How does that work?
16    A.  Okay.  Once we file a complaint, a
17  grievance, we send it in, which I believe it gets
18  sent to the counselor, and the counselor makes the
19  decision if he can -- if it's -- or if he able to
20  make the decision on that grievance.
21    If it's a grievance that need to be sent
22  to the grievance office, he sends it to the
23  grievance office.  We wait to get the grievance back
24  from the -- the -- the answer back from the

## Page 31

1  grievance office.
2    Once we get the answer back from the
3  grievance office, if we don't like the answer, we
4  have to send it to Springfield.  And once we send it
5  to Springfield, you get the reaction -- or the
6  answer from Springfield.  If you don't like the
7  decision that Springfield make, you -- you exhaust
8  your remedies, I believe.
9    Q.  Okay.  Has that been the process the
10  entire time you were at Pontiac?
11    A.  Yes.
12    Q.  What about requesting sick call at
13  Pontiac?  How did that work?
14    A.  We write -- we write a paper to -- to
15  the nurse.  She write down our name when she pass
16  out medication.
17    Q.  So the nurse -- like, the med line
18  nurse -- you would fill out a slip and hand it to
19  her, requesting medical care?
20    A.  Yes.  At Pontiac because we mostly
21  segregated.
22    Q.  I see.  On the slip would you put what
23  you wanted to be seen for?
24    A.  Yes.

## Page 32

1    Q.  Okay.  You give it to the nurse during
2  med line.  When was med line?  Was that --
3    A.  It's at nighttime, or it can be in the
4  morning, but they prefer us to put in our sick call
5  slip at nighttime which would be 3:00 to 11:00.
6    Q.  Okay.  And, then, once you gave your
7  slip to the nurse, how long would it take to be
8  called over?
9    A.  It could take one to two days.
10    Q.  One to two days.
11    Okay.  Was there any other way to sign
12  up for sick call at Pontiac?
13    A.  No.  Not that I know of.
14    Q.  Okay.  And is that the process the
15  entire time you were there at Pontiac?
16    A.  Yes.
17    Q.  Could you request medical care from
18  other employees?  Like, nonmedical staff?
19    A.  Yes.  If it's an emergency.
20    Q.  Okay.  But if it -- oh, go ahead.
21    A.  Only if it deemed as an emergency.  If
22  they don't feel like it's an emergency, they say
23  write the nurse or wait till the nurse comes over.
24    Q.  I see.  And what kind of situations

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                          Fax: 314.644.1334

### Page 33

1  would be considered emergency? Do you know?
2      A.  Shortness of breath, chest pains. Like,
3  myself, my incision, my wound, like, bleeding.
4      Q.  I see. So if you were -- If you told,
5  like, a mental health staff member or a correctional
6  officer that you needed medical care, unless it was
7  one of those emergency situations, they would tell
8  you to sign up for sick call?
9      A.  Yes. But certain ones -- but they
10  supposed to notify nursing if it's an emergency.
11      Q.  Right. Okay. So let's focus about --
12  on the claims in this case. I believe we said
13  earlier that your claims start in September 2017;
14  right?
15      A.  Yes.
16      Q.  Okay. Tell me what happened.
17      A.  Okay. I had went to seg September 3rd
18  for a ticket that I had caught on Jade Culkin for --
19  I believe it was a contraband, an intimidation and
20  threat, and an insolent. And I was walked -- that
21  happened September 2nd. I was walked to seg
22  September 3rd to north house. And I had asked
23  for -- to see mental health because I felt like what
24  I was being sent to seg for was a false statement

### Page 34

1  that -- or false allegation that she wrote the
2  ticket for.
3      So, on the way to north house, they was
4  denying me a crisis. So I was sent to my cell on
5  the seventh floor which it was 701. Once I got to
6  701, I kept asking for a crisis team, and the
7  officer -- I couldn't recall his name -- kept saying
8  he not giving me no crisis team. So we went back
9  and forth with words verbally.
10      And the next minute he came up there
11  with the sergeant, which was Fikes, Davis, Newkirk.
12  I don't recall the other officer that was there
13  that -- that I was allegedly going back and forth
14  with. That's when they told me to cuff up. They
15  have the crisis team for me.
16      And I end up cuffing up. Once I cuffed
17  up, we got -- once we get cuffed up in seg, we have
18  to go straight down to our knees so we can be
19  shackled with leg irons. And, once they opened the
20  door, before they even could put leg irons on me, I
21  was being shoved down to the floor and punched and
22  kicked by Fikes, Davis, and Newkirk.
23      And Fikes kept telling me -- like, I
24  kept telling -- yelling that I had a heart matter

### Page 35

1  which is the pacemaker.
2      He say he know that. "I should have
3  thought about it before I started disrespecting his
4  officer."
5      After that incident -- after that
6  happened, I was shackled by the legs. I was walked
7  up the gallery in reverse. I was sent downstairs to
8  the holding facility, and while sitting in the
9  holding facility, I was cuffed to the bench.
10      After, like, an hour, they uncuffed me
11  and send me to a low -- a lower gallery cell. Once
12  I got into the low gallery cell, I kept asking for
13  medical treatment, and it was falling on deaf ears.
14      So, as the whole day go by asking for
15  medical treatment, none of the officers want to give
16  it to me. So I had to ask an inmate to write to
17  mental health to tell them I was suicidal so I can
18  get any type of mental health profession over there
19  to just see me medically.
20      And once Ms. Molinero came over there,
21  she put me automatically on watch because I -- I
22  guess the inmate that wrote the scribe -- I mean the
23  request slip, he put sul -- advised me as suicidal.
24  She automatically put me on watch. So I kept

### Page 36

1  telling her I wasn't suicidal. I need medical
2  treatment. I had chest pain, shortness of breath.
3  I was sent on watch, and that was the end of that.
4  I was sent on watch September 4th, next day.
5      Q.  Okay. So I have a couple questions I
6  want to clarify here. You said you have a
7  pacemaker; right?
8      A.  Yes.
9      Q.  Okay. So you have a heart condition?
10      A.  Yes.
11      Q.  What is that condition?
12      A.  I have a cardiomyopathy.
13      Q.  Okay.
14      A.  Irregular heartbeat and hypertension.
15      Q.  When were you diagnosed with those?
16      A.  2006.
17      Q.  So how old were you?
18      A.  12.
19      Q.  12.
20      Did they determine that this was a
21  congenitive -- congenitive problem, or did something
22  happen?
23      A.  It was genetic.
24      Q.  And then did you receive the pacemaker

9 (Pages 33 to 36)

## Page 37

1  In 2006?
2      A.  Yes.
3      Q.  Okay.  Is it a pacemaker and
4  defibrillator combination?
5      A.  Yes.
6      Q.  And you had surgery for that?
7      A.  Yes.
8      Q.  Where did you have surgery at?
9      A.  At that time it was University of
10  Chicago by cardiologist Marc Ovadia.
11          COURT REPORTER: I'm sorry.  You'll have
12  to say that again.
13          MR. CLARK: Cardiologist Marc Ovadia.
14      Q.  (By Ms. Rice) Did you have any problems
15  with the surgery?
16      A.  No, I haven't.
17      Q.  Okay.  And then it looks like your --
18  was the battery replaced in 2012?
19      A.  Yes.
20      Q.  When you had your battery replaced, were
21  you put under?
22      A.  Anesthesia?
23      Q.  Uh-huh.
24      A.  Yes.

## Page 38

1      Q.  Okay.
2      A.  It was like the whole new operation
3  again like 2006.  They have to open me all the way
4  back up and take the whole device out.  Same
5  operation.
6      Q.  To replace -- to replace the battery?
7      A.  Yes.  You have to open me back up
8  because the device is in the chest.
9      Q.  Okay.  They reopen at the incision site;
10  correct?
11      A.  Yes.
12      Q.  Okay.  And then they replace the battery
13  in the pacemaker/defibrillator?
14      A.  Yes.
15      Q.  Okay.
16      A.  They re -- yes.
17      Q.  Did you have any complications with that
18  surgery?
19      A.  No, I haven't.
20      Q.  Okay.  Did they tell you how long a
21  battery should last?
22      A.  In 2012 they came out with newer defibs,
23  slash, pacemakers which, instead of six years of
24  battery life, it turn into ten years.

## Page 39

1      Q.  Do you know what brand defibrillator you
2  have?
3      A.  Yes. Boston Scientific.
4      Q.  Okay.  Do you have periodic checks of
5  your pacemaker?
6      A.  Yes.  Right now, due to my infection, I
7  get it checked every 90 days, but before I was
8  getting it checked every six months.
9      Q.  When you say "checked," what do you mean
10  by that?
11      A.  They do an interrogation.  Basically
12  they hook me up to a machine to let me know if my
13  battery functioning properly or did I have any
14  episodes like any shocks, any outrageous heart
15  rates, things like that.
16      Q.  Where do you go to do that?
17      A.  At this moment UIC.
18      Q.  UIC.
19      A.  Yes.
20      Q.  So, when you entered IDOC custody, you
21  had recently had your battery replaced; correct?
22      A.  Again, to being into Cook County, yes.
23      Q.  Okay.  So that had happened before you
24  were incarcerated?

## Page 40

1      A.  No.  I got incarcerated September 3,
2  2011, and I had got it replaced.  November of 2012 I
3  was in Cook County.
4      Q.  I see.  So it was replaced when you were
5  in the custody of Cook County but prior to your
6  entry to the Department of Corrections?
7      A.  Yes.
8      Q.  So is it fair to say that, the entire
9  time you were -- you've been in the Department of
10  Corrections, you have had a cardiologist?
11      A.  Yes.
12      Q.  And you've been under the care of a
13  cardiologist -- different ones, though, depending on
14  where -- what facility you were incarcerated at?
15      A.  Yes.
16      Q.  Who is your current cardiologist?
17      A.  Lazar. Dr. Lazar.
18      Q.  How long has he been your doctor?
19      A.  Since I've been back in Pontiac.  Since
20  I -- since 2016 when I was placed back in Pontiac.
21      Q.  And he's still your doctor today?
22      A.  Yes.
23      Q.  So, for the purposes of this complaint,
24  he's -- he was your cardiologist the entire time?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 41

1  A.  Yes.
2  Q.  And you were under his care the entire
3  time?
4  A.  Yes.
5  Q.  How is your heart?  Do you have a lot of
6  episodes?
7  A.  No.
8  Q.  No.
9  You don't have a lot of irregular
10  heartbeats?
11  A.  Not that it popped up on the device as
12  when I go get it checked, no.  But I done felt me
13  having, like, racing heartbeats at times, but it
14  wasn't where it became – to pop up on the device to
15  discharge.
16  Q.  I see.  Okay.  So that was my next
17  question.  Has your defibrillator ever discharged?
18  A.  No, it haven't.
19  Q.  Okay.  That's good.
20  A.  Yeah.
21  Q.  Does anyone in your family have this
22  condition?
23  A.  Do they have – they have hypertension,
24  but they don't have the cardiomyopathy.

## Page 42

1  Q.  Okay.  Were you diagnosed with the
2  cardiomyopathy and the hypertension at the same
3  time?
4  A.  Yes.
5  Q.  What kind of medication do you take for
6  this?
7  A.  Right now metoprolol.  It's a Lopressor.
8  Q.  I'm sorry.  Can you say those again?
9  A.  Metoprolol.  It's a Lopressor.  It's to
10  keep, like – basically take the – the stress and,
11  like, the – by me having hypertension, it cause
12  more to my heart, like, more function for my heart
13  to do.  So it basically, like, lower the stress
14  level of the – let me use the proper words.
15  Basically don't make it work as hard.  It don't make
16  my heart work as hard.
17  Q.  Okay.  Any other medication?
18  A.  Yes.  Tramadol.
19  Q.  That's a pain medication; right?
20  A.  Yes.
21  Q.  How long have you been taking that?
22  A.  Since after the operation.  Since the –
23  since I had the operation for switching the
24  pacemaker after the excessive force incident.

## Page 43

1  Q.  What's the approximate date of that?
2  A.  January 31st.
3  Q.  You've been on tramadol since January
4  31, 2018?
5  A.  Yes.  I had took it for – for the
6  first two days – for the first two or three days
7  due to – because the incision was a fresh wound.
8  Then Tylenol 3, but then I – I stopped.
9  Then, when I went back February 19th for
10  the infection, I went through the surgery; but once
11  I was sent back to Pontiac Correctional, they
12  swapped – they took me off Tylenol 3 and put me –
13  and I've been taking tramadol since March of 2018.
14  Q.  Okay.  Does that control your pain?
15  A.  Yes.
16  Q.  Any other medication?
17  A.  No.
18  Q.  Okay.  So you claim that you were
19  assaulted by correctional officers on September 3rd.
20  Have you ever been assaulted before?
21  A.  No.
22  Q.  No.
23  This was your first time?
24  A.  Yes.

## Page 44

1  Q.  Okay.  Have you been – have you been
2  assaulted since?
3  A.  No.
4  Q.  Okay.  Have you ever been in any fights?
5  A.  With inmates?
6  Q.  Yes.
7  A.  Since after the excessive force?
8  Q.  Before or after.
9  A.  Yes.  Before.
10  Q.  Okay.  What happens when you get in a
11  fight with a fellow inmate?
12  A.  What's the chances?  What's the chances
13  of it happening?  I can – it can be – it can
14  damage the device.  I believe it can – it can make
15  my heart race real fast.
16  Q.  Okay.  Let me clarify my question.
17  When – when were you in a fight with an inmate?
18  How many fights have you been in with inmates?
19  Start there.
20  A.  Two.
21  Q.  Two.
22  Okay.  When was the first time?
23  A.  2013.
24  Q.  Where were you at?

www.alaris.us                    ALARIS LITIGATION SERVICES
                              Phone: 1.800.280.3376              Fax: 314.644.1334

Page 45

1    A.  Pontiac on the farm.
2    Q.  Did you sustain any injuries?
3    A.  No, I haven't.
4    Q.  No.
5        When you got into that fight, were you
6    taken to the health care unit?
7    A.  Yes. That's part of -- that's part of
8    protocol with IDOC.
9    Q.  Okay. But you didn't have any injuries?
10   A.  No, I didn't.
11   Q.  Okay. When's the next time you got into
12   a fight with an inmate?
13   A.  In Pinckneyville. 2015 or '16. I don't
14   recall.
15   Q.  Okay.
16   A.  But that was the reason why I was in
17   seg.
18   Q.  I see. And following that fight, did
19   you have any injuries?
20   A.  No, I didn't.
21   Q.  Were you taken to the health care unit,
22   though?
23   A.  Yes.
24   Q.  Okay. So, following this incident on

Page 46

1    the 3rd, were you taken to the health care unit?
2    A.  Yes.
3    Q.  You were.
4    A.  Oh, September 3rd?
5    Q.  Yes.
6    A.  No, I wasn't. I'm sorry.
7    Q.  Did you request to go to the health care
8    unit?
9    A.  Yes. I was complaining. Kept
10   complaining that whole day. First shift --
11   Q.  Who were -- who were you complaining to?
12   A.  To Fikes, Davis. Anytime they came --
13   come and pass my cell because I was on the first
14   floor once I was removed from the seventh floor. So
15   that's the -- that's their walk. That's the gallery
16   they walk all the time.
17   Q.  Okay. What injuries did you sustain?
18   What were you complaining about?
19   A.  Chest pains and shortness of breath.
20   Q.  Anything else?
21   A.  Just headache.
22   Q.  Anything else?
23   A.  No.
24   Q.  Prior to this incident, when was the

Page 47

1    last time you had been to the health care unit?
2    A.  Probably a month or -- month or two
3    before. I don't recall.
4    Q.  Okay. So you said you sustained these
5    injuries and you were requesting to go to the health
6    care unit --
7    A.  Yes.
8    Q.  -- from correctional officers, security
9    staff?
10   A.  Yes.
11   Q.  But they didn't take you to the health
12   care unit?
13   A.  Didn't give me no type of treatment.
14   Q.  Okay. Did you submit any sick call
15   slips?
16   A.  No. Because once I was sent out the
17   cell and from seven -- from seven gallery to one
18   gallery, I had nothing in my cell, no property. I
19   was refused all property. They wasn't giving me no
20   property. I was just in there with a bed. So
21   that's when I asked the inmate -- I yelled down to
22   an inmate to write a request slip to mental health
23   to get someone over there.
24   Q.  Did you ask that inmate -- who was that

Page 48

1    inmate?
2    A.  I don't remember his name. I just know
3    his last name was Wood.
4    Q.  Okay. Did you ask him to submit a
5    health care slip for you?
6    A.  No. Because Pontiac -- down there they
7    had, like, a -- well, we behind a door. Like,
8    everybody was kicking on the door and all that for
9    medical treatment for me, and they was ignoring it.
10   So we knew we wasn't going to be able to get it out
11   because they be looking -- they could hear me
12   yelling to him to put in a request slip. So, by
13   mental health always coming to see him, he end up
14   giving it to mental health.
15   Q.  I see. So you never submitted a sick
16   call slip, and no one did for you?
17   A.  No. We was yelling for the --
18   Q.  Okay. So your inmate friend submitted a
19   mental health letter; right?
20   A.  Yes.
21   Q.  And indicated that you were suicidal?
22   A.  Yes.
23   Q.  And you saw Defendant Molinero on --
24   when?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 49

1    A.   The 4th, I believe it was.

2    Q.   Okay.  Now, here's where -- here's where

3    I get a little confused.  What date -- what

4    interaction are you suing Ms. Molinero for?

5    A.   This was when I had complained to her of

6    chest pains.  I was complaining of chest pains was

7    the time when I had asked Sorensen and Dicks for

8    medical treatment.

9    Q.   Okay.  But that's not my question.  I'm

10   asking what date.  What interaction are you suing

11   Ms. Molinero for?

12   A.   November.

13   Q.   November?

14   A.   Yes.  When I was complaining of chest

15   pains.  I was on three gallery.

16   Q.   Okay.  So you're not suing her based on

17   anything in September?

18   A.   No.

19   Q.   Okay.  That's -- this is why I'm

20   confused:  So in your complaint you indicate you're

21   suing her for an interaction on October 9th, and in

22   your interrogatories -- your responses to

23   interrogatories, you said you were suing her for an

24   interaction on October 2nd.  And now you've said

## Page 50

1    you're suing her for interaction on -- in November.

2    So I'm just trying to figure out what exact --

3    A.   All of -- the day that we had -- when

4    she came to see me and she put me on suicide

5    watch --

6    Q.   Uh-huh.

7    A.   -- she didn't come back until days later

8    to when they got to see you while you on watch.  I

9    told her about the incident that happened on

10   September 3rd, but she said that was out of her

11   hands.

12        But once -- I would say I had seen Jade

13   on September -- I mean October 1st.  She had did med

14   line, and I was asking Jade for treatment, and she

15   still didn't give me treatment.

16        I came off watch about, like -- it was

17   towards the middle of October.  Once I came off

18   watch, I had asked for -- for some -- some treat --

19   she had seen me as a one-on-one, and I was telling

20   her the incident that was going on:  In the cell

21   house they not going to give me medical treatment or

22   none of that.

23   Q.   Okay.

24   A.   So, once I was having chest pains again,

## Page 51

1    she knew that I was making these complaints, and she

2    never -- not one time tried to even bring it up to

3    any type of medical professional from September to

4    then.

5    Q.   Okay.  So I'm just trying to figure this

6    out.  Are you suing her based on this initial

7    interaction in September?

8    A.   Yes.  I'm suing her for the interactions

9    of telling her in September and October and

10   November.

11   Q.   Okay.  Why didn't you say that in your

12   complaint?

13   A.   Because I'm not thinking I had to say it

14   in my complaint when I put it in my briefs.

15   Q.   Okay.  Why didn't you say that in your

16   answers to discovery?

17   A.   I answered it and y'all -- I answered it

18   to my best ability.  I didn't know I could put all

19   the times because, every time I asked, I told her

20   about this complaint.  It was -- the incident

21   happened on September, and it led all the way

22   through them times.  So, every time I complained, it

23   was falling on deaf ears.

24   Q.   Okay.  So I'm just really trying to get

## Page 52

1    this narrowed down because it seems like, every time

2    I send you something, the date has changed; so it's

3    hard for my client to defend herself when the ball

4    is constantly moving.

5        So I'm just trying to clarify from you.

6    When is the first time that you allege that Ms.

7    Molinero was deliberately indifferent to you?

8    A.   I don't recall because I know it was

9    after October was when I seen her one-on-one.

10   Q.   So she wasn't deliberately indifferent

11   to you in September?

12   A.   For when I asked for suicide watch?

13   Q.   Right.

14   A.   Yeah.  She say, "He don't have nothing

15   to do with it."  I have to go on suicide watch

16   because I wrote her about a suicide complaint.  She

17   don't have nothing to do with it.

18   Q.   Okay.  So your fellow inmate submitted a

19   request for you to go on suicide watch.

20   A.   Just to get her -- get her over there so

21   I can try to get medical treatment.

22   Q.   So you saw Ms. Molinero on September

23   4th; right?

24   A.   Yes.

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us
Fax: 314.644.1334

## Page 53

1  Q.  Okay.  What happened during that
2  interaction?
3  A.  Her and the officer came to my door, and
4  she was, like, "Did you write" -- all she asked me
5  was, "Did you write this" -- she put the request on
6  the door and said, "Did you write this request?"
7  Say, "I had somebody write this request
8  so I can get medical treatment."
9  She said, "I didn't ask you that.  Did
10  you write this request?"
11  I say, "Yeah."
12  Next minute she walked off, and them
13  officers was coming to get me to take me on suicide
14  watch.
15  Q.  Okay.  So you told her that you
16  submitted the letter saying you were suicidal?
17  A.  I said, "Someone sent it" -- I said --
18  once again, I said, "An inmate wrote it for me."
19  She asked me again, "Did you write
20  this?"
21  I say -- because, if I say an inmate
22  wrote it or whatever, it's still wrong because then
23  it has me writing it.  So I say, "Yes.  I had the
24  inmate submit it."

