E-FILED
Tuesday, 28 April, 2020 08:41:17 AM
Clerk, U.S. District Court, ILCD

vitals and noted he had a temperature of 98.8 degrees. The records reflect she observed his left chest wall to be severely swollen with redness and radiating massive heat. She also noted she was unable to feel or palpate Mr. Clark's ICD. It was noted the surgical suture line was open in small areas and a slight pus discharge was observed. The nurse contacted the Regional Medical Director, who ordered Mr. Clark be taken to the St. James Hospital Emergency Room. Exhibit C, Plaintiff's IDOC Medical Records, pg. 308, 1078.

21.     Mr. Clark was taken to St. James Hospital Emergency Room approximately 40 minutes later. While at St. James, Mr. Clark underwent a CT scan of his chest, which showed fluid around the ICD in his left chest wall, suggestive of an abscess, and Mr. Clark was diagnosed with a pectoral pocket infection. Exhibit B, Plaintiff's IDOC Medical Records, pg. 308, 1078-1079.

22.     According to the medical records, the medical staff at St. James attempted to transfer Mr. Clark to UIC as his surgery procedure was completed there, but due to a lack of bed space, he was transferred to Loyola in Chicago instead on February 20, 2018. While at Loyola, Mr. Clark's ICD was removed. Exhibit C, Plaintiff's IDOC Medical Records, pg. 1085-1088, 1096.

23.     The medical records reflect on February 28, 2018, I noted UIC Cardiac called to recommend pre-discharge medication for Mr. Clark's septic wound after ICD implant surgery. Mr. Clark's surgery team recommended Mr. Clark be prescribed Flagyl (an antibiotic) 500 mg every 8 hours for 14 days and Cofazolin (an antibiotic) 2 gm IV every 8 hours for 14 days. I ordered the medication as recommended by Mr. Clark's surgery team. Exhibit C, Plaintiff's IDOC Medical Records, pg. 309, 1099.

24.     Mr. Clark returned to Pontiac on March 2, 2018 and was admitted to the infirmary until March 12, 2018.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 315-16, 347.

25.     The medical records reflect Mr. Clark underwent ICD re-implantation surgery at UIC on July 26, 2018 at UIC. Mr. Clark remained at UIC for 3 days for IV Vancomycin given his history of infection.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 1117-1122.

26.     Mr. Clark returned to Pontiac on July 29, 2018, and was admitted in the infirmary to monitor for signs of infection.  The noting nurse reported Mr. Clark stated he felt fine, he did not want to stay in the infirmary and wished to return to the cell house.  Mr. Clark's medications as prescribed by his surgery team were all continued.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 377.

27.     According to the medical records, on the morning of July 30, 2018, after being place in an infirmary bed, the treating nurse noted Mr. Clark became irate, refused his medications and started banging on the door to his infirmary room.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 379.

28.     On July 30, 2018, after being advised by nursing staff of Plaintiff's request to return to his cell house, I ordered Mr. Clark could be returned to the cell house per his request, but ordered Mr. Clark have daily dressing changes in the cell house for the next three days and returned to the health care unit on day four. I also prescribed Keflex (an antibiotic) 50 mg once a day for 10 days as recommended by UIC.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 380.

29.     The medical records reflect Mr. Clark had a dressing change on July 31, 2018. The wound was noted to be closed, and the treating nurse noted she cleansed the wound, applied

7

bacitracin, covered the wound and secured it with tape.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 380.

30.     According to the medical records, on August 1, 2018, Mr. Clark had a dressing change in the cell and no signs of drainage or infections were noted.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 381

31.     I next examined Mr. Clark on August 2, 2018.  I noted Mr. Clark reported doing okay and denied any swelling or bleeding, but admitted to mild pain.  I observed Mr. Clark's vitals to be within normal limits except for high blood pressure.  My examination was normal and I noted Mr. Clark's ICD placement was intact, and the wound site was not open and there were no signs of discharge.  I recommended Mr. Clark be scheduled with Electrophysiology Department at UIC for a device check and educated Mr. Clark to keep the wound dry and clean. I also noted Mr. Clark was initially admitted to the infirmary for close monitoring due to his previous development of infection, but Mr. Clark insisted on being discharged to the cell house the following day.  I noted Mr. Clark was hemodynamically stable at the time of discharge to the cell house, and he should continue taking his prescribed medication.  Exhibit C, Plaintiff's IDOC Medical Records, pg. 381

32.     According to the medical records, I did not see Mr. Clark again following my August 2, 2018 examination.

33.     The medical records reflect Mr. Clark went to UIC on August 6, 2018, for a post-surgical follow-up appointment.  According to the records, Mr. Clark was admitted to UIC on August 6, 2018, out of an abundance of caution in case Plaintiff developed another pocket infection. While at UIC, Mr. Clark was given IV antibiotics given his past history of recurrent pocket infections.  Exhibit C, Plaintiff's UIC Medical Records, pg. 1384-1389.

34.    According to the medical records, Mr. Clark was discharged from UIC on August 22, 2018, and returned to Pontiac. Upon his arrival to Pontiac, it was noted his ICD incision site was completely healed and Mr. Clark voiced no concerns.    Exhibit C. Plaintiff's IDOC Medical Records, pg. 382.

35.    Based on my education, training, and experience the care I provided to Mr. Clark was appropriate. I evaluated Mr. Clark and provided care based on his subjective complaints and my objective examinations.    During my encounters with Mr. Clark, I observed no signs or symptoms of infection.    However, in an abundance of caution, I prescribed prophylactic antibiotics and ordered daily dressing changes in order to guard against infection.

I declare under penalty of perjury that the foregoing is true and correct.

3/11/2020
Date

/s/ Riliwan Ojelade

RILIWAN OJELADE

RILIWAN BEL AYLOR RILI AYLOR

MEDICAL RECORDS

# Exhibit 1 - 18 AND.

F - I

KALVIN CLARK  8/23/2019

Page 117

1       I say, "Jade, I'm not giving you the
2    mirror."
3       So she was, like, "Okay. Well, I'll
4    write you a ticket for contraband."
5       So I say, "Okay. Well, I'm going to
6    have my parents call down there and tell them --
7    tell the warden that you lied on me."
8       So it was the end of that. The
9    sergeant's, like, "Just give me the mirror before it
10   turn into something that it don't need to turn
11   into."
12      So I give her the mirror. She leave.
13   The next day they come and get me to go to seg.
14      Q.   Okay. I probably should have asked you
15   this before: Were you -- what did the cell house
16   look like that you were in? Were you in general
17   population or seg?
18      A.   I was in kick-out, which is, yeah, like,
19   general population. I was in kick-out.
20      Q.   What do the cells look like in kick-out?
21      A.   It's -- it's -- it's galleries with just
22   a bunch of cells going down the line, and the only
23   thing you can see, besides your bars, on the outside
24   is some more bars and the window and wall.

Page 118

1       Then you -- you could look down and see,
2    like, the first gallery, but you can't see the
3    galleries under you. You can only can see the first
4    gallery.
5       Q.   Okay. So, if you're on an upper
6    gallery, there's no way that you could look and look
7    out and look down and see the lower galleries.
8       A.   No, you can't. You can peek through the
9    little crack, but you only going to be able to see
10   the cell next to you. You're not going to be able
11   to see three, four cells down.
12      Q.   Sure.
13      A.   So people use their mirrors, which
14   nobody complain about it but her that day. We use
15   our mirrors to see, to look up the gallery.
16      Q.   Okay. Was the door, like, a steel --
17   like, a solid steel door, or could you see through
18   the bars straight?
19      A.   They -- they steel bars. You can look
20   straight. You only going to be able to see straight
21   out. Basically straight forward there's going to be
22   a wall, and you can see semi towards your neighbor
23   cell -- towards your neighbor towards your left and
24   your right a few inches.

Page 119

1       Q.   How many chuckholes were there? I
2    understand that sometimes Pontiac will have two:
3    one on top; one on the bottom. Was that the same
4    way in your cell?
5       A.   No. That's in north house.
6       Q.   Oh, okay.
7       A.   North house has the double chucks. In
8    east house kick-out, we only have one chuck because
9    we behind the bars.
10      Q.   Okay. Where is the chuck located in the
11   east cell house?
12      A.   Again, it's right next to where you --
13   the door, but it's a little slot. It's, like, in
14   the middle of the -- like, towards the right side.
15   It's hard to really explain. It's toward the --
16   it's where they open the door --
17      Q.   Sure.
18      A.   -- with a little chuck right there.
19   Just enough to fit your tray through there.
20      Q.   So, if you were standing up, facing the
21   door, would the chuck hit your waist or would it be
22   higher or lower?
23      A.   It would be towards, like, my waist.
24      Q.   Okay. And then --

Page 120

1       A.   It's, like, my stomach.
2       Q.   Sure.
3       CORRECTIONAL STAFF: Can I ask a
4    question? How much longer are you guys going to be?
5       MS. BOYLE: I probably have maybe 30
6    minutes to an hour, and then that should be it for
7    me.
8       CORRECTIONAL STAFF: The only reason why
9    I'm asking is because I got the video guy here that
10   needs to attach a cord.
11      MS. BOYLE: Okay.
12      CORRECTIONAL STAFF: Is it possible you
13   guys can just stop for, like, two minutes so he can
14   attach these cords?
15      MS. BOYLE: Sure. We can take, like,
16   a -- is that okay with you, Mr. Clark?
17      MR. CLARK: Yes.
18      MS. BOYLE: Okay. Yeah, we can take a
19   five-minute break and go off record so he can attach
20   the cord.
21      CORRECTIONAL STAFF: It's not going to
22   take that long. He just needs to attach these
23   cords. That's all.
24      MS. BOYLE: Okay. Sure. We'll go off

30 (Pages 117 to 120)

KALVIN CLARK  8/23/2019

## Page 121

1    the record for a couple minutes. Sorry about that.
2        CORRECTIONAL STAFF: Oh, that's okay.
3    Thank you, guys.
4            (Off the record.)
5        MS. BOYLE: Are they out?
6        MR. CLARK: Yes.
7        MS. BOYLE: Okay.
8        Can you read back the last question or
9    the last thing he said.
10       COURT REPORTER: You were asking where
11   the chuckhole was.
12       MS. BOYLE: Okay.
13       COURT REPORTER: Waist or stomach. He
14   said --
15       MR. CLARK: Down towards the stomach
16   area.
17       MS. BOYLE: Okay. Okay. I just wanted
18   to make sure that that's where it was. Okay.
19       Q. (By Ms. Boyle) And the chuckholes are
20   used for cuffing up and food trays; right?
21       A. For mail and food trays.
22       COURT REPORTER: I'm sorry. Could you
23   say --
24       A. Mail. Like, to pass out --

## Page 122

1        Q. (By Ms. Rice) Oh, mail?
2        A. -- mail and food trays.
3        Q. Okay. When you're told to cuff up, do
4    you have to put your hands in the chuckhole or do
5    they come into the cell?
6        A. Well, north -- north house is different
7    from west house because north house have doors, but
8    west house you -- you can put your hands out the
9    chuckhole if it's big enough, or sometimes the
10   officer just reach in and put them on, then open the
11   door.
12       Q. Okay. Do you cuff up in front or
13   behind?
14       A. Behind. But that's only if we on lock
15   down on kick-out.
16       Q. Okay.
17       A. But in population we usually just be
18   free. We don't -- we don't cuff up.
19       Q. Okay. So, if you're in population, you
20   don't have to cuff up? They let you out of your
21   cells?
22       A. Yeah. They let us go, like -- we only
23   go to yard.
24       Q. Okay. So --

## Page 123

1        A. Other than yard and commissary, we in
2    the cell all day.
3        Q. So, if you're in segregation, a/k/a
4    north house, or -- is east cell house segregation
5    too, or is that kick-out?
6        A. No. It's one side kick-out and the
7    other side PC.
8        Q. Okay. And "PC" is protective custody;
9    right?
10       A. Yes.
11       Q. Okay. And in those cell houses, do you
12   go to yard and commissary or are you allowed out?
13       A. Yes, we go to yard and commissary in
14   east house.
15       Q. Okay. Is east house kind of a mix
16   between general population and segregation? I'm
17   kind of confused on the difference.
18       A. It's kick-out. Basically, when you get
19   out of seg, you go to east house kick-out, and
20   kick-out is like -- most likely is you -- you
21   waiting to be sent to your next facility.
22       Q. Okay. So it's kind of like a place to
23   be held until you're placed somewhere else?
24       A. To somewhere else, but then it be a lot

## Page 124

1    of people like me and other individuals. We -- I
2    was on medical hold. So, by me being on medical
3    hold with the situation, I only can go to facilities
4    that go through UIC.
5        Q. Okay.
6        A. So I was on medical hold; so -- which
7    brought me to Stateville, but I was on medical hold.
8    That's what made me stay down there for so long -- I
9    had to have my cardiologist refer me to Springfield
10   and all them to come together, like, "We want to
11   release him to another facility, but he only can go
12   on medical transfer because" -- by them going
13   through Springfield is because I only can go on
14   medical transfer. I can't go to any facility; so
15   which is -- by me only can go to UIC facilities
16   which would be Sheridan, Stateville, stuff like
17   that. So I chose to go to Stateville.
18       Q. Okay. So I just want to make sure I
19   understand you correctly. You went to Pontiac
20   when -- strike that.
21       When you were first incarcerated within
22   the Illinois Department of Corrections, what
23   facility did you enter into?
24       A. Pontiac.

31 (Pages 121 to 124)

KALVIN CLARK  8/23/2019

Page 125

1    Q.  Pontiac.  Okay.
2        And then the reason why you ultimately
3    transferred to Stateville, if I'm understanding you
4    correctly, is for medical reasons so you could
5    attend UIC.
6    A.  Yes.  But when I first came, I went to
7    Pontiac farm.  Then, once I left Pontiac farm, I
8    went to Illinois River.
9    Q.  Okay.
10   A.  Then I went to Illinois River to
11   Pinckneyville.  Then Pinckneyville back to Pontiac
12   because I had a lot of segregation time, and after
13   six months you have to do that in Pontiac.  Anytime
14   you get more than six months, you have to do it in
15   Pontiac from whatever facility you go to.  Then you
16   go back to that facility or another facility.
17   Q.  Okay.  So you entered the Pontiac farm
18   in 2012?
19   A.  Yes.  To '13, yes.
20   Q.  Okay.  When did you transfer from the
21   farm to Illinois River?
22   A.  I believe it was June or May of 2013.
23   Q.  Okay.  How long were you at Illinois
24   River for?

Page 126

1    A.  Almost a year and a half.  Close to two
2    years.
3    Q.  And then you were transferred to
4    Pinckneyville?
5    A.  Yes.
6    Q.  Why were you transferred?  Did they tell
7    you why?
8    A.  No.  I asked to go on -- I had went to
9    seg and only originally had 30 days, but I had told
10   the lieutenant I no longer wanted to be down there.
11   Q.  Okay.
12   A.  So he put in a transfer which sent me to
13   Pinckneyville.
14   Q.  So you put in for a transfer, and then
15   they sent you to Pinckneyville.  Am I understanding
16   you right?
17   A.  Yes.
18   Q.  Okay.  And then how long were you at
19   Pinckneyville before you transferred to Pontiac?
20   A.  Probably no more than a year.
21   Q.  Okay.  Do you remember approximately
22   what year it was?
23   A.  2015 or 2016.
24   Q.  Okay.  And then that would put you back

Page 127

1    in Pontiac for '16 to '17 -- to '19; right?  Excuse
2    me.  I misspoke.
3        You were at Pontiac from '16 to '19; is
4    that right?
5    A.  Yes.
6    Q.  Okay.  Sorry.  I just want to make sure
7    I've got all the dates right myself.
8        Okay.  And then from Pontiac your --
9    your cardiologist is the one that put in for a
10   transfer for you to Stateville; is that right?
11   A.  Because, for them to release me at
12   Pontiac, they have to get clearance from my
13   cardiologist and Springfield.
14   Q.  Sure.  And your cardiologist at that
15   time was Dr. Lazar?
16   A.  Dr. Lazar.
17   Q.  Lazar.
18   A.  I mean -- yeah, Lazar.
19   Q.  Sorry.  My -- I'm not the best with
20   names; so I apologize.
21        And I cut you off.  Was there something
22   you wanted to say beforehand?
23   A.  No.  I just --
24   Q.  Okay.  I have a horrible habit of

Page 128

1    interrupting; so I apologize ahead of time.  You can
2    just tell me to, like -- if you wanted to say
3    something.
4    A.  That's okay.
5    Q.  Okay.  When -- how did your cardiologist
6    know to trans -- strike that.
7        Did you speak to your cardiologist and
8    tell him that you wanted to be transferred, or did
9    he recommend it?
10   A.  No.  I wanted to be transferred, but I
11   have to get a recommendation from him to say it's
12   okay.  As long as he recommend -- he had to
13   recommend to them, like, as long as it's a facility
14   that's going to keep bringing me back to him which
15   would be Stateville, Sheridan, and Dixon.
16   Q.  Okay.  Do you remember when you spoke to
17   him about that recommendation?  Was it at one of
18   your follow-up visits?
19   A.  Yes.  It was -- it was right after the
20   incident which -- with excessive force and all that.
21   Q.  Okay.  So sometime in late 2017?
22   A.  Yeah.  Going -- I had asked then.  Then
23   I asked again in '18 as well.
24   Q.  Okay.  Can you just -- going back to

32 (Pages 125 to 128)

KALVIN CLARK  8/23/2019

Page 129

1  Ms. Culkin, why -- or it kind of seems from previous
2  testimony that you and her don't necessarily get
3  along or see eye to eye. Is that true?
4      A.  The whole facility, yes.
5      Q.  Okay. Is it fair to say that the
6  catalyst for the disagreement was that mirror
7  incident between you and her?
8      A.  For me to go to seg?
9      Q.  Just -- just the relationship with you
10  and her in general. It sounds like you didn't have
11  a good one.
12      A.  No, we didn't. It's, like, no one --
13  Jade is Jade. I'm not trying to say it, like, the
14  wrong way, but Jade has a reputation of doing evil
15  stuff. Like, she don't like nobody. I don't know
16  what's --
17      Q.  Who -- who did you hear that from? How
18  did you become aware that she had a reputation for
19  not being the nicest?
20      A.  No, it just -- once it happened to me,
21  it's other people that -- that -- that -- I'm on the
22  gallery. I'm in kick-out -- that I can see her do
23  this to; like, just deny medical treatment or just
24  be disrespectful.

Page 130

1      Q.  Okay.
2      A.  Just say stuff out her mouth that's not
3  professional.
4      Q.  Sure. Was she the only nurse that came
5  to the east cell house for med line at that time?
6  Did you see anybody else?
7      A.  No.
8      Q.  Okay.
9      A.  It would be different nurses, but she
10  worked that day.
11      Q.  Okay. Okay. And that was the 2nd of
12  September; correct?
13      A.  Yes.
14      Q.  Okay. Can you just briefly tell me
15  generally -- we'll get into more details later --
16  why are you suing Ms. Culkin?
17      A.  Due to the threaten -- the threatening
18  statement she said with the IV treatment. The one
19  on -- when I was on suicide watch. She had came
20  past with med line, and she -- she knew I was
21  complaining to the sergeant and all them about my
22  chest pain and shortness of breath. She told me I
23  should have thought about that three weeks -- or a
24  couple weeks ago when we got into it -- the reason I

Page 131

1  went to seg.
2      Q.  Okay. And any other reason why you're
3  suing her?
4      A.  No. Just -- just them incidents.
5      Q.  Okay. We're going to move on to
6  Mr. Josh Davis. Do you know who that is?
7      A.  Yes.
8      Q.  Who is he?
9      A.  A correctional officer.
10      Q.  Did he work the east cell house at the
11  time that you were there?
12      A.  No. He was working north house.
13      Q.  Oh, so you were in north house when the
14  incident happened?
15      A.  When I went to seg, I went to north -- I
16  went from east to north --
17      Q.  Okay.
18      A.  -- (audio drop) of the day, which was --
19  September 3rd was the next day. They came and got
20  me to go to seg for the ticket that Jade wrote me on
21  the 2nd.
22      Q.  Okay. So the next day, after the
23  incident happened with the mirror, you were moved
24  from east cell house to north cell house?

Page 132

1      A.  Yes.
2      Q.  And you were moved to cell 701
3  initially; correct?
4      A.  Yes.
5      Q.  Okay. Is that on the left side or the
6  right side? I know sometimes the galleries -- even
7  are on one side and odd are on the other?
8      A.  Yeah. I was on the odd side because
9  it's seven.
10      Q.  Right.
11      A.  So it would be one, three, five, and
12  seven.
13      Q.  Okay. How high up was that gallery?
14  Was it the very top?
15      A.  I think it would be one more gallery
16  after that, but I never been that far up.
17      Q.  Okay. So, to the best of your
18  knowledge, either the top or the second one up?
19      A.  Yeah. Because, once you go to the first
20  two -- once you look up one and three, it's a --
21  it's a wall. You have to come through the back
22  stairs to go to five and seven. So I don't know if
23  there's some after that.
24      Q.  I've never been in north cell house

33 (Pages 129 to 132)

KALVIN CLARK  8/23/2019

## Page 133

1  before -- that's why I'm asking you these questions.
2  I've been in east cell house; so I kind of know what
3  that looks like, but the north cell house, I haven't
4  been in.
5       In the -- and so -- and when you're in
6  north cell house, the door of the cell -- is it the
7  double chucks and the solid steel?
8       A.  Yes.
9       Q.  Does it have any kind of, like,
10  perforated window at all?
11      A.  It got little holes, like, little holes
12  on the left side, to give you a little -- a semi
13  ventilation, but it's almost a solid slab.
14      Q.  Okay.  So, aside from those little
15  holes, you don't have any way to see out other than
16  the chuckholes?
17      A.  No.  Unless you open the cell (audio
18  drop).
19      Q.  I'm sorry.  What?
20      A.  I was in one cell.  So the only thing
21  right here is the back stairs' door.  You're not
22  going to be able see nothing up the gallery --
23      Q.  Okay.
24      A.  -- and nothing in north house.