## Page 54

1  She said, "Okay.  So you did have this
2  been written?"
3  I say, "Yes."
4  She walked right off.  That's when the
5  officer came and got me and took me to suicide
6  watch.
7  Q.  Okay.  What level of suicide watch were
8  you put on?
9  A.  I don't know the levels.  It's just you
10  go right on ten minutes.  You stripped out.  You
11  just have a vest on with nothing on.
12  Q.  Okay.  So, when you're on ten-minute
13  watch, what does that mean?
14  A.  An officer have to keep coming and check
15  on you ten minutes because you wrote the paper that
16  you were suicidal.
17  Q.  Did you tell the officers that were
18  checking on you every ten minutes about your medical
19  condition?
20  A.  Yes.  I was telling the sarg, and I was
21  telling the guy that come and see us -- I don't
22  recall his name -- that have to come and see us once
23  we get put on watch every day.  I was telling him
24  the whole thing that was going on and I wanted to

## Page 55

1  see medical.
2  Q.  So you told a security officer every ten
3  minutes that you needed medical attention?
4  A.  Yes.
5  Q.  And you told the mental health worker
6  that was meeting with you once a day --
7  A.  Yes.
8  Q.  -- that you needed medical attention?
9  A.  Yes.
10  Q.  And what happened?
11  A.  I was not getting it until -- I wasn't
12  getting it until, like -- like, it was probably a
13  week later was when they came and checked on me.
14  Q.  Who -- when you say "we," who do you
15  mean by that?  Or "they"?  When you say "they"?
16  A.  I was sent to health care.
17  Q.  Okay.
18  A.  I had a health care pass.
19  Q.  Okay.  So after a week you were sent to
20  the health care unit?
21  A.  Yes.  Because I had a pass.
22  Q.  Okay.
23  A.  The annual checkup.  It was time for an
24  annual checkup.

## Page 56

1  Q.  Oh, okay.  Who did you see?
2  A.  Dr. Tilden.
3  Q.  Okay.  And did you tell him about your
4  complaints?
5  A.  Yes.  He ran an EKG.
6  Q.  What were the results of that?
7  A.  It popped up normal.
8  Q.  Okay.  Did he prescribe you any
9  medication?
10  A.  No.
11  Q.  No.
12  A.  I was going that month.  I was going to
13  UIC October.
14  Q.  Okay.  You had a pre -- a preexisting
15  appointment with UIC with your cardiologist?
16  A.  Yes.  I was -- when I went to health
17  care -- I go to health care before you get sent out
18  to UIC as an annual checkup.  I seen Dr. Tilden.  I
19  was telling him about the complaint.  He ran the
20  EKG.  He said there wasn't nothing wrong with me.
21  Then I believe it was towards the end of
22  October I was sent to UIC to get my pacemaker
23  checked because it was within my six months of
24  getting it checked.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

Page 57

1    Q.  I see.  And do you recall the
2    approximate date this happened?
3        A.  No, I do not.
4        Q.  You said it was about a week after you
5    had been in crisis watch, though?
6        A.  No.  I said it was the end of October.
7    Said it was going into the end of October.  I say it
8    was a week later once I went to go get my precheckup
9    from health care with Dr. Tilden with the EKG.
10       Q.  That's what I'm asking.
11       A.  Oh, yeah.  You said the cardiologist --
12       Q.  No.  Then I'm sorry.  Let me clarify.
13           I'm asking when your appointment with
14   Dr. Tilden was.  It was about a week after you had
15   been in crisis watch?
16       A.  Yes.
17       Q.  Okay.  So, after your appointment with
18   Dr. Tilden, did you go back to crisis -- your crisis
19   watch cell?
20       A.  No.  No.  I was -- I went back to my
21   cell house because it was time for me to come off
22   watch.
23       Q.  I see.  So you were on watch for about a
24   week?

Page 58

1        A.  Yes.
2        Q.  Okay.  So you're suing Ms. Molinero
3    based on this interaction with her on the 4th of
4    September?
5        A.  Yes.  Because, when I wrote my
6    complaint, they made it, like, write everybody -- as
7    my best ability when I filed my lawsuit, they say to
8    add everybody in there that I had interacted or
9    whatever; so that's --
10           COURT REPORTER:  So that's what?  I'm
11   sorry.  I didn't hear you.
12           MR. CLARK:  I said the reason she was in
13   my complaint because of indifferences for that day
14   because I had -- I had to file my lawsuit on my own.
15   So my best knowledgement of knowing how to -- how I
16   understand the lawsuit, I had to put her in my
17   complaint because she was a person that knew that I
18   complained about having this incident or these chest
19   pains to.
20       Q.  (By Ms. Rice)  What do you think that
21   Ms. Molinero should have done differently on the
22   4th?
23       A.  By me -- to really listen to what I had
24   to say, and by me having a pacemaker, to get me

Page 59

1    med -- to refer me to medical.
2        Q.  So you think that she should have taken
3    you to see Dr. Tilden or the health care unit
4    sooner?
5        A.  Yes.  It don't have to be Dr. Tilden.
6    To see some type of nurses or medical profession to
7    check and run an EKG or whatever to see what was
8    insides of me going -- what was going on at that
9    moment.
10       Q.  Okay.  Is there anything else about her
11   conduct on that date that you believe amounts to
12   deliberate indifference?
13       A.  No.
14       Q.  Okay.  So what other dates do you
15   believe Ms. Molinero was deliberately indifferent?
16       A.  Just basically for that September, and
17   all the other times that I told -- well, the other
18   times that I told her, she really couldn't do
19   nothing because the incident happened on the 3rd,
20   and I should have got care on the 4th when I told
21   her.
22           So the other times was just basically me
23   making a complaint, and I feel like she should have
24   documented or whatever because I was -- after that I

Page 60

1    was telling her, like, "I fear my life.  This could
2    happen again," stuff like that; so -- but I don't --
3    I believe that would be deliberate indifference.
4        Q.  So, if I'm understanding you -- correct
5    me if I'm wrong.  So, after the 4th, the other times
6    that you were complaining to her, you weren't so
7    much seeking medical treatment as just complaining
8    that she didn't react previously?
9        A.  Yes.  And to me wanting her to document
10   that I stated this to her and that I asked her for
11   medical treatment and I got whooped.  I got
12   excessive force by these officers, and I fear my
13   life of where they got me at around these officers
14   every day.
15       Q.  Okay.  So the other times that you
16   complained to her you weren't seeking medical
17   treatment?
18       A.  No.
19       Q.  All right.  Is there anything else about
20   your interactions with Ms. Molinero that are the
21   subject of this complaint?
22       A.  No.
23       Q.  Did you ever send her any letters?
24       A.  No.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

Page 61

1    Q.   Okay.
2         All right.  Now, you said you saw your
3    cardiologist in October; right?
4    A.   Yes.
5    Q.   Okay.  What happened when you saw your
6    cardiologist?
7    A.   Once I went to go see him, he hooked me
8    up to the machines and checked my device, and once I
9    came in there -- I had told him right before --
10   because what they do, they hook you up to the
11   machine before the cardiologist come in there.  His
12   assistant just hook you up until he come in there.
13        And I told him, "September 3rd I had an
14   incident with the officers with excessive force, and
15   I want to make sure my device is okay."
16        So that's when they -- when he came in,
17   put me in -- basically they put, like, some numbers
18   in to log in.  Once they logged in, it was, like,
19   "September 3rd, the day you complain, that's the day
20   your device" -- he noticed my device had been
21   fractured around 10:00-something.  He was, like,
22   "What -- what could have really just happened for
23   your device to get broke?"
24        That's when I told him the incident.

Page 62

1    Like, "I believe my device got broke from the
2    excessive force incident that morning of September
3    3rd."
4    Q.   Okay.  And what did they -- what did
5    they do on that day?
6    A.   He had recommended that -- he told me I
7    was going to need a new device due to that, that --
8    that device being broke, basically fractured.
9    Q.   When you say "new device," what do you
10   mean by that?
11   A.   Okay.  I had a fractured lead.  So, by
12   you having a fractured lead, it -- it -- it goes
13   with the device.  So they end up having to just put
14   a whole new device in, which they end up just
15   putting a whole new device and a whole new lead
16   because, when they found out, they was, like, it was
17   more -- another lead that wasn't working as well.
18   So they was, like, "We just going to get him a whole
19   new device."  So they end up just op -- doing the
20   operation January 30th and putting a whole new
21   device in.
22   Q.   So are the leads -- do they connect your
23   defibrillator to your heart?
24   A.   Yes.

Page 63

1    Q.   Okay.
2         All right.  So they recommended that the
3    leads be replaced?
4    A.   Yes.
5    Q.   Okay.  When was that surgery scheduled?
6    A.   January 30th was when I went to have it.
7    Q.   Okay.  And where was that at?
8    A.   UIC.
9    Q.   Okay.  So, prior to your surgery, you
10   talked to your cardiologist about it; right?
11   A.   Yes.
12   Q.   Did you guys agree to do that surgery?
13   A.   Yes.
14   Q.   And you consented to the surgery?
15   A.   Yes.
16   Q.   Okay.  Did you guys talk about any kind
17   of risk?
18   A.   Yeah.  After -- what can happen during
19   the surgery?
20   Q.   Uh-huh.
21   A.   Yeah.  Just proper, regular -- like, you
22   go under anesthesia.  They have to put me under
23   anesthesia.  What anesthesia can cause or, like, not
24   waking up.  I don't really recall, but it just under

Page 64

1    anesthesia.  Basically, after the anesthesia, people
2    have to come prep you and let you know that, if I
3    wake up, they can sedate me again, things like that.
4    Q.   Okay.  Did you discuss a potential
5    infection?
6    A.   No.
7    Q.   No.
8         That wasn't discussed as one of the
9    risks of surgery?
10   A.   They say -- no, they -- that wasn't --
11   there wasn't no discussion at the time of the
12   surgery.
13   Q.   No?  Okay.
14        So, turning to PA Ojelade, why are you
15   suing him?
16   A.   After I had the surgery -- during the
17   surgery -- I mean, after I had the surgery, I was
18   sent back to UI -- I mean Pontiac the next day which
19   was January -- January 31st.  For the first three
20   days, they came and checked my device or whatever,
21   and I was sent back to my cell house.
22        Now, once you get your device, always
23   supposed to get -- by me being in Pontiac or
24   whatever, the sanitation and all that -- it's not

16 (Pages 61 to 64)

Page 65

1  clean.  So I'm supposed to get a dressing change.
2  Basically they change and clean over it -- they
3  don't have to clean over it.  They just have to
4  change the tape and the gauze.
5      But, as days go by, I notice my chest
6  getting swell -- like, swelling than normally or
7  whatever.  I never had the swelling after having
8  these procedures in the previous times I had the
9  procedure.
10      So I notice the swelling; so I went over
11  to health care.  And the times I go to health care,
12  OJ -- which that's the name we name him -- OJ.
13  He'll see it, and he'll be, like, "Oh, ain't nothing
14  wrong with it.  That's part of the process."
15      And I was telling him, like, "Swelling
16  like this -- I never seen swelling.  I don't -- I
17  don't know if this normal."
18      So he was, like -- I was telling him I
19  had pains.  So he end up giving me Tylenol 3 for the
20  pain.
21      So, I guess, like, two days after that,
22  which becoming towards, like, the 9th or the 10th,
23  it started, like -- like, pusing, pusing up.  So he
24  was like, "Get started giving him a dressing change

Page 67

1      He, like, "You not going to tell me my
2  job.  I know what I'm doing."
3      So we kept going back and forth where he
4  was, like, "That's normal.  That's normal."
5      So I'm telling the nurses, as they doing
6  the dressing change and cleaning, like, "I'm in
7  serious pain"; so but --
8      Now two weeks go by.  It become -- it
9  was, like, February 18th.  I went over there.  She
10  just did the dressing change.  Jade and them just
11  did the dressing change and send me about my way.
12      So, once I went back to the cell house,
13  the next day, that morning, which was the 19th, when
14  I got -- that night I got sent to the hospital.  But
15  February 19th I had told them, "This -- this ain't
16  normal.  I think I should be sent to the hospital.
17  I'm in pain.  It's really killing me.  It's
18  draining.  It's leaking," and the incision had
19  opened up so far the glue is ripping off this
20  incision where now, by it being open so big, it's
21  not going to heal properly unless it's being
22  stitched.  That's how big my incision was open.
23  "You wrapping it up and putting gauze on it is not
24  going to let it -- allow it to close back."

Page 66

1  and antibiotics."  He start putting me on
2  antibiotics -- like, two different antibiotics, the
3  pain pills, and the dressing change.
4      So I told OJ that -- that I think it's
5  serious to infection, which I had read my -- I
6  had got an instruction where it say any drainage or
7  whatever -- drainage or swelling after a certain
8  amount days to report it to your health care
9  provider, which is a cardiologist.
10      So he was, like, "Oh, once you take
11  these antibiotics, drink some water, it will go
12  away."
13      Days go by.  It start splitting open,
14  leaking even more, swelling even more.  I'm telling
15  him I'm in serious pain."  I start having the
16  drainage, and I had a fever.  I been taking -- it
17  got so hot.
18      So he was, like, "Oh, it will go down."
19  He kept saying, "It will go down after a while.  It
20  will go down after a while.  Keep taking the
21  antibiotics."
22      So I'm telling him, "How long do I have
23  to take the antibiotics before you realize my wound
24  to send me to my cardiologist?  This ain't normal."

Page 68

1      So she was, like, "Oh, ain't nothing
2  wrong with you.  You okay."  And sent me about my
3  way.
4      That night a C/O named Carlock -- and I
5  don't recall the nurse -- was doing med line because
6  a officer have to follow the nurse when they passing
7  out meds.  So I was showing Carlock and the nurse
8  because I had my shirt off because, when I have my
9  shirt on, the blood sticks to it.
10      So the nurse is, like, "That don't look
11  normal," which I ain't never -- I don't really see
12  this nurse on second shift.  She, like, "It don't
13  look normal.  I'm going to send you over to health
14  care."
15      When I went to health care, the nurse,
16  Megan -- Megan was, like, "Your wound kind of hot,
17  and how it's looking, that don't just look infected.
18  That need to be stitched closed."
19      So I was sent to the hospital.  She went
20  over OJ because she was, like, "OJ not trying to
21  send you out to the hospital."
22      So she end up calling over, I guess,
23  another physician or whatever that's over OJ.  They
24  sent me out to the hospital, and they was, like, "If

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 69

1  anything wrong with you, they going to take care of
2  you. If not, they'll send you back."
3       So during that whole time OJ kept just
4  not giving me no proper -- like, wanting to send me
5  to the hospital, knowing I was in serious pain.
6       Now, I had noticed that the paper that
7  they got -- because we don't get the medical records
8  once we leave the hospital, but he had sent
9  instruction to provide your health care: If they
10 have any -- what is it called? -- drainage or yellow
11 milkiness, your incision open, or swelling after
12 three days, you need to notify to your cardiologist,
13 and two -- he ignored that for almost two weeks,
14 just steady saying, "You'll be all right. Take
15 this," or "Take that." And there was literally
16 something wrong with me, and he was denying
17 something was wrong with me.
18      Q.  Okay. Let's break this down a little
19 bit. So you returned to Pontiac on January 31,
20 2018; right?
21      A.  Yes.
22      Q.  Okay. When you returned, were you
23 immediately taken back to your cell or were you in
24 the infirmary?

## Page 70

1       A.  I was in the infirmary.
2       Q.  How long were you in the infirmary?
3       A.  I believe until the 3rd.
4       Q.  Of February?
5       A.  Yes.
6       Q.  Why did you return back to your cell?
7       A.  Because they only keep you for a couple
8  of days; then they send you back to your cell house.
9  Once they see your blood pressure and all that where
10 it supposed to be and my -- by my wound being
11 covered up, they send me back. I don't really know
12 the reason why.
13      Q.  During your time in the infirmary, did
14 you see OJ?
15      A.  Yes. I have to see OJ before he release
16 me back to the cell house.
17      Q.  You did see him?
18      A.  Yes.
19      Q.  When did you see him?
20      A.  The day before I went to the cell -- I
21 seen OJ the day before I went to the cell house
22 because him and Hanson have to come check me before
23 they send me to the cell house. He got to authorize
24 me to go back to the cell house.

## Page 71

1       Q.  Okay. Were you having any issues then?
2       A.  No.
3       Q.  No.
4            Okay. So, when you went back to the
5  cell house, everything seemed okay?
6       A.  Yes.
7       Q.  Okay. When did you notice that there
8  was a problem?
9       A.  Probably, like, the 6th. Probably,
10 like, three days after that.
11      Q.  And did you notify health care?
12      A.  Yes.
13      Q.  How did you notify them?
14      A.  They came over. They come to the cell
15 house. I was coming -- I believe I was coming from
16 downstairs, picking up some mail or something. I
17 was out -- I was out of my cell, but I had told the
18 nurse I needed a new bandage over my -- over my
19 incision because that bandage been on there since I
20 left the hospital. It was the same bandage; so the
21 tape was wearing off and all that; so --
22      Q.  I see. So you weren't having the daily
23 dressing changes at this point; right?
24      A.  No.

## Page 72

1       Q.  Okay. Did you submit a sick call
2  request, or did you just flag a nurse down and say,
3  "I need a new bandage"?
4       A.  No. I flagged the nurse down, and they
5  sent me over to health care.
6       Q.  To get a new bandage?
7       A.  Yes.
8       Q.  Okay. So you went over to health care.
9  Who did you see?
10      A.  I don't recall the nurse name.
11      Q.  Okay. And you -- they gave you a new
12 bandage?
13      A.  Yes.
14      Q.  And at that point you said you were --
15 you noticed something was wrong?
16      A.  Yes. It was -- it was still swelling.
17 It was -- it was getting swelled. So, once I
18 noticed the swelling, I'm, like, "All right. Maybe
19 it will go down."
20      So once -- two days after that, which
21 was the 8th, it was really swelled now. Like --
22 like, hard. Like, hard swelling.
23      Q.  Okay. On the 6th did you complain to
24 anyone about the swelling, or did you just get your

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 73

1   bandage?
2       A.  I just got my bandage changed.
3       Q.  Okay.  But you noticed that something
4   was up, but you didn't notify anyone in health care?
5       A.  No.  I'm thinking because it's after the
6   surgery.  It's just -- it's hard.  It's big.  I'm a
7   big -- I'm a big guy; so my chest already big.  So
8   I'm, like, "Okay.  Maybe it just -- that's how it is
9   because of the surgery."
10      Q.  Right.
11      A.  It's going to go down.
12      Q.  Okay.  So, then, after the 6th what
13  happened?
14      A.  Two days -- it was two days later.  It
15  started -- it became, like, pain.  I start feeling
16  the pain.  Once I start feeling the pain, I noticed,
17  like -- so I looked down.  Like, it -- let me use
18  the correct words.  Looked like -- by it being
19  swelled, you could tell, like, you ever have the
20  chills and you get, like, bumps, like little
21  goosebumps from being -- by it being so swell, it
22  got the swelling look, and it feel heavy.  My chest
23  start -- like, it's feeling heavy from the swelling.
24          So I went to health care.  I told them,

## Page 74

1   like, "I noticed the swelling."
2           So, when they pulled the bandage off to
3   do the new dressing change, there was drainage.  It
4   was, like, milkiness all over.  So that's when OJ
5   was, like, "Just clean it, and wrap it back up."
6       Q.  So you saw OJ on the 8th?
7       A.  Yes.  He was over there, yes.
8       Q.  He was in the health care unit?
9       A.  Yes.
10      Q.  Okay.  And he told them to do what?
11      A.  Just to wipe it.  Wipe -- wipe around
12  the incision where there was milkiness at and just
13  put the -- the bandage on it and give him some --
14  some pain killers for the pain that he complaining
15  about.
16      Q.  Okay.  So he instructed the nursing
17  staff to clean the area, and he prescribed you some
18  pain medicine?
19      A.  Yes.
20      Q.  What pain medicine did he prescribe for
21  you?
22      A.  I believe it was Tylenol 3.
23      Q.  Okay.  How many of those -- did he give
24  you them, or were you given them at med line?

## Page 75

1       A.  I was given them.  He got me a dose
2   right -- a dosage right then and there; but, then,
3   following that I was getting it through med line.
4       Q.  I see.  So he gave you medication right
5   away?
6       A.  Yes.
7       Q.  And then you received them in the med
8   line?
9       A.  Yes.
10      Q.  Okay.  After the 8th what happened?
11      A.  Just come -- I was getting -- I was --
12  every day I start to go over there for a dressing
13  change now, so as I'm going over --
14      Q.  You went over to the health care unit
15  every day for a dressing change after that?
16      A.  Yeah.  He marked me down to get dressing
17  change.
18      Q.  Okay.
19      A.  Once I started getting dressing change,
20  the swelling and the milkiness just kept getting
21  bigger and bigger, like, by the day.  So he was,
22  like, "Put him on antibiotics for the swelling and
23  the drainage."
24          And once he gave me the antibiotics, I

## Page 76

1   was taking that antibiotic for some days, I
2   believe.  I'll say till, like, the 13th or the 14th.
3   I was still -- I was taking it all the way till I
4   went to the hospital, but when the 13th or 14th
5   came, I was, like, "The antibiotic's not doing
6   nothing because there's still swelling and there's
7   still milkiness, and by it swelling so -- by it
8   getting swelling and swelling, the incision's
9   opening up."
10          So he was, like, "All right.  It'll be
11  all right.  Just" -- he had them put a bandage over
12  it.
13          So I told OJ, like, "When -- what point
14  do it have to get to before you realize that it's
15  not going down?  It's still draining.  My incision
16  is opening up because of the swelling."
17          So he was, like, "You're going to be all
18  right.  Just take these antibiotics and go back to
19  the cell."
20          Because it was basically, I say, tension
21  started creating towards each other, like, about me
22  trying to tell him that it look like something's
23  wrong with -- with -- with my whole incision area,
24  and he just feel like he -- he know.  I guess he a

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1433

## Page 77

1  physician; he know what he doing.
2      I say, "You're not a cardiologist. If
3  the paper that you got that say instructions, if any
4  of these symptoms was to happen, to contact my
5  cardiologist.
6      He, like, "I don't have to do that. I
7  don't have to abide by those rules. I know what I'm
8  doing. These antibiotics will take it down."
9      So I don't know what day Saturday fell
10  on, but that Saturday I was real hot and my -- my
11  incision on my chest where it was swelling -- my
12  chest was almost down to my belly button because it
13  was so swelling.
14      So I went over there, and I was, like,
15  "Man, it's getting bad."
16      So they ran a fever. They ran and check
17  my temperature. It was, like, 102 or 104.
18      So she, like, "He do have a
19  temperature."
20      So he was, like, "All right. Well, he
21  on antibiotics and pain pills. I know all this.
22  Just clean his dressing changes, send him back to
23  the cell house.
24      Steady -- same process: Steady going.