## Page 134

1       Q.  Okay.  And Mr. Davis was a correctional
2  officer in the north cell house at the time?
3       A.  Yes.
4       Q.  And he was on seven gallery?
5       A.  No.  He came up to seven gallery.  He
6  was with the original officer.  I don't remember his
7  name.
8       Q.  Sure.
9       A.  He the one that allege wrote my ticket
10  that I didn't get, but it was in my summary.  He end
11  up -- when I was asking for the crisis team and we
12  was going back and forth verbally, he end up walking
13  off the door.  And when he came back, like, five,
14  ten minutes later, he brought Fikes with him, Davis,
15  and Newkirk.
16      So, when they was, like, "Cuff up," I'm,
17  like, "Cuff up for what?"
18      And he was, like, "We got you a crisis
19  team."
20      So I said, "Okay."
21      I cuffed up.  When I cuffed up, you have
22  to slide the door chuckhole open.  They slide the
23  chuckhole open.  I cuffed up.
24      Now, when you're in north house, when

## Page 135

1  you cuff up, you have to immediately go down to your
2  knees for them to put the leg irons on you.  And as
3  soon as I got on my knees, the door just slid open
4  aggressively.  That's when they all rushed in there
5  and kicked me straight down, face down, which I was
6  trying to protect more, like, my teeth area and all
7  that.  They just got to, like, kicking and punching
8  on the back -- all on my back.
9       I was, like, "Man, I got a pacemaker.  I
10  go a pacemaker."
11      Like, "You should have thought about
12  that before you started talking smack to my
13  officer."
14      Q.  Okay.  How did you know who Fikes and
15  Davis and Newkirk were?
16      A.  Because I say -- I -- I seen them.  I
17  know them previously --
18      Q.  Okay.
19      A.  -- just from being in the cells.  But
20  when you look out the chuckhole through the little
21  hole -- through the little door, you can see all the
22  officers that's right there when they coming to get
23  you.
24      Q.  So you knew them based on your previous

## Page 136

1  interactions with them?
2       A.  Yeah.  But their name on their -- they
3  got their name right there.
4       Q.  On, like, a lapel?
5       A.  Yeah.  They got their -- like, they got
6  their little, like, little -- before they start
7  changing their new IDOCs with their black shirt,
8  they have a little stamp, a metal stamp, that got
9  their name on it.
10      Q.  Okay.  And that's how you were able to
11  identify them -- both by your previous interactions
12  and by the fact that their name was on their chest?
13      A.  Yes.
14      Q.  Okay.  Had you had -- how have you
15  interacted with Davis before that incident?  Just
16  from seeing him on the wing?
17      A.  Yes, seeing him on wings or just -- and,
18  like, going on call passes or whatever.  Just seeing
19  him but never --
20      Q.  Did you -- sure.  Sorry about that.
21      Did you have a good relationship with
22  him?
23      A.  We don't have a bad relationship.
24      Q.  As good of a relationship as you can

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                    Fax: 314.644.1334

KALVIN CLARK  8/23/2019

## Page 137

1 have in prison.
2     A.  Yeah.  As an officer and an inmate,
3 yeah.  I don't disrespect him.  I don't say nothing
4 to him.
5     Q.   So no prior problems with him, then?
6     A.   No.
7     Q.   Okay.  And, just briefly, why are you
8 suing Mr. Davis?
9     A.   Because Davis and New -- well, they was
10 the ones that came in that was putting feet and
11 hands on me.
12     Q.   Sure.  Okay.  And any other reason other
13 than that incident?
14     A.   No.  It was just that excessive force.
15     Q.   Okay.  And that occurred on the 3rd of
16 September?
17     A.   Yes.
18     Q.   Okay.  Do you know about what time?
19     A.   It was probably -- it was just after
20 shift change; so it had to be between -- it was,
21 like, an hour or so.  So it had to be, like, between
22 9:00 -- probably 8:00 -- 9:00 and 10:00.  We're
23 going to say 9:00 and 10:00.
24     Q.   In the morning?

## Page 138

1     A.  Yeah.
2     Q.  Okay.
3     A.  Because it was an hour or hour and a
4 half after shift change.
5     Q.  Okay.  Did they conduct their counts
6 beforehand?
7     A.  Yes.
8     Q.  Okay.  And who is James Fike?
9     A.  James Fike was the sarg.  He was the
10 sergeant.
11     Q.  And how did you know he was the sergeant
12 as opposed to a correctional officer?
13     A.  I just see him.  He was the one that was
14 by the door.  When you come into north house, then
15 you can see the stripes on his arm.
16     Q.  Oh, they -- they have stripes on their
17 arm?
18     A.  Yeah.  They got blue stripes to let you
19 know they sarg.  Then, if they got on white -- they
20 got the regular, like, correctional officer shirt
21 on, but they have blue stripes on their arm that
22 show sarg.  Then, if it's a lieutenant, they have a
23 white T-shirt on.
24     Q.  Okay.  So, if you're a regular

## Page 139

1 correctional officer, you just have -- was it a
2 brown shirt at the time?
3     A.   These -- them the new shirts that they
4 have.
5     Q.  Okay.
6     A.  At that time it was the black button-up.
7 Like, they say dark blue, but it looked black to us.
8     Q.  Okay.  So he had on a dark -- so it --
9 strike that.
10     Correctional officers had a dark blue
11 and/or black button-up.  Sergeants had the same
12 shirt as a correctional officer except they had blue
13 stripes on the side, and then, if you're a
14 lieutenant, you have a white shirt?
15     A.  Yes.
16     Q.  Okay.  Just want to make sure I got
17 that.  And that's for all the correctioner -- strike
18 that.
19     All the correctional officers at Pontiac
20 at that time all had the same uniforms on?
21     A.  Yeah.  They have black uniforms, like,
22 darkish blue --
23     Q.  Okay.
24     A.  -- where you clearly a correctional

## Page 140

1 officer and not --
2     Q.   Did they have dark pants too?
3     A.   Yeah.  Like, dark -- yeah.  It look
4 black.  They say it's dark blue, but it look black.
5     Q.   Okay.  And had you had previous
6 interactions with Mr. Fike other than this incident
7 before?
8     A.   No.
9     Q.   Did you just see him around Pontiac
10 routinely?
11     A.   No.  I seen him that morning.  That was
12 my first time seeing him -- when I went to seg that
13 morning.
14     Q.   So that was your first interaction with
15 him?
16     A.   Yeah.
17     Q.   Okay.
18     A.   Yes.
19     Q.   That's totally fine.
20     What does he look like?
21     A.   He has -- he Caucasian.  Got, like --
22 look like he work out.  Probably, like, my height.
23     Q.   Okay.
24     A.   If I'm not mistaken, probably an inch

35 (Pages 137 to 140)

KALVIN CLARK  8/23/2019

## Page 141

1    taller than me.  Like -- he just look like he work
2    out.
3        Q.   So athletic as opposed to more heavier
4    set?
5        A.   Yeah.
6        Q.   Okay.  Was he an older guy or a younger
7    guy?
8        A.   Fikes look old.
9        Q.   Okay.  Like, as old as your 60s or
10   younger than 60s?
11       A.   Younger than 60.
12       Q.   Okay.  But definitely older than 30.
13       A.   Yeah.  Yes.
14       Q.   Okay.
15       A.   But you'll be surprised.  There'll be
16   people that look that age that be younger.  So don't
17   hold it as --
18       Q.   Sure.  Sure.  I just want your best
19   independent recollection of what they look like.
20   You don't have to be exact.  I just want what your
21   memory is for what they look like.
22            Can you tell me what Davis looked like?
23       A.   Davis -- he always kept his hat on.  He
24   was, like, more, like -- he had hair like -- more

## Page 142

1    like a -- what's that called?
2        Q.   Like a beard?
3        A.   He had, like, a beard.  He used to
4    keep a hat on to his eyes, like -- he just used to
5    keep -- he was, like, skinny.  Like, he ain't --
6    he -- yeah, he considered skinny because I'm a big
7    person.  He was skinny, average height.  Can't
8    really say his age when -- when -- because he'll
9    have it on his face; then he'll cut it off.  So
10   probably look like he in his late 20s, probably
11   early 30s.
12       Q.   Okay.  Was he a tall -- or you said he
13   was about average height.  Was he Caucasian?
14   African-American?  Hispanic?
15       A.   No.  Caucasian.
16       Q.   Okay.  And then, just briefly going back
17   to Fike, why are you bringing suit against Mr. Fike?
18       A.   Because, when he came to the door, he
19   the one that stated he had the crisis team, and
20   that's the one that came in and was doing, like, the
21   punching as well.
22            And I was telling him I have a
23   pacemaker, and he the one stated -- he was, like,
24   "You should have thought about it before you start

## Page 143

1    talking to my officers the way you talk to them."
2        Q.   Sure.  I believe you previously
3    testified when Ms. Rice was speaking with you that
4    he had said that he knew you had a pacemaker;
5    correct?
6        A.   Yes.
7        Q.   How did he know you had a pacemaker
8    other than you telling him?
9        A.   I used to have an identification card
10   which says I can't get wand or go through the metal
11   detectors.
12       Q.   Okay.  And you carry on that -- or you
13   carry that on you at all times?
14       A.   Yes.  And when I went to the cell house,
15   they take your ID and your identification card at
16   the door, which the sarg was at the door.
17       Q.   Okay.  So he --
18       A.   He read it.
19       Q.   So he would have been the one that took
20   your ID from you?
21       A.   Yeah.  He read it to me.  He was, like,
22   "What is this?"
23            And I was, like, "My pacemaker card."
24   I didn't say nothing else to him.  I kept walking.

## Page 144

1            And then he was -- in the background you
2    could hear him.  He was, like, "Ain't you too young
3    for a pacemaker?"
4            But I didn't answer him.  I was going up
5    to my cell.
6        Q.   Okay.  Did any of the other -- did
7    Mr. Davis know that you had a pacemaker?
8        A.   Yes.
9        Q.   And the --
10       A.   Going to health care during the walks.
11       Q.   Okay.  So he knew based on previous
12   interactions where he escorted you to health care?
13       A.   Yes.
14       Q.   And then who is Trevor Dicks?
15       A.   Trevor Dicks is a person I want to
16   dismiss.
17       Q.   Okay.  So you want to -- so I believe,
18   when you spoke to Ms. Rice, you said that there were
19   a few people that you wanted to dismiss; correct?
20       A.   Yes.
21       Q.   I can do the same thing that she said.
22   So I can send you paperwork for a dismissal or a
23   joint dismissal, and I'll send you a letter that
24   explains what that means and everything about that.

36 (Pages 141 to 144)

KALVIN CLARK  8/23/2019

## Page 145

1  Do you want to do that for some of the defendants?
2  A.  Yes.
3  Q.  Okay.  Let me just make a quick
4  notation.  So you want to dismiss Trevor Dicks?
5  A.  Yes.  And Lieutenant Sorensen.
6  Q.  Okay.
7  A.  And Goldberg.
8  Q.  Okay.  I just —
9  A.  And Goldberg.
10  Q.  Goldsmith?
11  A.  Yeah, Goldsmith.
12  Q.  Okay.  Andrea Goldsmith?
13  A.  Yes.
14  Q.  Okay.
15  A.  I don't know why — when I saw "Gold"
16  with a last name, usually be Goldberg.
17  Q.  I — same thing.  Sometimes weird things
18  pop into your mind when you see names.
19      But I just spoke with Ms. Rice, and what
20  we're proposing to do is that we will do a joint one
21  and just send you one — that way you wouldn't have
22  conflicting papers — of a list of all the people
23  you want to dismiss, and it will explain everything
24  that way.  Is that something you'd be interested in?

## Page 146

1  A.  Yes.
2  Q.  Okay.  So she'll prepare it and send it
3  to you with all of those people on it.
4      MS. RICE:  Okay.  So, just to clarify,
5  you want to dismiss Sheila Molinero, Trevor Dicks,
6  Sorensen, and Goldsmith?
7      MR. CLARK:  Yes.
8      MS. RICE:  And you want to proceed
9  against the remainder?
10      MR. CLARK:  And Molinero on your side.
11  You already — you already state Molinero.  Molinero
12  was the one on your case.  Did I lose you?
13      MS. RICE:  No.  I'm just confused.
14      MR. CLARK:  You named the names that I
15  want to dismiss, but you didn't name Molinero.
16      Oh, you was naming the names for her?
17  For the one I'm talking to now?  I'm sorry.  You
18  Rice, and this lady?
19      MS. BOYLE:  So I go by Katie.  So you
20  can call me Katie or Ms. Boyle, whichever one you're
21  more comfortable with.  It doesn't bother me.
22      MS. RICE:  You can call me Mrs. Rice.
23      MR. CLARK:  Okay.  That works.
24      When you was reading off the names, you

## Page 147

1  was reading off Katie names; right?
2      MS. RICE:  Okay.  I'm going to — let me
3  just start from the top.  This will make it so much
4  easier.
5      I'm going to prepare a stipulation of
6  dismissal, and I just want to clarify with you:  You
7  want to dismiss Sheila Molinero —
8      MR. CLARK:  Right.  I didn't hear you
9  say that name.
10      MS. RICE:  — Trevor Dicks —
11      MR. CLARK:  Yes.
12      MS. RICE:  — Sorensen —
13      MR. CLARK:  Yes.
14      MS. RICE:  — and Goldsmith; right?
15      MR. CLARK:  Yes.
16      MS. RICE:  So you want to dismiss those
17  four defendants —
18      MR. CLARK:  Yes.
19      MS. RICE:  — and you want to proceed
20  against everybody else.
21      MR. CLARK:  Yes.
22      MS. RICE:  So I think you want to still
23  proceed against OJ and —
24      MS. BOYLE:  Joel Newkirk.

## Page 148

1      MS. RICE:  — Newkirk —
2      MS. BOYLE:  Fikes.
3      MS. RICE:  — Fikes —
4      MS. BOYLE:  Davis.
5      MS. RICE:  — Davis —
6      MS. BOYLE:  And Culkin.
7      MS. RICE:  — and Jade Culkin; right?
8      MR. CLARK:  Yes.  Yes.
9      MS. RICE:  Okay.  Yeah, I will — I'll
10  prepare something, and I'll mail it to you; so be
11  expecting that in the next few days.  Okay.
12      MR. CLARK:  Okay.
13      MS. RICE:  All right.
14      I'll circulate that to you.
15      MS. BOYLE:  Okay.  Thank you.
16      Q.  (By Ms. Boyle)  That considerably
17  narrows down your questions for the rest of the
18  time.
19      So who is Joel Newkirk then?
20      A.  Joel Newkirk another correctional
21  officer.
22      Q.  Okay.  And he worked in the north cell
23  house at that time?
24      A.  Yes.  And the west — west and east.

37 (Pages 145 to 148)

KALVIN CLARK  8/23/2019

## Page 149

1 Wherever he was placed, but mostly it was north.
2     Q.  So, your understanding, he kind of
3 floated around from house to house?
4     A.  Yes.
5     Q.  Okay. So have you had prior
6 interactions with Officer Newkirk prior to the
7 September incident?
8     A.  Yeah. We just spoke. We didn't -- me
9 and Newkirk didn't have a bad -- a bad --
10     Q.  Oh, so you guys were cool.
11     A.  Yeah.
12     Q.  Okay.
13     A.  So that's why it kind of threw me off
14 when he was involved. When he was doing the hitting
15 and kicking, I told him that, like, "I didn't do
16 nothing to you. Now you have no reason to do it,
17 but once you running with your officers, you know,
18 it's, like" --
19     Q.  Yeah. Did you speak to him after the
20 incident happened? Newkirk?
21     A.  No. Yeah, I had -- he had seen me
22 coming (audio drop) and he was, like --
23         COURT REPORTER: I'm sorry. Say that
24 again. He had seen you?

## Page 150

1     A.  He had seen me coming from yard. He had
2 made the statement, like, "Why is you suing me?"
3         And I was, like, "Yeah. Because you put
4 your hands on me too. You didn't have to put your
5 hands on me. You could have stopped them."
6         But there was lot of inmates with us,
7 like, walking from yard; so that will make people,
8 like, rowdy, like, when you ask them type question;
9 so I just have to say it, and I just kept walking.
10     Q.  Sure. Okay. Can you kind of describe
11 what he looks like? Is he a white guy too?
12     A.  Yeah. Young. Newkirk young.
13     Q.  So tall? Short? Fat? Skinny?
14 Athletic?
15     A.  My height. Average height.
16     Q.  Does he look like he --
17     A.  Skinny.
18     Q.  Skinny?
19     A.  Yeah. He kind of -- yeah, he ain't big.
20 Yeah, he skinny. Newkirk's skinny. Yeah, he young.
21 He look younger to me; so he don't look -- like, he
22 ain't nowhere more than 30.
23     Q.  Okay. Did he have any facial hair?
24     A.  No. Newkirk got -- I got more facial

## Page 151

1 hair than him.
2     Q.  Okay. And just -- and so you're suing
3 Mr. Newkirk based on his involvement in the
4 September 3, 2017, incident; correct?
5     A.  Yes.
6     Q.  Okay. Are you suing him for any other
7 reason?
8     A.  No.
9     Q.  Okay. Ms. Rice had previously asked you
10 about the sick call procedure. Do you remember
11 that?
12     A.  Yes.
13     Q.  Just for my knowledge, do you always see
14 a doctor when you first go to sick call?
15     A.  No. You see the nurses, and they --
16 they check you out, and they -- they put you -- they
17 put you in for the doctor if they feel you need to
18 be sent to the doctor, which you'll have to wait
19 days or weeks or months later before you see the
20 doctor.
21     Q.  Okay. So you go to sick call within one
22 to two days, but when you see a doctor may be
23 longer?
24     A.  Yes. Because you'll see the nurse.

## Page 152

1 She'll put you in, and she'll -- if it's a
2 legitimate reason to see the doctor, she'll put you
3 in. If she feel like it's not a legitimate reason,
4 she not going to put you in.
5     Q.  When you say "legitimate reason," what
6 do you understand to be a "legitimate reason"?
7     A.  An illness. Like, it could be a
8 life-threatening illness or something that --
9 it could be a broken leg or a fractured leg.
10         Something -- like, if it's, like, some
11 coughing, like, a cold or so, she going to try to
12 cure it right then and there.
13     Q.  Okay. So a legitimate illness, based on
14 your understanding, would be, like, a broken bone,
15 bleeding, chest pain, shortness of breath, stuff
16 like that?
17     A.  Yeah. Shortness of breath -- they going
18 to try to revive you and try to stop it right then
19 and there, but later on you'll see the doctor.
20     Q.  Okay. But those -- those things that we
21 just talked about -- excluding cough or, like,
22 sniffles -- would be, to your understanding,
23 legitimate reasons to see a doctor?
24     A.  No. Coughing and sneezing? No.

38 (Pages 149 to 152)

KALVIN CLARK  8/23/2019

## Page 153

1   Q.  No, no.  I should have clarified.
2   Coughing and sneezing in one bucket is
3   you're not going to see a doctor necessarily, but in
4   the other bucket of, like, bleeding, broken bones --
5   A.  Right.  You will see him.
6   Q.  Okay.  I just wanted to make that clear.
7       Okay.  And you also had talked about the
8   difference between experiencing an emergency and
9   then regular sick call.  Do you remember that?
10   A.  Yes.
11   Q.  When you're asking for an emergency,
12   what is your understanding of what happens?  Are you
13   treated at your cell?
14   A.  Yeah.  If you at your cell and you have
15   a treatment -- it can be shortness of breath, chest
16   pain, something where you feel like you about to
17   die -- it's -- it come -- like, you -- first, you
18   have to get the officer to your door because it
19   be -- it could be hours before an officer even walk
20   past your gallery.
21       So you might have to call your neighbor
22   because shortness of breath -- you're going to
23   have to hit your wall; and it's -- like, when you
24   punch -- like, hit your wall, that's the sign of

## Page 154

1   calling somebody next door to you.
2       So my neighbor can ask, "What's up?"
3       "Man, I'm shortness of breath.  I got
4   chest pains.  Can y'all yell for a C/O or med" --
5   you have to yell "Med tech."  So that's the --
6   you'll have to get them to your door in the first
7   place.
8       The C/O going to come first because they
9   have to call the med tech.
10   Q.  Okay.  So the C/O is the one that would
11   call the med tech to your cell?
12   A.  Yes.
13   Q.  Okay.  What happens after the med tech
14   comes?
15   A.  Basically the officer can either
16   bring -- if you didn't -- if you didn't flatline,
17   the officer will cuff you up and take you into a
18   room where the off -- the nurse will evaluate you.
19   And if she feel like you can't walk to that room,
20   she'll evaluate you in your cell right then and
21   there.  And if it's an emergency that is complained,
22   you'll be going to health care in a wheelchair or a
23   stretcher.
24   Q.  Okay.  Has there ever been an incident

## Page 155

1   that you know of where you're just sent to a
2   hospital immediately, or do you have to go to health
3   care before a hospital?
4   A.  For you to go to the hospital -- it's
5   hard because they -- they going to try to
6   see what they can do first.
7   Q.  Okay.
8   A.  But your heart have to stop or -- it's
9   hard.  I mean, the only time I seen people get
10   rushed to the hospital if they just completely died.
11   Q.  Okay.  So I'm sorry you have to see
12   that.
13       So, to your understanding, there would
14   be a C/O that would call a med tech, correct, after
15   you yell for an emergency.  And then that C/O would
16   either bring a nurse to your cell if you couldn't
17   walk, but if you could walk, they'd bring you to a
18   separate room; right?
19   A.  Yes.
20   Q.  And then at that point a nurse would
21   evaluate you and determine the level of or the
22   serious --
23   A.  Yeah, the level of -- yeah.  She going
24   to listen to your lungs, probably blood pressure,

## Page 156

1   check your temperature, and all that.  And then, if
2   you're, like -- it'd be people that have good blood
3   pressures but really be messed up and send them back
4   to their cell.  So, if she feel like there ain't
5   nothing wrong with you, she going to send you back
6   to your cell.  So, if you literally not flatlining,
7   she -- she's, like, "Aw, well," and "You all right."
8   Q.  Okay.  But, hypothetically speaking, if
9   she decided that it was severe enough, then she
10   would escort you to health care unit or the --
11   A.  Yeah.  They'll bring -- they'll bring a
12   wheelchair.
13   Q.  Okay.
14   A.  And they wheel you over if they feel
15   like you can't walk or they felt -- they heard
16   something in your lungs or something that can be
17   (audio drop), but when it come to chest pains, you
18   automatically supposed to go in a wheelchair.
19   Q.  Okay.  And who told you you're
20   automatically supposed to go in a wheelchair to
21   health care unit?
22   A.  Every facility that I've been to that I
23   seen people get chest pains in a wheelchair.
24       That's, like, down here, like, couple of

39 (Pages 153 to 156)

ALARIS LITIGATION SERVICES
www.alaris.us   Phone: 1.800.280.3376   Fax: 314.644.1334

KALVIN CLARK 8/23/2019

## Page 157

1 months ago I was having some pains, and they
2 wouldn't let me walk to health care with no chest
3 pains.
4 But I think she said because the reason
5 why is because of my medical history. But she was,
6 like -- the lady down here was, like, "We have to
7 wheel you with any type of chest pain because it
8 could be a heart attack or anything."
9 Q. Sure.
10 A. So they have to put you in a wheelchair.
11 Q. Okay. And then, if you're escorted to
12 health care, do you know if you see a doctor right
13 away?
14 A. It will be a temporary, like, physician
15 or something over there.
16 Q. Okay.
17 A. Or they -- if the doctor -- if it's
18 midnight or whatever and the doctor's not working,
19 they'll call the doctor, like, an emergency call
20 doctor, and let them know that -- what's going on at
21 that time --
22 Q. Okay.
23 A. -- and what they should do.
24 Q. And then at that point the doctor or

## Page 158

1 the -- or the physician assistant or the temporary
2 doctor would make the determination whether you'd go
3 to a hospital?
4 A. Yeah. But most likely they just going
5 to say, "Keep him in health care for 24 hours and
6 monitor."
7 Q. Okay. Have you ever previously called
8 an emergency and been through that procedure that we
9 just talked about?
10 A. When I called for the emergency, I
11 didn't get sent to the hospital. I got sent back to
12 my cell --
13 Q. Okay.
14 A. -- and stayed until it was really,
15 really messed up, which was the February 19th when
16 the nurse finally was, like, "I don't like the way
17 it look. I'm going to help you and send you out to
18 the hospital."
19 Q. Okay. So in that incident that would
20 have been an emergency, and you went through the
21 procedure we just talked about in February.
22 A. Yes.
23 Q. Okay. We're going to direct your
24 attention back to September 3rd, the date of the

## Page 159

1 incident you had with the correctional officers.
2 Okay?
3 A. Yes.
4 Q. Do you -- you said you didn't know the
5 officer that you had spoken to when you asked for a
6 crisis team; correct?
7 A. Yes. But he wrote me a ticket; so his
8 name was on the ticket, but I never received that
9 ticket.
10 Q. Okay.
11 A. His name wasn't on the summary because
12 the summary -- they automatically read you off what
13 your charges was. They don't put the officer name
14 on there. You get the ticket with the officer name.
15 Q. Okay. And you testified that you had a
16 verbal disagreement with him about the crisis team;
17 correct?
18 A. Yes. Once we had the verbal, we just
19 kept going back and forth, saying words to each
20 other.
21 Q. Can you kind of describe to me what was
22 said in that disagreement?
23 A. It was just cursing words back and
24 forth.