## Page 78

1  Steady going.
2      So that's when it came to February 19th
3  when the nurse decided -- that morning, when I went
4  to go get my dressing change, they literally
5  documented, like, ain't nothing wrong with me. But
6  the size is showing that something wrong with me,
7  and I'm asking her, "Why you all just don't send me
8  to the hospital to make sure?"
9      And OJ, like, "We not sending you to the
10  hospital. You going to go when it's time for your
11  checkup to come."
12      So, later that night when the C/O came,
13  I guess I just had enough of it. When the C/O came,
14  I told the nurse and the C/O and took my shirt off,
15  and I was, like, "Man, this is not normal."
16      That's when they sent me to health care,
17  and the nurse Megan was, like, "You can almost
18  see -- like, you can see through the hole." That's
19  how big the hole was becoming. She was, like, "Me
20  being a nurse, that's not normal. So OJ said she want
21  to send you out. I'm going to override him even
22  though" -- she said she might -- "they might not
23  like it," but she's, like, "We're going to see what
24  the hospital say." That's when the hospital say,

## Page 79

1  luckily, I got there on time.
2      Q.  Okay. So I just want to make sure I
3  understand. You saw Ojelade. He prescribed daily
4  dressing changes; right?
5      A.  Yes.
6      Q.  He gave you Tylenol 3 pain medicine --
7      A.  Yes.
8      Q.  -- for your complaints of pain.
9      And he gave you antibiotics to treat
10  your wound; right?
11      A.  Yes.
12      Q.  What do you think that he should have
13  done differently?
14      A.  Once the first three days that I was --
15  on the 8th all the way to the 15th and you seeing
16  nothing -- none of this medication is doing nothing
17  and my swelling just getting bigger and bigger and
18  I'm draining and my chest is opening, I feel like he
19  should have sent me to the ER because there's a
20  cardiac problem indicating after a cardiac surgery.
21      By me -- I was informing him that
22  this -- I think this should take place. He was,
23  like, "You not a doctor or an inmate" -- I mean, he,
24  like, "You're a doctor. You" -- "You're not a

## Page 80

1  doctor. You're an inmate. Don't tell me how to do
2  my job. I know what I'm doing."
3      And I asked him, like, "Have you ever
4  experienced any of this -- any cardiology surgeries
5  or whatever?"
6      He didn't want -- he ignored me after
7  that. He didn't answer the question.
8      Q.  So you disagreed with his treat -- or
9  his decision to treat you at the facility instead of
10  sending you to the hospital?
11      A.  I had to. I had no choice.
12      Q.  But you're --
13      A.  I did not agree.
14      Q.  But you sue now because you disagreed
15  with that course of treatment?
16      A.  No. I told -- I told her I was going to
17  write grievance about this by him not sending me out
18  to the hospital, but I was in so much pain. I
19  couldn't write no grievance. So, once I was sent to
20  the hospital and came back after having an infection
21  and all that and I healed and all that, I wrote the
22  grievance like I told him I was going to write the
23  complaint.
24      Q.  Right. But I'm -- that's what I'm

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 81

1  trying to figure out. You're complaining because
2  you disagreed with the course of treatment that
3  Ojelade pursued. You believe you should have been
4  sent to the hospital sooner.
5      A.  Yes. I didn't have no choice but to go
6  along with his treatment.
7      Q.  Okay.
8      A.  By being in IDOC, I can't walk out to
9  the hospital; so --
10      Q.  All right. So you were sent to the
11  hospital. You went to St. James Hospital; right?
12      A.  Yes.
13      Q.  What happened there?
14      A.  Once I arrived to St James, basically
15  normal procedure. They hooked me up. They asked me
16  what was the problem. I told them how long I been
17  having the problem. I'm having chest pains.
18          They was, like, "Do you have any
19  shortness of breath?"
20          I was, like, "No."
21          They was, like, "The way it's looking,
22  we're just going to run a CT scan because we can't
23  really pinpoint what's going on, but it look like
24  it's an infection, but we don't know what type of

## Page 82

1  infection it is. But the two wounds -- it look like
2  they need to be stitched."
3          So, when they ran the CT scan, I was
4  just sitting for hours, and they came back with a
5  concern, like, "You have an abscess that's" -- I
6  don't remember the -- I don't know how to -- it was,
7  like, nine -- they said the centimeters and the
8  inches.
9          And they was, like, "The way it's
10  surrounded around, they can't do nothing about it."
11  That have to be a cardiologist and the surgeon team
12  have to do that because by me having the device and
13  where the abscess came up at.
14          So they got to calling hospitals because
15  they was, like, I need to go in surgery immediately
16  before the abscess pop, and it's -- it will
17  basically kill me; so I was --
18          They call the hospitals. UIC didn't
19  have no bedroom to my primary cardiologist. So they
20  called other hospitals, hospitals that have
21  bedrooms. So a Loyola cardiologist say they'll took
22  me, Dr. Grady.
23          So later that night I was sent on the
24  ambulance, transported to Loyola, and once I got to

## Page 83

1  Loyola, it was probably, like -- it was the
2  morningtime, like, 3:00 or 4:00 in the morning. I
3  know it was the morningtime.
4          So they prepped me, and they was,
5  like -- they brought the poisonous control and the
6  surgeons and was, like, telling me what they have to
7  do, and the chest is hard. This is a high risk,
8  things like that. The procedures of what could
9  happen. By this being an abscess around the heart
10  and it could go wrong, what could happen, and the
11  complications. And I went into surgery.
12      Q.  Okay. What did they do at the surgery?
13  Did they remove the leads?
14      A.  They had to -- they had to extract -- it
15  was, like, extract, like, laser it off type. They
16  had to take the whole device out because the
17  infection was around the device. They had to, I
18  guess, try to suck out or cut around the abscess or
19  however they did it.
20          But once I woke up, I just had the drain
21  tube in me to -- with gauze stuffed in it to try to
22  soak up the -- soak up the infection with the drain
23  tube so it could try to leak into the drain tube,
24  and the med line because I had to have a special med

## Page 84

1  line in me. Not a -- I had the IV, but a special --
2  another med line that ran between, I think -- I
3  forgot what they said -- like, an artery or
4  something so they could better try to cure it so it
5  won't touch the heart. So I just had to see
6  poisonous control every day to -- for them to keep
7  checking me to make sure I get the right dosage, and
8  they pull up, like -- they had to pull, like, the
9  gauze out. Like, it was so much padding in it, they
10  had to pull, like, probably, like, six inches out a
11  day and keep changing the drain tube with the
12  infection in it. And basically I was on
13  medications.
14      Q.  Was your defibrillator removed?
15      A.  Yes.
16      Q.  And your pacemaker?
17      A.  Yes.
18      Q.  Okay. Were you wearing an external
19  defibrillator?
20      A.  No.
21      Q.  No.
22      A.  That's why they kept me on heart
23  monitor. They -- oh, I had the hospital lead thing
24  that I walk around with. Basically, like, how they

## Page 85

1  hook you up to the computer with the leads to watch
2  on a computer on the outside. I had, like, one of
3  them portable. I had a portable one. So basically
4  it's -- basically, yes, a defib, a portable defib,
5  but it's like the one that you'll get when you go to
6  the hospital where they -- how you hooked up and
7  monitored on a computer but portable.
8       Q.  How long were you at Loyola?
9       A.  Approximately, I believe, two weeks.
10  From the 19th to the 3rd. Well, the 20th to the
11  3rd.
12      Q.  Did you have any problems with the
13  surgery?
14      A.  Afterwards, no. I just was -- the pain
15  with them having to pull the stuff out and the drain
16  tubes and the med line. Just them steady having to
17  pull that out of me. That's it.
18      Then I had to run on a treadmill to make
19  sure, like -- to make my heart pump a certain way by
20  them having to do all that and infection around it
21  because they want to see if my heart pump, which
22  eventually it's going to have to pump; so they'd
23  rather do it at the hospital to make sure the
24  poisonous don't go around it.

## Page 86

1       Then I had to do just physical therapy,
2  just walk and stuff like that, to make my heart go.
3       Q.  Okay. When you went -- so, then, after
4  you were released from the surgery, you went back to
5  Pontiac; correct?
6       A.  Yes.
7       Q.  Were you admitted to the infirmary?
8       A.  Yes.
9       Q.  How long were you in the infirmary?
10      A.  About another two weeks.
11      Q.  Okay. And you said you had the IV
12  antibiotics; right?
13      A.  Yes.
14      Q.  Okay. When did you return to the cell
15  house?
16      A.  After I was done with my treatment; so I
17  don't recall. It was weeks later. I would say I
18  was in health care for a couple of weeks; so, once I
19  was done with that couple of weeks, I was sent back
20  to my cell house.
21      Q.  Now I saw in your records that it looks
22  like you were threatening on multiple occasions to
23  remove your IV antibiotics?
24      A.  No. I had an issue with Jade with her

## Page 87

1  giving me my medication and all that because she was
2  making threatening comments because of us previously
3  getting into it. We were having a verbal
4  alteration.
5       So she was, like, "I'll put something in
6  your IV, and you will never wake up again."
7       So that's when I kept telling the nurses
8  and the C/O, like, "I don't want her giving me my
9  medication." And they kept forcing me to get her --
10  for her to give me my med line. So, yes, when I
11  did, I -- when she did that, made that comment, I'm,
12  like, "If y'all are not going to give me no
13  treatment, I don't want her touching my IV," and the
14  IV came out.
15      Q.  Okay. Did you remove it yourself?
16      A.  Yes.
17      Q.  You did. Okay.
18      So did you see OJ during this time?
19      A.  Yes. Twice.
20      Q.  Are you suing him based on this time?
21      A.  No.
22      Q.  No. Okay.
23      So, while you were at Pontiac, did you
24  have any -- did you have a defibrillator or were you

## Page 88

1  wearing an external LifeVest or anything like that?
2       A.  No.
3       Q.  No.
4       Did you have any problems with your
5  heart?
6       A.  No.
7       Q.  No.
8       It didn't stop, obviously. You
9  Weren't -- you didn't have to be resuscitated?
10      A.  No.
11      Q.  No.
12      Okay. So then you had surgery again in
13  the summer; right?
14      A.  Yes.
15      Q.  Okay. And that's to replace the
16  defibrillator?
17      A.  Put the device back in.
18      Q.  Okay. So I just want to make sure I
19  understand. Are you suing -- you're suing Ojelade
20  for the times we've already talked about because you
21  got the --
22      A.  Okay. And I'm suing him again for when
23  I got the device put back in and the same thing
24  happened again -- he didn't give me no treatment

## Page 89

1  that time.
2  Q.  Okay.  So --
3  A.  (Audio drop) going to get to that.
4  Q.  So between -- I just want to make sure
5  I'm covering all my bases here.  So, from when you
6  returned to Pontiac until you had the surgery again
7  in July of 2018, you're not suing Ojelade for any of
8  those interactions; correct?
9  A.  No.
10  Q.  Right.  Okay.
11  So, yes, let's talk about -- you had the
12  surgery again in July; correct?
13  A.  Yes.
14  Q.  Okay.  Tell me about that.  You went to
15  UIC this time?
16  A.  Yes.
17  Q.  Do you recall when that surgery was?
18  A.  I believe July 26th.
19  Q.  Okay.
20  A.  I went to go have the surgery.  The left
21  side of my chest was blown; so they couldn't put the
22  device back over there.  So they had to put it on
23  the right side this time because they couldn't do
24  nothing with the left.  So they put it on the right

## Page 90

1  side.
2  Q.  Okay.
3  A.  This time my cardiologist kept me for
4  three days because he wanted to make sure it close
5  enough where nothing don't happen.  So I was sent
6  back July 29th to Pontiac.
7  Once I was sent back, I would say I was
8  probably in health care, if I'm not mistaken, just
9  to that morning and was sent back to my cell house.
10  During the time I was, like, "You all
11  going to have to give -- I supposed to be put down
12  for dressing change just to prevent an infection to
13  happen again."
14  During that time, I believe from the
15  29th to the 6th or the night I went back to the
16  hospital, I didn't get no dressing change.  OJ
17  didn't want to talk to me or nothing.  He say he
18  didn't want to deal with it.
19  And I'm telling him that "I need a
20  dressing change."
21  So a nurse just came out of her --
22  out -- out -- just her doing it -- was, like, "I'm
23  going to give you a dressing change," but it was,
24  like, every two days or something or, like -- I only

## Page 91

1  got -- within that time I only got my dressing
2  change changed twice.  Then I was sent back to the
3  hospital because he wanted me to make sure I don't
4  get no infection within a week.
5  As I was sent back to the hospital that
6  morning, the C/O took me over there and was, like,
7  "Y'all going to give him a dressing change before he
8  go to UIC."
9  And the health care specifically -- and
10  the C/O reported it to my doctor -- they say, "Let
11  UIC deal with it.  We don't care about no dressing
12  change or nothing to do with Clark.  He going to the
13  hospital.  He on his way to the hospital.  Let the
14  hospital deal with it."
15  And the officer just looked and was,
16  like, "Let's go."
17  And, then, when I went to the hospital,
18  I told him that -- he was, like, "Why is you -- why
19  is your dressing -- why is your dressing not clean?"
20  I'm, like -- I looked at the officer,
21  and the officer was, like, "They said they don't
22  care about it.  They're not dealing with it."
23  So that's when my cardiologist was,
24  like, "It look like it's about to -- it's semi about

## Page 92

1  to get infected again."  So he was, like, "This time
2  I'm just going to keep you all the way until it
3  close," because, if that right side get blown out, I
4  won't be able to get a device put through my chest
5  no more.  It will have to be external.  Then that
6  was the time OJ was, like, "Oh, I'm not giving --
7  I'm not dealing with Clark."
8  Q.  Okay.  Okay.  So let's break this down a
9  little bit.
10  So you had the surgery, and you returned
11  to Pontiac, you said, July 30, 2018?
12  A.  I believe July 29, 2013.
13  Q.  Okay.
14  A.  2018.  I'm sorry.
15  Q.  And you were at Pontiac until when?
16  When did you return to UIC?
17  A.  August -- if I'm not mistaken, it was
18  August 6th or August 9th.
19  Q.  Okay.  So you were at Pontiac for about
20  a week before you returned?
21  A.  Yes.
22  Q.  How many times did you see Ojelade in
23  that week?
24  A.  One time.

ALARIS LITIGATION SERVICES
www.alaris.us    Phone: 1.800.280.3376    Fax: 314.644.1334

## Page 93

1     Q.  One time.

2     Tell me about that one time you saw him.

3     A.  Once you come back from the hospital

4 from having a surgery, the next day you have to

5 stay -- I came in at nighttime.  I probably came back

6 from the hospital late at night.  So I have to stay

7 over there to that next morning till OJ come.

8     Once OJ came in, he told me to lift my

9 shirt up.  He seen that it was covered up.  He was,

10 like, "Get him out of here.  Send him back to his

11 cell house."

12     So I'm, like, "Ain't you going to mark

13 me down for dressing change?"

14     He didn't answer.  So you can't -- you

15 can't go back and forth and demand, like, "Oh,

16 you're going to give me a dressing change."  So I

17 just walked back to the cell house.

18     So they -- like, two days later, I was,

19 like -- I asked the nurse -- I told her I need a

20 dressing change, and they was running sick call.  So

21 she end up giving me the dressing change.  Then --

22     Q.  What date was this?

23     A.  Either the 2nd or the 3rd.

24     Q.  Did you receive a dressing change on the

## Page 94

1 31st?

2     A.  No.  I came -- I already had the same

3 dressing on there --

4     Q.  Okay.

5     A.  -- at the same incision until, like,

6 two -- it was -- it was after the 1st when she came

7 to health care and she gave me my dressing change.

8 And she said he marked me down for a dressing change

9 to get it every day.

10     So I said, "Okay."

11     Q.  Wait.  Wait.  Go back.  Say that again.

12     A.  When I went to go get my dressing change

13 around the 2nd or the 3rd, I went to go get it in

14 the -- in east house kick-out, which we got a little

15 infirmary where they do sick call.  So, when I went

16 down there, she did the dressing change.  She said

17 OJ marked me down -- which he didn't tell me.  She

18 say he marked me down for a dressing change because

19 I was ask -- I kept telling them they have to change

20 my dressing.

21     Q.  Oh, I see.  So OJ had noted that you

22 should get dressing changes every day?

23     A.  That's what she said.

24     Q.  Okay.

## Page 95

1     A.  They don't show me the paperwork.  She

2 say he noted for me to get dressing change.

3     Q.  But you weren't getting them every

4 day --

5     A.  No.

6     Q.  -- despite his orders?

7     A.  Yes.

8     Q.  Okay.

9     All right.  Were you receiving any

10 medication during this time?

11     A.  Yes.  The antibiotics that they had me

12 on for -- just to make sure that nothing don't

13 happen.

14     Q.  Okay.  That your cardiologist

15 recommended?

16     A.  Yes.

17     Q.  Okay.

18     A.  He send me home with -- he send me home

19 with a list -- well, he send me home with some; then

20 they just refilled it at the facility because the

21 facility have to give it to you in a certain way.

22     Q.  Gotcha.  So you were taking antibiotics

23 as, like, a preventative to prevent infection?

24     A.  Because of --

## Page 96

1     Q.  Okay.

2     COURT REPORTER:  I'm sorry.  Could you

3 repeat that answer?

4     MR. CLARK:  I say yes.  Due to the last

5 infection, he wanted to make sure I stay on it just

6 to prevent any infection happening.

7     Q.  (By Ms. Rice)  Okay.  So you saw the

8 nurse on the 1st for the dressing change; right?

9     A.  It was after the 1st -- yeah, the 1st,

10 the 2nd.  I don't really recall the date.

11     Q.  Okay.  And she said that OJ had marked

12 it down that you should have a dressing change every

13 day.  Then what -- what happened after that?

14     A.  I got -- I got -- I got the dressing

15 change.  The next day I don't get a dressing change.

16 So he just -- she sent a C/O over there with tape

17 and some gauze.

18     I say, "How -- how you expect me to put

19 tape and gauze on there?  She supposed to clean

20 around it."

21     And the officer was, like, "This all she

22 gave me."

23     So the third day, which could be the 4th

24 by now, come.  I get to asking everybody on the

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us    Fax: 314.644.1334

## Page 97

1  galleries to ask -- yell for her -- a lieutenant to
2  get up there so I can get some medical treatment for
3  a dressing change. That's when I got my second
4  dressing change, which was, like, after three days.
5  Then after that I never seen a dressing
6  change no more. I never had a dressing change.
7  And basically all the complaining and asking for it
8  or -- and all that -- it fell on deaf ears.
9  Q. Okay. So then you said you were sent to
10 UIC on the 6th or the 9th; right?
11 A. Yes.
12 Q. How did we get to that point? How did
13 you get to UIC? Was that a previously scheduled
14 appointment?
15 A. Yes. He wanted to see me a week later
16 because of -- by me having an infection and getting
17 a new device. He don't want it to wait long as
18 had -- it was going to wait. So he was, like, "Get
19 him a week later just to make sure; so, if an
20 infection or anything was to come on, we'll be able
21 catch it."
22 Q. I see. Okay.
23 So you went back for a regularly
24 scheduled follow-up with your cardiologist?

## Page 98

1  A. Yes.
2  Q. And when he was there, he decided to
3  keep you in case there was an infection developing?
4  A. No. He noticed my dressing was dirty,
5  like, my -- where my dressing, and he was, like,
6  "Why is it like this?"
7  And that morning the officer took me
8  before I went to health care -- I mean before I went
9  to the hospital, I told the C/O, "I need a dressing
10 change before I go on the ride to UIC."
11 So he took me over to health care. It's
12 now I better go over there instead of them trying to
13 say they going to come to the cell house and don't
14 ever come.
15 So, when I went over there, he told --
16 he yelled and told the nurses in the back to come,
17 that he got Clark in the front, and Clark supposed
18 to be marked down for a dressing change.
19 That's when -- I don't know what nurse
20 it was because he was towards the back, talking to
21 her. She was, like, "We don't care. He want to
22 write grievance and all of that and complain and say
23 we're not doing nothing. Let UIC deal with it."
24 Q. Okay. But you don't know who that was?