## Page 160

1 "We don't give crisis teams over here to
2 people in north house. They just want to cry for a
3 crisis team."
4 I'm, like, "I'm SMI. How you going to
5 tell me I'm not -- you can't get me a crisis team?
6 That's stupid."
7 What? You want me to say the words?
8 Q. No. What does "SMI" mean?
9 A. They put you under SMI. It's, like,
10 seriously mentally ill.
11 Q. Okay. What kind of conditions do you
12 have that qualify for you to be seriously mentally
13 ill, if you don't mind me asking?
14 A. At that time they say, "Well, you bi" --
15 they -- they diagnose you with bipolar. You
16 automatically seriously mentally ill. Well, I'm not
17 seriously mentally ill no more.
18 Q. Okay. So you were at that time bipolar?
19 Am I understanding you correctly?
20 A. Yeah. They had me diagnosed as bipolar
21 and depression.
22 Q. Okay. Have you ever previously had a
23 diagnosis of bipolar disorder or depression?
24 A. No. I had bipolar and explosive or

40 (Pages 157 to 160)

KALVIN CLARK  8/23/2019

Page 161

1    temperament disorder or something.
2        Q.   When were you diagnosed with that?
3        A.   Like, in the early 2000s.
4        Q.   So when you were younger as a kid?
5        A.   Uh-huh.  Yeah.  Right after my grandma
6    died in 2000.
7        Q.   Sorry to hear about that.
8            And then you said you're not bipolar
9    anymore?  What do you mean by that?
10       A.   No.  They had me as -- when you -- when
11   they have you as SMI, that means you're on the SMI
12   case log.  They don't have me on the SMI case log no
13   more.
14       Q.   Oh, okay.
15       A.   Once I went 15 months without a ticket,
16   you not deemed mentally ill no more like that.  It
17   was -- it was -- it was confusing and crazy to me.
18       Q.   Okay.  Because I'm a little confused as
19   well; so let's see if we can piece it together.
20           So, if you were deemed SMI, you were on
21   the south wing?
22       A.   No.  I was deemed SMI in a previous
23   joint which was Pinckneyville.
24       Q.   Okay.

Page 162

1        A.   Once I came -- well, all that time to
2    Pontiac, they still had me on an SMI catalog -- I
3    mean on the case log.  So you -- when you got all
4    that time in seg, you go to groups and stuff like
5    that to try to get out early for SMI.
6        Q.   Oh, okay.  So let me see if I understand
7    you correctly.  When you were at Pinckneyville, you
8    accumulated six months of seg time, I believe you
9    said?
10       A.   Yeah.  I accumulated over -- over six
11   months.  Yeah.
12       Q.   So, when you were in Pinckneyville, you
13   had a lot of seg time, and that's when they deemed
14   you SMI?
15       A.   Yes.
16       Q.   And then, when you went to Pontiac, that
17   all carried over with you?
18       A.   Carried over; so they start putting me
19   in, like, anger management groups and
20   thinking-for-a-change groups or depression and
21   anxiety groups to cut all my seg time in half to get
22   me out early.
23       Q.   Okay.  So were you let out early then?
24       A.   Yeah.  Yeah.

Page 163

1        Q.   Okay.  How much time did you spend in
2    seg after those classes or in conjunction with those
3    classes?
4        A.   Total, I probably only did a year, but I
5    had, like, three years of seg; so I got a lot of
6    time cut back because I wasn't getting -- getting
7    into nothing.  I was participating in all the groups
8    and getting my certificates to get out of seg early.
9        Q.   Okay.  Going back to the disagreement
10   you had with the officer on September 3, 2017, at
11   one point -- at what point did he leave to get other
12   people or did you hear him leave?
13       A.   I heard -- he walked -- he just -- when
14   we -- he went through the back door, which the door
15   he came through, because it was chow time.  So they
16   was probably about to get ready to pass out the
17   trays.
18           So, when he came to my -- when I seen --
19   heard the back door open, I called him by C/O.
20           "C/O."
21           He, "What?"
22           Like, "I need a crisis team.  I've been
23   asking for a crisis team since I came over here,
24   since I left east house."

Page 164

1            Because, before I left east house, I
2    asked for a crisis team over there, and they was,
3    like, they'll give me one when I get to north house.
4            So, like, "Y'all told me y'all going to
5    get me a crisis team over here.  I've been patiently
6    waiting for a crisis team.  Y'all ain't about to
7    give me no crisis team?"
8            He, like, "No.  We don't do crisis team
9    over here.  Y'all not to just ask for a crisis team
10   when y'all come to seg."
11           So I was, like, "I'm SMI.  That's
12   stupid."  Basically going back and forth.  I was,
13   like, "You just want some bullshit.  You don't want
14   to do your job."
15           So we just kept going back and forth.
16   And he was, like, "Okay.  You right," and walked
17   off.
18           When he walked off, about, like, five
19   minutes, ten minutes later, everybody start
20   hollering on the gallery, like, "Cell 1, they're
21   coming towards your gallery.  They're coming towards
22   your" -- because you can hear them, and they -- I
23   guess everybody that's screaming is the officers
24   that already walked past them.  So they, like, "Man,

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

KALVIN CLARK  8/23/2019

## Page 165

1  officers walking past. They coming to -- they going
2  to cell 1. They're going to cell 1."
3     That's when they came to the door --
4  Fikes, Davis, Newkirk. (Audio drop) my crisis team.
5        COURT REPORTER: I'm sorry. You cut out
6  there.
7        MR. CLARK: Oh, I'm sorry.
8     A.  Once they -- once they came up to my
9  cell, they was, like, they have my crisis team.
10  That was the last few words I said.
11        COURT REPORTER: Thank you.
12     Q.  (By Ms. Boyle) What time do you have
13  chow in the north cell house?
14     A.  It can be between 10:00 to 11:30.
15     Q.  Okay. And what's the process for
16  getting your meals while you're in north cell house?
17     A.  Just the officer have -- we have to
18  wait. If the workers ain't there, the officers pass
19  them out from 1 cell all the way to 51.
20     Q.  So they just kind of walk with, like, a
21  little cart, open your chuckhole, put the tray in?
22     A.  Yeah, they put it in the top chuckhole
23  because the top chuckhole is for the trays. The
24  bottom chuckhole is for the cuffs for us to get

## Page 166

1  cuffed up.
2     Q.  Okay. Okay. And then what happened
3  when they returned to your cell? You said that they
4  said that you had a crisis -- or that they had a
5  crisis team with them; is that right?
6     A.  Yeah. They was, like, "Clark, put your
7  clothes on and cuff up so we can -- we got" --
8     I was, like, "For" --
9     They say, "Clark, put your clothes on
10  and cuff up."
11     I'm like, "All right. For what?"
12     He was, like, "I got your crisis team.
13  You asked for a crisis team; right?"
14     I'm, like, "Yeah."
15     So they did not forget the crisis team.
16  So I'm about to cuff up. My jumpsuit was already
17  on. So cuff -- as soon as I cuff up -- I know the
18  procedure -- turn around and go right down to your
19  knees. Turned around, go right down to my knees,
20  and that's when the door popped.
21     And New -- Fikes was the first one at
22  the door about to open the door because he the sarg;
23  so he have to open the door. That's when he kicked,
24  like, in the middle of my back to kick me down. He

## Page 167

1  kicked me down; so all the other officers rushed on
2  in. I was feeling hands and feet. I was --
3     Q.  Okay.
4     A.  -- (audio drop) move my face so I
5  won't -- I don't want to hit the -- like -- it's,
6  like, more like concrete. I could lose my teeth.
7     So I kept yelling, "Man, I got a
8  pacemaker. Y'all know I got a pacemaker."
9     Like, "I don't care. You should have
10  thought about that before you talking -- how you was
11  talking to my officer."
12     Q.  Okay. You testified earlier that you
13  have to have leg "urns"? What are those?
14     A.  Yeah. It's, like, cuffs for your legs.
15     Q.  So it's like a chain that goes across
16  that cuffs to your feet?
17     A.  Yes.
18     Q.  Okay. And is it around your ankle or
19  any other part of your leg?
20     A.  It's my ankle.
21     Q.  Okay. Are those connected to your
22  handcuffs on your wrists?
23     A.  No.
24     Q.  Okay.

## Page 168

1     A.  It's a separate -- it's just like the
2  cuffs. They both separate. It's a long big cuff
3  for your ankles. Then they put the cuffs behind
4  your arm; so it's separate.
5     Q.  Do you have a black box on the ones --
6     Oh, like those?
7     A.  Yes. It's -- yeah, like them. Yeah.
8     Q.  So let the record reflect that the
9  correctional officer in the room lifted up leg urns.
10  That's what they're called?
11     A.  Yes.
12     Q.  Okay. They don't have black boxes on
13  those leg urns, do they?
14     A.  No.
15        MS. RICE: I think it's iron -- it's
16  irons.
17        MS. BOYLE: Oh, irons?
18        MS. RICE: Yes.
19     A.  Irons.
20     Q.  (By Ms. Boyle) Irons. I thought you
21  were saying "urns." I was, like, "What is that?"
22        MS. RICE: No. He's just got that
23  drawl.
24     Q.  (By Ms. Boyle) That's okay. I

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

KALVIN CLARK  8/23/2019

## Page 169

1    apologize.
2      A.  No.  They only put black boxes on our
3    cuffs.  It's, like, if we -- like, when I come on
4    this deposition, I have to wear a black box till I
5    get in here.
6      Q.  Okay.
7      A.  Or go outside the building.  They put
8    (audio drop) outside the premise.
9      Q.  So -- so the only time that you have a
10   black box is if you leave the cell house and you go
11   on, like, a writ or for a deposition or --
12     A.  Yeah.
13     Q.  Okay.
14     A.  You'll have a black box on you.
15     Q.  Okay.  So, then, after you put yourself
16   on the ground on your knees to get leg irons, you
17   said he opened the door and kicked you in the middle
18   of the back; is that right?
19     A.  Yes.  To force me down straight to my
20   chest.  Yes.
21     Q.  Okay.  When you were on your knees on
22   the floor, were you, like, standing straight up or
23   were you kind of, like, sitting on your feet?
24     A.  No.  I got down straight to my knees --

## Page 170

1      Q.  Sure.  I know some -- some -- sometimes
2    when you sit on your knees -- for example, have you
3    ever been to church before?
4      A.  Yes.
5      Q.  You know how you kneel down on the pews
6    and you're supposed to stand straight up but be on
7    your knees?
8      A.  Yeah.  It's basically you stand straight
9    up, but you have to have your legs extended out so
10   they can put the leg irons on there.
11     Q.  Okay.  So your butt isn't resting on
12   your feet.  That's what I'm trying to ask you.
13     A.  Oh, no.  No.  No.
14     Q.  Okay.  And then about how hard did he
15   kick you in the middle of your back?
16     A.  Kicked me good enough to put me right
17   down, to feel the impact on my chest.
18     Q.  Okay.  So scale of one to ten -- ten
19   being the hardest hit you've ever felt in your life
20   thus far; one being like you barely felt it.  Scale
21   of one to ten.
22     A.  It could be a ten because they came in
23   there to mess -- they wanted to hurt -- they wanted
24   to hurt me.

## Page 171

1      Q.  Okay.  And, then, so, when he kicked you
2    in the back, you said you fell flat on your chest
3    and then your face?
4      A.  Yes.  Which I, like, turned towards my
5    jaw -- my jaw area to lay my jaw because, if I would
6    have went face first, it would have most likely bust
7    all the front of my face open.  So, when I went -- I
8    got a big chest, so I'm going to hit my chest first.
9    I hit my chest, and then that's when I laid the side
10   of my face down so I won't turn my face and it get
11   kicked down to the concrete or any of that.
12     Q.  Do you remember what side of your face?
13   The left or the right side of your face?
14     A.  I turned left.  You going to turn left.
15     Q.  Okay.  And then what's the next thing
16   you remember after that?
17     A.  I was getting kicked and punched where I
18   felt -- I turned -- well, I could see a little bit
19   towards my legs.  I see Newkirk trying to get one of
20   the shackles on, and I'm telling him, "I'm not
21   resisting."  After I told him about my device, I'm,
22   like, "I'm not resisting."
23          They not answering.  So they put the
24   shackles on real tight, and after they got done

## Page 172

1    kicking and punching me, they lift me up off the
2    ground and put me in, like, a -- it's, like, a -- I
3    don't know what the name.  It's, like, a position
4    they put you in when they -- when they call
5    theirself restraining you.  They push your -- they
6    push your body, like -- like, you standing up, but
7    it's like you leaning over grabbing something.  They
8    holding your neck, shoving your head down, and they
9    walk you backwards up the gallery.
10     Q.  So they walk you backwards up the
11   gallery?
12     A.  Yes.
13     Q.  Are you bent at, like, a 90-degree angle
14   forwards at your waist, or are you just pushed --
15     A.  You want me to --
16     Q.  -- on your shoulders?
17     A.  You're like, standing up -- you want me
18   to show you how --
19     Q.  Sure.
20     A.  It's, like, I'm standing -- I'm standing
21   up, but they have you all the way down like this,
22   but when you cuffed behind your back, your arms lift
23   all the way up.  The officer pushing your arms up,
24   and one officer holding your neck down, and they

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                           Fax: 314.644.1334

KALVIN CLARK  8/23/2019

Page 173

1    just pulling you up the gallery.
2        Q.   Okay.  So, for the record, he was -- you
3    were standing up, bent over pretty much 90 degrees.
4    Your hands are cuffed; so they push that up.  So
5    it'd be shoulder level?
6        A.   Yeah.  Because your -- yeah, your cuffs
7    is behind you.
8        Q.   Sure.
9        A.   So he pushing it up like this to hold
10   it, and the other one holding your neck down because
11   I guess that's the procedure.  They don't want you
12   looking around or trying to do anything, which I
13   wasn't resisting.  I kept coming up the gallery,
14   like, "I'm not resisting.  Why you holding my neck
15   like that?"
16       So everybody start kicking on the door,
17   like, and yelling, how north house is, like, "Man,
18   he ain't doing nothing.  Why -- why y'all grabbing
19   him like that? doing him like that?"
20       And I'm steady yelling, like, "Man, I'm
21   not resisting.  I'm not resisting."
22       They wasn't trying to hear it.
23       Q.   So, to the best of your memory, there
24   was one separate officer holding your hands and one

Page 174

1    separate officer with a hand on the back of your
2    neck during the escort.
3        A.   Yeah, it was Fikes.  I remember Fikes
4    holding my arms up.
5        Q.   Okay.
6        A.   Dicks holding my head down, and it was
7    Newkirk in front of me with the -- with, like --
8    like -- like, if I move any certain type of way, he
9    going to spray me which he got to be in front of you
10   with the -- with the mace.
11       Then behind Newkirk is the other officer
12   that I was arguing with -- with previous to -- I
13   guess to guide them while they walking.
14       Q.   Okay.  And then you went backwards,
15   right, down the gallery?
16       A.   All the way to 51 cell till I come
17   downstairs.  And when I come downstairs, they put me
18   in the bullpen.  And when they put me in the
19   bullpen, they shackle me tight.  Like, shove me and
20   shackle me to the walls -- the wall they shackle you
21   to and set me there for, like, an hour.
22       I was in that room.  There's a camera
23   right up in the thing.  I kept yelling, like, "I
24   need -- I need medical -- I need medical treatment.

Page 175

1    Can I get a lieutenant?  I need medical treatment."
2        They come, like, an hour later to get me
3    out the bullpen and put me on one gallery in one of
4    the cells with just a mattress and left -- they left
5    me there.
6        Q.   Okay.  I'm going to go back and ask you
7    a few more detailed questions about what happened in
8    the cell between you and the officers.  Okay?
9        A.   Okay.
10       Q.   Just answer them to the best of your
11   memory from what you can remember.
12       A.   Okay.
13       Q.   What side of your body did you feel like
14   you were getting kicked on?
15       A.   I was getting kicked all the way up from
16   my waist -- from my -- from -- all the way from my
17   butt all the way to my shoulders.  I'm getting
18   kicked on the back, the side.
19       Q.   Okay.  So you felt like you were getting
20   kicked in your rib area up to your shoulders?
21       A.   Yeah.  Fikes was down on the ground; so
22   he was doing the punching more because he was
23   pounding.  He was doing the punching more because he
24   about to lift me up off the ground, to put my arms

Page 176

1    in the air to pick me up.  He was doing the pounding
2    more.  That's when he made that statement when I --
3    when he was pounding me, like, in my upper, like,
4    middle of my back.
5        I'm, like, "Man, I got a pacemaker.  I
6    got a pacemaker.  Y'all know I got a pacemaker."
7        That's when they was, like, "We don't
8    care.  You should have thought about it before you
9    started talking to my officers like that."
10       Q.   Okay.  At that time was your -- where
11   was your pacemaker located at that time?
12       A.   On the left side on the -- in the little
13   corner.
14       Q.   Okay.  Was that closer -- closer to your
15   ribs or closer to your armpit?
16       A.   Towards my armpit.  Like, right up here.
17       Q.   Okay.  Did you -- strike that.
18       You said you were punched; correct?
19       A.   Yes.
20       Q.   Where in your body were you punched?
21       A.   In my upper back by Fikes.  I know Fikes
22   was punching me.
23       Q.   How did you know it was Fikes?
24       A.   Fikes the only one that was holding my

44 (Pages 173 to 176)

KALVIN CLARK  8/23/2019

## Page 177

1  cuffs.  When I looked to the side, he was the one
2  that was fully, like, up -- up towards, like, my
3  back area.
4      Because the way they come in, they come
5  in -- once one get you down and he get on top of
6  you, the other one's on the side.  Then you got --
7  you got one on the side; then you got one down by
8  your feet which he going to put the leg irons which
9  was Newkirk.  I seen to the left was Newkirk was
10  putting my leg irons while Davis was still trying
11  to get his kicks in, and what's-his-name was
12  punching -- Fikes.
13      Q.  On a scale of one to ten, how hard was
14  he punching you?
15      A.  I was in pain.  So between an eight and
16  ten.
17      Q.  So you testified earlier that you've
18  gotten in physical altercations before; right?
19      A.  Yeah.
20      Q.  Have you ever been hit before?
21      A.  Yeah.  We talking about face.
22  Body-wise?
23      Q.  Yeah.
24      A.  No.  Because people that fight, they

## Page 178

1  usually try to take each other face off.  So
2  body-wise not -- not like that.  It's -- it's kind
3  of hard.
4      And -- and being in the prison, that's
5  why -- officers, if they come, they seeing people --
6  they swinging for their face.
7      If somebody grab your body, they try to
8  slam you on the ground; so I never -- for somebody
9  to kick me and punch me on my body, they got to be
10  jumping me.  I have to be on the ground for you to
11  really do that to me.
12      Q.  Okay.  So it's your testimony that it's
13  atypical, if you got into a fight with another
14  inmate, for them to take body shots?
15      A.  No, it's possible, but it's rare
16  because, when people come in to fight, he's swinging
17  to try to do damage to your face.
18      Q.  Okay.  In those previous altercations
19  that you've been in, have you ever had issues with
20  your pacemaker?
21      A.  No.
22      Q.  Okay.  And you said you had your
23  pacemaker since you were 12; correct?
24      A.  Yes.

## Page 179

1      Q.  Have you ever gotten in a fight as a kid
2  from 12 up?
3      A.  No.  The people I was around was kind of
4  over -- protecting over me; so --
5      Q.  Okay.
6      A.  No.  My brother knows -- once I got my
7  pacemaker and all that, they don't even horse --
8  they don't even play with me, like.
9      So fights in the world was, like -- if I
10  got into fight, it's more, like, all right.  I'll --
11  I'll -- I probably swung first, or you swung first
12  on some fighting.  After that somebody done jumped
13  in because people was, like, overprotective of me in
14  school and on the outside.
15      Q.  Okay.  Okay.  Do you recall how many
16  times you were kicked?
17      A.  I can't really recall.  It was happening
18  so fast, but I was kicked multiple times.
19      Q.  Okay.  Did it last -- how long did it
20  last for?
21      A.  I can't even time it, but it wasn't no
22  more than five minutes, and it wasn't no lesser than
23  a minute.  It happened --
24      Q.  Okay.  So between one to five minutes?