## Page 99

1  A. No.
2  Q. Was that a female nurse?
3  A. Yes. It's all females.
4  Q. Okay. So they didn't change your
5  dressing. You went to UIC. They noticed your
6  dressing was dirty and decided to keep you?
7  A. Yeah. Because he say it look like it
8  want -- it looked like it want to com -- like,
9  infection want to come back on.
10 Q. Okay. But it hadn't come back on yet?
11 A. No.
12 Q. No.
13 A. So (audio drop). He was, like, "I'm
14 just going to keep you until you" -- because my
15 wound was still fresh.
16 Q. Gotcha.
17 A. It's still -- so he was, like, "By it
18 still being open somewhat, I'm going to keep you
19 just to prevent it"; so he kept me.
20 Q. But it hadn't gotten infected yet?
21 A. No.
22 Q. Okay. How long did you say at UIC?
23 A. To the middle of the 20ths. So it was,
24 like, the 26th or the 23rd. I don't recall, but I

## Page 100

1  know it was, like, toward the late 20s.
2  Q. Okay. By that time had your wound
3  healed?
4  A. Yes. It closed completely.
5  Q. All right. So you went back to Pontiac
6  and everything was good?
7  A. Yes.
8  Q. Okay. Are you suing OJ for any --
9  anything past that time once you returned to
10 Pontiac?
11 A. No.
12 Q. No. Okay.
13 So your wound healed fine. Have you had
14 any problems since then?
15 A. No.
16 Q. No -- no lasting issues?
17 A. No.
18 Q. No. Okay.
19 A. Can I ask a question? What do "lasting"
20 mean?
21 Q. Do you have any problems today?
22 A. Oh, no. I just -- from my left side
23 from all the stuff, the little -- the incision and
24 all that, yes, I'm having -- I got nerve damage, and

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                          Fax: 314.644.1334

## Page 101

1  I'm having — always have, like, little sharp pains
2  up in that area because how big my wound is.  Like,
3  I had a little throbbing, shooting pain, and it
4  don't feel — I got that uncomfortable — he say
5  it's going to feel like because of how big it got,
6  but I got an uncomfortable — uncomfortable feel on
7  my whole left side on my upper chest.
8      Q.  You said you're taking the tramadol for
9  the pain?
10     A.  Yes.
11     Q.  Okay.  Is there any other interactions
12 with OJ that are the subject of your complaint?
13     A.  No.
14     Q.  No.
15         Other than what we've talked about here
16 today?
17     A.  Yes.
18     Q.  Okay.  So what do you think he should
19 have done differently the second — the second time?
20 After your second surgery, what should OJ have done
21 differently there?
22     A.  He could have either kept me in the
23 infirmary, or when I was asking for — to get to
24 health care, he was, like, they was not — he could

## Page 102

1  have rec — he could have been on them more about my
2  dressing change because he have the control of the
3  dressing change.  He the one that have to recommend
4  them to do it.
5      Q.  But you said that the nurse told you
6  that he had ordered daily dressing changes; right?
7      A.  Yeah.  But I ain't see nothing that
8  said daily dressing change.  The nurse said that
9  because — she probably only going to say that
10 because of my infection.
11     Q.  I mean, your medical records say that.
12     A.  But I still didn't get my dressing
13 change every day.
14     Q.  Okay.  So you think that OJ should have
15 made sure that you got your dressing changes?
16     A.  Yes.
17     Q.  It wasn't enough that he ordered it?
18     A.  If I'm steady complaining about not
19 getting my dressing changed and asking to be sent to
20 health care and I'm not getting sent over there to
21 see him and he don't want to see me — he saying
22 he — just send him — after having —
23     Q.  Did he —
24     A.  After having the surgery, you ain't

## Page 103

1  supposed to send me back to my cell house with a
2  fresh incision like that.
3      Q.  Did you sign up for sick call?
4      A.  Yes.
5      Q.  How many times?
6      A.  Once or twice.
7      Q.  When?
8      A.  Within that time.  I don't recall the
9  date, but within that time that I just came back
10 from having the surgery.
11         I'm in the cell house.  So anytime an
12 officer even come over — I mean the nurse come over
13 there, I'm right there by the door.  I can see the
14 nurse and the officer won't let me go down there
15 because they know my situation.  They won't let me
16 go down there and talk to the nurse, and (audio
17 drop) what they going to do right then and there.
18         And they be, like, "Oh, well," because
19 then it will be deemed as emergency.  "Oh, well, he
20 marked you down."  But other times they don't --
21 "Let him go about his business.  Don't -- don't send
22 him down there.  We ain't -- what dressing change?"
23 They didn't want to give me no dressing change.
24         The only person that came is Sherrie,

## Page 104

1  and that's when Sherrie come over there, and she
2  give me a dressing change.  She only came over there
3  twice within that time.
4      Q.  Okay.  So — and you said now your
5  defibrillator's fine; right?
6      A.  Yes.
7      Q.  When was your last check with your
8  cardiologist?
9      A.  I just went last week --
10     Q.  Oh.
11     A.  Yeah, last week.
12     Q.  And everything is good?
13     A.  Yeah.
14     Q.  Okay.  And you haven't had any — your
15 defibrillator hasn't gone off?
16     A.  No episodes.  No anything.
17     Q.  Great.  No -- no irregular heartbeats?
18     A.  No.  He just — once — once I get out
19 of here — he don't want to do it right now, but
20 once I get out — because I never had my device up
21 on my chest.  It's always at the bottom.  I got the
22 discomfort because it's poking, like, out my chest.
23 So he going to move it to the side.
24     Q.  I see.  So where is it at on your — is

## Page 105

1　it not on the top of your pec?
2　　　A.　It's right here. You can touch it.
3　Right here on the -- in that exact spot that you
4　touching.
5　　　Q.　I see. And where are you want -- you're
6　wanting it to go, like, in your armpit area?
7　　　A.　Yes. Since I first got it since growing
8　up, it always been, like, right under the armpit
9　area because I won't feel it then.
10　　　Q.　Uh-huh.
11　　　A.　But now it's -- being up on the chest,
12　it's, like -- it's a discomfort, like, because, when
13　I lay down, he know -- he says it's going to feel
14　like that, but he don't want to change it while I'm
15　in IDOC. The sanitation-wise. He don't want to
16　take a chance, due to that first infection. By this
17　being my last option of being right here, he want to
18　keep it, right, until I get out, but it stick to my
19　color bone when I'm sleeping and all that. So he
20　said I'm going to have to deal with it.
21　　　Q.　I see. So it's more of just, like, a
22　discomfort, but it's not -- it doesn't affect the
23　potency of the device?
24　　　A.　Oh, no, no, no.

## Page 106

1　　　Q.　Okay. It's just annoying more than
2　anything?
3　　　A.　I'm not used to it.
4　　　Q.　Yeah. Sure. Okay. But no other
5　problems?
6　　　A.　No. Just the left-side discomfort and
7　sharpness.
8　　　Q.　Okay. All right.
9　　　So what damages are you seeking here?
10　　　A.　What do you mean by that?
11　　　Q.　Are you -- if this case were to go to
12　trial --
13　　　A.　I don't know how to use it, but I wanted
14　people to be accountable for their actions and
15　financial compensation.
16　　　Q.　So are you seeking money from my
17　clients?
18　　　A.　Financial compensation and for them to
19　be accountable for their actions.
20　　　Q.　Okay. How much are you seeking?
21　　　A.　I put -- like, I believe it came out to,
22　like, 3.8.
23　　　Q.　3.8 what?
24　　　A.　I sued -- 3.8 million.

## Page 107

1　　　Q.　Okay.
2　　　A.　I sued individuals which it came out
3　total, like, that, but I was suing every individual
4　for 300- and 600,000.
5　　　Q.　Okay. So how much are you -- how much
6　would you ask a jury to give you for your
7　interaction with Ms. Molinero?
8　　　A.　What would I get? I just want her -- I
9　don't -- I ain't -- I ain't really looking for no
10　money from her. I'm looking for her to just be,
11　when people going through them situations, for her
12　to be accountable for her actions to not allow other
13　people to go through this.
14　　　Q.　So you wouldn't ask a jury for any money
15　from her?
16　　　A.　No.
17　　　Q.　Okay. What about from OJ?
18　　　A.　Yes.
19　　　Q.　How much?
20　　　A.　At least 5-, 600,000.
21　　　Q.　How did you come up with that amount?
22　　　A.　Just due to the pain. The -- the --
23　my -- my life was at jeopardy because of that. My
24　surgery itself.

## Page 108

1　　　Q.　Okay.
2　　　A.　Having to have two devices back to back
3　because of these incidents.
4　　　Q.　So, if you're not -- if you're not
5　seeking any money from Ms. Molinero, why are we
6　proceeding with this claim against her? Why don't
7　you dismiss her?
8　　　A.　I want -- I didn't know how to dismiss
9　her. So it was always already in the complaint --
10　　　Q.　Oh. Well --
11　　　A.　-- since I filed it. I don't -- I
12　don't know how do that.
13　　　Q.　Do you want to dismiss her as a
14　defendant?
15　　　A.　Yeah. I've been wanting to dismiss her
16　but I just -- by me already filing it -- because,
17　when I was told how to -- from my recog --
18　recognition of filing it, I had to put everybody in
19　it.
20　　　Q.　Sure. Well, I mean, we can fix that.
21　If you want to dismiss her as a defendant, that is
22　easily done. You can --
23　　　A.　I want her dismissed.
24　　　Q.　You want to dismiss her?

27 (Pages 105 to 108)

## Page 109

1     A.   Yeah.

2     Q.   Okay.

3     A.   My -- my main people I was suing was OJ,

4  Fikes, Davis, Newkirk, and Jade.

5     Q.   Okay.

6     A.   Them was my main people I was suing.

7     Q.   Okay. Well, I can prepare -- I can send

8  you something.  I can mail you a stipulation of

9  dismissal, basically saying that you want to dismiss

10  her if that's -- or you could also file a motion of

11  your own accord with the court, and let them know,

12  but you don't -- you don't have to proceed on

13  anything just because you filed a complaint.  You

14  can always dismiss if you want.  So, if you want to

15  dismiss her, do you want me to send you a --

16     A.   Because I want to make sure, if I

17  dismiss her, it's not going to dismiss my whole rest

18  of my complaint.

19     Q.   No, no.  You can dismiss one defendant

20  and keep going against the rest.

21     A.   Oh, okay.  Okay.

22     Q.   So do you want me to send you a

23  stipulation --

24     A.   Yeah.

## Page 110

1     Q.   -- stating that you dismiss her?

2     A.   Yes.

3     Q.   Okay.  I'll do that.  That's not a

4  problem.

5          Okay.  So then you just want to proceed

6  against Ojelade as far as the Wexford defendants go?

7     A.   Yes.

8     Q.   Okay.  Yeah, I can do that.  That's not

9  a problem.

10          Okay.  I think that's all the questions

11  that I have for now.

12          Do you want to take a break --

13          MS. BOYLE:  Sure.

14          MS. RICE:  -- or do you want to just

15  jump right in?

16          MS. BOYLE:  Do you want to take, like, a

17  five-to-ten minute break?  We've been going for

18  about two hours.  So it'd kind of give you a break.

19  It's kind of an intense process.

20          MR. CLARK:  Yes.

21          MS. BOYLE:  Okay.  So we're going to

22  take about a ten-minute break.  We're going to go

23  off the record.  You can use the bathroom if you

24  want to use the bathroom, that kind of thing.

## Page 111

1          MS. RICE:  And then we'll come back and

2  she --

3          MS. BOYLE:  And then we'll come back,

4  and then I'll finish up, which shouldn't be very

5  long.

6          MR. CLARK:  All right.

7          MS. BOYLE:  Okay.  We're going to go off

8  the record then.

9          (Short recess.)

10          EXAMINATION

11  BY MS. BOYLE:

12     Q.   My name is Kathryn Boyle.  We met

13  briefly before everything started.

14          Ms. Rice told you that I represent

15  defendants Jade Culkin, Josh Davis, James Fike,

16  Trevor Dicks, Joel Newkirk, Francis Sorensen, and

17  Andrea Goldsmith; right?  Do you remember that?

18     A.   Yes.

19     Q.   Okay.  I will -- there's a few

20  clarification questions I want to ask.  I believe

21  Ms. Rice asked you if you had any formal medical

22  training, and you said no; correct?

23     A.   Yes.

24     Q.   Does anyone in your family have medical

## Page 112

1  training like a nurse or a doctor?

2     A.   No.

3     Q.   Okay.  I'm going to first ask you a

4  little bit of information about the defendants in

5  this case.  Okay.  We're going to start there.

6     A.   Okay.

7     Q.   I believe you know who Jade Culkin is?

8     A.   Yes.

9     Q.   Who is she?

10     A.   A nurse at Pontiac Correctional.

11     Q.   Okay.  When is the last time you saw

12  her?

13     A.   Probably, like, some days before I left

14  Pontiac.

15     Q.   When did you leave Pontiac?

16     A.   January -- January 7, 2019.

17     Q.   January 7th.

18          And what was that interaction like?  Why

19  did you see her before you left?

20     A.   Oh, no.  I thought you was asking, like,

21  have I just seen her.  Like, when we go to yard, we

22  see her walk past all the time.

23     Q.   Oh, okay.  When is the last time you had

24  an interaction with her?

## Page 113

1    A.   With the IV treatment.
2    Q.   And can you refresh my memory: When was
3    your IV treatment?
4    A.   Between -- after March 3rd.  So when I
5    came back to UI -- when I came from UIC back to
6    Pontiac.
7    Q.   Okay.  And she was in the infirmary with
8    you then?
9    A.   Yes.
10   Q.   What did she do in regards to your IV
11   treatment?  Was she the one responsible for putting
12   the medication in the IV?
13   A.   Yeah, on her shift.  If she was the one
14   that was working when she was working, yes.
15   Q.   Okay.  What shift did she work?  Day
16   shift?  Afternoon?  Midnights?
17   A.   7:00 to 3:00.
18   Q.   7:00 to 3:00.
19        Day shift?
20   A.   Yes.
21   Q.   For as long as you were at Pontiac, was
22   she always on the day shift?
23   A.   Yes.  That I know of.
24   Q.   Okay.  So, at any time you saw her or

## Page 114

1    interacted, it would have been between 7:00 A.M. and
2    3:00, to the best of your memory?
3    A.   Yes.
4    Q.   Okay.
5    A.   Well, she -- if she worked overtime, she
6    worked night; so --
7    Q.   Okay.
8    A.   -- she (audio drop) when she worked
9    overtime.
10   Q.   Can you tell me what she looks like?
11   A.   Caucasian.
12   Q.   Short?  Fat?  Skinny?
13   A.   Skinny.  Tall.  Kind of tall.  Like she
14   played baseball.  I don't know.
15   Q.   So athletic looking?
16   A.   Yeah.  You could say that.
17   Q.   Does she have dark hair? light hair?
18   A.   I don't recall.
19   Q.   Okay.
20   A.   I don't recall.
21   Q.   Was she an older woman? younger woman?
22   A.   Jade look like she older.  She probably
23   look like -- she probably in her late 30s, if I'm
24   not mistaken.

## Page 115

1    Q.   Okay.  And what were her job
2    responsibility -- strike that.
3         When you saw her at Pontiac, did you
4    only see her during med line?
5    A.   At that time?  Because, you know --
6    because I don't -- I don't want to miscommunicate if
7    you talking about when the last time I seen her or
8    when we first --
9    Q.   Sure.  Sure.  Let me clarify.
10        When you first -- strike that.
11        When was the first time you saw her
12   after entering Pontiac?
13   A.   When I had my first incident with her
14   which was September 2nd.
15   Q.   Okay.
16   A.   That's the reason I went to seg.
17   Q.   Can you tell me about that interaction
18   with her?
19   A.   I was on the gallery, and she was
20   calling out names, and I'm -- people have to make
21   sure you listen for the names to make sure that it's
22   your name for medication pass-out because I moved
23   cells.
24   Q.   Okay.

## Page 116

1    A.   So I -- we have a mirror, like, we
2    allowed to buy on commissary.  I stuck the mirror
3    out to see what she -- who she was calling.
4         And she came to my door.  She was, like,
5    "Give me the mirror."
6         I'm, like, "For what?"
7         She was, like, "Give me the mirror.  You
8    shouldn't stuck it out of the box."
9         So I stated, like, "You're not security.
10   I'm not giving up my mirror."
11        If the sergeant asked me for the mirror
12   when she was with the sarg and the sarg asked me for
13   the mirror, I would give her the mirror, but the
14   sarg wasn't asking for the mirror.
15        So she say, "It's contraband now since
16   you stuck it out the chuckhole."
17        I said, "I stuck it out because I want
18   to make sure you ain't calling me for my
19   medication."
20        We want to see -- everybody stuck it out
21   to see who she calling because that's the only way
22   you'll be able to see who called.  Well, you can
23   hear her.
24        So we kept going back and forth.

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

115:19 118:2,4
118:6,15
129:22 132:13
132:15 133:22
134:4,5
153:20 164:20
164:21 172:9,11
173:1,13 174:15
175:3 185:3,12
185:15 187:19
187:23
gaps 200:1
gated 183:21
gauze 65:4
67:23 83:21
84:9 96:17,19
GED 26:6
general 3:15
4:5 24:1 117:16
117:19 123:16
129:10
generally
130:15
genetic 36:23
getting 13:13
39:8 55:11,12
56:24 65:6
72:17 75:3,11
75:19,20 76:8
77:15 79:17
87:3 95:3
97:16 102:19
102:20 163:6
163:6,8 165:16
171:17 175:14
175:15,17,19
181:18 192:5
193:7 201:13
give 8:1 22:1
32:1 35:15
47:13 50:15,21
74:13,23 87:10
87:12 88:24
90:11,23 91:7
93:16 95:21
103:23 104:2
107:6 110:18

116:5,7,13
117:9,12 133:12
160:1 164:3,7
186:2 189:2,6
given 6:18 25:2
25:11 74:24
75:1
giving 25:2,9
34:8 47:19
48:14 65:19
65:24 69:4
87:1,8 92:6
93:21 116:10
117:1
globally 183:6
glue 67:19
go 6:21 7:21
8:13 10:5,5
12:24,24 14:18
19:6,12 32:20
34:18 35:14
39:16 41:12
46:7 47:5
52:15,19 54:10
56:17 57:8,18
61:7 63:22
65:5,11 66:11
66:13,18,19,20
67:8 70:24
72:19 73:11
75:12 76:18
78:4,10 81:5
82:15 83:10
85:5,24 86:2
89:20 91:8,16
93:15 94:11,12
94:13 98:10,12
103:14,16,21
105:6 106:11
107:13 110:6
110:22 111:7
112:21 117:13
120:19,24
122:22,23
123:12,13,19
124:3,4,11,13
124:14,15,17

125:15,16
126:8 129:8
131:20 132:19
132:22 135:1
135:10 143:10
146:19 151:14
151:21 155:2,4
156:18,20
158:2 162:4
166:18,19
169:7,10 175:6
180:22 183:22
183:23,24
188:10,10
195:15 197:11
197:14 198:22
goes 62:12
167:15
going 6:21,22
7:1,10,15,20
8:8 11:16 30:11
34:13 48:10
50:20,21
54:24 56:12
56:12 57:7
59:8,8 62:7,18
67:1,3,21,24
68:13 69:1
73:11 75:13
76:15,17 77:24
78:1,10,21,23
80:16,22
81:22,23
85:22 87:12
89:3 90:11,23
91:7,12 92:2
93:12,16 97:18
98:13 99:14,18
101:5 102:9
103:17 104:23
105:13,20
107:11 109:17
109:20 110:17
110:21,22 111:7
112:3,5 116:24
117:5,22 118:9
118:10,20,21

120:4,21
124:12 128:14
128:22,24
131:5 133:22
134:12 136:18
137:23 142:16
144:4,10 147:2
147:5 152:4,11
152:17 153:3
153:22 154:8
154:22 155:5
155:23 156:5
157:20 158:4
158:17,23
159:19 160:4
163:9 164:4,12
164:15 165:1,2
171:8,14 174:9
175:6 177:8
181:2 184:6
185:8,9
186:24 187:2
188:9 190:12
191:19,21
192:24
Gold 145:15
Goldberg 145:7
145:9,16
Goldsmith 6:1
111:17 145:10,11
145:12 146:6
147:14
good 5:17 7:17
20:21 27:15
41:19 100:6
104:12 129:11
136:21,24
156:2 170:16
199:13 202:5
goosebumps
73:21
gossip 184:15
Gotcha 95:22
99:16
gotten 25:5
99:20 177:18
179:1

grab 178:7
grabbed 180:24
grabbing 172:7
173:18
grade 27:16
graduate 28:4
Grady 82:22
grammar 201:4
grandma 161:5
Great 104:17
grievance 14:16
30:14,17,20,21
30:22,23,23
31:1,3 80:17,19
80:22 98:22
191:3,10,11,13
191:17 192:1
grievances 15:3
190:16
ground 169:16
172:2 175:21
175:24 178:8
178:10 180:18
180:19 181:23
groups 162:4,19
162:20,21
163:7
growing 105:7
guards 9:14
guess 11:24
35:22 65:21
68:22 76:24
78:13 83:18
164:23 173:11
174:13 185:6
guide 174:13
guilty 22:17,18
22:19
guy 54:21 73:7
120:9 141:6,7
150:11 195:1,6
195:6,19
guys 63:12,16
120:4,13 121:3
149:10

———— H ————

H 2:9
habit 127:24
hair 114:17,17
  141:24 150:23
  151:1 195:2
half 126:1 138:4
  162:21 198:11
hand 31:18 174:1
handcuffs
  167:22
hands 50:11
  122:4,8 137:11
  150:4,5 167:2
  173:4,24
Hanson 70:22
happen 36:22
  60:2 63:18
  77:4 83:9,10
  90:5,13 95:13
happened 10:2
  27:1 33:16,21
  35:6 39:23
  50:9 51:21
  53:1 55:10
  57:2 59:19
  61:5,22 73:13
  75:10 81:13
  88:24 96:13
  129:20 131:14
  131:23 149:20
  166:2 175:7
  179:23 180:1
  184:14 192:15
  193:9 196:22
  197:12
happening
  44:13 96:6
  179:17
happens 44:10
  153:12 154:13
  198:19
hard 42:15,16
  52:3 72:22,22
  73:6 83:7
  119:15 155:5,9
  170:14 177:13
  178:3

hardest 170:19
hat 141:23 142:4
he'll 65:13,13
  142:8,9
head 172:8
  174:6
headache
  46:21
heal 67:21
healed 80:21
  100:3,13
health 1:8 3:7
  4:8 27:20
  33:5,23 35:17
  35:18 45:6,21
  46:1,7 47:1,5,11
  47:22 48:5,13
  48:14,19 55:5
  55:16,18,20
  56:16,17 57:9
  59:3 65:11,11
  66:8 68:13,15
  69:9 71:11
  72:5,8 73:4
  73:24 74:8
  75:14 78:16
  86:18 90:8
  91:9 94:7 98:8
  98:11 101:24
  102:20 144:10
  144:12 154:22
  155:2 156:10
  156:21 157:2
  157:12 158:5
  187:22 189:8
  189:9 197:9,11
  197:16
hear 48:11 58:11
  116:23 129:17
  144:2 147:8
  161:7 163:12
  164:22 173:22
  181:10,12,15
heard 156:15
  163:13,19
hearing 27:8
heart 34:24