## Page 180

1      A.  Yeah.  It happened so quick.
2      Q.  Okay.
3      A.  They came (audio drop) their job, get me
4  out of there.
5      Q.  Okay.  Could you feel who was kicking
6  you?  Just one person or multiple people?  I believe
7  you answered that, but I didn't write it down.
8      A.  It was Davis.  When they first came in,
9  they was kicking and punching.  Fikes was punching
10  more because he got right on top of me.
11      Q.  Sure.
12      A.  Davis and Newkirk -- but Newkirk went --
13  after he got his stuff in, he went right to putting
14  my shackles on because you have to put my shackles
15  on before you bring me out the cell.
16      Q.  Okay.
17      A.  Then, once I got lifted up off the
18  ground by Fikes, which Fikes -- the way he pulled me
19  up off the ground with Davis, they brought me out in
20  reverse out the cell.  As soon as they brought me
21  out, Fikes immediately shoved my arms up so far and
22  forced me to go back down.  And Newkirk behind
23  Fikes; so -- no, Newkirk in front of -- in front of
24  Fikes.  So Davis immediately, like, grabbed my neck

45 (Pages 177 to 180)

KALVIN CLARK  8/23/2019

## Page 181

1  to keep me down, and Newkirk right next to Davis; so
2  if I move any type of way, he going to spray the
3  mace.
4      Q.  Okay.
5      A.  Then behind -- the officer that I was
6  arguing with -- he was behind Fikes to instruct
7  Fikes coming back, like, directing how to pull me
8  back.
9      Q.  Okay.  During -- during the altercation,
10  did you hear any sounds like bones breaking or
11  anything?
12      A.  No, I couldn't hear.  I was in -- I was
13  in -- my arms and my neck being pulled down.  I'm
14  thinking about that.  I ain't listening to you.  You
15  got people kicking on you.  I didn't hear none of
16  that.
17      Q.  Did you feel anything like pop? snap?
18      A.  No.  I'm getting kicked and punched.
19      Q.  Sure.  I would -- I would -- sometimes,
20  when you get hit, you can feel like pop or a snap or
21  a break.
22      A.  No.  When they lifted me up off the
23  ground and they pulled me up, I was just trying to
24  do what I've been doing, not resist so I can -- hope

## Page 182

1  he let my arm down just a little bit to eliminate
2  the pain.
3      Q.  Sure.  If you had to pinpoint the most
4  painful spot on your body afterwards, where would it
5  be?
6      A.  My upper back, my chest, and my arm,
7  like, how he bent my arms up.
8      Q.  And is the way -- and is the pain from
9  your arm because he bent your arms up like that?
10      A.  (inaudible.)
11      Q.  Okay.
12      COURT REPORTER:  I'm sorry.  Was that a
13  "Yes"?
14      A.  Yes.
15      COURT REPORTER:  Thank you.
16      Q.  (By Ms. Boyle)  So I want to make sure I
17  got you right.  The primary spot of your pain would
18  be upper chest and upper back, and then your arms
19  from him moving the cuffs?
20      A.  Yes.
21      Q.  Okay.
22      A.  The side -- it was sore, but I got a lot
23  of flab right there; so it was really minor.
24      Q.  Okay.  Now, when you say "upper chest,"

## Page 183

1  would you say directly in the middle between your
2  pecs or another place?
3      A.  From, like, above -- like, where your
4  chest about start.  Up -- up in here where all the
5  heavy part is on my body.
6      Q.  Okay.  So globally across your chest?
7      A.  Yeah.  Like, all up in there.  From
8  my -- from up here where my arm's at?
9      Q.  Sure.
10      A.  All the way through.
11      Q.  Okay.  And then same question about your
12  back:  If you had to say the primary part on your
13  back where it hurt the most, would it be the center
14  of your back or across your back?
15      A.  The middle up.  Like, the middle up
16  where it was, like, constantly where he punched at.
17      Q.  Okay.
18      A.  You got that feeling like you know you
19  just got punched.
20      Q.  Sure.  And then what's the bullpen?
21      A.  The bullpen is a gated area where they
22  sit -- they sit inmates before you go anywhere.
23  They lock you to a bench.  Like, you can go there
24  when you go on a call pass.  It's like a cage where

## Page 184

1  they detain you at till they put you -- take you
2  somewhere or transport you somewhere or put you in a
3  cell.  They'll sit in there until they ready.
4  They'll come and get you, unhook you, put you back
5  on your knees and put the cuffs back on and send you
6  to where you going where you being placed.
7      Q.  And you testified you were there for
8  approximately an hour?
9      A.  Yes.
10      Q.  Did you talk to anyone at that time
11  while you were in the bullpen?
12      A.  No.  I tried to talk to people, but
13  they -- once they -- people, I feel like, already
14  knew what happened.  Fikes is the sarg.  So every --
15  they gossip in the office; so they talking about it.
16  So every officer there -- I would try to tell them,
17  "Man, can you call for medical treatment?"  They
18  just walk -- they just keep walking.
19      Q.  Okay.  And then, after about an hour,
20  did you say a lieutenant came to see you?
21      A.  No.  I say the sarg came and --
22      Q.  Oh, okay.
23      A.  The people that brought me out the cell,
24  which was Fikes and Davis and them -- they came back

46 (Pages 181 to 184)

KALVIN CLARK  8/23/2019

## Page 185

1  to get me to take me and put me in 1 cell.
2      Q.  Did they tell you why you were being put
3  on the first gallery?
4      A.  No.  They just brought me from that cell
5  and put me down towards the first cell.  Like, I was
6  toward the bottom where, I guess, they walk past all
7  day; but the cell that they put me in is, like, a
8  strip-out cell.  Like, you not going to have nothing
9  in there.  You're only going to have a bed and what
10  you got on.
11      Q.  Okay.  Did you have a medical permit to
12  be on the lower gallery at that time because of your
13  heart condition?
14      A.  No.  I had a bottom bunk permit, but I
15  didn't have a low gallery permit until I came to
16  Stateville --
17      Q.  Okay.
18      A.  -- 2019.
19      Q.  Did you have that bottom bunk permit the
20  entirety of your stay at Pontiac?
21      A.  I had it the whole time I was at IDOC.
22      Q.  Oh.  So, from the minute you went to
23  Pontiac farm, to Illinois River, to Pinckneyville,
24  back to Pontiac, you had a bottom bunk permit?

## Page 186

1      A.  Yes.  It was indefinite.
2      Q.  Okay.  Give me a second -- or strike
3  that.
4          "Strip-out cell" -- what does that mean?
5      A.  Like, if an officer -- like, just say
6  the situation where they have to use force or
7  excessive force.  They usually -- the sarg control
8  the houses; so, to make you miserable, they'll just
9  put you -- like, you could be sitting in the
10  strip-out cell for having contraband.  You could be
11  in the strip-out cell for being suicidal.  You could
12  be in the strip-out cell for -- just because an
13  officer want to put you there, and he don't want you
14  with no property or nothing because y'all probably
15  had words or something.  It's just a strip-out cell.
16      Q.  And by "strip-out cell," you mean
17  there's nothing in there but a mattress and whatever
18  sink-toilet combination's in there?
19      A.  Exactly.  Right.  Yes.
20      Q.  Okay.  I probably should have asked you
21  this before, but can you kind of describe the layout
22  of the cell in north cell house?  Like, if I looked
23  into the cell, what would I see?
24      A.  When you walk in the cell, there's going

## Page 187

1  to be a bed to your left, and to your -- there's
2  going to be a floor to your right, like, probably,
3  like, two, three steps; then it's the toilet.  The
4  toilet and the sink.  That's it.
5      Q.  You don't have, like, a desk or anything
6  in it?
7      A.  No.  Not -- no.  Only certain cells have
8  desks.
9      Q.  Okay.  So --
10      A.  It -- it ain't really a desk.  It's a
11  shelf at the top.
12      Q.  Okay.  But in this -- in the north cell
13  house at the time in 2017, you'd look in:  Bed on
14  your left, two steps to the floor, and then where
15  was the toilet located?
16      A.  The toilet's back right.
17      Q.  Back right.  Okay.  And then where did
18  you -- how long did you stay in the strip-out cell
19  for on the first gallery?
20      A.  To the next day when I went on suicide
21  watch for having Wood write the scribe to mental
22  health.
23      Q.  So Wood was on the lower gallery with
24  you?

## Page 188

1      A.  Yes.  He was a few cells down.
2      Q.  Okay.  So the entire time you were in
3  the strip-out cell.  Then you had Wood write, and
4  then you went on the suicide watch?
5      A.  Yes.
6      Q.  Okay.
7      A.  Because I felt like that's why I was --
8  once I get over there from -- because Fikes got the
9  cell house; so I'm not going to get no treatment.
10  So if I go to the other side where I can go on
11  watch, I better get treatment; but, unfortunately, I
12  didn't get that.
13      Q.  Okay.  So the entire time you were in
14  the strip-out cell did you ask for medical
15  treatment?
16      A.  Yes.  I couldn't really -- I had called
17  to my neighbor, Wood, to tell him to write it, and
18  everybody was, like, kicking and yelling for the
19  man.  I was in pain.  I felt like I was
20  hyperventilating.  Like, I was short of breath; so I
21  could don't no -- too much yelling.
22      Q.  Okay.  Did you talk to any other
23  officers that day?
24      A.  Second shift came, but second shift

47 (Pages 185 to 188)

KALVIN CLARK  8/23/2019

## Page 189

1 ignored me; so I knew first shift -- because, you
2 know, they give them a layout.
3 How they do that down there: You have a
4 problem -- if they have a problem with somebody,
5 second shift come. They usually tell them officers,
6 like, "Whatever he ask for, don't give it to him"
7 type; so the officers steady not --
8 I'm telling them, "I need health care.
9 I need health care. Get me a lieutenant."
10 They'll just say, "I ain't lead."
11 Q. Okay. Do you remember any of their
12 names?
13 A. No
14 Q. What about third shift? Did you tell
15 anyone on third shift?
16 A. Yes.
17 Q. Who did you tell?
18 A. Midnight it was -- it was -- I fixing to
19 tell you his name. I know his name. It was Biros.
20 It was a sarg --
21 Q. Okay.
22 A. -- named Biros.
23 COURT REPORTER: Say the name again,
24 please.

## Page 190

1 MR. CLARK: I believe it's pronounced
2 Biros.
3 Q. (By Ms. Boyle) B-I-r-o-s?
4 A. Yes. Biros.
5 Q. Okay. And then you told him that you
6 needed medical care?
7 A. Yes. He never came back. But when I
8 went on suicide watch a couple of days later, he
9 was -- he was the sarg that was working the watch
10 house, the suicide watch house; and I complained to
11 him, and he reported it to Jade and Jade -- he -- he
12 was, like, "She going to come over here for med
13 line."
14 And that's when -- I told you Jade told
15 me, "I should have thought about it before I" --
16 Q. Sure. Did you file any grievances about
17 the September 3rd incident?
18 A. Yes.
19 Q. Do you remember approximately when you
20 filed those?
21 A. I filed it, like -- I know it was right
22 when I got off watch.
23 Q. Okay.
24 A. Because I was on watch for, like, a

## Page 191

1 week. I was on watch for a little while.
2 Q. Did you get a response to that
3 grievance?
4 A. Yes.
5 Q. What was the response, to your memory?
6 A. Same one: They ask the officers. The
7 officers don't have no knowledge of it.
8 Q. Did you appeal it to the next level?
9 A. Yeah, I sent it to -- it came from the
10 grievance -- or the counselor. I sent it to the
11 grievance office.
12 Q. Did you get a response from the
13 grievance office?
14 A. Yes. They said the allegations that
15 was -- that was spoken -- basically, they don't have
16 no proof of that. The officers -- they -- with the
17 grievance office, when you writing it for staff
18 conduct, the first thing they do is ask the officer;
19 and, of course, the officer's going to deny it.
20 Once the officers deny it, that's they -- that's
21 their answer you going to get -- the officers don't
22 know what you're talking about. They don't recall
23 using excessive force or any of that.
24 Q. Okay.

## Page 192

1 A. And after I did the grievance, I sent it
2 to Springfield.
3 Q. Did anyone from IA ever come and talk to
4 you about the incident?
5 A. Once I start getting into my lawsuit
6 process. But at that time? No.
7 Q. Okay. Who came to talk to when you --
8 strike that.
9 Was the visit from IA have to do with
10 this particular lawsuit or a separate incident?
11 A. No. It got to do with -- they was,
12 like -- they was -- it was a separate incident.
13 Q. Okay.
14 A. But IA came and interviewed me down here
15 about it, and they was asking me what happened
16 September 3rd and all that; and I didn't know what
17 side -- I didn't know what was they motive, and I
18 didn't have no --
19 Q. Sure.
20 A. -- representation; so I didn't know
21 because I wasn't talking to y'all. I wasn't
22 talking -- I was talking to IA, and I know they part
23 of IDOC; so I wasn't answering questions. I was,
24 like, I wasn't going to talk until a lawyer present.

48 (Pages 189 to 192)

ALARIS LITIGATION SERVICES
www.alaris.us      Phone: 1.800.280.3376      Fax: 314.644.1334

KALVIN CLARK  8/23/2019

## Page 193

1    Q.   Okay. Do you remember if those IA
2  people were from Springfield? Did they tell you
3  they were from Springfield?
4         A.   They came and seen me. They took me up
5  to the Investigation; so I thought they was from the
6  building. They never said. They just said they was
7  getting the documents. Somebody told them to come
8  document me about this complaint and all that and
9  what happened. I was, like --
10        Q.   And you testified just now that you
11  didn't really answer their questions because you
12  wanted an attorney present?
13        A.   Yes. I wasn't signing no papers or
14  really answering no accurate, like -- I wasn't --
15        Q.   Okay. Was it one or two people that
16  came to speak to you?
17        A.   It was one, but he came twice. One of
18  the IA officers -- I know he still work down here.
19  He -- he the one that always come in both cell
20  houses.
21        Q.   What's his name?
22        A.   I don't know. What that's --
23              (Witness talking to the
24               correctional officer that's

## Page 194

1              in the room.)
2         CORRECTIONAL OFFICER: Shevlin.
3         A.   Shevlin. Shevlin or something.
4         Q.   (By Ms. Boyle) How do you spell that?
5  Do you know?
6         CORRECTIONAL OFFICER: S-h-e-v --
7         A.   S-h-e-v --
8         CORRECTIONAL OFFICER: -l-i-n.
9         A.   --l-i-n.
10        Q.   (By Ms. Boyle) And that's the IA
11  officer that you know to come have spoken to you
12  twice?
13        A.   Yeah, while I was down here.
14        Q.   In Stateville?
15        A.   Yeah. 2019.
16        Q.   Okay. And he came to talk to you about
17  the incident September 3, 2017?
18        A.   Yes.
19        Q.   Okay.
20        A.   What I think was -- it's so late; so I
21  thought it was, like, they was trying -- I don't
22  know. They trying to trick me. I don't know what
23  they was trying to do.
24        Q.   Do you remember what he looks like? Was

## Page 195

1  it an older guy?
2         A.   He look Hispanic. He got hair on his
3  face. He got some beard.
4         Q.   So Hispanic with a beard?
5         A.   Yeah. Short.
6         Q.   Okay. Older guy? Younger guy?
7         A.   Older.
8         Q.   Like, older than 60?
9         A.   No. But older than 4 -- he look older
10  than 40.
11        Q.   Okay. Did anyone else talk to you about
12  that incident from September 3, 2017?
13        A.   There was another officer -- I mean
14  another investigator that was from IA after that,
15  like, two months later, but it ain't go that far.
16  The same thing: "I don't really know what you
17  talking about. I'm not signing no papers. I don't
18  know what's your motive."
19        Q.   Sure. Was it the same guy or someone
20  different?
21        A.   It was someone different.
22        Q.   Okay.
23        A.   I just got him bits and pieces, like --
24        Q.   Sure.

## Page 196

1         COURT REPORTER: I'm sorry?
2         A.   I just got him bits and pieces, like, "I
3  just got whooped by the officers. I -- I'll report
4  it when it's time to report it in court or whenever
5  it's time to report it, but not to y'all."
6         Q.   Okay. And no one from IA came to see
7  you after that second visit?
8         A.   No.
9         Q.   Okay. Have you spoken to anybody else
10  about the contents of this lawsuit?
11        A.   No.
12        Q.   You haven't spoken to any inmates about
13  the interaction you had with Fikes, Newkirk, and
14  Davis on September 3rd?
15        A.   Nope. I just be writing law firms to
16  look for -- telling them in my brief about the case
17  to get representation.
18        Q.   Okay. So you haven't spoken to any C/Os
19  about it at Stateville?
20        A.   No.
21        Q.   Did you talk to any medical staff at
22  Stateville about what happened on September 3, 2017?
23        A.   Medical staff?
24        Q.   Yeah. Like, nurses, med techs.

49 (Pages 193 to 196)

KALVIN CLARK  8/23/2019

## Page 197

1  A.  No. I did state that I came down on a
2  medical hold because of the pacemaker situation.
3  Q.  Okay. Okay.
4  A.  Even the officers that came from
5  Pontiac, that knew the situation that took place,
6  that is down here, I don't talk to.
7  Q.  Okay. Let me just look over my notes
8  really quick.
9  When you went to health care — no.
10  Strike that.
11  You didn't go to health care after the
12  incident happened; correct?
13  A.  No. Till later on. Right before —
14  about to go to UIC to get my —
15  Q.  Okay. That was the first time you had
16  health care after the September 3rd incident?
17  A.  It was — yeah, it was later on. It
18  wasn't — it was, like, weeks after.
19  Q.  Okay. Okay.
20  A.  Which I was trying to get an EKG and get
21  checked right then and there so there'd be a
22  document that day.
23  Q.  Sure.
24  Okay. Let me take a second to look over

## Page 198

1  my notes to see if I have anything else for you.
2  I have one more question for you,
3  Mr. Clark, and that — I believe Ms. Rice had
4  alluded to her earlier.
5  You said you wanted financial
6  compensation as a result of this lawsuit?
7  A.  Yes.
8  Q.  In regards to my clients — which is
9  Fikes, Davis and Newkirk and Culkin — how much
10  money are you looking from each of those people?
11  A.  Close to half a mill.
12  Q.  For each one? For Fikes, Davis,
13  Newkirk, and Culkin?
14  A.  Yes.
15  Q.  Okay. And how did you come to that
16  number?
17  A.  Because of pain and suffering and by
18  them blowing my left side so it put my — leave me
19  with just this side; so, if anything happens now or
20  if something from my fault, I — I won't be able to
21  get another pacemaker unless it's external. And the
22  surgeries and stuff I had to go through and pain,
23  and the scars that I got on my chest from that.
24  Like —

## Page 199

1  Q.  You have scars on your chest?
2  A.  Yeah. From after the surgery and all
3  that, yeah, because they —
4  Q.  Okay.
5  A.  — open so far.
6  Q.  How big — how big is your scar?
7  A.  Big. I had — I had a couple of
8  pictures. I don't know if y'all got it black and
9  white. That was with the lawsuit and the —
10  Q.  Okay.
11  A.  I have the color one.
12  Q.  How big is it now?
13  A.  Good size. You can tell. Like, people
14  will think I got — like, somebody took a knife and
15  opened me up, like. I don't know if you can — I
16  don't know if I can show you, but it's —
17  Q.  Just, like, longer than your finger?
18  A.  Yeah. It's about — about the size of
19  my middle finger but little longer —
20  Q.  Okay.
21  A.  — but it wide. You can tell that,
22  like, it was wide open. Like —
23  Q.  Sure.
24  A.  — you can see where the thin skin

## Page 200

1  where — like, where's the gaps was at or the hole.
2  It's kind of big.
3  Q.  Do you have any other marks on your body
4  other than that scar from this incident?
5  A.  No.
6  Q.  Okay. No.
7  Okay. Well, I don't have any further
8  questions.
9  Do you have any follow-up things?
10  MS. RICE: I don't.
11  MS. BOYLE: Okay. So you have — that
12  concludes your deposition, but you have two choices
13  for signatures.
14  And one choice is called waiving your
15  signature. Waiving your signature means that you
16  trust that the court reporter, who is off the
17  screen, has taken down everything accurately and
18  competently today.
19  If you reserve your signature, you have
20  the option to read your transcript. We'll send you
21  a copy of your transcript. You'll have something
22  called an errata sheet, which is just a piece of
23  paper. It's got some lines on it that you can
24  write, like, the page number that you think there

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                    Fax: 314.644.1334

KALVIN CLARK  8/23/2019

| A | | | | |
|---|---|---|---|---|
| A.M 3:13 5:10 114:1 | Aggravated 22:16 | ambulance 82:24 | 103:11 125:13 | 51:19 52:12 53:4,19 60:10 |
| a/k/a 123:3 | aggressively 135:4 | amount 66:8 107:21 | apologize 127:20 128:1 169:1 | 80:3 81:15 93:19 111:21 |
| abide 77:7 | ago 130:24 157:1 | amounts 59:11 | appeal 191:8 | 116:11,12 117:14 |
| ability 8:17 51:18 58:7 203:10 | agree 63:12 80:13 | and/or 139:11 Andrea 111:17 | appeals 29:14 appears 203:8 | 126:8 128:22 128:23 151:9 |
| able 8:21 16:12 17:9 28:8,10 | AGREED 5:1 ahead 10:5,5 | 145:12 anesthesia | appoint 15:20 appointment | 159:5 164:2 166:13 186:20 |
| 30:19 48:10 92:4 97:20 | 12:24,24 32:20 128:1 | 37:22 63:22 63:23,23 64:1 | 16:1 56:15 57:13,17 97:14 | asking 14:3 34:6 35:12,14 |
| 116:22 118:9 118:10,20 | ain't 65:13 66:24 67:15 | 64:1 anger 162:19 | appreciate 202:3 | 49:10 50:14 57:10,13 78:7 |
| 133:22 136:10 198:20 201:22 | 68:1,11 78:5 93:12 102:7 | angle 172:13 ankle 167:18,20 | approximate 22:2 43:1 57:2 | 96:24 97:7 101:23 102:19 |
| 201:23 | 102:24 103:22 | ankles 168:3 | approximately | 112:20 116:14 |
| abscess 82:5 82:13,16 83:9 | 107:9,9 116:18 142:5 144:2 | annoying 106:1 annual 55:23 | 85:9 126:21 184:8 190:19 | 120:9 121:10 133:1 134:11 |
| 83:18 | 150:19,22 156:4 164:6 | 55:24 56:18 answer 7:24 8:7 | area 17:23 74:17 76:23 101:2 | 153:11 160:13 163:23 192:15 |
| accidental 20:20 | 165:18 173:18 | 8:13,16,21 14:3 | 105:6,9 121:16 | assault 24:24 |
| accord 109:11 | 181:14 187:10 189:10 195:15 | 30:24 31:2,3,6 80:7 93:14 | 135:6 171:5 175:20 177:3 | assaulted 43:19 43:20 44:2 |
| accountable 106:14,19 | air 176:1 | 96:3 144:4 175:10 191:21 | 183:21 | assistance 15:24 |
| 107:12 | al 1:8 3:8 5:20 | 193:11 | arguing 174:12 181:6 | assistant 61:12 158:1 |
| accumulated 162:8,10 | Alaris 4:17 Alexandra 4:9 | answered 16:7 51:17,17 180:7 | arice@cassid... 4:11 | assume 8:8 |
| accurate 20:11 193:14 | 5:18 | answering 7:20 | Arizona 17:19 | athletic 114:15 141:3 150:14 |
| accurately 200:17 | aliases 19:6,16 allegation 34:1 | 7:21 171:23 192:23 193:14 | arm 138:15,17,21 168:4 182:1,6 | attach 120:10,14 120:19,22 |
| action 203:13,17 | allegations 191:14 | answers 7:14 51:16 | 182:9 | attack 157:8 |
| actions 106:14 106:19 107:12 | allege 52:6 134:9 | antibiotic 76:1 antibiotic's 76:5 | arm's 183:8 armed 24:6,8 | attempt 24:24 attend 125:5 |
| add 58:8 | Alleged 26:23 | antibiotics 66:1 | armpit 105:6,8 | attention 55:3,8 |
| addition 11:5 13:23 17:6 | allegedly 34:13 allow 67:24 | 66:2,2,11,21 66:23 75:22 | 176:15,16 arms 172:22,23 | 158:24 attorney 3:14 |
| admitted 86:7 | 107:12 | 75:24 76:18 | 174:4 175:24 | 4:5 30:4 |
| advised 35:23 | allowed 116:2 123:12 | 77:8,21 79:9 86:12,23 95:11 | 180:21 181:13 182:7,9,18 | 193:12 203:15 atypical 178:13 |
| affect 105:22 African-Ameri... | alluded 198:4 | 95:22 | arrived 81:14 | audio 89:3 |
| 142:14 | alteration 87:4 altercation | anxiety 162:21 anybody 130:6 | artery 84:3 artist 19:15 | 99:13 103:16 114:8 131:18 |
| Afternoon 113:16 | 181:9 | 196:9 | aside 133:14 | 133:17 149:22 |
| age 5:12 141:16 142:8 | altercations 177:18 178:18 | anymore 161:9 anytime 46:12 | asked 8:5 15:18 33:22 47:21 49:7 50:18 | 156:17 165:4 167:4 169:8 |