36:9 39:14
  41:5 42:12,12
  42:16 44:15
  62:23 83:9
  84:5,22 85:19
  85:21 86:2
  88:5 155:8
  157:8 185:13
heartbeat 36:14
heartbeats
  41:10,13 104:17
heavier 141:3
heavy 73:22,23
  183:5
height 140:22
  142:7,13
  150:15,15
held 123:23
help 15:13,17,18
  15:22 16:3
  30:6 158:17
helped 15:12
helpful 6:14
high 25:20,22
  26:7 83:7
  132:13
higher 119:22
highest 25:17
Hispanic 142:14
  195:2,4
history 157:5
hit 119:21 153:23
  153:24 167:5
  170:19 171:8,9
  177:20 181:20
hitting 149:14
hold 124:2,3,6,7
  141:17 173:9
  197:2
holding 35:8,9
  172:8,24
  173:10,14,24
  174:4,6 176:24
hole 78:18,19
  135:21 200:1
holes 133:11,11
  133:15

hollering
  164:20
home 95:18,18
  95:19
hook 39:12
  61:10,12 85:1
hooked 61:7
  81:15 85:6
hope 181:24
  202:4
horrible 127:24
horse 179:7
hospital 10:6,11
  13:16 67:14,16
  68:19,21,24
  69:5,8 71:20
  76:4 78:8,10
  78:24,24
  80:10,18,20
  81:4,9,11,11
  84:23 85:6,23
  90:16 91:3,5
  91:13,13,14,17
  93:3,6 98:9
  155:2,3,4,10
  158:3,11,18
hospitals 82:14
  82:18,20,20
hot 66:17 68:16
  77:10
hour 17:5 35:10
  120:6 137:21
  138:3,3 174:21
  175:2 184:8,19
hours 3:13 82:4
  110:18 153:19
  158:5
house 33:22
  34:3 50:21
  57:21 64:21
  67:12 70:8,16
  70:21,23,24
  71:5,15 77:23
  86:15,20 90:9
  93:11,17 94:14
  98:13 103:1,11
  117:15 119:5,7

119:8,11 122:6
  122:7,7,8
  123:4,4,14,15
  123:19 130:5
  131:10,12,13,24
  131:24 132:24
  133:2,3,6,24
  134:2,24
  138:14 143:14
  148:23 149:3
  149:3 160:2
  163:24 164:1,3
  165:13,16
  169:10 173:17
  186:22 187:13
  188:9 190:10
  190:10
houses 123:11
  186:8 193:20
huh-uh 8:2
hurt 170:23,24
  183:13
hypertension
  36:14 41:23
  42:2,11
hyperventilati...
  188:20
hypothetically
  156:8

_____
                   I
IA 192:3,9,14,22
  193:1,18 194:10
  195:14 196:6
ID 143:15,20
identification
  143:9,15
identify 136:11
IDOC 4:4 20:12
  28:21 39:20
  45:8 81:8
  105:15 185:21
  192:23
IDOCs 136:7
ignored 69:13
  80:6 189:1
ignoring 48:9

ill 160:10,13,16
 160:17 161:16
Illinois 1:2 3:2
 3:15,20 4:6,10
 4:16,18 17:22
 18:2,6 22:12
 124:22 125:8
 125:10,21,23
 185:23 203:2
 203:6,23
illness 152:7,8
 152:13
immediately
 69:23 82:15
 135:1 155:2
 180:21,24
impact 170:17
important 8:16
importantly
 6:23
inaudible
 182:10
incarcerated
 27:19 28:12
 29:9 39:24
 40:1,14 124:21
incarceration
 18:21
inch 140:24
inches 82:8
 84:10 118:24
incident 9:23
 11:16 35:5
 42:24 45:24
 46:24 50:9
 50:20 51:20
 58:18 59:19
 61:14,24 62:2
 115:13 128:20
 129:7 131:14
 131:23 136:15
 137:13 140:6
 149:7,20 151:4
 154:24 158:19
 159:1 190:17
 192:4,10,12
 194:17 195:12

197:12,16
 200:4
incidents 108:3
 131:4
incision 33:3
 38:9 43:7
 67:18,20,22
 69:11 71:19
 74:12 76:15,23
 77:11 94:5
 100:23 103:2
incision's 76:8
including 16:10
 23:23,23
indefinite 186:1
independent
 141:19
indicate 49:20
indicated 48:21
indicating
 79:20
indifference
 59:12 60:3
indifferences
 58:13
indifferent 52:7
 52:10 59:15
individual 107:3
individuals
 107:2 124:1
infected 68:11
 92:1 99:20
infection 10:7,11
 10:12 11:18
 13:14 39:6
 43:10 64:5
 66:5 80:20
 81:24 82:1
 83:17,22
 84:12 85:20
 90:12 91:4
 95:23 96:5,6
 97:16,20 98:3
 99:9 102:10
 105:16
infirmary 69:24
 70:1,2,13 86:7

86:9 94:15
 101:23 113:7
information
 11:13,23 12:5
 25:2,10 112:4
informations
 25:12
informing 79:21
initial 51:6
initially 132:3
injuries 45:2,9
 45:19 46:17
 47:5
inmate 6:15
 15:18,24 21:3
 25:11 35:16,22
 44:11,17 45:12
 47:21,22,24
 48:1,18 52:18
 53:18,21,24
 79:23 80:1
 137:2 178:14
inmates 30:7
 44:5,18 150:6
 183:22 196:12
insides 59:8
insolent 33:20
institute 25:23
 26:3,4
instruct 181:6
instructed 74:16
instruction 66:6
 69:9
instructions
 13:21 77:3
intense 110:19
interacted 58:8
 114:1 136:15
interaction 49:4
 49:10,21,24
 50:1 51:7 53:2
 58:3 107:7
 112:18,24
 115:17 140:14
 196:13
interactions
 51:8 60:20

89:8 101:11
 136:1,11 140:6
 144:12 149:6
interested
 145:24 203:17
interfering
 26:23
interrogation
 39:11
interrogatories
 49:22,23
interrupting
 128:1
interview 11:24
interviewed
 192:14
intimidation
 33:19
investigation
 26:24 193:5
investigator
 195:14
involve 21:14
involved 149:14
involvement
 151:3
involving 24:13
iron 168:15
irons 34:19,20
 135:2 168:16
 168:17,19,20
 169:16 170:10
 177:8,10
irregular 36:14
 41:9 104:17
ISLAND 1:3 3:3
issue 86:24
issues 71:1
 100:16 178:19
it'd 110:18 156:2
 173:5
it'll 76:10
IV 84:1 86:11,23
 87:6,13,14
 113:1,3,10,12
 130:18

**J**

jacking 22:16
Jade 33:18
 50:12,14 67:10
 86:24 109:4
 111:15 112:7
 114:22 117:1
 129:13,13,14
 131:20 148:7
 190:11,11,14
James 13:16
 81:11,14 111:15
 138:8,9
January 21:20
 43:2,3 62:20
 63:6 64:19,19
 69:19 112:16
 112:16,17
jaw 171:5,5,5
jeopardy
 107:23
job 7:15,17
 28:20 67:2
 80:2 115:1
 164:14 180:3
Joel 111:16
 147:24 148:19
 148:20
joint 144:23
 145:20 161:23
Joliet 18:2,9,12
Josh 111:15 131:6
judge 7:11 22:18
July 26:12,12,16
 89:7,12,18
 90:6 92:11,12
jump 110:15
jumped 179:12
jumping 178:10
jumpsuit 166:16
June 125:22
jury 7:11 22:18
 22:19 107:6,14
juvenile 24:2

**K**

K 6:11

K-a-l-v-i-n 6:12
Kalvin 1:5,16 3:4
  3:11 4:3 5:11
  5:20 6:11
Kan 18:5
Kankakee 17:19
  18:3,4,6,11
Kathryn 4:5
  111:12
Katie 146:19,20
  147:1
kboyle@atg.s...
  4:7
keep 7:18 10:23
  11:9 12:10
  42:10 54:14
  66:20 70:7
  84:6,11 92:2
  98:3 99:6,14
  99:18 105:18
  109:20 128:14
  142:4,5 158:5
  181:1 184:18
  201:22
kept 34:6,7,23
  34:24 35:12
  35:24 46:9
  66:19 67:3
  69:3 75:20
  84:22 87:7,9
  90:3 94:19
  99:19 101:22
  116:24 141:23
  143:24 150:9
  159:19 164:15
  167:7 173:13
  174:23
kick 166:24
  170:15 178:9
kick-out 94:14
  117:18,19,20
  119:8 122:15
  123:5,6,18,19
  123:20 129:22
kicked 34:22
  135:5 166:23
  167:1 169:17

170:16 171:1,11
171:17 175:14
175:15,18,20
179:16,18
181:18
kicking 48:8
  135:7 149:15
  172:1 173:16
  180:5,9 181:15
  188:18
kicks 177:11
kid 161:4 179:1
kill 82:17
killers 74:14
killing 67:17
kind 11:11 20:15
  20:24 28:17
  32:24 42:5
  63:16 68:16
  110:18,19,24
  114:13 123:15
  123:17,22
  129:1 133:2,9
  149:2,13
  150:10,19
  159:21 160:11
  165:20 169:23
  178:2 179:3
  186:21 200:2
kitchen 28:22
  28:23 29:1
kneel 170:5
knees 34:18
  135:2,3 166:19
  166:19 169:16
  169:21,24
  170:2,7 184:5
knew 8:23
  48:10 51:1
  58:17 130:20
  135:24 143:4
  144:11 184:14
  189:1 197:5
knife 199:14
know 8:5,12
  14:12,12 15:19
  18:3 23:15

27:3 32:13
33:1 35:2 39:1
39:12 48:2
51:18 52:8
54:9 64:2
65:17 67:2
70:11 76:24
77:1,7,9,21
80:2 81:24
82:6 83:3
98:19,24 100:1
103:15 105:13
106:13 108:8
108:12 109:11
112:7 113:23
114:14 115:5
128:6 129:15
131:6 132:6,22
133:2 135:14
135:17 137:18
138:11,19 143:7
144:7 145:15
149:17 155:1
157:12,20
159:4 166:17
167:8 170:1,5
172:3 176:6,21
176:23 183:18
189:2,19
190:21 191:22
192:16,17,20
192:22 193:18
193:22 194:5
194:11,22,22
195:16,18
199:8,15,16
knowing 58:15
  69:5
knowledge
  132:18 151:13
  191:7
knowledgem...
  58:15
knows 179:6

L

l-l-n 194:8,9

lady 146:18
  157:6
laid 171:9
lapel 136:4
large 16:19
laser 83:15
lasting 100:16
  100:19
late 93:6 100:1
  114:23 128:21
  142:10 194:20
law 196:15
lawful 5:12
lawsuit 15:18
  58:7,14,16
  192:5,10
  196:10 198:6
  199:9
lawyer 192:24
lay 105:13 171:5
layout 186:21
  189:2
Lazar 40:17,17
  127:15,16,17,18
lead 62:11,12,15
  62:17 84:23
  189:10
leadership 16:17
leads 62:22
  63:3 83:13
  85:1
leak 83:23
leaking 66:14
  67:18
leaning 172:7
leave 21:19
  69:8 112:15
  117:12 163:11
  163:12 169:10
  198:18
led 51:21
left 22:4,7,8
  28:8,10 71:20
  89:20,24
  100:22 101:7
  112:13,19
  118:23 125:7

132:5 133:12
163:24 164:1
171:13,14,14
175:4,4 176:12
177:9 187:1,14
198:18
left-handed
  20:1
left-side 106:6
leg 34:19,20
  135:2 152:9,9
  167:13,19
  168:9,13
  169:16 170:10
  177:8,10
legal 15:13,14
legitimate
  152:2,3,5,6,13
  152:23
legs 35:6 167:14
  170:9 171:19
lesser 179:22
let's 33:11 69:18
  89:11 91:16
  92:8 161:19
letter 48:19
  53:16 144:23
letters 60:23
level 25:17
  42:14 54:7
  155:21,23
  173:5 191:8
levels 54:9
lied 117:7
lieutenant 97:1
  126:10 138:22
  139:14 145:5
  175:1 184:20
  189:9
life 18:20 38:24
  60:1,13 107:23
  170:19
life-threatening
  152:8
LifeVest 88:1
lift 93:8 172:1,22
  175:24

lifted 168:9
  180:17 181:22
light 114:17
line 31:17 32:2,2
  50:14 68:5
  74:24 75:3,8
  83:24 84:1,2
  85:16 87:10
  115:4 117:22
  130:5,20
  190:13 201:5
lines 200:23
list 95:19
  145:22
listed 20:13
listen 58:23
  115:21 155:24
listening 181:14
literally 69:15
  78:4 156:6
litigation 4:17
  30:7
little 20:16 49:3
  69:18 73:20
  92:9 94:14
  100:23 101:1,3
  112:4 118:9
  119:13,18
  133:11,11,12,14
  135:20,21
  136:6,6,8
  161:18 165:21
  171:18 176:12
  182:1 191:1
  199:19
live 18:20
lived 18:23
LLP 4:9
located 17:18
  119:10 176:11
  187:15
lock 122:14
  183:23
log 61:18 161:12
  161:12 162:3
logged 61:18
long 22:11 26:18

32:7 38:20
40:18 42:21
66:22 70:2
81:16 85:8
86:9 97:17
99:22 111:5
113:21 120:22
124:8 125:23
126:18 128:12
128:13 168:2
179:19 187:18
longer 120:4
  126:10 151:23
  199:17,19
look 14:7,11,18
  68:10,13,17
  73:22 76:22
  81:23 82:1
  91:24 99:7
  114:22,23
  117:16,20 118:1
  118:6,6,7,15,19
  132:20 135:20
  140:3,4,20,22
  141:1,8,16,19,21
  142:10 150:16
  150:21,21
  158:17 187:13
  195:2,9 196:16
  197:7,24
looked 14:21,23
  15:2 73:17,18
  91:15,20 99:8
  139:7 141:22
  177:1 186:22
looking 14:12,13
  48:11 68:17
  81:21 107:9,10
  114:15 173:12
  198:10
looks 20:12
  37:17 86:21
  114:10 133:3
  150:11 194:24
Lopressor 42:7
  42:9
lose 146:12

167:6
lot 7:15 41:5,9
  123:24 125:12
  150:6 162:13
  163:5 182:22
low 35:11,12
  185:15
lower 35:11
  42:13 118:7
  119:22 185:12
  187:23
Loyola 82:21,24
  83:1 85:8
luckily 79:1
lungs 155:24
  156:16

___M___
M-33471 1:5 3:4
  6:17
mace 174:10
  181:3
machine 39:12
  61:11
machines 61:8
mail 71:16 109:8
  121:21,24 122:1
  122:2 148:10
main 109:3,6
  59:23 87:2
man 77:15 78:15
  135:9 154:3
  164:24 167:7
  173:17,20
  176:5 184:17
  188:19
management
  162:19
Marc 37:10,13
March 43:13
  113:4
mark 93:12
marked 2:13
  75:16 94:8,17
  94:18 96:11
  98:18 103:20

marks 200:3
matter 34:24
mattress 175:4
  186:17
meals 165:16
mean 9:24 10:3
  11:14 14:22
  27:3 28:19
  29:13 35:22
  39:9 50:13
  54:13 55:15
  62:10 64:17,18
  79:23 98:8
  100:20 102:11
  103:12 106:10
  108:20 127:18
  155:9 160:8
  161:9 162:3
  186:4,16
  195:13
meaning 12:4
means 7:9 27:4
  144:24 161:11
  200:15
meant 29:13
med 31:17 32:2
  32:2 50:13
  59:1 68:5
  74:24 75:3,7
  83:24,24 84:2
  85:16 87:10
  115:4 130:5,20
  154:4,5,9,11,13
  155:14 190:12
  196:24
medical 10:1,1
  10:10,15,17
  12:14 13:12,23
  13:24 29:6
  31:19 32:17
  33:6 35:13,15
  36:1 48:9 49:8
  50:21 51:3
  52:21 53:8
  54:18 55:1,3,8
  59:1,6 60:7,11
  60:16 69:7

97:2 102:11
111:21,24 124:2
124:2,6,7,12
124:14 125:4
129:23 157:5
174:24,24
175:1 184:17
185:11 188:14
190:6 196:21
196:23 197:2
medically 35:19
medication
  31:16 42:5,17
  42:19 43:16
  56:9 75:4
  79:16 87:1,9
  95:10 113:12
  115:22 116:19
medications
  84:13
medicine 74:18
  74:20 79:6
meds 68:7
meet 202:4
meeting 55:6
Megan 68:16,16
  78:17
member 33:5
members 9:12
  17:17,21
memory 14:4,10
  113:2 114:2
  141:21 173:23
  175:11 191:5
mental 27:20
  33:5,23 35:17
  35:18 47:22
  48:13,14,19
  55:5 187:21
mentally 160:10
  160:12,16,17
  161:16
mess 170:23
messed 156:3
  158:15
met 111:12
metal 136:8

143:10
metoprolol 42:7
  42:9
middle 50:17
  99:23 119:14
  166:24 169:17
  170:15 176:4
  183:1,15,15
  199:19
midnight 157:18
  189:18
Midnights
  113:16
milkiness 69:11
  74:4,12 75:20
  76:7
mill 198:11
million 106:24
mind 7:18
  145:18 160:13
minor 182:23
minute 34:10
  53:12 110:17
  179:23 185:22
minutes 54:10
  54:15,18 55:3
  120:6,13 121:1
  134:14 164:19
  164:19 179:22
  179:24
mirror 116:1,2,5
  116:7,10,11,13
  116:13,14 117:2
  117:9,12 129:6
  131:23
mirrors 118:13,15
miscommunic...
  115:6
misdemeanors
  23:20,23
miserable 186:8
missing 12:19
misspoke 127:2
mistaken 22:22
  90:8 92:17
  114:24 140:24
mix 123:15

Molinero 5:19
  35:20 48:23
  49:4,11 52:7
  52:22 58:2,21
  59:15 60:20
  107:7 108:5
  146:5,10,11,11
  146:15 147:7
moment 39:17
  59:9
money 106:16
  107:10,14
  108:5 198:10
monitor 84:23
  158:6
monitored 85:7
month 47:2,2
  56:12
months 26:19
  27:11,15,16,16
  39:8 56:23
  125:13,14
  151:19 157:1
  161:15 162:8,11
  195:15
Montvale 3:15
morning 5:17
  32:4 62:2
  67:13 78:3
  83:2 90:9
  91:6 93:7 98:7
  137:24 140:11
  140:13
morningtime
  83:2,3
motion 15:14,20
  16:1 109:10
motive 192:17
  195:18
mouth 130:2
move 104:23
  131:5 167:4
  174:8 181:2
moved 115:22
  131:23 132:2
movement
  24:24

moving 52:4
  182:19
multiple 86:22
  179:18 180:6
music 19:15

---

**N**

N 2:1 4:1,9
name 5:18 6:10
  6:11,12 19:15
  26:2 31:15
  34:7 48:2,3
  54:22 65:12
  65:12 72:10
  111:12 115:22
  134:7 136:2,3
  136:9,12
  145:16 146:15
  147:9 159:8,11
  159:13,14
  172:3 189:19
  189:19,23
  193:21 201:4
named 68:4
  146:14 189:22
names 115:20
  115:21 127:20
  145:18 146:14
  146:16,24
  147:1 189:12
naming 146:16
narrowed 52:1
narrows 148:17
nature 24:4
  201:9
necessarily
  129:2 153:3
neck 172:8,24
  173:10,14
  174:2 180:24
  181:13
need 8:11 14:10
  30:21 36:1
  62:7 68:18
  69:12 72:3
  82:2,15 90:19
  93:19 98:9