KALVIN CLARK  8/23/2019

## Page 201

1    should be a correction.
2          Now, as far as corrections, the only
3    corrections you can make are, like, spelling and
4    grammar. So, for example, if we spelled your name
5    wrong, you can say, "Line 1 says Clark is spelled
6    C-l-a-r-k-e, but it should be C-l-a-r-k." You
7    cannot change a yes to a no. You cannot change the
8    substance of your testimony and things of that
9    nature.
10         So the choice is up to you. Do you want
11   to waive, or do you want to reserve your signature?
12         MR. CLARK: Waive. There'll be a voice
13   docu -- it's getting voice documented too; right?
14   Like, it's being recorded voice --
15         MS. BOYLE: Everything's --
16         MR. CLARK: -- being wrotten down?
17         MS. BOYLE: Yeah. Everything we say is
18   being taken down by a court reporter, and that comes
19   out in a written transcript.
20         So, if you reserve your signature, you
21   would get a copy to review of the written
22   transcript, but you wouldn't be able to keep it.
23   You'd just be able to review it for any changes.
24         MR. CLARK: Right. Yeah. You say it's

## Page 202

1    only -- yeah, I waive my signature.
2          MS. BOYLE: Okay.
3          Well, I appreciate your time today,
4    Mr. Clark. It was nice to meet you, and I hope you
5    have a good rest of your day.
6          MR. CLARK: You too.
7          MS. BOYLE: Thanks.
8          COURT REPORTER: Transcript orders?
9          MS. BOYLE: PDF. No exhibits. Sending
10   it through the email is fine.
11         COURT REPORTER: We don't have any
12   exhibits; right?
13         MS. RICE: No.
14         MS. BOYLE: No.
15         COURT REPORTER: Okay.
16         MS. BOYLE: I just always say that.
17         MS. RICE: I'll take a PDF. Email is
18   fine.
19         (Deposition concluded at 1:09 P.M.)
20
21
22
23
24

## Page 203

1                 CERTIFICATE OF REPORTER

2    STATE OF ILLINOIS   )
                         ) ss.
3    COUNTY OF SANGAMON  )

4          I, ROBIN A. ENSTROM, a Registered
5    Professional Reporter and Certified Shorthand
6    Reporter within and for the State of Illinois, do
7    hereby certify that the witness whose testimony
8    appears in the foregoing deposition was duly sworn by
9    me; that the testimony of said witness was taken by
10   me to the best of my ability and thereafter reduced
11   to typewriting under my direction; that I am neither
12   counsel for, related to, nor employed by any of the
13   parties to the action in which this deposition was
14   taken; and further that I am not a relative or
15   employee of any attorney or counsel employed by the
16   parties thereto, nor financially or otherwise
17   interested in the outcome of the action.
18
19
20         /s/ Robin A. Enstrom
21
22         ROBIN A. ENSTROM
23         Illinois CSR No. 084-002046
24

51 (Pages 201 to 203)

KALVIN CLARK  8/23/2019

180:3
August 1:18 3:13
21:18 22:10
92:17,18,18
authorize 70:23
automatically
35:21,24
156:18,20
159:12 160:16
average 16:21
142:7,13
150:15
Aw 156:7
aware 6:6 8:20
129:18

**B**

B 2:9
B-i-r-o-s 190:3
back 22:8 28:9
30:23,24 31:2
34:8,13 38:4,7
40:19,20 43:9
43:11 50:7
57:18,20
64:18,21 67:3
67:12,24 69:2
69:23 70:6,8
70:11,16,24
71:4 74:5
76:18 77:22
80:20 82:4
86:4,19 88:17
88:23 89:22
90:6,7,9,15
91:2,5 93:3,5
93:10,15,17
94:11 97:23
98:16,20 99:9
99:10 100:5
103:1,9 108:2
108:2 111:1,3
113:5,5 116:24
121:8 125:11,16
126:24 128:14
128:24 132:21
133:21 134:12

134:13 135:8,8
142:16 156:3,5
158:11,24
159:19,23
163:6,9,14,19
164:12,15
166:24 169:18
170:15 171:2
172:22 174:1
175:6,18 176:4
176:21 177:3
180:22 181:7,8
182:6,18
183:12,13,14,14
184:4,5,24
185:24 187:16
187:17 190:7
background
25:17 144:1
backwards
172:9,10
174:14
bad 77:15
136:23 149:9
149:9
ball 52:3
bandage 71:18
71:19,20 72:3
72:6,12 73:1,2
74:2,13 76:11
barely 14:20,21
14:21,23
170:20
bars 117:23,24
118:18,19 119:9
baseball 114:14
based 14:3 30:9
30:10 49:16
51:6 58:3
87:20 135:24
144:11 151:3
152:13
bases 89:5
basically 10:1,4
10:10 11:12
13:20 17:17
25:9 39:11

42:10,13,15
59:16,22 61:17
62:8 64:1
65:2 76:20
81:14 82:17
84:12,24 85:3
85:4 97:7
109:9 118:21
123:18 154:15
164:12 170:8
191:15
bathroom
110:23,24
battery 37:18
37:20 38:6,12
38:21,24
39:13,21
beard 142:2,3
195:3,4
becoming
65:22 78:19
bed 47:20
185:9 187:1,13
bedroom 82:19
bedrooms
82:21
began 5:10
behalf 1:17 11:16
12:1 21:1
behavior 27:20
believe 21:18
22:10 25:14
30:17 31:8
33:12,19 44:14
49:1 56:21
59:11,15 60:3
62:1 70:3
71:15 74:22
76:2 81:3 85:9
89:18 90:14
92:12 106:21
111:20 112:7
125:22 143:2
144:17 162:8
180:6 190:1
198:3
belly 77:12

bench 35:9
183:23
bent 172:13
173:3 182:7,9
best 7:20 8:17
51:18 58:7,15
114:2 127:19
132:17 141:18
173:23 175:10
203:10
better 84:4
98:12 188:11
bi 160:14
big 67:20,22
73:6,7,7,7
78:19 101:2,5
122:9 142:6
150:19 168:2
171:8 199:6,6
199:7,12
200:2
bigger 75:21,21
79:17,17
bipolar 27:21
160:15,18,20
160:23,24
161:8
Biros 189:19,22
190:2,4
birthday 19:1
bit 20:16 69:19
92:9 112:4
171:18 182:1
bits 195:23
196:2
black 136:7
139:6,7,11,21
140:4,4 168:5
168:12 169:2,4
169:10,14
199:8
bleeding 33:3
152:15 153:4
blood 68:9
70:9 155:24
156:2
blowing 198:18

blown 89:21
92:3
blue 138:18,21
139:7,10,12,22
140:4
body 172:6
175:13 176:20
178:7,9,14
182:4 183:5
200:3
body-wise
177:22 178:2
bone 105:19
152:14
bones 153:4
181:10
books 16:17,18
16:18,19
born 18:18
Boston 39:3
bother 146:21
bottom 104:21
119:3 165:24
185:6,14,19,24
box 116:8 168:5
169:4,10,14
boxes 168:12
169:2
Boyle 2:5 4:5
5:23 6:3 18:9
18:11,14 20:23
110:13,16,21
111:3,7,11,12
120:5,11,15,18
120:24 121:5,7
121:12,17,19
146:19,20
147:24 148:2,4
148:6,15,16
165:12 168:17
168:20,24
182:16 190:3
194:4,10
200:11 201:15
201:17 202:2
202:7,9,14,16
brand 39:1

KALVIN CLARK  8/23/2019

break 8:11,14
  69:18 92:8
  110:12,17,18,22
  120:19 181:21
breaking 181:10
breath 33:2
  36:2 46:19
  81:19 130:22
  152:15,17
  153:15,22
  154:3 188:20
brief 196:16
briefly 111:13
  130:14 137:7
  142:16
briefs 51:14
bring 51:2
  154:16 155:16
  155:17 156:11
  156:11 180:15
bringing 128:14
  142:17
broke 61:23
  62:1,8
broken 152:9,14
  153:4
brother 17:17
  179:6
brought 83:5
  124:7 134:14
  180:19,20
  184:23 185:4
brown 139:2
bucket 153:2,4
building 169:7
  193:6
bullpen 174:18
  174:19 175:3
  183:20,21
  184:11
bullshit 164:13
bumps 73:20
bunch 117:22
bunk 185:14,19
  185:24
business 9:13
  103:21

bust 171:6
butt 170:11
  175:17
button 77:12
button-up 139:6
  139:11
buy 116:2

**C**

C 4:1 27:16
C-l-a-r-k 6:12
  201:6
C-l-a-r-k-e
  201:6
C/O 68:4 78:12
  78:13,14 87:8
  91:6,10 96:16
  98:9 154:4,8
  154:10 155:14
  155:15 163:19
  163:20
C/Os 196:18
cage 183:24
call 11:24 19:13
  19:20 31:12
  32:4,12 33:8
  47:14 48:16
  72:1 82:18
  93:20 94:15
  103:3 117:6
  136:18 146:20
  146:22 151:10
  151:14,21 153:9
  153:21 154:9,11
  155:14 157:19
  157:19 172:4
  183:24 184:17
called 32:8
  69:10 82:20
  116:22 142:1
  158:7,10
  163:19 168:10
  188:16 200:14
  200:22
calling 68:22
  82:14 115:20
  116:3,18,21

154:1
camera 174:22
Capitol 4:17
car 22:16
card 143:9,15
  143:23
cardiac 79:20
  79:20
cardiologist
  11:15 37:10,13
  40:10,13,16,24
  56:15 57:11
  61:3,6,11 63:10
  66:9,24 69:12
  77:2,5 82:11
  82:19,21 90:3
  91:23 95:14
  97:24 104:8
  124:9 127:9,13
  127:14 128:5,7
cardiology 80:4
cardiomyopat...
  36:12 41:24
  42:2
care 31:19 32:17
  33:6 40:12
  41:2 45:6,21
  46:1,7 47:1,6
  47:12 48:5
  55:16,18,20
  56:17,17 57:9
  59:3,20 65:11
  65:11 66:8
  68:14,15 69:1
  69:9 71:11
  72:5,8 73:4
  73:24 74:8
  75:14 78:16
  86:18 90:8
  91:9,11,22
  94:7 98:8,11
  98:21 101:24
  102:20 144:10
  144:12 154:22
  155:3 156:10
  156:21 157:2
  157:12 158:5

167:9 176:8
  189:8,9 190:6
  197:9,11,16
Career 25:23
  26:4
Carlock 68:4,7
carried 162:17
  162:18
carry 143:12,13
cart 165:21
case 1:7 3:6
  5:19 7:3 10:24
  11:9 12:11 14:16
  16:4 21:9,13
  22:6 29:10,11
  29:14,18,23
  30:2 33:12
  98:3 106:11
  112:5 146:12
  161:12,12 162:3
  196:16
cases 29:8,13
  29:21
Cassiday 4:9
catalog 162:2
catalyst 129:6
catch 97:21
Caucasian
  114:11 140:21
  142:13,15
caught 10:7
  33:18
cause 9:22
  42:11 63:23
caused 11:19
cell 34:4 35:11
  35:12 46:13
  47:17,18
  50:20 57:19
  57:21 64:21
  67:12 69:23
  70:6,8,16,20
  70:21,23,24
  71:5,14,17
  76:19 77:23
  86:14,20 90:9
  93:11,17 98:13

103:1,11 117:15
  118:10,23 119:4
  119:11 122:5
  123:2,4,11
  130:5 131:10
  131:24,24
  132:2,24
  133:2,3,6,6,17
  133:20 134:2
  143:14 144:5
  148:22 153:13
  153:14 154:11
  154:20 155:16
  156:4,6 158:12
  164:20 165:2
  165:2,9,13,16
  165:19 166:3
  169:10 174:16
  175:8 180:15
  180:20 184:3
  184:23 185:1,4
  185:5,7,8
  186:4,10,11,12
  186:15,16,22
  186:22,23,24
  187:12,18
  188:3,9,14
  193:19
cellmates 9:11
cells 115:23
  117:20,22
  118:11 122:21
  135:19 175:4
  187:7 188:1
center 3:17 11:19
  21:7 183:13
centimeters
  82:7
Central 1:2 3:2
  5:21 18:1
certain 33:9
  66:7 85:19
  95:21 174:8
  187:7
CERTIFICATE
  203:1
certificates

KALVIN CLARK  8/23/2019

27:21 163:8
Certified 3:18
  203:5
certify 203:7
chain 167:15
chance 12:16
  105:16
chances 44:12
  44:12
change 65:1,2,4
  65:24 66:3
  67:6,10,11 74:3
  75:13,15,17,19
  78:4 90:12,16
  90:20,23 91:2
  91:7,12 93:13
  93:16,20,21
  93:24 94:7,8
  94:12,16,18,19
  95:2 96:8,12
  96:15,15 97:3
  97:4,6,6 98:10
  98:18 99:4
  102:2,3,8,13
  103:22,23
  104:2 105:14
  137:20 138:4
  201:7,7
changed 52:2
  73:2 91:2
  102:19
changes 71:23
  77:22 79:4
  94:22 102:6
  102:15 201:23
changing 84:11
  136:7
charges 23:14
  159:13
check 54:14
  59:7 70:22
  77:16 104:7
  151:16 156:1
checked 20:8
  39:7,8,9 41:12
  55:13 56:23
  56:24 61:8

64:20 197:21
checking 54:18
  84:7
checks 39:4
checkup 55:23
  55:24 56:18
  78:11
chest 33:2 36:2
  38:8 46:19
  49:6,6,14
  50:24 58:18
  65:5 73:7,22
  77:11,12 79:18
  81:17 83:7
  89:21 92:4
  101:7 104:21
  104:22 105:11
  130:22 136:12
  152:15 153:15
  154:4 156:17
  156:23 157:2
  157:7 169:20
  170:17 171:2,8
  171:8,9 182:6
  182:18,24
  183:4,6
  198:23 199:1
Chicago 17:20
  17:22 18:16,17
  37:10
child 19:14,15
chills 73:20
choice 80:11
  81:5 200:14
  201:10
choices 200:12
chose 124:17
chow 163:15
  165:13
chuck 119:8,10
  119:18,21
chuckhole
  116:16 121:11
  122:4,9
  134:22,23
  135:20 165:21
  165:22,23,24

chuckholes
  119:1 121:19
  133:16
chucks 119:7
  133:7
church 170:3
circulate 148:14
claim 22:2 30:9
  43:18 108:6
claims 21:13,22
  33:12,13
clarification
  111:20
clarified 153:1
clarify 8:6 15:16
  36:6 44:16
  52:5 57:12
  115:9 146:4
  147:6
Clark 1:5,16 3:4
  3:11 4:3 5:11,17
  5:20 6:12,13
  16:12 24:9
  26:4 29:1
  37:13 58:12
  91:12 92:7
  96:4 98:17,17
  110:20 111:6
  120:16,17 121:6
  121:15 146:7,10
  146:14,23
  147:8,11,13,15
  147:18,21
  148:8,12 165:7
  166:6,9 190:1
  198:3 201:5,12
  201:16,24
  202:4,6
class 27:18 28:3
classes 26:8
  27:19,21 28:1
  28:11 163:2,3
clean 27:6 65:1
  65:2,3 74:5,17
  77:22 91:19
  96:19
cleaning 67:6

clear 10:14
  153:6
clearance
  127:12
clearly 6:14 7:16
  139:24
client 52:3
clients 106:17
  198:8
close 24:21
  67:24 90:4
  92:3 126:1
  198:11
closed 68:18
  100:4
closer 176:14,14
  176:15
clothes 166:7,9
co-counsel
  10:18 11:6
  12:14
cold 152:11
color 105:19
  199:11
com 99:8
combination
  37:4
combination's
  186:18
come 46:13
  50:7 54:21,22
  57:21 61:11,12
  64:2 70:22
  71:14 75:11
  78:11 93:3,7
  96:24 97:20
  98:13,14,16
  99:9,10 103:12
  103:12 104:1
  107:21 111:1,3
  117:13 122:5
  124:10 132:21
  138:14 153:17
  154:8 156:17
  164:10 169:3
  174:16,17
  175:2 177:4,4

178:5,16 184:4
  189:5 190:12
  192:3 193:7,19
  194:11 198:15
comes 14:9
  32:23 154:14
  201:18
comfortable
  146:21
coming 48:13
  53:13 54:14
  71:15,15
  135:22 149:22
  150:1 164:21
  164:21 165:1
  173:13 181:7
comment 87:11
comments 87:2
commissary
  116:2 123:1,12
  123:13
compensation
  106:15,18
  198:6
competently
  200:18
complain 61:19
  72:23 98:22
  118:14
complained
  49:5 51:22
  58:18 60:16
  154:21 190:10
complaining
  10:12 46:9,10
  46:11,18 49:6
  49:14 60:6,7
  74:14 81:1 97:7
  102:18 130:21
complaint 10:11
  15:7,10,23
  22:6,9 30:16
  40:23 49:20
  51:12,14,20
  52:16 56:19
  58:6,13,17
  59:23 60:21

KALVIN CLARK  8/23/2019

108:9 109:13
109:18 193:8
complaints 51:1
 56:4 79:8
completely
 100:4 155:10
complications
 38:17 83:11
computer 85:1
 85:2,7
concern 82:5
concerns 21:10
concluded
 202:19
concludes
 200:12
concrete 167:6
 171:11
condition 36:9
 36:11 41:22
 54:19 185:13
conditions
 160:11
conduct 27:15
 59:11 138:5
 191:18
conflicting
 145:22
confused 49:3
 49:20 123:17
 146:13 161:18
confusing 161:17
congenitive
 36:21,21
conjunction
 163:2
connect 62:22
connected
 167:21
consented
 63:14
considerably
 148:16
considered
 18:4,6 33:1
 142:6
constantly 52:4

183:16
contact 12:4
 77:4
contents 196:10
contraband
 33:19 116:15
 117:4 186:10
control 43:14
 83:5 84:6
 102:2 186:7
convicted 23:12
 23:20,22
 24:2
conviction
 22:15,21,24
 23:5,11
convictions
 23:9
Cook 23:3,4
 39:22 40:3,5
cool 149:10
copies 13:22
copy 9:2 14:15
 200:21 201:21
cord 120:10,20
cords 120:14,23
corner 176:13
correct 12:14
 17:10 21:4
 38:10 39:21
 60:4 73:18
 86:5 89:8,12
 111:22 130:12
 132:3 143:5
 144:19 151:4
 155:14 159:6
 159:17 176:18
 178:23 197:12
correction 201:1
correctional
 3:17 11:19 21:7
 21:14 33:5
 43:11,19 47:8
 112:10 120:3,8
 120:12,21
 121:2 131:9
 134:1 138:12

138:20 139:1
139:10,12,19
139:24 148:20
159:1 168:9
193:24 194:2
194:6,8
correctioner
 139:17
corrections 21:4
 22:12 23:6,19
 23:24 24:17
 40:6,10
 124:22 201:2
 201:3
correctly 21:22
 124:19 125:4
 160:19 162:7
correspond
 17:12
corresponde...
 25:22
cough 152:21
coughing 152:11
 152:24 153:2
counsel 5:2
 15:14,15,20
 16:1 203:12,15
counselor
 30:18,18
 191:10
count 27:22
counts 138:5
county 23:2
 39:22 40:3,5
 203:3
couple 36:5
 70:7 86:18,19
 121:1 130:24
 156:24 190:8
 199:7
course 80:15
 81:2 191:19
court 1:1 3:1 4:15
 6:24 7:4,13
 10:8 24:7,10
 26:2,5 28:23
 29:3 37:11

58:10 96:2
109:11 121:10
121:13,22
149:23 165:5
165:11 182:12
182:15 189:23
196:1,4 200:16
201:18 202:8
202:11,15
covered 70:11
 93:9
covering 89:5
crack 118:9
crazy 161:17
creating 76:21
crime 24:3,5
crimes 23:20
 23:23 24:13
criminal 29:10
 29:11,14,18
 30:2
crisis 34:4,6,8
 34:15 57:5,15
 57:18,18 134:11
 134:18 142:19
 159:6,16 160:1
 160:3,5
 163:22,23
 164:2,5,6,7,8
 164:9 165:4,9
 166:4,5,12,13
 166:15
cry 160:2
CSR 4:16,16 5:4
 203:23
CT 13:16 81:22
 82:3
cuff 34:14 122:3
 122:12,18,20
 134:16,17 135:1
 154:17 166:7
 166:10,16,17,17
 168:2
cuffed 34:16,17
 35:9 134:21,21
 134:23 166:1
 172:22 173:4

cuffing 34:16
 121:20
cuffs 165:24
 167:14,16
 168:2,3 169:3
 173:6 177:1
 182:19 184:5
Culkin 5:24
 33:18 111:15
 112:7 129:1
 130:16 148:6,7
 198:9,13
cure 11:17 84:4
 152:12
current 22:14
 40:16
currently 21:3
cursing 159:23
custody 39:20
 40:5 123:8
cut 83:18 127:21
 142:9 162:21
 163:6 165:5

———————
D

D 2:1
daily 71:22 79:3
 102:6,8
damage 44:14
 100:24 178:17
damages 106:9
dark 114:17
 139:7,8,10
 140:2,3,4
darkish 139:22
date 22:2,20
 43:1 49:3,10
 52:2,6 57:2
 59:11 93:22
 96:10 103:9
 158:24
dates 59:14
 127:7
Davis 5:20,24
 34:11,22 46:12
 109:4 111:15
 131:6 134:1,14

KALVIN CLARK  8/23/2019

135:15 136:15
137:8,9 141:22
141:23 144:7
148:4,5 165:4
177:10 180:8
180:12,19,24
181:1 184:24
196:14 198:9
198:12
day 3:12,14 17:4
17:5 35:14
36:4 46:10
50:3 54:23
55:6 58:13
60:14 61:19,19
62:5 64:18
67:13 70:20
70:21 75:12,15
75:21 77:9
84:6,11 93:4
94:9,22 95:4
96:13,15,23
102:13 113:15
113:19,22
117:13 118:14
123:2 130:10
131:18,19,22
185:7 187:20
188:23 197:22
202:5
days 13:13 32:9
32:10 39:7
43:6,6 50:7
64:20 65:5,21
66:8,13 69:12
70:8 71:10
72:20 73:14,14
76:1 79:14
90:4,24 93:18
97:4 112:13
126:9 148:11
151:19,22
190:8
deaf 35:13
51:23 97:8
deal 90:18 91:11
91:14 98:23

105:20
dealing 91:22
92:7
December
22:13
decided 78:3
98:2 99:6
156:9
decision 30:19
30:20 31:7
80:9
deemed 32:21
103:19 161:16
161:20,22
162:13
defend 52:3
defendant
48:23 108:14
108:21 109:19
defendants 1:9
1:17 3:9 4:4,8
5:2,13 6:6
110:6 111:15
112:4 145:1
147:17
defib 85:4,4
defibrillator
37:4 39:1 41:17
62:23 84:14
84:19 87:24
88:16 104:15
defibrillator's
104:5
defibs 38:22
definitely 141:12
degrees 173:3
deliberate
59:12 60:3
deliberately
52:7,10 59:15
demand 93:15
deny 129:23
191:19,20
denying 34:4
69:16
dep 9:2
Department