117:10 151:17
  163:22 174:24
  174:24,24
  175:1 189:8,9
needed 33:6
  55:3,8 71:18
  190:6
needs 120:10
  120:22
neighbor 118:22
  118:23 153:21
  154:2 188:17
neither 203:11
nerve 100:24
never 15:1 18:23
  48:15 51:2
  65:7,16 68:11
  87:6 97:5,6
  104:20 132:16
  132:24 136:19
  159:8 178:8
  190:7 193:6
new 38:2 62:7
  62:9,14,15,15
  62:19,20 71:18
  72:3,6,11 74:3
  97:17 136:7
  137:9 139:3
  166:21
newer 38:22
Newkirk 6:1
  34:11,22 109:4
  111:16 134:15
  135:15 147:24
  148:1,19,20
  149:6,9,20
  150:12,24
  151:3 165:4
  171:19 174:7,11
  177:9,9 180:12
  180:12,22,23
  181:1 196:13
  198:9,13
Newkirk's
  150:20
nice 202:4
nicest 129:19

nickname 19:7
nicknames 19:6
  19:16
night 67:14 68:4
  78:12 82:23
  90:15 93:6
  114:6
nighttime 32:3
  32:5 93:5
nine 82:7
no-contact
  27:16
nod 8:1
nonmedical
  32:18
Nope 196:15
normal 56:7
  65:17 66:24
  67:4,4,16
  68:11,13 78:15
  78:20 81:15
normally 65:6
north 4:10
  33:22 34:3
  119:5,7 122:6
  122:6,7 123:4
  131:12,13,15,16
  131:24 132:24
  133:3,6,24
  134:2,24
  138:14 148:22
  149:1 160:2
  164:3 165:13
  165:16 173:17
  186:22 187:12
northern 18:6
notation 145:4
noted 94:21
  95:2
notes 11:9,11
  197:7 198:1
notice 9:3 65:5
  65:10 71:7
noticed 61:20
  69:6 72:15,18
  73:3,16 74:1
  98:4 99:5

| | | | | |
|---|---|---|---|---|
| notify 33:10 | office 3:14 4:5 | 22:7 23:1 | 14:13,18,22 | 75:10,18 79:2 |
| 69:12 71:11,13 | 30:22,23 31:1 | 24:15 26:20 | 15:3,17 16:3,12 | 81:7 83:12 |
| 73:4 | 31:3 184:15 | 27:5,7 28:21 | 16:16,23 17:6 | 84:18 86:3,11 |
| November | 191:11,13,17 | 29:15 32:20 | 17:12,15,21 | 86:14 87:15,17 |
| 22:22 40:2 | officer 33:6 | 46:4 56:1 | 18:5,7,8,14,23 | 87:22 88:12 |
| 49:12,13 50:1 | 34:7,12 35:4 | 57:11 65:13 | 19:1,24 20:3,7 | 88:15,18,22 |
| 51:10 | 53:3 54:5,14 | 66:10,18 68:1 | 20:11,22,22 | 89:2,10,14,19 |
| number 6:16 | 55:2 68:6 | 84:23 92:6 | 21:3,6,13,16,21 | 90:2 92:8,8 |
| 19:11 198:16 | 91:15,20,21 | 93:15 94:21 | 22:1,5,11,14,20 | 92:13,19 94:4 |
| 200:24 | 96:21 98:7 | 100:22 103:18 | 23:1,1,8,11,18 | 94:10,24 95:8 |
| numbers 61:17 | 103:12,14 | 103:19 104:10 | 24:4,16,20,22 | 95:14,17 96:1,7 |
| nurse 31:15,17 | 122:10 131:9 | 105:24 108:10 | 25:1,16,24 | 96:11 97:9,22 |
| 31:18 32:1,7,23 | 134:2,6 135:13 | 109:21 112:20 | 26:8,20 27:5 | 98:24 99:4,10 |
| 32:23 68:5,6 | 137:2 138:12 | 112:23 119:6 | 27:7,10,17,17 | 99:22 100:2,8 |
| 68:7,10,12,15 | 138:20 139:1 | 121:2 122:1 | 27:23 28:3,7 | 100:12,18 |
| 71:18 72:2,4 | 139:12 140:1 | 131:13 138:16 | 28:11,17 29:6 | 101:11,18 |
| 72:10 78:3,14 | 148:21 149:6 | 146:16 149:10 | 29:8 30:6,9 | 102:14 104:4 |
| 78:17,20 | 153:18,19 | 161:14 162:6 | 30:12,16 31:9 | 104:14 106:1,4 |
| 90:21 93:19 | 154:15,17 | 165:7 168:6,17 | 32:1,6,11,14,20 | 106:8,20 107:1 |
| 96:8 98:19 | 159:5,13,14 | 170:13 184:22 | 33:11,16,17 | 107:5,17 108:1 |
| 99:2 102:5,8 | 163:10 165:17 | 185:22 | 36:5,9,13 37:3 | 109:2,5,7,21 |
| 103:12,14,16 | 167:11 168:9 | OJ 65:12,12 | 37:17 38:1,9,12 | 109:21 110:3,5 |
| 112:1,10 130:4 | 172:23,24 | 66:4 68:20 | 38:15,20 39:4 | 110:8,10,21 |
| 151:24 154:18 | 173:24 174:1,11 | 68:20,23 | 39:23 41:16,19 | 111:7,19 112:3,5 |
| 155:16,20 | 181:5 184:16 | 69:3 70:14,15 | 42:1,17 43:14 | 112:6,11,23 |
| 158:16 | 186:5,13 191:18 | 70:21 74:4,6 | 43:18 44:1,4 | 113:7,15,24 |
| nurses 59:6 | 193:24 194:2 | 76:13 78:9,20 | 44:10,16,22 | 114:4,7,19 115:1 |
| 67:5 87:7 | 194:6,8,11 | 87:18 90:16 | 45:9,11,15,24 | 115:15,24 117:3 |
| 98:16 130:9 | 195:13 | 92:6 93:7,8 | 46:17 47:4,14 | 117:5,14 118:5 |
| 151:15 196:24 | officer's 191:19 | 94:17,21 96:11 | 48:4,18 49:2,9 | 118:16 119:6,10 |
| nursing 33:10 | officers 35:15 | 100:8 101:12 | 49:16,19 | 119:24 120:11 |
| 74:16 | 43:19 47:8 | 101:20 102:14 | 50:23 51:5,11 | 120:16,18,24 |
| _____ | 53:13 54:17 | 107:17 109:3 | 51:15,24 52:18 | 121:2,7,12,17 |
| O | 60:12,13 61:14 | 147:23 | 53:1,15 54:1,7 | 121:17,18 122:3 |
| oath 7:7 | 135:22 139:10 | Ojelade 5:19 | 54:12 55:17,19 | 122:12,16,19 |
| obviously 88:8 | 139:19 143:1 | 64:14 79:3 | 55:22 56:1,3 | 122:24 123:8 |
| occasions | 149:17 159:1 | 81:3 88:19 | 56:8,14 57:17 | 123:11,15,22 |
| 86:22 | 164:23 165:1 | 89:7 92:22 | 58:2 59:10,14 | 124:5,18 125:1 |
| occur 13:20 | 165:18 167:1 | 110:6 | 60:15 61:1,5,15 | 125:9,17,20 |
| occurred 21:10 | 175:8 176:9 | okay 6:4,8,18,21 | 62:4,11 63:1,5 | 125:23 126:11 |
| 137:15 | 178:5 188:23 | 6:24 7:5,13 | 63:7,9,16 64:4 | 126:18,21,24 |
| October 49:21 | 189:5,7 191:6 | 8:11,14,16 9:2 | 64:13 68:2 | 127:6,8,24 |
| 49:24 50:13 | 191:7,16,20,21 | 9:5,14,17 10:14 | 69:18,22 71:1 | 128:4,5,12,16 |
| 50:17 51:9 | 193:18 196:3 | 10:17,20 11:5 | 71:4,5,7 72:1,8 | 128:21,24 |
| 52:9 56:13,22 | 197:4 | 12:2,7,10,13,19 | 72:11,23 73:3 | 129:5 130:1,8 |
| 57:6,7 61:3 | oh 12:9,24 18:10 | 13:5,10,15,18 | 73:8,12 74:10 | 130:11,11,14 |
| odd 132:7,8 | 18:13 19:12 | 13:22 14:2,8 | 74:16,23 | 131:2,5,17,22 |

132:5,13,17
133:14,23
134:1,20
135:14,18
136:10,14
137:7,12,15,18
138:2,5,8,24
139:5,8,16,23
140:5,17,23
141:6,9,12,14
142:12,16
143:12,17
144:6,11,17
145:3,6,8,12
145:14 146:2,4
146:23 147:2
148:9,11,12,15
148:22 149:5
149:12 150:10
150:23 151:2,6
151:9,21 152:13
152:20 153:6
153:7 154:10
154:13,24
155:7,11 156:8
156:13,19
157:11,16,22
158:7,13,19,23
159:2,10,15
160:11,18,22
161:14,18,24
162:6,23 163:1
163:9 164:16
165:15 166:2,2
167:3,12,18,21
167:24 168:12
168:24 169:6
169:13,15,21
170:11,14,18
171:1,15 173:2
174:5,14 175:6
175:8,9,12,19
176:10,14,17
178:12,18,22
179:5,15,15,19
179:24 180:2
180:5,16 181:4

181:9 182:11,21
182:24 183:6
183:11,17
184:19,22
185:11,17 186:2
186:20 187:9
187:12,17
188:2,6,13,22
189:11,21
190:5,23
191:24 192:7
192:13 193:1,15
194:16,19
195:6,11,22
196:6,9,18
197:3,3,7,15,19
197:19,24
198:15 199:4
199:10,20
200:6,7,11
202:2,15
old 4:17 19:3
36:17 141:8,9
older 114:21,22
141:6,12 195:1
195:6,7,8,9,9
once 11:22
14:24 15:1
22:4 30:16
31:2,4 32:6
34:5,16,17,19
35:11,20 43:10
46:14 47:16
50:12,17,24
53:18 54:22
55:6 57:8 61:7
61:8,18 64:22
66:10 67:12
69:8 70:9
72:17,20 73:16
75:19,24 79:14
80:19 81:14
82:24 83:20
86:18 90:7
93:3,8 100:9
103:6 104:18
104:18,20

125:7 129:20
132:19,20
149:17 159:18
161:15 162:1
165:8,8 177:5
179:6 180:17
184:13 188:8
191:20 192:5
one's 177:6
one-on-one
50:19 52:9
ones 33:9 40:13
137:10 168:5
op 62:19
open 38:3,7
66:13 67:20
67:22 69:11
99:18 119:16
122:10 133:17
134:22,23
135:3 163:19
165:21 166:22
166:23 171:7
199:5,22
opened 34:19
67:19 169:17
199:15
opening 76:9
76:16 79:18
operation 38:2
38:5 42:22,23
62:20
opportunity 7:2
opposed 138:12
141:3
option 105:17
200:20
ordered 102:6
102:17
orders 95:6
202:8
original 134:6
originally 126:9
outcome
203:17
outrageous
39:14

outside 17:13
25:21 28:14
85:2 117:23
169:7,8 179:14
Ovadia 37:10,13
overlooking
13:5
overprotective
179:13
override 78:21
overtime 114:5
114:9

**P**

P 4:1,1
P.M 3:14 202:19
PA 5:19 64:14
pacemaker 35:1
36:7,24 37:3
39:5 42:24
56:22 58:24
84:16 135:9,10
142:23 143:4,7
143:23 144:3,7
167:8,8 176:5
176:6,6,11
178:20,23
179:7 197:2
198:21
pacemaker/d...
38:13
pacemakers
38:23
padding 84:9
page 2:3,11
200:24
pages 16:21
pain 36:2 42:19
43:14 65:20
66:3,15 67:7
67:17 69:5
73:15,16,16
74:14,14,18,20
77:21 79:6,8
80:18 85:14
101:3,9 107:22
130:22 152:15

153:16 157:7
177:15 182:2,8
182:17 188:19
198:17,22
painful 182:4
pains 33:2
46:19 49:6,6
49:15 50:24
58:19 65:19
81:17 101:1
154:4 156:17
156:23 157:1,3
pants 140:2
paper 31:14
54:15 69:6
77:3 200:23
papers 145:22
193:13 195:17
paperwork
20:12 95:1
144:22
paraphernalia
26:24
parents 117:6
Park 17:19
part 5:13 13:7
45:7,7 65:14
167:19 183:5
183:12 192:22
participating
163:7
particular
192:10
parties 203:13
203:16
pass 31:15 46:13
55:18,21
121:24 163:16
165:18 183:24
pass-out 115:22
passes 136:18
passing 68:6
patiently 164:5
PC 123:7,8
PDF 202:9,17
pec 105:1
pecs 183:2

peek 118:8
pending 8:13
    23:14
people 19:20
    64:1 106:14
    107:11,13 109:3
    109:6 115:20
    118:13 124:1
    129:21 141:16
    144:19 145:22
    146:3 150:7
    155:9 156:2
    156:23 160:2
    163:12 177:24
    178:5,16 179:3
    179:13 180:6
    181:15 184:12
    184:13,23
    193:2,15
    198:10 199:13
perforated
    133:10
periodic 39:4
perjury 24:14
permit 185:11,14
    185:15,19,24
person 58:17
    103:24 142:7
    144:15 180:6
pews 170:5
phone 11:24
photo 13:1,2,2,6
physical 86:1
    177:18
physician
    68:23 77:1
    157:14 158:1
pick 176:1
picking 71:16
pictures 199:8
piece 161:19
    200:22
pieces 195:23
    196:2
pills 66:3 77:21
Pinckneyville
    25:14 45:13

125:11,11 126:4
126:13,15,19
161:23 162:7
162:12 185:23
pinpoint 81:23
    182:3
place 21:14
    79:22 123:22
    154:7 183:2
    197:5
placed 7:7
    40:20 123:23
    149:1 184:6
plaintiff 1:6 3:5
    4:2 5:2 29:20
play 179:8
played 114:14
Plaza 4:17
plead 22:17
pleadings 16:4
please 6:9,15
    7:19,24 8:5
    15:16 189:24
point 14:9 71:23
    72:14 76:13
    97:12 155:20
    157:24 163:11
    163:11
poisonous 83:5
    84:6 85:24
poking 104:22
Pontiac 11:19
    21:10,17 22:4
    27:24 28:22
    29:2 30:11,12
    30:15 31:10,13
    31:20 32:12,15
    40:19,20 43:11
    45:1 48:6
    64:18,23
    69:19 86:5
    87:23 89:6
    90:6 92:11,15
    92:19 100:5,10
    112:10,14,15
    113:6,21 115:3
    115:12 119:2

124:19,24
125:1,7,7,11,13
125:15,17
126:19 127:1,3
127:8,12
139:19 140:9
162:2,16
185:20,23,24
197:5
pop 41:14 82:16
    145:18 181:17
    181:20
popped 41:11
    56:7 166:20
population
    117:17,19
    122:17,19
    123:16
portable 85:3,3
    85:4,7
position 172:3
possible 120:12
    178:15
Postconvictio...
    29:16
potency 105:23
potential 64:4
pounding
    175:23 176:1,3
pre 56:14
pre-GED 26:10
    27:17 28:3
precheckup
    57:8
preexisting
    56:14
prefer 32:4
premise 169:8
prep 64:2
preparation
    9:19 14:19 15:8
prepare 9:5
    109:7 146:2
    147:5 148:10
prepared 12:8
prepped 83:4
prescribe 56:8

74:20
prescribed
    74:17 79:3
present 192:24
    193:12
pressure 70:9
    155:24
pressures 156:3
pretty 7:17 16:19
    17:1 20:11
    173:3
prevent 90:12
    95:23 96:6
    99:19
preventative
    95:23
previous 65:8
    129:1 135:24
    136:11 140:5
    144:11 161:22
    174:12 178:18
previously 60:8
    87:2 97:13
    135:17 143:2
    151:9 158:7
    160:22
primary 82:19
    182:17 183:12
prior 18:20 23:5
    40:5 46:24
    63:9 137:5
    149:5,6
prison 137:1
    178:4
pro 4:3
probably 17:4,5
    24:21 25:7
    47:2 55:12
    71:9,9 83:1
    84:10 90:8
    93:5 102:9
    112:13 114:22
    114:23 117:14
    120:5 126:20
    137:19,22
    140:22,24
    142:10,10

155:24 163:4
163:16 179:11
186:14,20
187:2
problem 36:21
    71:8 79:20
    81:16,17 110:4
    110:9 189:4,4
problems 37:14
    85:12 88:4
    100:14,21
    106:5 137:5
procedure 65:9
    81:15 151:10
    158:8,21
    166:18 173:11
procedures
    65:8 83:8
proceed 109:12
    110:5 146:8
    147:19,23
proceeding
    108:6
process 30:14
    31:9 32:14
    65:14 77:24
    110:19 165:15
    192:6
produced 3:12
    5:12
profession
    35:18 59:6
professional
    3:18 51:3
    130:3 203:5
pronounced
    190:1
proof 191:16
proper 42:14
    63:21 69:4
properly 39:13
    67:21
property 47:18
    47:19,20
    186:14
proposing
    145:20

protect 135:6
protecting
  179:4
protective
  123:8
protocol 45:8
provide 7:24
  11:20 69:9
provided 10:18
  11:6
provider 66:9
pull 84:8,8,10
  85:15,17 181:7
pulled 74:2
  180:18 181:13
  181:23
pulling 173:1
pump 85:19,21
  85:22
punch 153:24
  178:9
punched 34:21
  171:17 176:18
  176:20 181:18
  183:16,19
punching 135:7
  142:21 172:1
  175:22,23
  176:22 177:12
  177:14 180:9,9
purpose 20:19
purposes 14:2
  40:23
pursued 81:3
push 172:5,6
  173:4
pushed 172:14
pushing 172:23
  173:9
pusing 65:23
  65:23
put 11:22 31:22
  32:4 34:20
  35:21,23,24
  37:21 43:12
  48:12 50:4
  51:14,18 53:5

54:8,23 58:16
61:17,17 62:13
63:22 74:13
75:22 76:11
87:5 88:17,23
89:21,22,24
90:11 92:4
96:18 106:21
108:18 122:4,8
122:10 126:12
126:14,24
127:9 135:2
150:3,4 151:16
151:17 152:1,2
152:4 157:10
159:13 160:9
165:21,22
166:6,9 168:3
169:2,7,15
170:10,16
171:23 172:2,4
174:17,18 175:3
175:24 177:8
180:14 184:1,2
184:4,5 185:1
185:2,5,7
186:9,13
198:18
putting 62:15
  62:20 66:1
  67:23 113:11
  137:10 162:18
  177:10 180:13

_____
**Q**
qualify 160:12
question 7:19
  7:22 8:4,7,12
  8:13 21:1 41:17
  44:16 49:9
  80:7 100:19
  120:4 121:8
  150:8 183:11
  198:2
questions 2:3
  7:2,14 8:17,21
  14:3 30:12

36:5 110:10
111:20 133:1
148:17 175:7
192:23 193:11
200:8
quick 145:3
  180:1 197:8
quickly 6:21

_____
**R**
R 4:1
race 44:15
racing 41:13
ran 56:5,19
  77:16,16 82:3
  84:2
rare 178:15
rates 39:15
reach 122:10
react 60:8
reaction 31:5
read 16:12,14,16
  17:1,3,4,5,7
  66:5 121:8
  143:18,21
  159:12
  200:20
reading 146:24
  147:1
ready 163:16
  184:3
real 44:15 77:10
  171:24
realize 66:23
  76:14
really 6:14 18:10
  25:15 51:24
  58:23 59:18
  61:22 63:24
  67:17 68:11
  70:11 72:21
  81:23 96:10
  107:9 119:15
  142:8 156:3
  158:14,15
  178:11 179:17
  182:23 187:10

188:16 193:11
193:14 195:16
197:8
reason 8:20
  14:6 45:16
  58:12 70:12
  115:16 120:8
  125:2 130:24
  131:2 137:12
  149:16 151:7
  152:2,3,5,6
  157:4
reasons 125:4
  152:23
rec 102:1
recall 25:13,15
  34:7,12 45:14
  47:3 52:8
  54:22 57:1
  63:24 68:5
  72:10 86:17
  89:17 96:10
  99:24 103:8
  114:18,20
  179:15,17
  191:22
receive 36:24
  93:24
received 9:2
  12:13 14:15
  24:17 25:18
  27:14 75:7
  159:8
receiving 95:9
recess 111:9
recog 108:17
recognition
  108:18
recollection
  15:4 141:19
recommend
  102:3 128:9,12
  128:13
recommenda...
  128:11,17
recommended
  62:6 63:2

95:15
record 6:10
  110:23 111:8
  120:19 121:1,4
  168:8 173:2
recorded
  201:14
records 10:10,15
  10:17,20,23
  11:3 12:14 13:12
  13:23,24 14:16
  15:5 69:7
  86:21 102:11
reduced 203:10
refer 59:1 124:9
refilled 95:20
reflect 168:8
refresh 113:2
refused 47:19
regards 113:10
  198:8
Registered 3:18
  203:4
regular 63:21
  138:20,24
  153:9
regularly 17:1,12
  97:23
related 203:12
relationship
  129:9 136:21
  136:23,24
relative 203:14
release 70:15
  124:11 127:11
released 86:4
remainder
  146:9
remedies 31:8
remember 14:10
  48:2 82:6
  111:17 126:21
  128:16 134:6
  151:10 153:9
  171:12,16 174:3
  175:11 189:11
  190:19 193:1

194:24
remembering
  21:21
remove 83:13
  86:23 87:15
removed 46:14
  84:14
reopen 38:9
repeat 10:9
  96:3
rephrase 8:6
replace 38:6,6
  38:12 88:15
replaced 37:18
  37:20 39:21
  40:2,4 63:3
report 66:8
  196:3,4,5
reported 91:10
  190:11
reporter 3:18,19
  4:15 6:24 7:4
  7:13 10:8 24:7
  24:10 26:2,5
  28:23 29:3
  37:11 58:10
  96:2 121:10,13
  121:22 149:23
  165:5,11
  182:12,15
  189:23 196:1
  200:16 201:18
  202:8,11,15
  203:1,5,6
represent 5:19
  111:14
representation
  192:20 196:17
representing
  5:24
reputation
  129:14,18
request 8:12
  32:17 35:23
  46:7 47:22
  48:12 52:19
  53:5,6,7,10

72:2
requesting
  31:12,19 47:5
reserve 200:19
  201:11,20
reserved 5:6
reside 17:21
resist 181:24
resisting 171:21
  171:22 173:13
  173:14,21,21
response 191:2
  191:5,12
responses
  16:10 49:22
responsibility
  115:2
responsible
  113:11
rest 30:11 109:17
  109:20 148:17
  202:5
resting 170:11
restraining
  172:5
result 198:6
results 56:6
resume 28:8,10
resuscitated
  88:9
return 70:6
  86:14 92:16
returned 69:19
  69:22 89:6
  92:10,20
  100:9 166:3
reverse 35:7
  180:20
review 9:18,21
  12:16 15:8
  201:21,23
reviewed 10:15
  10:21
revive 152:18
rib 175:20
ribs 176:15
Rice 2:4 4:9

5:16,18 6:4,5
  10:14 18:10,13
  18:15 20:24
  24:11 26:6
  29:4 37:14
  58:20 96:7
  110:14 111:1,14
  111:21 122:1
  143:3 144:18
  145:19 146:4,8
  146:13,18,22
  146:22 147:2
  147:10,12,14,16
  147:19,22
  148:1,3,5,7,9
  148:13 151:9
  168:15,18,22
  198:3 200:10
  202:13,17
ride 98:10
right 6:9,13 7:17
  8:23,24 12:22
  15:7 18:15 21:2
  21:11,23 22:11
  26:20 28:16
  33:11,14 36:7
  39:6 42:7,19
  48:19 52:13
  52:23 54:4,10
  60:19 61:2,3,9
  63:2,10 69:14
  69:20 71:23
  72:18 73:10
  75:2,2,4 76:10
  76:11,18 77:20
  79:4,10 80:24
  81:10,11 84:7
  86:12 88:13
  89:10,23,24
  92:3 95:9
  96:8 97:10
  100:5 102:6
  103:13,17
  104:5,19 105:2
  105:3,8,17,18
  106:8 110:15
  111:6,17 118:24