21:4 22:12
23:6,19,24
24:17 40:6,9
124:22
depending
40:13
deposition 1:16
3:11 5:3,10
6:18 7:1 8:24
9:6,12,19
169:4,11
200:12
202:19 203:8
203:13
depression
27:21 160:21
160:23 162:20
describe 150:10
159:21 186:21
described 17:7
DESCRIPTION
2:11
desk 187:5,10
desks 187:8
despite 95:6
detailed 175:7
details 130:15
detain 184:1
detectors 143:11
determination
158:2
determine
36:20 155:21
developing
98:3
device 38:4,8
41:11,14 44:14
61:8,15,20,20
61:23 62:1,7,8
62:9,13,14,15
62:19,21
64:20,22
82:12 83:16,17
88:17,23
89:22 92:4
97:17 104:20
105:23 171:21

devices 108:2
diagnose
160:15
diagnosed
36:15 42:1
160:20 161:2
diagnosis
160:23
Dicks 5:24 49:7
111:16 144:14
144:15 145:4
146:5 147:10
174:6
die 153:17
died 155:10
161:6
difference
123:17 153:8
different 40:13
66:2 122:6
130:9 195:20
195:21
differently
58:21 79:13
101:19,21
diploma 25:22
26:7
direct 158:23
directing 181:7
direction 203:11
directly 183:1
dirty 26:23 27:2
98:4 99:6
disagreed 80:8
80:14 81:2
disagreement
129:6 159:16
159:22 163:9
discharge 41:15
discharged
41:17
disciplinary
24:18 27:8
discipline 27:13
disciplined 25:1
discomfort
104:22 105:12

105:22 106:6
discovery 16:10
51:16
discuss 64:4
discussed 5:18
64:8
discussion
64:11
dishonesty
23:23 24:13
dismiss 108:7,8
108:13,15,21
108:24 109:9
109:14,15,17,17
109:19 110:1
144:16,19
145:4,23
146:5,15 147:7
147:16
dismissal 109:9
144:22,23
147:6
dismissed
108:23
disobey 24:23
disorder 160:23
161:1
disrespect
137:3
disrespectful
129:24
disrespecting
35:3
District 1:1,2 3:1
3:2 5:21 18:2
DIVISION 1:3
3:3
Dixon 128:15
DOC 25:23
doctor 40:18,21
79:23,24 80:1
91:10 112:1
151:14,17,18,20
151:22 152:2
152:19,23
153:3 157:12
157:17,19,20

KALVIN CLARK  8/23/2019

157:24 158:2
doctor's 157:18
docu 201:13
document 13:3
13:6 14:13
60:9 193:8
197:22
documented
59:24 78:5
201:13
documents 9:18
12:10,17,20
13:8,9,10,11,18
14:7,11 193:7
doing 7:17
62:19 67:2,5
68:5 76:5 77:1
77:8 79:16
80:2 90:22
98:23 129:14
142:20 149:14
173:18,19
175:22,23
176:1 181:24
domestic 24:9
door 34:20
48:7,8 53:3,6
103:13 116:4
118:16,17
119:13,16,21
122:11 133:6,21
134:13,22
135:3,21
138:14 142:18
143:16,16
153:18 154:1,6
163:14,14,19
165:3 166:20
166:22,22,23
169:17 173:16
doors 122:7
dosage 75:2
84:7
dose 75:1
double 119:7
133:7
downstairs

35:7 71:16
174:17,17
Dr 40:17 56:2,18
57:9,14,18
59:3,5 82:22
127:15,16
draft 15:24
drain 83:20,22
83:23 84:11
85:15
drainage 66:6,7
66:16 69:10
74:3 75:23
draining 67:18
76:15 79:18
drawl 168:23
dressing 65:1
65:24 66:3
67:6,10,11
71:23 74:3
75:12,15,16,19
77:22 78:4
79:4 90:12,16
90:20,23 91:1
91:7,11,19,19
93:13,16,20,21
93:24 94:3,7
94:8,12,16,18
94:20,22
95:2 96:8,12
96:14,15 97:3
97:4,5,6 98:4
98:5,9,18
99:5,6 102:2
102:3,6,8,12
102:15,19
103:22,23
104:2
drink 66:11
Drive 3:15
drop 26:23
27:2 89:3
99:13 103:17
114:8 131:18
133:18 149:22
156:17 165:4
167:4 169:8

180:3
drug 26:24
drugs 27:6
due 25:10 39:6
43:7 62:7
96:4 105:16
107:22 130:17
duly 203:8

---

**E**

E 2:1,9 4:1,1
earlier 5:18
33:13 167:12
177:17 198:4
early 142:11
161:3 162:5,22
162:23 163:8
ears 35:13
51:23 97:8
easier 7:15
147:4
easily 108:22
east 94:14 119:8
119:11 123:4,14
123:15,19
130:5 131:10
131:16,24
133:2 148:24
163:24 164:1
eating 20:21
education 25:17
educational
16:18 25:16
effect 7:10 9:22
effects 9:23
10:2
eight 177:15
either 28:14
93:23 101:22
132:18 154:15
155:16
EKG 56:5,20
57:9 59:7
197:20
eliminate 182:1
email 202:10,17
emergency

32:19,21,22
33:1,7,10
103:19 153:8,11
154:21 155:15
157:19 158:8
158:10,20
employed
203:12,15
employee 25:3
203:15
employees
32:18
ends 22:3
Enstrom 3:17
4:16 5:4
203:4,22
enter 21:16
124:23
entered 39:20
125:17
entering 115:12
entire 31:10
32:15 40:8,24
41:2 188:2,13
entirety 185:20
entry 40:6
episodes 39:14
41:6 104:16
ER 79:19
errata 200:22
escort 156:10
174:2
escorted 144:12
157:11
et 1:8 3:8 5:20
evaluate 154:18
154:20 155:21
events 21:10
eventually
85:22
everybody 6:8
48:8 58:6,8
96:24 108:18
116:20 147:20
164:19,23
173:16 188:18
Everything's

201:15
evil 129:14
exact 50:2
105:3 141:20
Exactly 186:19
EXAMINATION
5:15 111:10
examined 3:12
5:13
example 170:2
201:4
excessive
42:24 44:7
60:12 61:14
62:2 128:20
137:14 186:7
191:23
excluding
152:21
Excuse 127:1
exhaust 31:7
EXHIBIT 2:11
exhibits 2:13
202:9,12
expect 96:18
expecting 11:23
148:11
experienced
80:4
experiencing
153:8
explain 119:15
145:23
explains 144:24
explanation 8:1
explosive
160:24
expressly 5:6
extended 170:9
external 84:18
88:1 92:5
198:21
extract 83:14,15
eye 30:12 129:3
129:3
eyes 142:4

KALVIN CLARK  8/23/2019

**F**

face 135:5
    142:9 167:4
    171:3,6,7,10,10
    171:12,13
    177:21 178:1,6
    178:17 195:3
facial 150:23,24
facilities 124:3
    124:15
facility 35:8,9
    40:14 80:9
    95:20,21
    123:21 124:11
    124:14,23
    125:15,16,16
    128:13 129:4
    156:22
facing 119:20
fact 136:12
fair 8:9 40:8
    129:5
fairly 16:20
falling 35:13
    51:23
false 25:2,9,11
    33:24 34:1
family 9:12 17:17
    17:18,21 18:1
    41:21 111:24
far 67:19 110:6
    132:16 170:20
    180:21 195:15
    199:5 201:2
farm 29:2 45:1
    125:7,7,17,21
    185:23
fast 44:15
    179:18
Fat 114:12 150:13
fault 198:20
fear 60:1,12
February 43:9
    67:9,15 70:4
    78:2 158:15,21
feel 32:22

59:23 73:22
76:24 79:18
101:4,5,6
105:9,13 151:17
152:3 153:16
154:19 156:4
156:14 170:17
175:13 180:5
181:17,20
184:13
feeling 73:15,16
    73:23 167:2
    183:18
feet 137:10
    167:2,16
    169:23 170:12
    177:8
fell 77:9 97:8
    171:2
fellow 15:24
    44:11 52:18
felonies 23:12
felony 23:8
felt 33:23 41:12
    156:15 170:19
    170:20 171:18
    175:19 188:7
    188:19
female 99:2
females 99:3
fever 66:16
    77:16
fight 25:10 44:11
    44:17 45:5,12
    45:18 177:24
    178:13,16 179:1
    179:10
fighting 179:12
fights 44:4,18
    179:9
figure 50:2 51:5
    81:1
Fike 6:1 111:15
    138:8,9 140:6
    142:17,17
Fikes 34:11,22
    34:23 46:12

109:4 134:14
135:14 141:8
148:2,3 165:4
166:21 174:3,3
175:21 176:21
176:21,23,24
177:12 180:9
180:18,18,21
180:23,24
181:6,7 184:14
184:24 188:8
196:13 198:9
198:12
file 22:5,9
    30:16 58:14
    109:10 190:16
filed 5:20 29:8
    29:11,12,20,24
    58:7 108:11
    109:13 190:20
    190:21
filing 108:16,18
fill 31:18
finally 158:16
financial 106:15
    106:18 198:5
financially
    203:16
fine 14:11 20:22
    100:13 104:5
    140:19 202:10
    202:18
finger 199:17,19
finish 7:19,21
    111:4
firearm 22:16
firms 196:15
first 6:11 21:16
    28:21 43:6,6
    43:23 44:22
    46:10,13 52:6
    64:19 79:14
    105:7,16 112:3
    115:8,10,11,13
    118:2,3 124:21
    125:6 132:19
    140:12,14

151:14 153:17
154:6,8 155:6
166:21 171:6,8
179:11,11 180:8
185:3,5 187:19
189:1 191:18
197:15
fit 119:19
five 132:11,22
    134:13 164:18
    179:22,24
five-minute
    120:19
five-to-ten
    110:17
fix 108:20
fixing 189:18
flab 182:23
flag 72:2
flagged 72:4
flat 171:2
flatline 154:16
flatlining 156:6
floated 149:3
floor 34:5,21
    46:14,14
    169:22 187:2
    187:14
focus 30:11
    33:11
follow 68:6
follow-up 97:24
    128:18 200:9
following 45:18
    45:24 75:3
follows 5:14
food 121:20,21
    122:2
foot 20:4
force 42:24
    44:7 60:12
    61:14 62:2
    128:20 137:14
    169:19 186:6,7
    191:23
forced 180:22
forcing 87:9

foregoing
    203:8
Forest 17:19
forgery 24:14
forget 166:15
forgot 84:3
formal 111:21
forth 34:9,13
    67:3 93:15
    116:24 134:12
    159:19,24
    164:12,15
forward 118:21
forwards 172:14
found 22:17,19
    62:16
four 118:11 147:17
    62:8,11,12
    152:9
Francis 111:16
free 122:18
fresh 43:7 99:15
    103:2
freshman 25:19
    28:15
friend 48:18
front 7:11 13:11
    13:24 98:17
    122:12 171:7
    174:7,9 180:23
    180:23
fully 177:2
function 42:12
functioning
    39:13
further 200:7
    203:14

**G**

gained 20:15
galleries 97:1
    117:21 118:3,7
    132:6
gallery 35:7,11
    35:12 46:15
    47:17,18 49:15

*Exhibit 1*                    EXHIBIT C

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL   Center

Offender Information:

Clark                Kalvin            MI    ID#: M33471
Last Name            First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/31/18 10:20p 98.6 78p/ller 142/89 98/.02 RA | RN Note: S) "They just gave me norcos at about 5 so I'm good right now" O) I'm U/C writ return S/p surgery to replace defib ICD leads. NAD VS WNL, LS clear in all fields, BS active x 4 quads, PERRLA intact, Sling on ® arm. Drsg on site ® chest intact. A) s/p surgery / UIC writ | P) ① Dr. Funk contacted for t/o as follows: 1) admit to inf 23° obs 2) f/u c̄ MD 2/1/18 3) Tylenol #3 2 tabs PO QID PRN x 5 days ② CPM - place in inf per security E) educated on incentive spirometer use, ↑ fluids, keep sling for use as per UIC, pain medications, stated understanding. MW Wilking RN |
| 2/1/18 6:30A | RN Note S: Can I have some pain meds | P: F/u c̄ PA/NP this AM |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0684 (Eff. 9/2002)
(Replaces DC 7147)

CLARK - Medical Records - Bates #000283

_Exhibit I-2_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL     Center

Offender Information:

Clark          Kalven          ID#: M33471
Last Name          First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/1/18 10³⁰ A | O: Offender slept thru the night having pain to left upper chest from procedure. Tyl #3 2 tabs given. Rates pain le on 1-10 scale. Enc. use of incentive spirometer. A: pain | Knapp RN |
| 2/1/18 @ 8am | CNA NOTE AM Infirmary Vitals: 160/90, 99.2, 98%, 93p, 20R. RN Notified of abdnormal findings. | C. Dye CNA |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DOC 7147)

CLARK - Medical Records - Bates #000284

Exhibit - 3

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**PONTIAC CORRECTIONAL** _____ Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|------------|----|----|
| Clark | Kalvin | | M33471 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2-1-18 | NP Note | |
| 0800 | S/o. IM presents | 1. Tylenol #3 ii |
| 160/90 | for unit return from | BID x 5 days |
| 99.2 | UIC. Had Pacemaker | 2. FU c̄ UIC in |
| 16, 98% | exchange. c/o | 2 weeks |
| 93 | (L) chest discomfort | 3. Cont use of |
| R20 | 2° procedure. c/o | incentive spirometer |
| | pain 7/10. IM | |
| | hasn't taken Am | Hanson |
| | meds yet. ↑ BP | FNP |
| | A 10x3 | |
| | Lungs - CTAB bilateral | |
| | CVS - RRR S₁S₂ | |
| | Dressing intact over | |
| | (L) chest. minimal drainage | |
| | to drsg. | |
| | A. S/P AICD exchange | |

_Exhibit T-4_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL _____ Center

Offender Information:

Last Name: Clark   First Name: Kalvin   MI: ___   ID#: A12347 1

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-1-18 | WNTR | |
| 8AM | S: C/O pain over Surgical Site | CPM |
| | (L) chest area. Rates of 7-8' | E: Offender encouraged to use |
| | on scale of 1-10 (10 being great) | Incentive spirometer as |
| | (out of pain) | directed |
| | O: Cell interval ë reentry, ment | Encouraged to drink |
| | Offender was in bed | plenty of H₂O |
| | Skin dry & ë Ct temp ___ | Advised to notify ___ |
| | Dressing intact (L) chest area | of need |
| | A: S/P surgery (AICD exchange) / | V/visit ___ |
| | low grade fever | |
| | | ___ Kishore Gangula ___ |
| 2-1-18 | Rn NOTE | |
| 12:10P | S: "When do I get to go back | |
| | to my cell house?" "Cold in | |
| | here" | |
| | O: Cell interval ë reentry | |
| | ment. Offender lying | Contʳⁿⁱ"₂ₙ ˢᵗ |
| | | (L) Kishore Gangula(?) |

_Exhibit-5_

### ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL _____ Center

Offender Information:

Last Name: Clark    First Name: Kalvin    MI: ___    ID#: M33471

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2-1-18 12:00 pm Cont | Rn Note | |
| | O- in bed c̄ blankets on ☐ | 5- CPM |
| | Cell is cold T= 99.0 P-77 | c̄ Fluids encouraged |
| | 20 Pulse Ox R-16 Bp- | recieved while standing |
| | 140/80 O₂Sat -99% | |
| | A- S/p surgery (AICD exchange) | |
| | low grade temp | _____ frame ____ |
| 2-1-18 2:30 p | Rn Note | |
| | S- Req nurse to "see MH | |
| | because I want my | 3 CPM |
| | Commissary" | |
| | O- offender @ door - Refusing | |
| | to see MH as noted. Advised | |
| | Offr Security that will not | |
| | recieve Commissary with | |
| | in these for any ____ ____ | |
| | of time | |
| | A- S/p Surgery (AICD exchange) | ____ frame ____ |
| | low grade temp ⑤ | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:

Clark          Kevin          ID#: M33171
Last Name        First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

CLARK - Medical Records - Bates #000288

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes          _Exhibit 6_

Pontiac Correctional Center

**Offender Information:**
Clark          Kalvin          ID#: m33471
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2·1·18 1430 | **DOCTOR INFIRMARY ADMISSION NOTE** BY: (circle one) MD (NP) PA DDS LICENSED MENTAL HEALTH PROFESSIONAL | PLAN: |
| | (ACUTE)          CHRONIC | VITAL SIGN FREQUENCY: Q shift |
| | **SUBJECTIVE:** | DIET: regular |
| | HISTORY: S/p AICD exchange, low grade temp | ACTIVITY: up ad lib |
| | | MEDICATION ORDERS: Cont current Rx |
| | DURATION: | |
| | **OBJECTIVE:** | |
| | PHYSICAL EXAMINATION: VSS, temp 99.0 Lungs - CTAB Ønheez CAD - RRR (L)chest wound covered by dressing | OTHER ORDERS: - use incentive spirometry - use arm sling for (L) arm |
| | CURRENT CONDITION: Stable, temp 99.0 | |
| | OTHER MEDICAL CONDITIONS: hypertrophic obstructive cardiomyopathy | |
| | **ADMITTING DIAGNOSIS:/ASSESSMENT** S/p AICD exchange Low grade temp | C Hansen FNP |

Distribution: Offender's Medical Record

CLARK - Medical Records - Bates #000291

*Exhibit - 7*

## Offender Infirmary Progress Notes

*Pontiac Correctional* Center

| Offender Information: | | | |
|---|---|---|---|
| Clark | Kalvin | | ID#: A33471 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-1-18 2pm | **Infirmary Nurse Admission Note:** Acute Care          Chronic Care | **PLAN:** |
| | **Subjective:** Chief Compliant | MD NOTIFIED: seen by Clawson NP |
| | Status D'ld from 2?? placement on admission due to low grade temp | HCUA NOTIFIED: |
| | | DIETARY NOTIFIED: |
| | | TYPE OF DIET: Reg     FORM SENT |
| | | MEDICATION ORDERS: |
| | Duration: | as ordered |
| | **Objective:** | |
| | BP 144/07 99 P 77 R/b wt | |
| | Oxygen Saturation 94% | |
| | Peak Flow: 1 ___ N/A | OTHER ORDERS: |
| | HEART: | Use incentive spirometer |
| | LUNGS:     LUNG | as ordered |
| | EYES: | use arm sling for ___ arm |
| | SKIN: (circle) WARM  MOIST  DRY  CLAMMY | |
| | SKIN COLOR: Good | TREATMENT: |
| | SPEECH: (circle) CLEAR  SLURRED | |
| | MOBILITY: Ambulates w/ ___ | |
| | | ACTIVITY: up to bsn |
| | ELIMINATION: for self | ORIENTATION TO THE INFIRMARY |
| | | RULES, CALL FOR HELP, PLAN OF CARE |
| | MENTAL STATUS: Alert & Oriented | Advised to ask nurse for help |
| | **ASSESSMENT:** | OTHER: if needed |
| | NURSING DIAGNOSIS: S/p A&O | |

*Exhibit 8*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**PONTIAC CORRECTIONAL**_____ Center

| Offender Information: | | |
|---|---|---|
| Clark | Kelver | ID#: M33471 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/1/18<br>5pm | RN Note)<br>O) I/m laying on bed,<br>eyes closed. NAD noted.<br>Resp easy.<br>A) S/P AICD exchange | P)CPM<br><br><br><br>TF:clash LRN |
| 2·2·18<br>8A | RN Note<br>I/m laying on bed took<br>meds c difficulty.<br>Ø verbal complaints<br>@ This time, Assessment<br>WNL<br>SP ACID exchange | CPM<br>C<br><br><br><br><br>Helen RN |
| 2·2·18<br>2¹⁵p | RN Note<br>I/m Discharged from<br>infirmary | F/U in 2wks c NP<br><br>Helen |

CLARK - Medical Records - Bates #000293

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

PONTIAC CORRECTIONAL     Center

Offender Information:

Clark _____ Kalvin _____ ID#: M-33471
Last Name              First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7147)

CLARK - Medical Records - Bates #000294

Exhibit 9

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL _____ Center

Offender Information:

Clark · Kalvin ___ ID#: M3347_

Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/8/08 11A | RN Note<br>O: V/S 130/72 P-80 R18<br>Individual States<br>he needs tylenol<br>for pain to left<br>arm/pectoral incision<br>noted. States "area<br>is sensitive @ times<br>- able to move arm<br>- Ø nursing swelling<br>noted.<br>- Ø S/S pain discomfort<br>noted.<br>A: NSC | P: - Tylenol 325mg<br>given per<br>protocol.<br>- informed of<br>pain gets worse<br>f/u. |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

CLARK - Medical Records - Bates #000299

Offender Infirmary Progress Notes            *Exhibit J-10*

Pontiac Correctional   Center

Offender Information:

Clark                    Kalvin              ID#: m33471
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2·2·18<br>1415 | **INFIRMARY DISCHARGE SUMMARY BY:** | INFIRMARY DISCHARGE ORDERS: |
| | (CIRCLE) MD   DENTIST   PSYCHIATRIST<br>(NP) | —Cont current Rx<br>—cont use of arm<br>sling |
| | ADMISSION DATE:<br>1/31/18 | |
| | DISCHARGE DATE AND TIME:<br>2·2·18    1415 | —cont use of<br>incentive spirometer |
| | ADMITTING DIAGNOSIS:<br>S/p AICD<br>exchange | |
| | DISCHARGE DIAGNOSIS:<br>Same | FOLLOW UP PLAN:<br>FU c̄ UIC 2weeks |
| | INFIRMRY COURSE:<br>uneventful, low<br>grade temp - none<br>currently | Hansen<br>NP |

DOC 0065 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

CLARK - Medical Records - Bates #000295

_EXHIBIT-11_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pontiac Correctional _____ Center

Offender Information:

Last Name: Clark

First Name: Kalvn

MI: _____ ID#: M33471

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/14/18 8:00p | RN Note: S) I/m stopped this nurse during med pass to look at surgical incision site on ® chest from 1/30/18 surgery. Incision open approx 1 in L x ½ in W x 2mm D. No tenderness/swelling/or reddened area around site I/m stated he had been keeping it clean and wanted to know if he would be need to be seen for it. I/m already scheduled to be seen for f/u in UC 2/15/18 A) open wound on ® upper chest | P) ① Abx oint, gauze, tape, & bandaids given ② f/u in UC 2/15/18 as already scheduled E) Keep area clean & dry & keep UC/scheduled appointment in AM stated understanding. MWILIA |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7/47)

CLARK - Medical Records - Bates #000301

*Exhibit · 12*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL ___ Center

Offender Information:

Last Name: Clark  First Name: Kalvin  MI: ___  ID#: M33471

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/15/18 1610 wt-243 P-84 r-16 B/p: 114/72 t 98.5 | URGENT CARE S/O · I/M presents for 2 wk FU / fin'l FU. Had pacemaker lead exchange. AICD working normally. I/M reports incision has opened 1/2cm open area to (L) chest. UIC aware. area cleaned c̄ betadine and dressed c̄ bacitracin and bandaids. Ø drainage to wound. Ø S/S infection. A. S/p AICD exchange | 1. bandaids & bacitracin given to I/M 2. Daily drsg A x2 wks 3. FU c̄ UIC 4mo O Hansen fup |

*Exhibit 13*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pontiac Correctional _____ Center

Offender Information:

Clark _____ Kalvin _____ MI ___ ID#: M33471
Last Name                    First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 0963 2/16/18 | J/C | |
| | I/m care for a Dsg △ wound looked clean Ø draining. Wound was cleaned & Dressed per order. Ø resp Distress | |
| 2/16/18 9:45 pm | LPN | |
| | I/m stated that wound to LUC having increased pain at ~~suture area~~. Dsg intact moderate drainage. No redness noted. | Refer to UC Resumed |

DOC 0084 (Eff. 9 2002) (Replaces DC 7147)

CLARK - Medical Records - Bates #000302

_Exhibit-14_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL     Center

Offender Information:

Last Name: Clark   First Name: Kalvin   MI: ___   ID#: M 33471

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/17/18 | U C | Tylenol #3 ~~II~~ PO ⎫ stat<br>Ultram 50 mg ┬ PO ⎭ |
| 243. | Pt. presents w/ c/o | Tylenol #3 ┬┬ PO BID |
| 133/78 | L chest pain of the | X 2 wks. |
| 106 20 | area surgery wound. | Cipro 500mg ┬ PO |
| 98% | and swelling of | BID X #20 |
| T 98.7 | 2-3 days onset. Reports | Bactrim DS ┬ PO BID |
|  | that surgery was done | X #14. |
|  | 11 days ago and the | Cont w/ the prescribed |
|  | was doing okay until | Tylenol. & daily |
|  | 2 days ~~and~~ ago when | Wound dressing change |
|  | there is inc swollen. |  |
|  | and pain |  |
|  | O Vitals are WNL except | RTC for re-eval & f/u. |
|  | tachy A/O x 3 NAD. | On Tuesday 2/20/18 |
| ✱ | Chest: + asymmetry |  |
|  | R chest enlargement |  |
|  | w/ clean open wd. | _[signature]_ |
|  | no discharge or bloody |  |
|  | + tenderness |  |
| A | L chest wound. s/p. |  |
|  | pacemaker implant surgery |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7/47)

Printed on Recycled Paper

CLARK - Medical Records - Bates #000303

*Exhibit-15*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

Clark              Calvein              ID#: M33471
Last Name          First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/18/18 8:45A | RN note<br>O: Individual present for dressing Δ. to left chest. no drainage noted. Area cleansed. Wound<br>- bed beefy red w/<br>- small area yellow/<br>- middle of wound bed. Surrounding skin - Ø redness noted. Ø drainage. Noted area is swollen ~Skin condition from yesterday 2/17/18~<br>Bacitracin applied/bandage Δ Dressing Δ | P: Continue to monitor wound area & dressing Δ's as ordered |

CLARK - Medical Records - Bates #000304

*Exhibit-16*

Illinois Department of Corrections

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

Clark                    Kalvin            ID#: M 33471

| Date/Time | Subjective Objective Assessment | Plan |
|---|---|---|
| 2/19/18 10am | RN Note) O)ILm dressing changed to (L) chest area, area's cleansed with NS., bacitracin applied and covered with bandaids. NO S/s of infection. No ~~drainage~~ error drainage noted. A) dressing change day #4 | P) cpm TFgllasin RN |
| 2-19-18 | ~~Urgent Care~~ Note 518am, S: BP 147/93 P 98 R 16 T986 025% 86°/1 | |

_Exhibit-14_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL  Center

Offender Information:

Clark    Kalvin    ID#: M33471
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-19-18 | · Urgent Care note | |
| 605 pm | S: My chest is swollen & bad | |
| WT 245· | I think my surgery line is going | |
| BP 147/93 | to split open. ———— | |
| P 98 | O: Inmates (L) chest wall is | |
| R 16 | severly swollen c̄ redness and | |
| T 98⁸ | radietes excessive heat. Cannot | |
| 02 SAT 98% | feel or palpate ICD. | |
| | ICD Placed 11-6-06 then replaced | |
| | 11-15-12. Surgery 1-30-18 for | |
| | AICD lead malfunction; HOCM | |
| | (Hypertropic Obstructive Cardiomyopathy) | |
| | Implanted defibrillator electrode | |
| | lead failure. Surical suture line | |
| | open in small areas B4 suture line | |
| | c̄ slight Pus discharge | |
| | Continue nursing note next page | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Exhibit 18*

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL Center

Offender Information:

Last Name: Clark

First Name: Kalvin  MI:  ID#: M33471

| Date/Time | | Subjective, Objective, Assessment | Plans |
|---|---|---|---|
| 2-19-18 | RN N | Continued | |
| 605 Pm | O: Dr | nk called an report | |
| | given. | Funk orders In to be | |
| | taken | ST James ER tests | |
| | and e | ction and ST J es ER | |
| | Physi o | requested to c Dr Funk | |
| | afte | valuation. - | |
| | A: S | len (L) ches | Unable tw |
| | | | |
| 2-19-18 | RN | e | |
| 645 pm | O: Sec | rty present a inmate | |
| | ambu | s streah g to state | |
| | Unt | transport to St James | |
| | Effe | sed from for Evaluation. | |
| | A: S | ling warmth d change | |
| | TO (L) | sier/ Surgical ight. | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

 Drugs.com


*Exhibit T-F*

---

**This material must not be used for commercial purposes, or in any hospital or medical facility. Failure to comply may result in legal action.**

---

# Pacemaker

## WHAT YOU NEED TO KNOW:

A pacemaker is a small device placed in your chest. It helps control your heartbeat. You may need a pacemaker if your heartbeat is too slow, too fast, or irregular. A pacemaker is about the size of a large wristwatch. It is made up of flexible wires (leads) with sensors, a battery, pulse generator, and a small computer. The sensors measure your heartbeat. They send this information to the computer. The computer causes the generator to send electrical impulses to your heart. This makes your heart beat correctly. Some pacemakers can also record your heart rate and rhythm.





## DISCHARGE INSTRUCTIONS:

## Call 911 for any of the following:

- You have any of the following signs of a heart attack:
  - Squeezing, pressure, or pain in your chest
  - and any of the following:
    - Discomfort or pain in your back, neck, jaw, stomach, or arm
    - Shortness of breath
    - Nausea or vomiting

CLARK - Medical Records - Bates #001154

 

**\*BEGIN USING FROM BOTTOM UP**

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417        Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417        Noted by: _____ Date: _____

TEGRETOL .                                                    E924

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Clark, Kalvin       Reg. # m33471       Date: 3-6-19

Problem _____

ORDER: (Physician's Signature After Last Order) 1. TRAMADOL 50mg. 1 po bid

_____ x 2wto

DEA/Illinois Lic. # _____ Physician (Print) Willowsky
☐ May Substitute _____ M.D.
☐ May Not Substitute _____

CLARK - Medical Records - Bates # 00152

pacemaker for more than a few seconds. Your pacemaker function or programming may be affected by the wand.

- **Wear medical alert identification.** Wear medical alert jewelry or carry a card that says you have a pacemaker. Ask your healthcare provider where to get these items.



Medical alert
ID bracelet

⟨·ADAM·

- **Check your pulse as directed.** Check for 1 minute while you are resting. Write down your heart rate. Bring a copy of these numbers to your follow-up visits.

## What you need to know about care of your pacemaker:

- **Your healthcare provider will check your pacemaker about every 3 months.** Some checks may be done over the telephone. He or she will make sure it is working correctly. You may also need regular EKGs to check the electrical activity of your heart.

- **Your pacemaker generator, battery, and leads will need to be replaced.** The battery may need to be replaced in 6 to 7 years or longer. The generator will be replaced at the same time. The battery and generator are replaced during surgery. Your leads will need to be replaced if they cause an infection or move out of place. Your healthcare provider will monitor you and decide when these parts need to be replaced.

## Follow up with your healthcare provider as directed:

Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2018 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

CLARK - Medical Records - Bates #001156

  ○ Lightheadedness or a sudden cold sweat

- You feel lightheaded, short of breath, and have chest pain.
- You cough up blood.

## Seek care immediately if:

- Your arm or leg feels warm, tender, and painful. It may look swollen and red.
- You feel weak, dizzy, or faint.
- Your stitches come apart.
- Your pulse is lower or higher than your healthcare provider said it should be.

## Contact your healthcare provider if:

- You have a fever or chills.
- Your wound is red, swollen, or draining pus.
- You have questions or concerns about your condition or care.

## Care for your incision as directed:

Ask your healthcare provider when you can remove your bandage. Wash around your incision with soap and water. It is okay to let soap and water run over your incision. **Do not scrub your incision.** Gently pat the area dry, and apply new, clean bandages as directed. Check your incision every day for redness, swelling, or pus.

## Activity:

- **Do not lift anything heavier than 3 pounds** with the arm closest to your pacemaker. **Do not** lift the arm over your head until your healthcare provider says it is okay. Ask your healthcare provider how long to follow these instructions.
- **Do not do vigorous activities.** This includes contact sports and some types of exercise. These activities can damage your pacemaker or cause your wires to move. Ask your healthcare provider what activities are safe for you to do.

## Pacemaker safety:

- **Tell all healthcare providers that you have a pacemaker.** MRI machines and certain equipment used during surgery can affect how your pacemaker works.
- **Limit or avoid close contact with certain electrical devices.** Examples include cell phones, iPods™, microwave ovens, and generators. These devices can prevent your pacemaker from working correctly. Stand at least 2 feet from a generator. Do not put your cell phone or iPod in the chest pocket closest to your pacemaker. Use the arm opposite your pacemaker to hold and use your cell phone.
- **Tell airport security that you have a pacemaker before you go through the metal detectors.** Metal detectors may beep because of the metal in your pacemaker. Step away from the machine if you feel dizzy or your heart rate increases. Ask the security agents not to hold a security wand over your

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

_____ Illinois River Correctional _____ Center

☐ Employee/
☒ Offender

Date: _09_ , _12_ , _13_
Time: _0830_     ☐ a.m. ☐ p.m.

**Patient Information:**
_Clark_          _Kalvin_          _____  ID#: _M33471_
       Last Name              First Name        MI

☒ **Refusal of Services**

I refuse to authorize the performance upon ( myself or ) _____
                                                              Name of Patient

of the following treatment _Nurse sick call evaluation_
                            State nature and extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
                                              Name of Patient

from _____ against the advise of Dr. _____
        Name of Medical Facility                              Name of Doctor

Dr. _Kirby_ _____ has explained the risks to me, possible complications and probable
       Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _IRCC_ _____, the Facility, and
                                               Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or incompetent to give consent:

_____                    _____
Print Name of Patient                      Print Name of Person Authorized to Consent

_Kalvin Clark M33471_                      _____
Signature of Patient                       Signature of Person Authorized to Consent

_9_ , _12_ , _13_                          _____
Date                                       Date

_____                    _____     _09_ , _12_ , _13_
Print Name of Witness                      Signature of Witness              Date

CLARK - Medical Records - Bates #000058

Pacemaker (Discharge Care) - What You Need to Know

## Further information

Always consult your healthcare provider to ensure the information displayed on this page applies to your personal circumstances.

CLARK - Medical Records - Bates #001157



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: CLARK, KALVIN | MRN: 73895013 |
| Sex:MALE    DOB: 4/23/1994 | Age: 25 years |
| Discharge Date n/a | Financial Number: n/a |

## *Discharge Summaries*

<u>Chest X-Ray 7/27/18</u>:
**Report**
EXAMINATION: CHEST, TWO VIEWS, PA AND LATERAL

DATE: July 27, 2018 at 1548 hours

INDICATION:Evaluate pacer leads s/p ICD placement

COMPARISON: July 26, 2018 at 1506 hours

FINDINGS:  The lungs are well-expanded and clear. The heart and mediastinum are normal. There is
no change in the right subclavian vein pacemaker device. No pleural effusion is noted. The
visualized osseous structures are intact.

IMPRESSION: No active lung disease.. No change


**HISTORY OF PRESENT ILLNESS:**
24 yo incarcirated AAM w/ hx of HOCM with prior dual-chamber ICD placed in 2006 for primary prevention. He had ICD
gen. change with atrial lead ugrade/revision (abandoned/capped atrial lead) in 2012; both leads extracted and
re-implanted on 1/30/2018 due to fracture. He later developed redness and full blown pectoral pocket infection and was
taken to St James and later transferred to Loyola for leads and ICD extractions on 2/20/2018. He has been without ICD
since February until suitable for new ICD implantation. Patient denies lightheadedness/dizziness, syncope, fevers/chills,
malaise, vision changes, shortness of breathe, cough, dyspnea on exertion, orthopnea, chest pain, chest pressure,
palpitations, abdominal pain, nausea/vomiting, diarrhea, burning with urination, and leg swelling. Patient was admitted s/p
ICD placement for further monitoring and IV antibiotics given history of recurrent pocket infections.


**PHYSICAL EXAMINATION:**
General: Well appearing, no acute distress
Eyes: PERRL, EOMI, no icterus, no conjunctival injection.
HENT: MMM, oropharynx clear w/o erythema.
Neck: No LAD. No JVD. No masses, non-tender on palpation.
Lungs: CTA b/l, no w/r/r, equal chest expansion
CV: RRR, normal S1 S2 no m/r/g. Equal radial pulses.
Abdomen: SNT, Non-distended, no masses. +BS.
Extremities: Full ROM, no edema, non-tender to palpation. Right arm in shoulder sling.
Skin: Well-healing ~8cm surgical wound on right upper chest, no pus or blood. No edema. ICD palpable underneath skin,
tender to light palpation. No rashes/lesions/ecchymoses.
Psych: AOx3. Normal affect, conversation appropriate.

University of Illinois Hospital & Health Sciences System

Report Request ID:  38495860
Print Date/Time:  6/11/2019 06:09
CDT

Page 60 of 1,515

CLARK - U of I Medical Records - Bates #001389



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: CLARK, KALVIN | | MRN: 73895013 |
| Sex: MALE | DOB: 4/23/1994 | Age: 25 years |
| Discharge Date n/a | | Financial Number: n/a |

## Discharge Summaries

A single 0.035" guide wire was passed to the inferior vena cava and a single 9-French peel-away sheath was advanced over one of the wires. A boston scientific Model Number 0292, Serial Number 437948 ventricular defibrillation electrode was placed in the apex of the right ventricle, adequate pacing and sensing was confirmed, the sheath was peeled away, and the lead was sewn into position with 0 ethibond. Copious amounts of antibiotic solution were then used to irrigate the pocket. The boston sci Model Number D140, Serial Number 237450 device was then connected to the lead, adequate connections of the lead to the generator was confirmed. Appropriate sensing, pacing impedance, shock impedance, and pacing thresholds were tested and verified through the device.

Adequate hemostasis and lead placement were verified once again and then the pocket was closed with a single layer of interrupted 0 ethibond, a single layer of continuous 3.0 vicryl and subcuticular layer of 4.0 vicryl. Dermabond was placed on the skin. The patient tolerated the procedure well. A sterile pressure dressing was applied. The patient's arm was immobilized and the patient was transferred from the lab in stable condition.

Measurements:

RV

18.5 mv

0.9V @ 0.4 ms

711 ohms (pacing)

62 ohms (shock)

Set to VVI 40

Tachy Zones

VT: 200 BPM, 5 seconds. ATP, 41J x 6
VF: 220 BPM, 2.5 seconds, quick convert, 41Jx8

Conclusions:
1. Successful right sided implant of single chamber ICD

Recommendations:
1. Admit to cardiology service for 3 days of IV vancomycin given recurrent significant infections
2. Right arm precautions

---

CLARK - U of I Medical Records - Bates #001388

USF Fax Service:  · 18158443127 Andrew H Tilden, MD                          Page  3 of 4

Clark, Kalvin (MR # 05473772) DOB: 04/23/1994                               Page 3 of 4
ED Provider Notes by Rushforth, Neal Daniel, MD at 2/20/2018 2:07 AM (continued)
    *myocardial injury.*
CBC WITH AUTO DIFFERENTIAL - Abnormal; Notable for the following:
    RBC                                        4.07 (*)
    HEMOGLOBIN (HGB)                           11.6 (*)
    HEMATOCRIT (HCT)                           33.0 (*)
    MCV                                        81.1 (*)
    NEUTROPHILS                                69.4 (*)
    LYMPHOCYTES                                14.3 (*)
    MONOCYTES                                  13.5 (*)
    ABSOLUTE NEUTROPHILS                       6.29 (*)
    ABSOLUTE MONOCYTES                         1.22 (*)
    All other components within normal limits
LACTIC ACID (LACTATE) - Normal
CULTURE, BLOOD
CULTURE, BLOOD
CULTURE, AEROBIC
COMPLETE BLOOD COUNT (CBC) WITH DIFF
    *Narrative:*
    *The following orders were created for panel order Complete Blood Count (CBC) WITH Diff.*
    *Procedure*                    *Abnormality*      *Status*
    ------                         ---------          ------

    *CBC with Auto Differential[321309392]   Abnormal          Final result*

    *Please view results for these tests on the individual orders.*


CT CHEST W CONTRAST
IP CONSULT TO PHARMACY


**Radiology Review:**
Radiology images were reviewed by me and my ED interpretations are significant for:


CT Chest: IMPRESSION:
9.2 cm x 10.8 cm x 13.0 cm peripherally enhancing fluid collection surrounding an implanted
pacemaker/AICD in the left anterior chest wall. An abscess is presumed. Overlying subcutaneous
density and skin thickening suggests overlying cellulitis extending along the left anterior chest wall.
Thank you for allowing us to participate in the care of your patient.
Dictated and Authenticated by: Batten, Dean, MD
02/19/2018 10:00 PM Central Time (US & Canada)


Medications
vancomycin (VANCOCIN) 1,000 mg in sodium chloride 0.9 % 250 mL IVPB (1,000 mg intravenous
Given 2/20/18 0105)
    Followed by
vancomycin (VANCOCIN) 1,000 mg in sodium chloride 0.9 % 250 mL IVPB (1,000 mg intravenous
Given 2/19/18 2300)
Iopamidol 61 % SOLN 70 mL (70 mL intravenous Given 2/19/18 2109)


Clinical Impression: The encounter diagnosis was Chest wall abscess.

Disposition: Transfer to Loyola; Dr. Green.

New Prescriptions

Page 4 of

Clark, Kalvin (MR # 05473772) DOB: 04/23/1994
ED Provider Notes by Rushforth, Neal Daniel, MD at 2/20/2018  2:07 AM (continued)

No medications on file

*Exhibit I - H*

Clark, Kalvin (MR # 05473772) DOB: 04/23/1994

**ED Provider Notes by Rust, Darrell D, MD at 2/19/2018 7:36 PM**

| | | |
|---|---|---|
| Author: Rust, Darrell D, MD | Service: (none) | Author Type: Physician |
| Filed: 2/19/2018 8:04 PM | Status: Signed | |
| Editor: Rust, Darrell D, MD (Physician) | | |

**Chief Complaint**
Patient presents with
- Wound Infection

Patient brought to the emergency department by Pontiac correctional Center officers. Patient had leads to an AICD changed on January 31st. The incision site was glued. Patient reports both ends of the incision started to open a few days later. Patient reports he was seen at the infirmary at PCC and started on antibiotics. He did have a fever of 102 on Saturday. Reports the site has become increasingly swollen and he has continued to have drainage from both ends of the incision. He has noticed increased swelling and redness to the axillary area and upper lateral chest wall on the left as well. He denies shortness of breath.



No current facility-administered medications for this encounter.

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| acetaminophen-codeine (TYLENOL/CODEINE #3) 300-30 MG Tablet | Take 2 Tabs by mouth 2 times daily. | | |
| ciprofloxacin (CIPRO) 500 MG Tablet | Take 500 mg by mouth 2 times daily. | | |
| metoprolol tartrate (LOPRESSOR) 100 MG Tablet | Take 100 mg by mouth daily. | | |
| sulfamethoxazole-trimethoprim DS (BACTRIM DS) 800-160 MG Tablet | Take 1 Tab by mouth 2 times daily. | | |



**Allergies**

| Allergen | Reactions |
|---|---|
| Tegretol [Carbamazepine] | Unknown |

**Past Medical History Positives**

| Diagnosis | Date |
|---|---|
| Cardiomyopathy (HCC) | |
| Irregular heart beat | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| AICD, DUAL CHAMBER | | |

**Social History**

Social History
- Marital status: Unknown
  Spouse name: N/A
- Number of children: N/A
- Years of education: N/A

Page  2 of

*EX - H*

Clark, Kalvin (MR # 05473772) DOB: 04/23/1994                                    Page 2 of 3
ED Provider Notes by Rust, Darrell D, MD at 2/19/2018 7:36 PM (continued)

Occupational History
  • Not on file.

Social History Main Topics
  • Smoking status:              Never Smoker
  • Smokeless tobacco:           Never Used
  • Alcohol use                  No
  • Drug use:                    No
  • Sexual activity:             Not on file

Other Topics
  • Not on file                                                        Concern

Social History Narrative
  • No narrative on file



BP 127/43  | Pulse 84  | Temp 98.7 °F (37.1 °C)  | Resp 13  | Ht 6' (1.829 m)  | Wt 243 lb (110.2 kg)  | SpO2
100%  | BMI 32.96 kg/m²

Review of Systems
Constitutional: Positive for fever.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Positive for chest pain. Negative for leg swelling.
Gastrointestinal: Negative for abdominal pain.
Skin: Positive for color change and wound.
Neurological: Negative for syncope.

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal. No respiratory distress. He has no wheezes. He exhibits tenderness and
swelling.

*EX - H*

Clark, Kalvin (MR # 05473772) DOB: 04/23/1994
ED Provider Notes by Rust, Darrell D, MD at 2/19/2018 7:36 PM (continued)



1: Open draining areas at either end of incision
2: Induration and erythema to chest wall

 Abdominal: Soft. He exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: He is alert. He has normal strength. He is not disoriented. He exhibits normal muscle tone. Gait normal.
Skin: Skin is warm and dry. There is erythema.
Psychiatric: He has a normal mood and affect.

Procedures

**MDM**
Number of Diagnoses or Management Options

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered and reviewed
Tests in the radiology section of CPT®: ordered and reviewed
 Tests in the medicine section of CPT®: ordered and reviewed

Coding

No diagnosis found.

**ED Course**

EKG: NSR, normal EKG

Patient signed out to Dr. Rushforth at 2000 - results and disposition pending.

USF Fax Services  • 18158423127 Andrew H Tilden, MD                    Page 1 of 4

Clark, Kalvin (MR # 05473772) DOB: 04/23/1994                          Page 1 of 4

**ED Provider Notes by Rushforth, Neal Daniel, MD at 2/20/2018 2:07 AM**

Author: Rushforth, Neal Daniel, MD    Service: Emergency Medicine    Author Type: Physician
Filed: 2/20/2018 2:12 AM              Status: Signed
Editor: Rushforth, Neal Daniel, MD (Physician)

**Chief Complaint**
Patient presents with
- Wound Infection

## HPI

23-year-old male presenting for evaluation of a suspected wound infection at the site of the recently replaced AICD. Please see Dr. Ross note for full H and P review of systems physical examination and ED course prior to my arrival. Briefly he is awaiting results of the CT scan and likely transfer for wound infection at a surgical site.