119:12,14,18
  121:20 123:9
  126:16 127:1,4
  127:7,10
  128:19 132:6
  132:10 133:21
  135:22 136:3
  147:1,8,14
  148:7,13
  152:12,18
  153:5 154:20
  155:18 156:7
  157:12 161:5
  164:16 166:5,11
  166:13,18,19
  169:18 170:16
  171:13 174:15
  174:23 176:16
  177:18 179:10
  180:10,13 181:1
  182:17,23
  186:19 187:2
  187:16,17
  190:21 197:13
  197:21 201:13
  201:24 202:12
right-handed
  19:24 20:2
ripping 67:19
risk 63:17 83:7
risks 64:9
River 125:8,10
  125:21,24
  185:23
robbery 24:6,8
Robin 3:17 4:16
  5:4 203:4,22
ROCK 1:3 3:3
room 154:18,19
  155:18 168:9
  174:22 194:1
routinely 140:10
rowdy 150:8
RPR 4:16 5:4
rude 20:24
rules 6:22 77:7
run 6:22 59:7

81:22 85:18
running 93:20
  149:17
rushed 135:4
  155:10 167:1

_____
S

S 2:9 4:1,17
S-h-e-v 194:6,7
sample 27:5
SANGAMON
  203:3
sanitation
  64:24
sanitation-wise
  105:15
sarg 54:20
  116:12,12,14
  138:9,19,22
  143:16 166:22
  184:14,21
  186:7 189:20
  190:9
Saturday 77:9
  77:10
saw 48:23
  52:22 61:2,5
  74:6 79:3
  86:21 93:2
  96:7 112:11
  113:24 115:3,11
  145:15
saying 34:7
  53:16 66:19
  69:14 102:21
  109:9 159:19
  168:21
says 105:13
  143:10 201:5
scale 170:18,20
  177:13
scan 13:17 81:22
  82:3
scar 199:6
  200:4
scars 198:23
  199:1

Schade 4:9
scheduled 63:5
  97:13,24
school 25:20
  25:22 26:7
  179:14
Scientific 39:3
scratch 28:9
screaming
  164:23
screen 200:17
scribe 35:22
  187:21
se 4:3
second 4:6
  68:12 97:3
  101:19,19,20
  132:18 186:2
  188:24,24
  189:5 196:7
  197:24
security 47:8
  55:2 116:9
sedate 64:3
see 13:10 15:5
  15:21 27:7
  29:15,17 31:22
  32:24 33:4,23
  35:19 40:4
  41:16 45:18
  48:13,15 50:4
  50:8 54:21,22
  55:1 56:1 57:1
  57:23 59:3,6
  59:7 61:7
  65:13 68:11
  70:9,14,15,17
  70:19 71:22
  72:9 75:4
  78:18,18,23
  84:5 85:21
  87:18 92:22
  94:21 97:15
  97:22 102:7
  102:21,21
  103:13 104:24
  105:5,21

112:19,22 115:4
116:3,20,21,22
117:23 118:1,2
118:3,7,9,11,15
118:17,20,22
129:3,22
130:6 133:15
133:22 135:21
138:13,15
140:9 145:18
151:13,15,19,22
151:24 152:2
152:19,23
153:3,5 155:6
155:11 157:12
161:19 162:6
171:18,19
184:20 186:23
196:6 198:1
199:24
seeing 79:15
136:16,17,18
140:12 178:5
seeking 60:7,16
106:9,16,20
108:5
seen 31:23
50:12,19 52:9
56:18 65:16
70:21 93:9
97:5 112:21
115:7 135:16
140:11 149:21
149:24 150:1
155:9 156:23
163:18 177:9
193:4
seg 26:13,16,18
26:20,22
27:11 28:7
33:17,21,24
34:17 45:17
115:16 117:13,17
123:19 126:9
129:8 131:1,15
131:20 140:12
162:4,8,13,21

163:2,5,8
164:10
segregated
31:21
segregation
123:3,4,16
125:12
self-help 16:17
semi 91:24
118:22 133:12
send 30:17 31:4
31:4 35:11
52:2 60:23
66:24 67:11
68:13,21 69:2
69:4 70:8,11
70:23 77:22
78:7,21 93:10
95:18,18,19
102:22 103:1
103:21 109:7
109:15,22
144:22,23
145:21 146:2
156:3,5 158:17
184:5 200:20
sending 78:9
80:10,17
202:9
sends 30:22
sent 11:3 13:7,13
14:24 30:18,21
33:24 34:4
35:7 36:3,4
43:11 47:16
53:17 55:16,19
56:17,22
64:18,21 67:14
67:16 68:2,19
68:24 69:8
72:5 78:16
79:19 80:19
81:4,10 82:23
86:19 90:5,7
90:9 91:2,5
96:16 97:9
102:19,20

123:21 126:12
126:15 151:18
155:1 158:11,11
191:9,10 192:1
sentence 22:14
sentenced
27:10
separate 155:18
168:1,2,4
173:24 174:1
192:10,12
September
21:23 22:10
33:13,17,21,22
36:4 40:1
43:19 46:4
49:17 50:10,13
51:3,7,9,21
52:11,22 58:4
59:16 61:13,19
62:2 115:14
130:12 131:19
137:16 149:7
151:4 158:24
163:10 190:17
192:16 194:17
195:12 196:14
196:22 197:16
sergeant 34:11
116:11 130:21
138:10,11
sergeant's 117:9
Sergeants
139:11
series 7:2
serious 66:5,15
67:7 69:5
155:22
seriously 160:10
160:12,16,17
served 23:5
Services 4:17
serving 22:15
set 141:4 174:21
seven 47:17,17
132:9,12,22
134:4,5

seventh 34:5
46:14
severe 156:9
shackle 174:19
174:20,20
shackled 34:19
35:6
shackles 171:20
171:24 180:14
180:14
sharp 101:1
sharpness
106:7
she'll 146:2
152:1,1,2
154:20
sheet 200:22
Sheila 5:19
146:5 147:7
shelf 187:11
Sheridan 124:16
128:15
Sherrie 103:24
104:1
Shevlin 194:2,3
194:3
shift 46:10
68:12 113:13,15
113:16,19,22
137:20 138:4
188:24,24
189:1,5,14,15
shirt 68:8,9
78:14 93:9
136:7 138:20
139:2,12,14
shirts 139:3
shocks 39:14
shooting 101:3
short 111:9
114:12 150:13
188:20 195:5
shorthand 3:19
5:3 203:5
shortness 33:2
36:2 46:19
81:19 130:22

152:15,17
153:15,22
154:3
shots 178:14
shoulder 173:5
shoulders
172:16 175:17
175:20
shove 174:19
shoved 34:21
180:21
shoving 172:8
show 95:1
138:22 172:18
199:16
showing 68:7
78:6
sick 31:12 32:4
32:12 33:8
47:14 48:15
72:1 93:20
94:15 103:3
151:10,14,21
153:9
side 18:17 89:21
89:23 90:1
92:3 100:22
101:7 104:23
119:14 123:6,7
132:5,6,7,8
133:12 139:13
146:10 171:9,12
171:13 175:13
175:18 176:12
177:1,6,7
182:22 188:10
192:17 198:18
198:19
sign 32:11 33:8
103:3 153:24
signature 5:5
200:15,15,19
201:11,20
202:1
signatures
200:13
signing 193:13

195:17
signs 10:7
sink 187:4
sink-toilet
186:18
sit 170:2 183:22
183:22 184:3
site 38:9
sitting 35:8
82:4 169:23
186:9
situation 103:15
124:3 186:6
197:2,5
situations
32:24 33:7
107:11
six 20:4 26:19
27:10,15,15,16
38:23 39:8
56:23 84:10
125:13,14
162:8,10
Sixth 4:10
size 78:6 199:13
199:18
skills 28:20
skin 199:24
skinny 114:12,13
142:5,6,7
150:13,17,18
150:20,20
slab 133:13
slam 178:8
slash 38:23
SLD 1:7 3:6
sleeping 105:19
slid 135:3
slide 134:22,22
slip 31:18,22
32:5,7 35:23
47:22 48:5,12
48:16
slips 47:15
slot 119:13
smack 135:12
SMI 160:4,8,9

161:11,11,12,20
161:22 162:2,5
162:14 164:11
smoothly 6:23
snap 181:17,20
sneezing
152:24 153:2
sniffles 152:22
soak 83:22,22
solely 30:10
solid 118:17
133:7
somebody 53:7
154:1 178:7,8
179:12 189:4
193:7 199:14
something's
76:22
somewhat
14:20 99:18
soon 135:3
166:17 180:20
sooner 59:4
81:4
sore 182:22
Sorensen 6:2,3
49:7 111:16
145:5 146:6
147:12
sorry 10:4,8
12:23 13:2
14:21 18:13
22:7 23:21
24:7 28:23
37:11 42:8
46:6 57:12
58:11 92:14
96:2 121:1,22
127:6,19
133:19 136:20
146:17 149:23
155:11 161:7
165:5,7 182:12
196:1
sounds 20:15
129:10 181:10
SOURCES 1:8

3:7 4:8
south 4:6 18:2,9
18:11,17 161:21
spare 16:14 17:2
speak 7:15 9:9
128:7 149:19
193:16
speaking 6:14
143:3 156:8
special 83:24
84:1
specifically 91:9
spell 6:10 194:4
spelled 201:4,5
spelling 201:3
spend 163:1
splitting 66:13
spoke 128:16
144:18 145:19
149:8
spoken 159:5
191:15 194:11
196:9,12,18
spot 105:3
182:4,17
spray 174:9
181:2
Springfield 3:15
4:6,10,18 31:4
31:5,6,7 124:9
124:13 127:13
192:2 193:2,3
ss 203:2
St 13:16 81:11,14
staff 32:18 33:5
47:9 74:17
120:3,8,12,21
121:2 191:17
196:21,23
stairs 132:22
stairs' 133:21
stamp 136:8,8
stand 170:6,8
standing 119:20
169:22 172:6
172:17,20,20
173:3

start 7:20 8:7
28:9 33:13
44:19 66:1,13
66:15 73:15,16
73:23 75:12
112:5 136:6
142:24 147:3
162:18 164:19
173:16 183:4
192:5
started 35:3
65:23,24
73:15 75:19
76:21 111:13
135:12 176:9
state 3:19 4:17
6:9 146:11
197:1 203:2,6
stated 60:10
116:9 142:19
142:23
statement 11:21
12:8 33:24
130:18 150:2
176:2
STATES 1:1 3:1
Stateville 3:16
17:13 19:21
21:6 124:7,16
124:17 125:3
127:10 128:15
185:16 194:14
196:19,22
stating 110:1
stay 93:5,6
96:5 124:8
185:20 187:18
stayed 158:14
steady 69:14
77:24,24 78:1
85:16 102:18
173:20 189:7
steel 118:16,17
118:19 133:7
steps 187:3,14
stick 105:18
sticks 68:9

STIPULATED
  5:1
stipulation
  109:8,23
  147:5
stitched 67:22
  68:18 82:2
stomach 120:1
  121:13,15
stop 88:8
  120:13 152:18
  155:8
stopped 43:8
  150:5
straight 34:18
  118:18,20,20
  118:21 135:5
  169:19,22,24
  170:6,8
Stratford 25:23
  26:4
Street 4:6,10
stress 42:10,13
stretcher
  154:23
strike 23:21
  115:2,10
  124:20 128:6
  139:9,17
  176:17 186:2
  192:8 197:10
strip-out 185:8
  186:4,10,11,12
  186:15,16
  187:18 188:3
  188:14
stripes 138:15
  138:16,18,21
  139:13
stripped 54:10
stuck 116:2,8,16
  116:17,20
stuff 60:2 85:15
  86:2 100:23
  124:16 129:15
  130:2 152:15
  162:4 180:13

198:22
stuffed 83:21
stupid 160:6
  164:12
subject 60:21
  101:12
submit 47:14
  48:4 53:24
  72:1
submitted 15:4
  48:15,18 52:18
  53:16
substance
  201:8
suck 83:18
sue 80:14
sued 106:24
  107:2
suffering 198:17
sul 35:23
suicidal 35:17
  35:23 36:1
  48:21 53:16
  54:16 186:11
suicide 50:4
  52:12,15,16,19
  53:13 54:5,7
  130:19 187:20
  188:4 190:8,10
suing 49:4,10,16
  49:21,23 50:1
  51:6,8 58:2
  64:15 87:20
  88:19,19,22
  89:7 100:8
  107:3 109:3,6
  130:16 131:3
  137:8 150:2
  151:2,6
suit 142:17
Suite 4:10
summary 134:10
  159:11,12
summer 27:18
  28:4 88:13
suppose 13:4
supposed 33:10

64:23 65:1
70:10 90:11
96:19 98:17
103:1 156:18
156:20 170:6
sure 12:2 61:15
  78:8 79:2
  84:7 85:19,23
  88:18 89:4
  90:4 91:3
  95:12 96:5
  97:19 102:15
  106:4 108:20
  109:16 110:13
  115:9,9,21,21
  116:18 118:12
  119:17 120:2,15
  120:24 121:18
  124:18 127:6
  127:14 130:4
  134:8 136:20
  137:12 139:16
  141:18,18 143:2
  150:10 157:9
  170:1 172:19
  173:8 180:11
  181:19 182:3,16
  183:9,20
  190:16 192:19
  195:19,24
  197:23 199:23
surgeon 11:15
  82:11
surgeons 83:6
surgeries 11:18
  80:4 198:22
surgery 10:13
  13:19 37:6,8
  37:15 38:18
  43:10 63:5,9
  63:12,14,19
  64:9,12,16,17
  64:17 73:6,9
  79:20 82:15
  83:11,12 85:13
  86:4 88:12
  89:6,12,17,20

92:10 93:4
101:20 102:24
103:10 107:24
199:2
surprised 141:15
surrounded
  82:10
sustain 45:2
  46:17
sustained 47:4
swapped 43:12
swell 65:6
  73:21
swelled 72:17
  72:21 73:19
swelling 65:6,7
  65:10,15,16
  66:7,14 69:11
  72:16,18,22
  72:24 73:22
  73:23 74:1
  75:20,22 76:6
  76:7,8,8,16
  77:11,13 79:17
swinging 178:6
  178:16
switching
  42:23
sworn 3:12 5:12
  203:8
swung 179:11,11
symptoms
  13:20 77:4

      **T**

T 2:9
T-shirt 138:23
take 8:11 27:23
  32:7,9 38:4
  42:5,10 47:11
  53:13 66:10
  66:23 69:1,14
  69:15 76:18
  77:8 79:22
  83:16 105:16
  110:12,16,22
  120:15,18,22

143:15 154:17
178:1,14 184:1
185:1 197:24
202:17
taken 1:17 5:3
  7:3 26:8 27:18
  45:6,21 46:1
  59:2 69:23
  200:17 201:18
  203:9,14
talk 7:16 9:14
  17:15 63:16
  89:11 90:17
  103:16 143:1
  184:10,12
  188:22 192:3
  192:7,24
  194:16 195:11
  196:21 197:6
talked 63:10
  88:20 101:15
  152:21 153:7
  158:9,21
talking 98:20
  115:7 135:12
  143:1 146:17
  167:10,11 176:9
  177:21 184:15
  191:22 192:21
  192:22,22
  193:23 195:17
tall 20:3 114:13
  114:13 142:12
  150:13
taller 141:1
tape 65:4 71:21
  96:16,19
team 34:6,8,15
  82:11 134:11,19
  142:19 159:6
  159:16 160:3,5
  163:22,23
  164:2,5,6,7,8
  164:9 165:4,9
  166:5,12,13,15
teams 160:1
tech 154:5,9,11

154:13 155:14
techs 196:24
teeth 135:6
167:6
tell 6:15 9:11
25:8,16 30:14
33:7,16 35:17
38:20 54:17
56:3 67:1
73:19 76:22
80:1 89:14
93:2 94:17
114:10 115:17
117:6,7 126:6
128:2,8 130:14
141:22 160:5
184:16 185:2
188:17 189:5
189:14,17,19
193:2 199:13
199:21
telling 34:23,24
36:1 50:19
51:9 54:20,21
54:23 56:19
60:1 65:15,18
66:14,22 67:5
83:6 87:7
90:19 94:19
142:22 143:8
171:20 189:8
196:16
temperament
161:1
temperature
77:17,19 156:1
temporary
157:14 158:1
ten 38:24 54:10
54:15,18 55:2
134:14 164:19
170:18,18,21
170:22 177:13
177:16
ten-minute
54:12 110:22
tension 76:20

testified 5:13
143:3 159:15
167:12 177:17
184:7 193:10
testify 11:16
testimonies
11:12,14 12:3
testimony 7:9
12:1 129:2
178:12 201:8
203:7,9
thank 6:13
24:10 26:5
29:3 121:3
148:15 165:11
182:15
Thanks 202:7
theirself 172:5
therapy 86:1
thereto 203:16
they'd 85:22
155:17
thin 199:24
thing 54:24
84:23 88:23
110:24 117:23
121:9 133:20
144:21 145:17
171:15 174:23
191:18 195:16
things 29:16
39:15 64:3
83:8 145:17
152:20 200:9
201:8
think 18:5,5
58:20 59:2
66:4 67:16
79:12,22 84:2
101:18 102:14
110:10 132:15
147:22 157:4
168:15 194:20
199:14 200:24
thinking 51:13
73:5 181:14
thinking-for-a...

162:20
third 96:23
189:14,15
thought 29:13
35:3 112:20
130:23 135:11
142:24 167:10
168:20 176:8
190:15 193:5
194:21
threat 33:20
threaten 130:17
threatening
86:22 87:2
130:17
three 43:6
49:15 64:19
69:12 71:10
79:14 90:4
97:4 118:11
130:23 132:11
132:20 163:5
187:3
threw 149:13
throbbing 101:3
ticket 25:2
33:18 34:2
117:4 131:20
134:9 159:7,8
159:9,14 161:15
tickets 24:18,22
25:5
tight 171:24
174:19
Tilden 56:2,18
57:9,14,18
59:3,5
till 32:23 76:2,3
93:7 169:4
174:16 184:1
197:13
time 16:14 17:2
20:7 21:14
23:6 25:11
30:10,10 31:10
32:15 37:9
40:9,24 41:3

42:3 43:23
44:22 45:11
46:16 47:1
49:7 51:2,19
51:22 52:1
55:23 57:21
64:11 69:3
70:13 78:10
79:1 87:18,20
89:1,15,23
90:3,10,14 91:1
92:1,6,24 93:1
93:2 95:10
100:2,9 101:19
103:8,9 104:3
112:11,22,23
113:24 115:5,7
115:11 125:12
127:15 128:1
130:5 131:11
134:2 137:18
139:2,6,20
140:12 148:18
148:23 155:9
157:21 160:14
160:18 162:1,4
162:8,13,21
163:1,6,15
165:12 169:9
176:10,11
179:21 184:10
185:12,21
187:13 188:2
188:13 192:6
196:4,5 197:15
202:3
times 41:13
51:19,22 59:17
59:18,22 60:5
60:15 65:8,11
88:20 92:22
103:5,20
143:13 179:16
179:18
today 7:9 8:21
8:24 9:6,19
10:21 13:11,24

14:2,19 15:8
21:10 40:21
100:21 101:16
200:18 202:3
toilet 187:3,4,15
toilet's 187:16
told 33:4 34:14
50:9 51:19
53:15 55:2,5
59:17,18,20
61:9,13,24
62:6 66:4
67:15 71:17
73:24 74:10
76:13 78:14
80:16,16,22
81:16 91:18
93:8,19 98:9
98:15,16 102:5
108:17 111:14
122:3 126:9
130:22 149:15
156:19 164:4
171:21 190:5,14
190:14 193:7
top 105:1 119:3
132:14,18
147:3 165:22
165:23 177:5
180:10 187:11
total 107:3
163:4
totally 140:19
touch 84:5
105:2
touching 87:13
105:4
training 28:18
29:6 111:22
112:1
tramadol 42:18
43:3,13 101:8
trans 128:6
transcribed 5:5
transcript
200:20,21
201:19,22

202:8
transfer 124:12
　124:14 125:20
　126:12,14
　127:10
transferred
　125:3 126:3,6
　126:19 128:8
　128:10
translate 8:2
transport 184:2
transported
　82:24
tray 119:19
　165:21
trays 121:20,21
　122:2 163:17
　165:23
treadmill 85:18
treat 50:18 79:9
　80:8,9
treated 153:13
treatment 13:13
　35:13,15 36:2
　47:13 48:9
　49:8 50:14,15
　50:21 52:21
　53:8 60:7,11
　60:17 80:15
　81:2,6 86:16
　87:13 88:24
　97:2 113:1,3,11
　129:23 130:18
　153:15 174:24
　175:1 184:17
　188:9,11,15
Trevor 111:16
　144:14,15
　145:4 146:5
　147:10
trial 106:12
trick 194:22
tried 51:2 184:12
true 129:3
trust 200:16
try 8:5 52:21
　83:18,21,23

84:4 152:11,18
152:18 155:5
162:5 178:1,7
178:17 184:16
trying 15:14
　50:2 51:5,24
　52:5 68:20
　76:22 81:1
　98:12 129:13
　135:6 170:12
　171:19 173:12
　173:22 177:10
　181:23 194:21
　194:22,23
　197:20
tube 83:21,23
　83:23 84:11
tubes 85:16
turn 38:24
　117:10,10
　166:18 171:10
　171:14
turned 166:19
　171:4,14,18
turning 64:14
twice 87:19 91:2
　103:6 104:3
　193:17 194:12
two 25:7 32:9
　32:10 43:6,6
　44:20,21 47:2
　65:21 66:2
　67:8 69:13,13
　72:20 73:14,14
　82:1 85:9
　86:10 90:24
　93:18 94:6
　108:2 110:18
　119:2 120:13
　126:1 132:20
　151:22 187:3
　187:14 193:15
　195:15 200:12
Tylenol 43:8,12
　65:19 74:22
　79:6
type 35:18 47:13