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • vancomycin (VANCOCIN) 1,000 mg in sodium chloride 0.9 % 250 mL IVPB | 1,000 mg | Intravenous | Once | Rushforth, Neal Daniel, MD | | 1,000 mg at 02/20/18 0105 |

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen-codeine (TYLENOL/CODEINE #3) 300-30 MG Tablet | Take 2 Tabs by mouth 2 times daily. | | |
| • ciprofloxacin (CIPRO) 500 MG Tablet | Take 500 mg by mouth 2 times daily. | | |
| • metoprolol tartrate (LOPRESSOR) 100 MG Tablet | Take 100 mg by mouth daily. | | |
| • sulfamethoxazole-trimethoprim DS (BACTRIM DS) 800-160 MG Tablet | Take 1 Tab by mouth 2 times daily. | | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Tegretol [Carbamazepine] | Unknown |

**Past Medical History Positives**

| Diagnosis | Date |
|---|---|
| • Cardiomyopathy (HCC) | |
| • Irregular heart beat | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • AICD, DUAL CHAMBER | | |

**Social History**

Social History
- Marital status:
      Spouse name:
- Number of children:

Single
N/A
N/A

*Exhibit If pg 2*

Clark, Kalvin (MR # 05473772) DOB: 04/23/1994
ED Provider Notes by Rushforth, Neal Daniel, MD at 2/20/2018 2:07 AM (continued)

- Years of education:        N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:        Never Smoker
- Smokeless tobacco:        Never Used
- Alcohol use        No.
- Drug use:        No
- Sexual activity:        Not on file

Other Topics        Concern
- Not on file

Social History Narrative
- No narrative on file

BP 152/80 | Pulse 87 | Temp 99.5 °F (37.5 °C) (Oral) | Resp 19 | Ht 6' (1.829 m) | Wt 243 lb (110.2 kg) | SpO2 99% | BMI 32.96 kg/m²

Review of Systems

Physical Exam

Procedures

MDM

Coding

Clinical Impression
1.     Chest wall abscess

ED Course

20-year-old male presenting with a cellulitic swelling and drainage from the surgical site of his recently placed AICD. The CT appears to show a very large abscess surrounding the AICD. UIC was contacted as the patient's surgery was done there however they do not have any bed availability and they will not allow me to talk to the cardiology team. We additionally attempted to contact Saint Joseph's in Bloomington Illinois; Saint Francis in Peoria, IL; Saint John's in Springfield IL: and Memorial Springfield, IL; none of whom have bed availability currently. Subsequently contacted Loyola in Chicago and the patient was accepted by Dr. Green and his team. Patient was treated with vancomycin here in the ED. He remained very well-appearing.

Labs Reviewed
CMP (COMPREHENSIVE METABOLIC PANEL) - Abnormal; Notable for the following:
   Result                 Value
     GLUCOSE          100 (*)
   All other components within normal limits
TROPONIN I (TRP I) - Abnormal; Notable for the following:
     TROPONIN I          0.050 (*)
   All other components within normal limits
   Narrative:
   Recommend serial sampling to detect the temporal rise and fall of troponin levels indicative of



*Exhibit I*



**OSF**
**HEALTHCARE**

### SAINT JAMES-JOHN W ALBRECHT MC
### Result Report

M33471

| | | | |
|---|---|---|---|
| **Patient:** | Clark, Kalvin | **MRN #:** | 05473772 |
| **DOB:** | 4/23/1994 | **Ord #:** | 321309390 |
| **Sex:** | Male | **Location:** | SAINT JAMES-JOHN W ALBRECHT MC |
| **Phone:** | 815-842-2816 | **Pt Class:** | Emergency |
| | | **Visit Acct #:** | 41369445 |

| | | | |
|---|---|---|---|
| **Ord Prov:** | Rust, Darrell D | **PCP:** | Tilden, Andrew H |
| **Ord Prov Phone:** | 815-842-2828 | **Auth Prov:** | Rust, Darrell D |
| **Ord Prov Fax:** | None Specified | **Att Prov:** | |
| **Ord Prov Address:** | 2500 W REYNOLDS PONTIAC IL 61764 | **Read By:** | Gentry, George A, MD |

### Preliminary

## Ct Chest W Contrast

| | | | |
|---|---|---|---|
| **Order Date & Time:** | 2/19/2018 7:45 Pm | **Exam Date & Time:** | 2/19/2018 9:12 Pm |

**Accession #:** P7635429
**Reason For Exam:** left chest wall infection/swelling - r/o abscess
**Ordering Diagnosis:** None Specified

DICTATING PHYSICIAN: GEORGE GENTRY, M.D.

EXAM DATE:   02/19/2018 9:12 PM.

EXAM:   CT CHEST W CONTRAST.

COMPARISON: None.

INDICATION: Swelling/mass left chest wall  Patient is status post AICD lead change 01/31/2018. Concern for chest wall infection/abscess. Reported drainage. Patient has history of cardiomyopathy and irregular heartbeat.

Clark, Kalvin (MR # 05473772) Printed by Ediradin [EDIRADIN] at 2/20/18  8:58 AM

Clark v. Wexford, et al. (18-1367) Document No.:   000399

*Exhibit - I pg 2.*

Clark, Kalvin (MR # 05473772)

Page 2 of

PROCEDURE: 70 mL of Isovue 300 was injected IV. 1.25 mm lung windows. DLP=717. Dose reduction technique utilized.

FINDINGS:

CHEST:
Mediastinum and Hila: No adenopathy or mass.
Heart: Patient has a dual-chamber pacemaker. Cardiac leads projecting over the right atrium and right ventricle.
Vessels: Normal arch anatomy. No aneurysm.
Lung and Airways: No abnormality demonstrated.
Pleura: No effusion or thickening.
Chest Wall and Axilla: Patient has an implanted cardiac pacemaker/AICD lead in the left anterior chest wall. The leads enter into the right atrium and right ventricle.

There is a 9 x 10.5 x 13 cm peripheral enhancing fluid collection surrounding the pacemaker device associated with infiltration/cellulitis of the overlying subcutaneous tissue. Findings suspicious for abscess.

Upper Abdomen: No abnormality of the visualized structures.
Bones: No destructive lesions.

IMPRESSION:

1. A 9 x 10.5 x 13 cm peripherally enhancing fluid collection surrounding an implanted pacemaker/AICD in the left anterior chest wall, with infiltration of the subadjacent subcutaneous tissues/cellulitis supportive of an abscess.

Reading Physician:   Gentry, George A. MD

Clark, Kalvin (MR # 05473772) Printed by Ediradin [EDIRADIN] at 2/20/18  8:58 AM

Page 2 of 2

Clark v. Wexford, et al. (18-1367) Document No.:   000400

MR. CLARK'S AFFidAVITS

# Exhibit

EX#3

STATE OF ILLINOIS )
) SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _Clark Kulula_ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I notice my chest swelling around. or about feb 06. 2018, I began
to complain to the medical staff. I notice the nurse
and O.Jelade. never took me serious, my Redness began
when my wound first open. Just as the swelling and puss
started, from that Point until feb 19 my sympton grew
worse and worse by the day, when O.Jelade began to treat
me with antifect medicin I believe I already had the
Infection( it was too late.
The medical Staff and O.Jelade never truly wrote my
Symptoms of infections down.

PAGE 2

_____

AFFIANT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _____

/s/ _____

NAME: Clark, Khalvin

IDOC#: M33471

Stateville   Correctional Center

Exhibit - 19

STATE OF ILLINOIS )
) SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _Clark, Malvin_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

& ~~Over-crimes~~ Disput Question #27: Plaintiff my self never went to helthcare or writ on February 12, 2018. I was never seen by any medical profession, on that Date. I never left my cell house EAST house. FACTS

Disput Question #31: There was swelling & yellowness That's why I went to health care to get it checked out because it was more the 5 days an better of swelling then became yellowness/ milkness with Accessive pain. FACTS

Disput Question #37: There were swelling, drainage and open wound at this time Because he then put me on antibiotics Because it seen a infected. FACTS - That the Reason I went to healthcare

Disput Question #41: Not true because I kept complaining Chest Pain Do to my Incision opening up from the Accessive swelling. Every time I was going to health care from February 8 to 19th 2018 I was complaining. FACTS

Disput Question #42. I was complaining chest pain swelling and concern of infection every time I went to healthcare. Fact That's why I was put on Tylenol 3-codine. FACTS

PAGE 2

Disput Question#45: ~~To~~ I Started complaing chest pain <u>Acceesive</u> from Swelling on Febrauey 8, 2018 ~~So~~ I was put on Tylenol. I stated ~~to~~ ojelade that my chest never got this swelled or stay swelled this long And he stated that Part of my surgrey ~~to have swelling that long~~. FACTS

Disput Question#~~48~~ 47: Every time I went to health care from february 8 to the 19th The incision was getting worser by the day with swelling, drainage, yellowness and chest incision opening. FACT.

Disput Question#42: They stated it was mordarete drainage But they stated in other ● Facts their were no drainage every time I came to health care. ~~Rdeo~~ I had drainage that day. FACTS

_____

AFFIANT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _____

/s/ _K. C Clark_

NAME: CLARK; KALVIN

IDOC#: M33471

Stateville  Correctional Center

P.O. BOX ~~98~~ 112

*Exhibit-20*

STATE OF ILLINOIS )
) SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _Clark, Melvin_ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

Dispute Question #52: I was not in Pontiac Correctional
center at that time. febraury 20. 2018, 2018, Because I
was at St. Javie being transfer to Loyalo hospital for
surgrey to operate and cure my infection. FACTS

Question #55: (FACTS) that there was draining and wound
bed was beefy Red with a small area yellow in the
middle of incision.

Dispute Question #58: My Infection Start coming on Febraury 8, 2018
with Swelling and incision opening from Swelling. But
Other days they stating no Swelling. They being barley
false Statements. My Infection was getting worse every
day and it was being ignored. FACTS

Disput Question #59: on febraury 19, 2018 morning it was Report
on medical Records that nothing was wrong with me that
I was stable. But on the evening time I went to
health care because of my seriousness of my chest. Because
they Refuse to treat it properly first Shift. When I went
to health care the evening time the nurse nazy megan seen
my chest and knew it was a emergency by looking at

[PAGE 2]

my wound. which showed drainage, yellowness, swelling
that was major major and the incision was split open.
Do to me having a 9 x 10.5 x 13 cm peripheral enhancing
fluid collection surrounding the pacemaker associated
with infiltration/cellulitis of the overlying subcutaneous
tissue

_____
AFFIANT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: _____      /s/ K. Clark
                           NAME: CLARK, KALVIN
                           IDOC#: M33471
                           Stateville   Correctional Center
                           P.O. BOX 112

M 354611   M359311
M 3594/1   (handwritten notations)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 10-08-17 | Offender (Please Print) Clark, Kalvin | ID#: M33471 |

| Present Facility: Pontiac Correctional center | Facility where grievance/issue occurred: Pontiac correctional center |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On September 3, 2017. I was in 7C1 when I had a altercation which with C/o J. Davis, Newkirk, Serpent, Fikes and the oth. officer. Dont Remember name. I was asking for a crisis team which they denied me. I stated (saying) they told me to cuffed up next thing I knew I was getting kicked and punch. I told me I have heart issue and a pacimaker which J. Davis and Fikes said I should've thought about before I disrespect his fellow officers. After 30 second of them beating me. the I was transp walk to the holding tank I ask for medical help they told me aint nothing wrong with me and

Relief Requested: To be document and investigate and Act they should be accountable for their action

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

| Offender's Signature (signed K. Clark) | ID# M33471 | Date 10,08,17 |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 10/9/17 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: I identify the staff were contacted and deny allegations of misconduct

| Print Counselor's Name (signed) | Counselor's Signature | Date of Response 10/20/17 |

---

**EMERGENCY REVIEW**

| Date Received: OCT 11 2017 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner |

| Chief Administrative Officer's Signature | | ____/____/____ Date |

RECEIVED
FEB 2 2 2018
ADMINISTRATIVE REVIEW BOARD

Distribution: Master File, Offender

066 92 8

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Stop crying like a girl. and we don't care about you medical issue and we hope you die anyway. majr Printice walk pass I tried to tell here the incident She laugh and said that what you get.

I writing this Report incase Something happen to me that can cause a threatening matter to my life. I wrote a grievance on this before, But never got it back. I believe its being threw away So Im writing it again. I have a Serious life threatening medical history, which Access force for no Reason is UnAccept able to my medical matter. I was beating for no Reason.

Distribution: Master File; Offender

Page 2

DOC 0046 (8/2012)

Clark v. Wexford, et al. (18-1367) Document No.:   000089

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 10 09 17 | Offender: (Please Print) Clark, Kalvin | ID#: M33471 |
|---|---|---|

| Present Facility: Pontiac Correctional CNTR | Facility where grievance issue occurred: Pontiac Correctional CNTR |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify) _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): 

I had wrote A grievance on Sept 3 About me getting physically Abuse by officer Davis, Newkirk, to Seat.fikes and two other unknown officer's. I had Reported this on that Date to get medical help which I never did. I was threaten if I Report it it's going to be more Physical Problems Do to the incident on Sept 3. I caused me to get a fractor lead in my pacemaker which is the device that's in planted on my heart which officer knew before they physically beat me. I was Refusc medical Attention. I fear my life. Because they

**Relief Requested:** To be document and to take my safty/health serious had to Remove me or then far away from me. And for proper Action to be toccing

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

| ___ K. Clark ___ | M33471 | 10 09 17 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10 11 17

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This issue concerns a medical and mental heath issue and needs to be addressed by grievance office. Contacts ofc. Davis denies any allegations of staff misconduct or physical abuse and perform duties in professional Mar at all times.

| S. DeVall ___ | S. DeVall ___ | 10 23 17 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

RECEIVED
FEB 2 2 2018
ADMINISTRATIVE
REVIEW BOARD

---

**EMERGENCY REVIEW**

Date Received: OCT 3 1 2017

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | ____/____/____ |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender       Page 1       DOC 0046 (8/2012)

0 6 6 9 2 8

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Copy 2-13-18 PCC 83

Said if I say some thing, im going to have a hell of a time dealing with them (fing) me up and taking my property. I tried to Report this to mental health. MS. Molinero denied to give me a 1on1 She stated, "I don't care and I'll see you when I feel like it yall should think about just what yall doing before you ask to speak with me." And im tide of yall shit every day." Then She walked off on me. mental health, C/o's sergents, and health care nurse Jade. (wiklin) all working to gether to cover up there track to hide them not helping me when I need help that day. I want this to be document. Just in case any thing happens to me. for my Safty

Distribution: Master File; Offender          Printed on Recycled Paper

Clark v. Wexford, et al. (18-1367) Document No.: DOC 000091

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Clark Kalvin                 Date: Feb. 1, 2018

Register # M33471

Facility: Pontiac

This is in response to your grievance received on ___1/12/18___. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 10/2/17   Grievance Number: 046867 Griev Loc: Pon/HPCC

- ○ Transfer denied by the Facility
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____ Incident # _____
- ⊘ Other Nurse J. Culkin, alleged misc - Physical breathing 4/29/17, 8/1/17, 10/2/17

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ○ Denied, in accordance with DR504F, this is an administrative decision.

- ⊘ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

- ○ Denied, as the transfer denial by the facility on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

  Other: Unsubstantiated.

- ○ Denied as the facility is following the procedures outlined in DR525.

- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

  Denied.

FOR THE BOARD: S. Benton
Sherry Benton
Administrative Review Board

CONCURRED: John R. Baldwin 2/6/18
John R. Baldwin
Acting Director

CC: Warden Pontiac Correctional Center
Clark, Kalvin, Register No. M33471

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Clark v. Wexford, et al. (18-1367) Document No.:        000092

**Benton, Sherry**

| | |
|---|---|
| **From:** | Simpson, Sharon |
| **Sent:** | Wednesday, January 31, 2018 6:05 AM |
| **To:** | Benton, Sherry |
| **Cc:** | Laughlin, Abbey; Davis, Ginger |
| **Subject:** | RE: I/M Kalvin Clark M33471 |

As always, Thank You Abbey.

---

**From:** Laughlin, Abbey
**Sent:** Tuesday, January 30, 2018 4:07 PM
**To:** Simpson, Sharon; Davis, Ginger
**Subject:** RE: I/M Kalvin Clark M33471

9-29-17 seen on Nurse sick call protocol given vitals WNL return if symptoms worsen.
10-3-17 c/o cold put in for Nurse sick call offender not in cell.
10-4-17 nurse sick call c/o cold not in cell .
10-05-17 MD sick call vitals WNL n/o  guaifenesin 200mg po BID UIC AICD condition f/u pending
10-10-17 flu shot given
10-11-17 seen by MD for WRIT return N/O increase metoprolol
10-15-17 seen in UC for WRIT return UIC cardio return
10-31-17 Nurse sick call for cold given protocol
11-6-17 MD note medical hold x 6 month
11-13-17 UC refusal
11-16-17 MD WRIT return from UIC
11-18-17 psych note
11-21-17 RN note chest discomfort EKG normal ICD replacement pending.

Abbey Laughlin RN

---

**From:** Simpson, Sharon
**Sent:** Tuesday, January 30, 2018 2:53 PM
**To:** Laughlin, Abbey
**Cc:** Benton, Sherry
**Subject:** FW: I/M Kalvin Clark M33471

Abbey,

Responded to a medical issue and more info is necessary to finalize the complaint, please and Thank You.  If you can
provide the info to the below at your earliest convenience, I would truly appreciate it.

---

**From:** Benton, Sherry
**Sent:** Tuesday, January 30, 2018 2:46 PM
**To:** Simpson, Sharon
**Subject:** I/M Kalvin Clark M33471

Sharon,

You answered as Grievance Officer on #066867.

1

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** October 31, 2017  **Date of Review:** January 24, 2018  **Grievance #** (optional): 066928

**Offender:** Clark, Kalvin  **ID#:** M33471

**Nature of Grievance:** Staff Conduct - Sgt. Fike, Officer Davis, Officer Newkirk (9/03/17). Combined Grievances dated 10/08/17 and 10/09/17

**Facts Reviewed:** Offender states that on 9/03/17 he had an altercation with Officers Davis and Newkirk, and Sgt. Fike. Offender states he asked for a crisis team and was denied. Offender states he started arguing, was told to cuff up, and the next thing he knew he was allegedly getting kicked and punched.

Counselor's responses indicate identifiable staff were contacted and deny allegation of misconduct.

This Grievance Officer reviewed correspondences and offender disciplinary history that indicates on 9/03/17 Grievant was written three (3) separate reports consisting of violation of rule infractions (313) Disobeying A Direct Order (refused to give up food tray); (210) Impairment of Surveillance; (601.Attempt/102b) Assault - attempted to spit on Officer; (206) Intimidation Or Threats "I'm going to spit on your bitch ass".

Staff have been contacted and deny allegation of physical abuse. Offenders are to direct Medical concerns to the cell house CMT with a request and signed P-96 who will evaluate the offender or refer if appropriate. Alternatively, the offender may send a yellow "Medical Request" slip and signed P-96 to the Health Care Unit Administration requesting medical services.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED based on allegation of staff misconduct not substantiated.

S. Simpson
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 1/31/18   ☑ concur   ☐ I do not concur   ☐ Remand
**Comments:**

**RECEIVED**
FEB 2 2 2018
ADMINISTRATIVE
REVIEW BOARD     1/31/18

Chief Administrative Officer's Signature     Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

L.C. Clark
Offender's Signature     M33471     2-15-18
ID#     Date

Distribution:   Master File; Offender

Send to grievance Office                    (apply/01/07/18
                                                      Enroll
                                                      2018
066 867

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 10-2-17 | Offender: (Please Print) Clark, KALVIN | ID#: M33471 |
|---|---|---|

| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Pontiac Correction Center |
|---|---|

**NATURE OF GRIEVANCE:**

| | | |
|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☒ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

☐ Disciplinary Report: ___/___/___  _____
                      Date of Report      Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
      Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
      Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
      Chief Administrative Officer, only if EMERGENCY grievance.
      Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
      administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
      Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

on 9-29-17 I Ask for medical treatment due to me not able to breath out
having Chest pain. I told Sourthmental officers my issue and my medical matter
that I got heart disease disease / cardiac issue. which causes me to get a
Inplant Cardiac defibillator. I never got any treat ments The nurse Culkin, Jada
came to do medication Passout and I bought my Problem about my current
State of health, This was on 10-1-17 Which I Still Was having the
medical issue. Jada, Culkin was unprofessional about my medical matter
She Stated " I dont Care you Should of thought about that before you got
into a Altircation with me 3weeks ago." That was no reason for her to not

Relief Requested: Jada Culkin Should be Advised that I have a life threaten medical
Problem She Should not be allowed to pass my medication-cut cause She
trying to Retaliate by putting my life at Risk and making threatening Stat

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

K. Clark                          M33471          10 / 2 / 17
Offender's Signature                  ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 10 / 11 / 17 | ☒ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: This grievance concerns a medical issue and
needs to go to grievance officer.

**RECEIVED**

JAN 12 2018

ADMINISTRATIVE
REVIEW BOARD

_____          _____    10 / 11 / 17
Print Counselor's Name            Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: 10 / 5 / 17    Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                ☒ No; an emergency is not substantiated
                    OCT 14 2017                            Offender should submit this grievance
                                                               in the normal manner.

_____          10 / 5 / 17
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender

Printed on Recycled Paper

Send to grievance office

O 66 867 copies Copied 08/01/18

to give me medical help. It's 10-2-17 And I Still havn't got any treatment. Jade. Cillkin told me She going to make Sure I don't get medical help from her fellow nurses. Which is what's going on, Cause over Since She made that comment the nurses on 3 to 11 pm Shift been denying me medical help. I'm Still having Chest pains and Shorting of breath. And North house Clo's and Lt's Refuse to take this matter Serious when it's Serious. This can turn into a life or death Situation. I Already have a life threatening Cardiac heart disease. Then She refuse to give me my medication for high blood pressure. She Stated once I told her She wrong for not giving me my medication and im going to Report it She commented "I don't care because I Know how to falisifid I and write it up like She gave me medical treatment.  N343

Statement. because of A previous Issue she had with me. That unprofessional Her personal matter should not interfer with her doing her Job As A medtech/nurse. I feel She need to be supervise As She giving medication out and Socalled helping inmate. Because. She doing, unprofessional things perposly Which is wrong When you have to Attend to people health. I feel She need to be invistigated And Supervise, I refuse to let her put my life at Jeopardy I asking for Some treatment ASAP. Because it Still hurt my Chest and Short of breath

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** October 14, 2017     **Date of Review:** December 23, 2017     **Grievance #** (optional): 066867

**Offender:** Clark, Kalvin     **ID#:** M33471

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Offender grieves medical treatment by facility HCU.

The HCU Administrator G. Davis response, dated 12-01/17, the grievance dated 10/02/17 was read and the applicable medical record was reviewed.

I am responding to your grievance as indicated above;

Staff member was contacted and denies allegation of staff misconduct and states duties are performed in a professional manner at all times.

Medical concerns are to be directed to the cell house CMT, with a request and signed P-96, who will evaluate the offender or refer if appropriate. Alternatively, the offender may send a yellow "Medical Request" slip and signed P-96 to the Health Care Unit Administration requesting medical services.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED based on the response of facility HCU Administrator to the issue indicating staff member denies allegation of staff misconduct

L. Simpson

_____      _____
Print Grievance Officer's Name        Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 12 18     ☒ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

### RECEIVED
JAN 1 2 2018
ADMINISTRATIVE
REVIEW BOARD

12 18

_____
Chief Administrative Officer's Signature      Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____     M33471     1-9-17
Offender's Signature      ID#      Date

Distribution: Master File, Offender