51:3 59:6
81:24 83:15
150:8 157:7
174:8 181:2
189:7
typewriting 5:5
　203:11

**U**

uh-huh 8:2
　37:23 50:6
　63:20 105:10
　161:5
UI 64:18 113:5
UIC 39:17,18
　56:13,15,18,22
　63:8 82:18
　89:15 91:8,11
　92:16 97:10,13
　98:10,23 99:5
　99:22 113:5
　124:4,15 125:5
　197:14
ultimately 125:2
unauthorized
　24:23
uncomfortable
　101:4,6,6
uncuffed 35:10
understand 7:6
　7:11,22 8:4,6
　8:18 10:9
　58:16 79:3
　88:19 119:2
　124:19 152:6
　162:6
understanding
　12:3 60:4
　125:3 126:15
　149:2 152:14
　152:22 153:12
　155:13 160:19
understood 8:8
unfortunately
　188:11
unhook 184:4
uniforms

139:20,21
unit 45:6,21
　46:1,8 47:1,6
　47:12 55:20
　59:3 74:8
　75:14 156:10
　156:21
UNITED 1:1 3:1
University 37:9
upper 101:7
　118:5 176:3,21
　182:6,18,18,24
urine 27:5
urns 167:13
　168:9,13,21
use 42:14 73:17
　106:13 110:23
　110:24 118:13
　118:14 186:6
usually 122:17
　145:16 178:1
　186:7 189:5

**V**

ventilation
　133:13
verbal 7:24
　87:3 159:16,18
verbally 34:9
　134:12
vest 54:11
video 120:9
videoconfere...
　1:16 3:11,16
viewed 15:1,1
visit 27:16 192:9
　196:7
visits 128:18
vocational
　28:18
voice 201:12,13
　201:14
vs 1:7 3:6 5:20

**W**

waist 119:21,23
　121:13 172:14

175:16
wait 30:23
　32:23 94:11,11
　97:17,18 151:18
　165:18
waiting 123:21
　164:6
waive 201:11,12
　202:1
waiving 200:14
　200:15
wake 64:3 87:6
waking 63:24
walk 46:15,16
　81:8 84:24
　86:2 112:22
　153:19 154:19
　155:17,17
　156:15 157:2
　165:20 172:9
　172:10 184:18
　185:6 186:24
walked 33:20
　33:21 35:6
　53:12 54:4
　93:17 163:13
　164:16,18,24
walking 134:12
　143:24 150:7
　150:9 165:1
　174:13 184:18
walks 144:10
wall 117:24
　118:22 132:21
　153:23,24
　174:20
walls 174:20
wand 143:10
want 12:2 35:15
　36:6 61:15
　78:20 79:2
　80:6 85:21
　87:8,13 88:18
　89:4 90:17,18
　97:17 98:21
　99:8,8,9
　102:21 103:23

104:19 105:5
105:14,15,17
107:8 108:8,13
108:21,23,24
109:9,14,14,15
109:16,22
110:5,12,14,16
110:24 111:20
115:6 116:17,20
124:10,18
127:6 139:16
141:18,20
144:15,17 145:1
145:4,23
146:5,8,15
147:6,7,16,19
147:22 160:2
160:7 164:13
164:13 167:5
172:15,17
173:11 182:16
186:13,13
201:10,11
wanted 31:23
54:24 90:4
91:3 96:5
97:15 106:13
121:17 126:10
127:22 128:2
128:8,10
144:19 153:6
170:23,23
193:12 198:5
wanting 60:9
69:4 105:6
108:15
warden 117:7
wasn't 27:6
36:1 41:14
46:6 47:19
48:10 52:10
55:11 56:20
62:17 64:8,10
64:11 102:17
116:14 159:11
163:6 173:13
173:22 179:21

179:22 192:21
192:21,23,24
193:13,14
197:18
watch 35:21,24
36:3,4 50:5,8
50:16,18 52:12
52:15,19 53:14
54:6,7,13,23
57:5,15,19,22
57:23 85:1
130:19 187:21
188:4,11 190:8
190:9,10,22
190:24 191:1
water 66:11
way 32:11 34:3
38:3 51:21
67:11 68:3
76:3 79:15
81:21 82:9
85:19 91:13
92:2 95:21
116:21 118:6
119:4 129:14
133:15 143:1
145:21,24
158:16 165:19
172:21,23
174:8,16
175:15,16,17
177:4 180:18
181:2 182:8
183:10
we'll 97:20 111:1
111:3 120:24
130:15
200:20
we're 21:9
78:23 81:22
98:23 110:21
110:22 111:7
112:5 131:5
137:22 145:20
158:23
we've 88:20
101:15 110:17

wear 169:4
wearing 71:21
84:18 88:1
week 20:9,10
55:13,19 57:4
57:8,14,24
91:4 92:20,23
97:15,19 104:9
104:11 191:1
weeks 67:8
69:13 85:9
86:10,17,18,19
130:23,24
151:19 197:18
weigh 20:5
weight 20:13,16
weird 145:17
went 10:6 26:13
26:16 33:17
34:8 43:9,10
56:16 57:8,20
61:7 63:6
65:10 67:9,12
68:15,19
70:20,21 71:4
72:8 73:24
75:14 76:4
77:14 78:3
81:11 83:11
86:3,4 89:14
89:20 90:15
91:17 94:12,13
94:15 97:23
98:8,8,15
99:5 100:5
104:9 115:16
124:19 125:6,8
125:10 126:8
131:1,15,15,16
140:12 143:14
158:20 161:15
162:16 163:14
171:6,7 174:14
180:12,13
185:22 187:20
188:4 190:8
197:9

weren't 60:6,16
71:22 88:9
95:3
west 122:7,8
148:24,24
Wexford 1:8 3:7
4:8 110:6
what's-his-na...
177:11
wheel 156:14
157:7
wheelchair
154:22 156:12
156:18,20,23
157:10
When's 20:7
45:11
whichever
146:20
white 138:19,23
139:14 150:11
199:9
whooped 60:11
196:3
wide 199:21,22
window 117:24
133:10
wing 136:16
161:21
wings 136:17
wipe 74:11,11,11
witness 5:6
193:23 203:7
203:9
witnesses' 11:12
woke 83:20
woman 114:21
114:21
Wood 48:3
187:21,23
188:3,17
words 34:9
42:14 73:18
159:19,23
160:7 165:10
186:15
work 30:15

31:13 42:15,16
113:15 131:10
140:22 141:1
193:18
worked 114:5,6
114:8 130:10
148:22
worker 29:1
55:5
workers 165:18
working 28:22
29:17 30:3,3
62:17 113:14,14
131:12 157:18
190:9
works 146:23
world 179:9
wouldn't 107:14
145:21 157:2
201:22
wound 13:3
33:3 43:7
68:16 70:10
79:10 99:15
100:2,13 101:2
82:1
wounds 13:6
82:1
wrap 74:5
wrapping 67:23
wrists 167:22
writ 169:11
write 15:10,14,19
17:9,16 31:14
31:14,15 32:23
35:16 47:22
53:4,5,6,7,10
53:19 58:6
80:17,19,22
98:22 117:4
180:7 187:21
188:3,17
200:24
writing 53:23
191:17 196:15
written 11:20
54:2 201:19,21
wrong 20:23

| | | | | |
|---|---|---|---|---|
| 53:22 56:20 | 138:18 139:21 | 195:6 | 16:24 | 89:18 99:24 |
| 60:5 65:14 | 140:3,3,16 | | 2000 161:6 | 281 20:6 |
| 68:2 69:1,16 | 141:5,13 142:6 | **Z** | 2000s 161:3 | 29 92:12 |
| 69:17 72:15 | 143:21 145:11 | | 2006 36:16 37:1 | 29th 90:6,15 |
| 76:23 78:5,6 | 148:9 149:8,11 | **0** | 38:3 | 2nd 33:21 |
| 83:10 129:14 | 149:19,21 | 084-002046 | 2011 22:23 40:2 | 49:24 93:23 |
| 156:5 201:5 | 150:3,12,19,19 | 4:16 203:23 | 2012 22:13,24 | 94:13 96:10 |
| wrote 15:23 | 150:20,20 | | 37:18 38:22 | 115:14 130:11 |
| 34:1 35:22 | 152:17 153:14 | **1** | 40:2 125:18 | 131:21 |
| 52:16 53:18 | 155:23,23 | 1 164:20 165:2,2 | 2013 29:2 | |
| 53:22 54:15 | 156:11 158:4 | 165:19 185:1 | 44:23 92:12 | **3** |
| 58:5 80:21 | 160:20 161:5 | 201:5 | 125:22 | 3 40:1 43:8,12 |
| 131:20 134:9 | 162:10,11,24 | 1:09 3:13 202:19 | 2015 25:14 | 65:19 74:22 |
| 159:7 | 162:24 165:22 | 10:00 137:22,23 | 45:13 126:23 | 79:6 151:4 |
| wrotten 201:16 | 166:6,14 | 165:14 | 2016 21:18 | 163:10 194:17 |
| | 167:14 168:7,7 | 10:00-someth... | 40:20 126:23 | 195:12 196:22 |
| **X** | 169:12 170:8 | 61:21 | 2017 21:23 26:1 | 3.8 106:22,23 |
| X 2:1,9 | 173:6,6 174:3 | 102 77:17 | 27:24 33:13 | 106:24 |
| | 175:21 177:19 | 104 77:17 | 128:21 151:4 | 3:00 32:5 83:2 |
| **Y** | 177:21,23 | 10th 65:22 | 163:10 187:13 | 113:17,18 114:2 |
| y'all 51:17 87:12 | 180:1 183:7 | 11:00 32:5 | 194:17 195:12 | 30 92:11 120:5 |
| 91:7 154:4 | 191:9 194:13,15 | 11:30 165:14 | 196:22 | 126:9 141:12 |
| 164:4,4,6,9,10 | 195:5 196:24 | 111 2:5 4:10 | 2018 22:4,10 | 150:22 |
| 167:8 173:18 | 197:17 199:2,3 | 12 36:18,19 | 27:24 43:4,13 | 300- 107:4 |
| 176:6 186:14 | 199:18 201:17 | 178:23 179:2 | 69:20 89:7 | 3000 3:15 |
| 192:21 196:5 | 201:24 202:1 | 13 125:19 | 92:11,14 | 30s 114:23 |
| 199:8 | year 22:8 25:19 | 13th 76:2,4 | 2019 1:18 3:13 | 142:11 |
| yard 112:21 | 26:14 28:15 | 14th 76:2,4 | 21:20 22:7,8 | 30th 62:20 |
| 122:23 123:1 | 126:1,20,22 | 15 4:17 24:21 | 26:15 112:16 | 63:6 |
| 123:12,13 150:1 | 163:4 | 161:15 | 185:18 194:15 | 31 43:4 69:19 |
| 150:7 | years 38:23,24 | 15th 79:15 | 20s 100:1 | 31st 43:2 64:19 |
| yeah 14:9 18:8 | 126:2 163:5 | 16 25:15 45:13 | 142:10 | 94:1 |
| 19:7,12,23 | yell 97:1 154:4,5 | 127:1,3 | 20th 85:10 | 3rd 33:17,22 |
| 20:18 26:7 | 155:15 | 17 127:1 | 20ths 99:23 | 43:19 46:1,4 |
| 41:20 52:14 | yelled 47:21 | 18 128:23 | 217.522.2211 | 50:10 59:19 |
| 53:11 57:11 | 98:16 | 18-1367 1:7 3:6 | 4:18 | 61:13,19 62:3 |
| 63:18,21 75:16 | yelling 34:24 | 5:21 | 217.572.1714 | 70:3 85:10,11 |
| 96:9 99:7 | 48:12,17 167:7 | 18th 67:9 | 4:11 | 93:23 94:13 |
| 102:7 104:11,13 | 173:17,20 | 19 127:1,3 | 217.785.4555 | 113:4 131:19 |
| 106:4 108:15 | 174:23 188:18 | 19th 43:9 67:13 | 4:7 | 137:15 158:24 |
| 109:1,24 110:8 | 188:21 | 67:15 78:2 | 21st 21:18 | 190:17 192:16 |
| 113:13 114:16 | yellow 69:10 | 85:10 158:15 | 23 1:18 | 196:14 197:16 |
| 117:18 120:18 | young 144:2 | 1st 50:13 94:6 | 23rd 3:12 99:24 | |
| 122:22 127:18 | 150:12,12,20 | 96:8,9,9 | 24 158:5 | **4** |
| 128:22 132:8 | younger 114:21 | | 25 19:4,5 | 4 195:9 |
| 132:19 136:2,5 | 141:6,10,11,16 | **2** | 259 20:13 | 4/23/94 19:2 |
| 137:2,3 138:1 | 150:21 161:4 | 200 4:10 16:22 | 26th 22:22 | 4:00 83:2 |

| | | | | |
|---|---|---|---|---|
| 40 19:9,10,11,13<br>   19:18,20<br>   195:10<br>400 16:24<br>4th 36:4 49:1<br>   52:23 58:3<br>   58:22 59:20<br>   60:5 96:23 | 90-degree<br>   172:13<br>9th 26:12 49:21<br>   65:22 92:18<br>   97:10 | | | |
| **5** | | | | |
| 5 2:4<br>5- 107:20<br>500 4:6<br>51 165:19 174:16 | | | | |
| **6** | | | | |
| 60 141:11 195:8<br>600,000 107:4<br>   107:20<br>60s 141:9,10<br>62701 4:6,10,18<br>62704 3:16<br>6th 71:9 72:23<br>   73:12 90:15<br>   92:18 97:10 | | | | |
| **7** | | | | |
| 7 112:16<br>7:00 113:17,18<br>   114:1<br>701 34:5,6<br>   132:2<br>7th 21:20 22:13<br>   112:17 | | | | |
| **8** | | | | |
| 8:00 137:22<br>800.280.3376<br>   4:19<br>8th 72:21 74:6<br>   75:10 79:15 | | | | |
| **9** | | | | |
| 9:00 137:22,22<br>   137:23<br>9:45 3:13<br>9:46 5:10<br>90 39:7 173:3 | | | | |

Exhibit -B

044638/19344/JNR/AR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

KALVIN CLARK,

              Plaintiff,

v.

JADE CULKIN, JOHN DOE 1, DOCTOR
OJELADE, JOHN DOE 2, J. DAVIS,
NEWKIRK, FIKES, MOLINERO,
SORENSON, DICKS; GOLDSMITH, JOHN
DOE 3, SHARPE,

              Defendants.

           No. 18-cv-01367

## DECLARATION

I, RILIWAN OJELADE, being first duly sworn upon my oath, soundly affirm the following statements:

1.     I am a physician's assistant licensed to practice in the State of Illinois.

2.     I was employed by Wexford as a physician's assistant at Pontiac Correctional Center (Pontiac) from April 4, 2011 to October 7, 2018.

3.     I have reviewed the medical records of inmate Kalvin Clark in relation to his allegation that I was deliberately indifferent to his serious medical needs. Specifically, Mr. Clark alleges that I permitted his surgery site to get infected following two surgeries in 2018. I have relied on relevant portions of Mr. Clark's medical records marked as Exhibit C. These records are made at or near the time the care is provided by those who have provided care. The records are maintained in the ordinary course of business of providing healthcare in the Illinois Department of Corrections and UIC. I regularly read and rely on the entries made by other medical staff in patient's medical records in the course of providing care.

4.     According to the medical records, Mr. Clark's implantable cardioverter-defibrillator (ICD) leads were replaced at the University of Illinois Hospital and Health Service in Chicago (UIC) on January 30, 2018. Exhibit C, Plaintiff's IDOC Medical Records, pg. 283.

5.     The medical records reflect Mr. Clark returned to Pontiac on January 31, 2018, following his lead replacement surgery at UIC on January 30, 2018. Upon his return, Mr. Clark was admitted to the infirmary at Pontiac for 23 hour observation. Exhibit C, Plaintiff's IDOC Medical Records, pg. 283, 1069.

6.     Following surgery, patients are often admitted to the infirmary at Pontiac for 23 hour observation to monitor for signs of infection. Infections are unfortunately a common reality following surgery. Signs of infection include: high body temperature (fever), pain at the infection site, redness or swelling near an open wound, and discharge from an open wound. The risk of post-surgical infection can be mitigated by keeping the surgical site clean, dry, and covered with a sterile bandage and by changing bandages daily. In addition, antibiotics can be prescribed as a preventative measure to guard against infection.

7.     According to the medical records, Mr. Clark was discharged from the infirmary on February 2, 2018. The noting nurse indicated Mr. Clark's infirmary course of treatment was been uneventful and he had had a low grade temperature at one point, but no temperature at the time of discharge. The medical records reflect I did not see Mr. Clark while he was in the infirmary. Exhibit C, Plaintiff's IDOC Medical Records, pg. 283-295.

8.     The medical records reflect on February 8, 2018, Mr. Clark was seen at Nurse Sick Call, requesting Tylenol due to pain in his left arm and pectoral incision. Mr. Clark reported that the area [was] sensitive at times. According to the records, Mr. Clark's vital signs were normal, he was able to move his arm, and there was no bruising, swelling, or signs and

2

symptoms of pain or discomfort noted. Mr. Clark was given Tylenol 325mg and instructed to follow-up if the pain worsened. Exhibit C, Plaintiff's IDOC Medical Records, pg. 299.

9. According to the medical records, Mr. Clark had a post-surgical follow-up appointment with UIC on February 12, 2018. The records reflect Mr. Clark's ICD was working within normal limits and a follow up appointment in four months was requested. Exhibit C, Plaintiff's IDOC Medical records, pg. 1077.

10. The medical records reflect on February 14, 2018, Mr. Clark stopped a nurse during evening med pass to look at his surgical incision site. The records reflect the incision site was open approximately 1 inch lengthwise, ½ inch wide, and was 2 mm in depth. The nurse noted there was no tenderness, swelling, or redness to the area around the site, and Mr. Clark stated he had been keeping the area clean. Mr. Clark was given antibiotic ointment, gauze, tape, and band-aids and was educated to keep the area clean and dry. Mr. Clark was already scheduled for an appointment in the health care unit the next morning and was advised to keep that appointment. Exhibit C, Plaintiff's IDOC Medical Records, pg. 301.

11. According to the medical records, on February 15, 2018, Mr. Clark was seen by Nurse Practitioner Cheryl Hansen for a follow-up appointment following his UIC appointment on February 12, 2018. The records reflect Mr. Clark reported his incision had opened ½ cm and he stated UIC was aware. NP Hansen noted she cleaned the area with betadine and dressed the wound with bacitracin and band-aids. She noted there was no drainage to the wound and no signs or symptoms of infection. NP Hansen ordered daily dressing changes for two weeks and ordered a follow-up appointment with UIC in four months, as recommended by Mr. Clark's treating physician. Exhibit C, Plaintiff's IDOC Medical Records, pg. 300.

12. Bacitracin is a topical antibiotic used to prevent bacteria growth.

13.     On the morning of February 16, 2018, Mr. Clark returned to Urgent Care to have his dressing changed. The records reflect the wound looked clean and there were no signs of drainage. The wound was cleaned and dressed and the noting nurse noted there were no reports of distress. Exhibit C, Plaintiff's IDOC Medical Records, pg. 302.

14.     According to the records, on the night of February 16, 2018, Mr. Clark notified a nurse that his incision site was increasing in pain and swelling. The nurse noted his dressing was intact and there was moderate drainage and no redness noted. Mr. Clark was scheduled for an appointment in the health care unit. Exhibit B, Plaintiff's IDOC Medical Records, pg. 302.

15.     The records reflect I first saw Mr. Clark following his ICD lead-replacement surgery on February 17, 2018. I noted Mr. Clark reported chest pain at the area of his surgery wound and swelling for the last two to three days. I further noted Mr. Clark reported the surgery was completed 11 days prior and he was doing okay until approximately 2 days ago when he began experiencing swelling and pain. I observed Mr. Clark's temperature was 98.7 degrees and his vitals were within normal limits, except his heart rate was tachycardicc. This was not unusual, given Mr. Clark's diagnosis of cardiomyopathy. I also observed him to be alert and oriented to person, place, and time. I observed Mr. Clark had an enlargement on his left chest, consistent with the surgery wound. I noted the wound was clean, and open and noted there was no discharge or blood. I also noted there was no tenderness on the site. My assessment was left chest wound status post pacemaker implant surgery. I ordered Mr. Clark be given 2 tablets of Tylenol #3 and 1 tablet of Ultram 50 mg right away for pain. I also prescribed Mr. Clark 2 tablets of Tylenol #3 twice a day for two weeks, Cipro 500 mg twice a day, and Bactrim DS twice a day. I ordered Mr. Clark should continue with the prescribed Tylenol and daily wound change and returned to the clinic for re-evaluation on February 20, 2018. Despite the lack of

signs of infection, I ordered a round of prophylactic antibiotics and continued the daily wound care and dressing changes in order to guard against infection. Exhibit C, Plaintiff's IDOC Medical Records, pg. 303.

16. Bactrim is an oral antibiotic, consisting of a combination of sulfamethoxazole and trimethoprim. It is used to treat and prevent infections by preventing the growth of bacteria.

17. Cipro is another oral antibiotic used to prevent infection by preventing the growth and spread of bacteria.

18. According to the medical records, on February 18, 2018, Mr. Clark returned to the health care unit for a dressing change. The records reflect there was no draining and the wound bed was beefy red with a small area yellow in the middle. The nurse reported no redness or draining in the surrounding skin, but some swelling and overall no change in condition from the previous day. Mr. Clark's wound was cleaned, he was given Bacitracin and a new dressing was applied to the incision site. Exhibit C, Plaintiff's IDOC Medical Records, pg. 304.

19. The records reflect Mr. Clark was seen on February 19, 2018, for his daily dressing change. The noting nurse reported the area was cleansed, Bacitracin was applied and the wound was covered with band-aids. According to the records, there were no signs or symptoms of infection and no drainage was observed. The nurse also took Mr. Clark's vitals at the time, and noted Mr. Clark was afebrile with a temperature of 98.6 degrees. There were no signs or symptoms of infection present at the time of his wound care. Exhibit C, Plaintiff's IDOC Medical Records, pg. 305.

20. According to the medical records on the evening of February 19, 2018, Mr. Clark was seen by nursing staff in the health care unit after reporting his chest was swollen so badly he was concerned his surgery line was going to split open. The treating nurse took Mr. Clark's